LSK&D #: 564-7015 / 959310
UNITED DISTRICT COURT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JOHN MAGEE,

      Plaintiff, Counterclaim Defendant,

    -against-

METROPOLITAN LIFE INSURANCE
COMPANY,

      Defendant, Counterclaim Plaintiff.
---------------------------------------------------------------x

No. 07 CIV 8816 (WHP)

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Defendant Metropolitan Life Insurance Company ("MetLife"), pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosure:

MetLife is wholly-owned by its publicly-held corporate parent MetLife, Inc.

Dated:    New York, New York
            December 18, 2007

Respectfully submitted,

LESTER SCHWAB KATZ & DWYER, LLP

_____
Allan M. Marcus (AM-9027)
120 Broadway
New York, New York 10271
(212) 964-6611
Attorneys for Defendant
Metropolitan Life Insurance Company