UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                               :

JOHN MAGEE,
                               :

          Plaintiff,                :          07 Civ. 8816  (WHP)

         -against-              :          <u>SCHEDULING ORDER No. 1</u>

METROPOLITAN LIFE INSURANCE   :
COMPANY,
                               :

         Defendant.           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       Counsel for the parties having appeared for a January 11, 2008 conference, the following schedule is established on consent:

       (1) Plaintiff may conduct discovery of Defendant's alleged conflict of interest;

       (2) Fact discovery shall be completed by May 30, 2008;

       (3) The parties shall submit a joint pre-trial order in accord with this Court's individual practices by June 27, 2008; and

       (4) This Court will hold a final pre-trial conference on July 18, 2008 at 10:30 a.m.

Dated: January 23, 2008
       New York, New York

                                        SO ORDERED:

                                        WILLIAM H. PAULEY III
                                              U.S.D.J.

*Counsel of Record:*

Jason A. Newfield, Esq.
Frankel & Newfield, P.C.
585 Stewart Avenue
Suite 301
Garden City, NY 11530
*Counsel for Plaintiff*

Allan Michael Marcus, Esq.
Lester, Schwab, Katz and Dwyer LLP
120 Broadway
New York, NY 10271
*Counsel for Defendant.*