USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                          :
JOHN MAGEE,
                                          :
            Plaintiff,                        07 Civ. 8816 (WHP)
                                          :
     -against-                                SCHEDULING ORDER
                                          :
METROPOLITAN LIFE INSURANCE
COMPANY,                                  :

            Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       Counsel for the parties having appeared for a July 10, 2008 conference, the following schedule is established on consent:

     (1) Any motions for summary judgment shall be served and filed by Augusy 18, 2008;

     (2) Any oppositions shall be served and filed by September 12, 2008;

     (3) Any replies shall be served and filed by September 22, 2008;

     (4) This Court will hear oral argument on October 24, 2008 at 11:00 a.m.; and

(5) The time to submit a joint pre-trial order and the final pre-trial conference are adjourned until a time to be established on October 24, 2008.

Dated: July 2?, 2008
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Jason A. Newfield, Esq.
Frankel & Newfield, P.C.
585 Stewart Avenue
Suite 301
Garden City, NY 11530
*Counsel for Plaintiff*

Allan Michael Marcus, Esq.
Lester, Schwab, Katz and Dwyer LLP
120 Broadway
New York, NY 10271
*Counsel for Defendant*