USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2008

# LESTER SCHWAB KATZ & DWYER LLP
## 120 BROADWAY
### NEW YORK, N.Y. 10271-0071

(212) 964-6611
FAX: (212) 267-5916

**STEVEN B. GETZOFF**
Writer's Direct Dial: (212) 341-4345
E-Mail: sgetzoff@lskdnylaw.com

**NEW JERSEY OFFICE**
24 LACKAWANNA PLAZA
MILLBURN, N.J. 07041
(973) 912-9501

August 18, 2008

Via Fax 212-805-6390
Hon. William H. Pauley, III
United States District Court
United States District
500 Pearl Street
New York, NY 10007

Re:    **Magee v. Metropolitan Life Insurance Company**
No.    **07 CIV 8816 (WHP)**

Dear Judge Pauley:

    We represent the defendant Metropolitan Life Insurance Company in the above matter. I am writing on behalf of Alan Marcus, the attorney handling the matter at our office.  Mr. Marcus' mother passed away over the weekend and he will not be at work this week.  Therefore we respectfully request that the filing date for  summary judgment motions be extended from today for two weeks, to Tuesday, September 2, 2008, that opposition papers be served by September 29 and reply papers by October 9.

    We have conferred with Jayson Newfield on behalf of the plaintiff and they have consented to the requested extensions.

    We thank the court for its time and consideration.

Respectfully yours,

STEVEN GETZOFF

sbg:imr/1066261

cc:
Via Fax  516-222-0513
Jason Newfield, Esq.
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue
Garden City, NY 11530
Attorneys for Plaintiff

*Application granted. Summary Judgment motions shall now be served and filed on Tuesday, September 2nd, 2008, opposition papers on September 29, 2008, and reply papers are due on October 9, 2008. Oral Argument will still be heard by this Court on October 24, 2008 at 11:00 am.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

8/19/2008