UNITED DISTRICT COURT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOHN MAGEE,

                                                 **No. 07 CIV 8816 (WHP)**

             Plaintiff, Counterclaim Defendant,

                -against-

METROPOLITAN LIFE INSURANCE
COMPANY,

             Defendant, Counterclaim Plaintiff.
-------------------------------------------------------------x

TO:    Clerk of the Court and All Parties of Record

       Please enter my appearance as co-counsel in this action for Defendant

Metropolitan Life Insurance Company.  I certify that I am admitted to practice in this

Court.

Dated: Long Island City, New York
       August 25, 2008

                              Respectfully submitted,

                              By:  s/ Ian S. Linker                                    
                              Ian S. Linker (IL-7765)
                              Metropolitan Life Insurance Company
                              27-01 Queens Plaza North
                              Long Island City, New York  11101
                              ilinker@metlife.com
                              (212)  578-6809
                              Attorney for Defendant
                              Metropolitan Life Insurance Company

TO:

Jason Newfield, Esq.
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue
Garden City, New York 11530
Attorneys for Plaintiff