Diary Review - Report

Claim #: 640407128904    Name: JOHN MAGEE

Status: Ended

Oct 26, 2007
Page 1 of 68

| Clm #: 640407128904 | Owner Id: UR53 | Report #: 303299 | Plan: 000 | Subpoint: 1001 |
| SSN: 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 | Dt Last Wrk: | Cov: 8000 | Subcode: 2579 | GM Plant: |

**[U264] - On 07/12/2004 08:51 - For 640407128904**

Call-Up For: [UB32] - On 07/12/2004    Call-Up Complete: [U284] - On 07/13/2004

NEW LTD CLM CREATED

**[U231] - On 07/12/2004 13:12 - For 640407128904**

CLAIM ACKNOWLEDGEMENT
TRIED TO LEAVE A MESSAGE BUT THE WOMAN WHO ANSWERED THE PHONE WOULD
NOT TAKE A MESSAGE FOR EE.

**[U284] - On 07/13/2004 09:45 - For 640407128904**

OUTGOING CORRESPONDENCE NEW CLAIM PACKAGE SENT TO EE.
LM

**[U284] - On 07/13/2004 09:46 - For 640407128904**

Call-Up For: [UB32] - On 07/27/2004    Call-Up Complete: [UB32] - On 08/12/2004

FOLLOW UP  NEW CLAIM PACKAGE/SEND 2ND REQUEST.

**[U284] - On 07/13/2004 09:49 - For 640407128904**

CALL TO EE/REACHED THE ANSWERING MACHINE.
STATING WE HAVE BEEN NOTIFIED BY HIS ER TO PLEASE SEND HIM A LTD
CLAIM PACKAGE. HE SHOULD REC THIS WITH IN THE NEXT FEW DAYS. IF HE
HAS ANY QUESTIONS TO PLEASE CALL. LEAVING THE 800#. LM

**[U284] - On 07/13/2004 09:52 - For 640407128904**

E-MAIL SENT TO ER
NEW CLAIM PACKAGE SENT TO MR. MAGEE.

THANK YOU
LAURA MCMANUS

**[ACS1] - On 07/15/2004 12:50 - For 640407128904**

OGC INDEX DCN 040714090508

**[ACS1] - On 07/21/2004 13:20 - For 640407128904**

OTHER INDEX DCN 040720102009

**[UB32] - On 08/12/2004 15:26 - For 640407128904**

OUTGOING CORRESPONDENCE 2ND REQUEST LETTER. COPY TO EE WITH ORIGINAL
LETTER AND COPY TO ACS.

**[UB32] - On 08/12/2004 15:26 - For 640407128904**

Call-Up For: [UB32] - On 08/30/2004    Call-Up Complete: [UB32] - On 09/13/2004

FOLLOW UP FOR LTD PACKAGE. IF NOT RECEIVED TERMINATE CLAIM.

**[U900] - On 08/16/2004 14:08 - For 640407128904**

CRC: GENERAL INQUIRY

EE CALLED TO SAY THAT HE MAILED IN THE LTD PACKAGE AROUND 8/09/04.
ALSO REQUESTING A CALL BACK WHEN RECIEVED

ML0001

Claim #: 640407128904    Name:  JOHN MAGEE

Status:  Ended

[ACS1] - On 08/16/2004 16:13 - For 640407128904

Call-Up For: [UB32] - On 08/16/2004    Call-Up Complete: [UB32] - On 08/20/2004

FINANCIAL INDEX DCN 040816019146

[ACS1] - On 08/17/2004 12:35 - For 640407128904

OGC INDEX DCN 040816035120

[U740] - On 08/20/2004 12:28 - For 640407128904

Call-Up For: [URCQ] - On 08/20/200    Call-Up Complete: [UB32] - On 08/20/2004

CRC: CALL BACK REQUEST TO:UB32

EE ADVISED MAILED LTD PACKET 8/9/04

ADVISED NOTHING IN FILE YET.

EE WOULD LIKE CALL FROM CM TO ADVISE IF RECEIVED ANYTHING BY MAIL
AND TO GIVE ADDITINAL DIRECTION

1-585-624-9306

EE ADVISED TO THANK CM FOR ATTENTION AND CALL BACK.

EE HAS AP APPT. THIS AFTERNOON WILL BE HOME AFTER 2:30 P.M.

ADVISED CM HAS 24 BUSINESS HR RETURN CALL MAY BE MONDAY EE WAS
SATISFIED WITH THAT.

[UB32] - On 08/20/2004 12:51 - For 640407128904

LEFT VOICE MESSAGE WITH EE...

RETURNING URCQ CALL...

CM STATED METLIFE HAS RECEIVED A PORTION OF HIS LTD PACKAGE AND IF
EE WANTS HE CAN C/B CM. CM LEFT 800 #.

[UB32] - On 08/20/2004 12:57 - For 640407128904

E-MAIL RECEIVED FROM ER...
JOAN.POWELL@KODAK.COM
08/17/2004 03:57 PM

TO: PKNOTH@METLIFE.COM
CC:
SUBJECT: SICK BENEFIT EXPIRATION DATE ADJUSTMENT - MAGEE
SS#  585-624-9306 HAS A CORRECTED TERMINATION DATE OF 9/24 (RATHER
THAN
9/17 AS PREVIOUSLY REPORTED).  PLEASE UPDATE YOUR RECORDS.

PLEASE ADVISE WHAT PORTION OF THE LTD PAPERWORK IS OUSTANDING, IF
ANY.

THANKS.

*****************************

CONFIDENTIALITY STATEMENT:  THE INFORMATION CONTAINED IN THIS E-MAIL
(INCLUDING ANY ATTACHMENTS) IS PRIVILEGED AND/OR CONFIDENTIAL.  IT
IS
INTENDED ONLY FOR THE USE OF THE NAMED RECIPIENTS(S).  IF YOU HAVE
RECEIVED
THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY INFORM THE SENDER AND
DELETE THIS
MESSAGE.  IF THE READER OF THIS MESSAGE IS NOT AN INTENDED
RECIPIENT, YOUR
ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING
OF THIS
MUNICATION, OR THE TAKING OF ANY ACTION BASED ON IT, IS STRICTLY
BITED.

ML0002

Diary Review - Report

Claim #: 640407128904    Name: JOHN MAGEE

Status: Ended

[UB32] - On 08/20/2004 12:57 - For 640407128904

THIS TRANSMISSION CONTAINS MEDICAL DATA THAT IS CONFIDENTIAL.  IF THE
READER IS THE INTENDED RECIPIENT, YOU ARE OBLIGATED TO MAINTAIN THIS DATA
IN A SAFE, SECURE AND CONFIDENTIAL MANNER AS REQUIRED BY APPLICABLE LAW, OR
IF APPLICABLE, PURSUANT TO YOUR BUSINESS' WRITTEN AGREEMENT WITH THE SENDER.  RE-DISCLOSURE WITHOUT THE SENDER'S CONSENT OR AS PERMITTED BY LAW
IS PROHIBITED.  UNAUTHORIZED RE-DISCLOSURE OR FAILURE TO MAINTAIN CONFIDENTIALITY COULD SUBJECT YOU TO PENALTIES DESCRIBED IN FEDERAL AND
STATE LAW.

[UB32] - On 08/20/2004 13:01 - For 640407128904

E-MAIL SENT TO ER...
PETER R KNOTH
08/20/2004 01:03 PM

TO: JOAN.POWELL@KODAK.COM@METLIFENET
CC:
SUBJECT: RE: SICK BENEFIT EXPIRATION DATE ADJUSTMENT -
MAGEE
JOAN,
    WE RECEIVED THE LTD PACKAGE FROM JOHN MAGEE. WE HAVE NOT
RECEIVED THE ER PORTION AND THE MEDICAL.

SS #:  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


PETER


JOAN.POWELL@KODAK.COM
08/17/2004 03:57 PM

TO: PKNOTH@METLIFE.COM
CC:
SUBJECT: SICK BENEFIT EXPIRATION DATE ADJUSTMENT -
MAGEE


SS# 585-624-9306 HAS A CORRECTED TERMINATION DATE OF 9/24 (RATHER THAN
9/17 AS PREVIOUSLY REPORTED).   PLEASE UPDATE YOUR RECORDS.

PLEASE ADVISE WHAT PORTION OF THE LTD PAPERWORK IS OUSTANDING, IF ANY.

THANKS.

****************************
CONFIDENTIALITY STATEMENT:  THE INFORMATION CONTAINED IN THIS E-MAIL
(INCLUDING ANY ATTACHMENTS) IS PRIVILEGED AND/OR CONFIDENTIAL.  IT IS
INTENDED ONLY FOR THE USE OF THE NAMED RECIPIENTS(S).  IF YOU HAVE RECEIVED
THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY INFORM THE SENDER AND DELETE THIS
MESSAGE.  IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOUR
ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS
COMMUNICATION, OR THE TAKING OF ANY ACTION BASED ON IT, IS STRICTLY PROHIBITED.

ML0003

Claim #: 640407128904    Name: JOHN MAGEE

Status: Ended

[UB32] - On 08/20/2004 13:01 - For 640407128904

THIS TRANSMISSION CONTAINS MEDICAL DATA THAT IS CONFIDENTIAL. IF THE

READER IS THE INTENDED RECIPIENT, YOU ARE OBLIGATED TO MAINTAIN THIS DATA

IN A SAFE, SECURE AND CONFIDENTIAL MANNER AS REQUIRED BY APPLICABLE LAW, OR

IF APPLICABLE, PURSUANT TO YOUR BUSINESS' WRITTEN AGREEMENT WITH THE SENDER. RE-DISCLOSURE WITHOUT THE SENDER'S CONSENT OR AS PERMITTED BY LAW

IS PROHIBITED. UNAUTHORIZED RE-DISCLOSURE OR FAILURE TO MAINTAIN CONFIDENTIALITY COULD SUBJECT YOU TO PENALTIES DESCRIBED IN FEDERAL AND

STATE LAW.

[UB32] - On 08/20/2004 13:02 - For 640407128904

SUMMARY OF FINANCIAL INDEX DCN 040816019146...LTD PACKAGE..
PPE, RA, LTD STATEMENT, SS AUTH, W-4, JY6768, HIPPA, EFT.

[ACS1] - On 08/24/2004 10:32 - For 640407128904

Call-Up For: [UB32] - On 08/24/2004    Call-Up Complete: [UB32] - On 08/30/2004

MED/VOC INDEX DCN 040823013664

[UB32] - On 08/30/2004 13:59 - For 640407128904

SUMMARY OF MED/VOC INDEX DCN 040823013664...ER STATEMENT:

8/16/04 SUPERVISOR ALAN ZOYHOFSKI (585) 477-4309
FAX #: (585) 253-0122

JOB TITLE: PROGRAM ASSURANCE MANAGER

PREVIOUS JOBS HELD: QUALITY ENGINEER, QUALITY MANAGER, PROJECT
QUALITY LEADER, MFG PROCESS SUPERVISOR

EDUCATION: BS - MECHANICAL ENGINEERING (CLARKSON UNIVERSITY)

EXPOSURE TO:
1-19% OF WORK DAY: DUST/GAS/FUMES, CHEMICALS/SOLVENTS, HIGH NOISE
LEVELS, ENCLOSED SPACES, REDUCED LIGHTING LEVELS

0% OF WORK DAY: TEMPERATURE EXTREMES, ALLERGENIC AGENTS, WET
CONDITIONS, ELECTRICAL SOURCES

REQUIRED ACTIVITES:

61-100% OF WORK DAY: SITTING, FINE VISUAL AUDITORY ATTENTION,
PRECISE VERBAL/WRITTEN COMMUNICATION

20-60% OF WORK DAY: FINE HAND DEXTERITY

1-19% OF WORK DAY: STANDING, WALKING, CLIMB STAIRS/LADDER/SCAFFOLDS,
BEND/STOOP/SQUAT

0% OF WORK DAY: BALANCING, CRAMPED/UNUSUAL POSITIONS, EXTENDED REACH
FORWARD/OVERHEAD, PUSH/PULL/TWIST, GRASP/HANDLE, HIGHLY REPETITIVE
MOTION, FORCEFUL WRIST TWISTING, OPERATE TRUCK/DOLLY/SMALL VEHICLE,
OPERATE HEAVY EQUIPMENT.

CARRYING & LIFTING:

ML0004

Diary Review - Report

Claim #: 640407128904    Name: JOHN MAGEE

Status: Ended

[UB32] - On 08/30/2004 13:59 - For 640407128904

0-15LBS GREATER THAN 60%

16-45LBS LESS THAN 20%

GREATER THAN 45LBS: NEVER

SUPERVISORY FUNCTIONS: EE IS RESPONSIBLE FOR PROVIDING DAILY TASKING
OF A QUALITY ENGINEER WHO WORKS THE SAME PROGRAM EE HAD BEEN
WORKING.

[XA09] - On 09/01/2004 15:48 - For 640407128904

CRC: CLAIM STATUS

ADVISED EE INFO RECD AND CLAIM IS IN REVIEW.  ADVISED EE CM HAS 10
DAYS TO REVIEW.  EE STATED HE SOMETIMES HAS SHORT TERM MEMORY
PROBLEMS AND WANTED TO MAKE SURE HE GAVE THE INFO TO US.

[6TKL] - On 09/02/2004 08:21 - For 640407128904

Call-Up For: [UB32] - On 09/16/2004    Call-Up Complete: [6TKL] - On 09/02/2004

FOLLOW REQ. FOR MEDICAL INFO

[6TKL] - On 09/02/2004 08:21 - For 640407128904

Call-Up For: [UB32] - On 11/07/2024    Call-Up Complete: [UB32] - On 08/10/2006

AGE 65 NEXT MONTH - CHECK PLAN

[0DIF] - On 09/02/2004 08:43 - For 640407128904

Call-Up For: [U028] - On 09/02/2004    Call-Up Complete: [U028] - On 09/02/2004

REFERRAL TO MANAGER/DESIGNEE:  CORRESPONDENCE REVIEW

[UB32] - On 09/02/2004 09:11 - For 640407128904

OUTGOING CALL TO EE....

CM STATED THAT THE EE'S CLAIM HAS BEEN DENIED DUE TO FAILURE TO
SUBMIT. CM STATED THAT A LETTER WILL GO OUT TODAY AND HE SHOULD
RECEIVE IT IN A COUPLE OF DAYS. CM TOLD EE TO CONTACT THE DOCTOR
ABOUT SENDING IN MEDICAL. EE STATES THAT WHEN HE SPOKE TO THE AP, HE
MUST HAVE HAD THEM SEND THE MEDICAL TO SS INSTEAD OF METLIFE. CM
ALSO TOLD EE TO GET DETAILED OVN'S FROM JANUARY 2004 TO PRESENT, ANY
LABS OR TESTS DONE, MEDS, ESTIMATED RTW, R/L. CM ALSO STATED TO EE
THAT HE SHOULD HAVE TO AP SEND IN THE INITIAL APS THAT WAS SENT WITH
THE LTD PACKAGE. CM LEFT 800 # FAX AND GAVE EE HIS LTD CLAIM NUMBER.
CM EXPLINED TO EE THAT HE SHOULD HAVE TO AP PUT THE CLAIM NUMBER NOT
ONLY ON THE FAX COVER SHEET, BUT AT LEAST THE FIRST 2 PAGES. EE
UNDERSTOOD.

EE STATED THAT HIS PRIMARY DIAGNOSIS IS CHRONIC FATIGUE SYNDROME. HE
WAS FIRST SEEN IN 2000.

[U774] - On 09/13/2004 17:06 - For 640407128904

Call-Up For: [URCQ] - On 09/13/200    Call-Up Complete: [UB32] - On 09/14/2004

CRC: CALL BACK REQUEST TO:UB32

EE CALLED AND WANTED TO KNOW IF HIS MED WAS RECVD. ADV EE THAT NO
NEW MED WAS RECVD. EE SAID THAT HIS AP OFFICE MAILED THAT INFO OVER
LAST WEEK SOMETIME. EE WOULD LIKE CM TO GIVE HIM A C/B TO DISCUSS
HIS CLAIM A LITTLE FURTHER IN DETAIL.

JOHN MAGEE

PH# 585 624 9306

ANYTIME 09/14/04

[UB32] - On 09/14/2004 09:03 - For 640407128904

OUTGOING CALL TO EE....

RETURNING URCQ CALL...

ML0005

Claim #: 640407128904    Name: JOHN MAGEE

Status: Ended

**[UB32] - On 09/14/2004 09:03 - For 640407128904**

EE WANTED TO KNOW IF METLIFE RECEIVED THE MEDICAL NOTES THAT WERE
SENT IN BY THE AP. CM STATED THEY HAVE NOT COME IN AND CM STATED
THAT THE CSC WILL BE ABLE TO ANSWER ANY QUESTIONS EE HAS. CM STATED
THAT ONCE THE MEDICAL COMES IN, CM WILL REVIEW WITH NC TO MAKE A
DECISION. CM TOLD EE TO CONTACT AP AND SEE WHEN THEY EXACTLY SENT IN
THE INFORMATION AND IF THEY PUT THE CLAIM NUMBER ON THE FORMS. EE
STATED THAT THE AP DID PUT THE CLAIM NUMBER ON THE FORMS.

**[UB32] - On 09/14/2004 09:04 - For 640407128904**
Call-Up For: [UB32] - On 09/15/2004    Call-Up Complete: [UB32] - On 09/17/2004

FOLLOW UP FOR DETAILED MEDICAL.

**[UY03] - On 09/16/2004 12:05 - For 640407128904**

CRC: MEDICAL INQUIRY

ADVISED EE NO MED HAS BEEN RECD YET. EE STATED IT WAS MAILED ON 9/2

**[U759] - On 09/17/2004 13:28 - For 640407128904**
Call-Up For: [URCQ] - On 09/17/200    Call-Up Complete: [UB32] - On 09/17/2004

CRC: CALL BACK REQUEST TO:UB32

EE WANTED TO SEE MED WAS REC'D ADVISED NO..EE WILL HAVE APO
OVERNIGHT THEM TO ADDRESS BELOW:
OVERNIGHT
METLIFE AT ACS
2025 LEESTOWN RD, STE. J
LEXINGTON, KY 40511

EE WANTS C/B IN REGARDS TO CLAIM FROM CM..

**[UB32] - On 09/17/2004 13:57 - For 640407128904**

OUTGOING CALL TO EE...RETURNING URCQ CALL..

EE WANTED TO KNOW IF THE MEDICAL WAS SENT IN. CM CHECKED OTHER
CLAIMS EE HAD AND NOTICED THE MEDICAL WAS PUT ON THE WRONG CLAIM. EE
ASKED WHEN WILL CM REVIEW MEDICAL. CM STATES IN A FEW DAYS, WILL
HAVE NC REVIEW AND GIVE A C/B TO EE.

**[UB32] - On 09/17/2004 13:59 - For 640407128904**

MEDICAL IN CLAIM # 680403118088 MED VOC 9/8/04 040907018478

**[UB32] - On 09/17/2004 16:50 - For 640407128904**

SUMMARY OF MED/VOC INDEX DCN 040907018478...123 PGS OF MEDICAL OVN,

CHRONIC FATIGUE SYNDROME F/U FORM, LABS, APSFC...

APSFC-9/1/04 DR. BELL:

PRIMARY DIAGNOSIS: CHRONIC FATIGUE SYNDROME

SECONDARY: DEPRESSION

SUBJECTIVE FINDINGS: EXHAUSTION, PAIN

OBJECTIVE FINDINGS: LOW BLOOD VOLUME

FIRST APPEARED 8/1995

ML0006

Claim #: 640407128904    Name:  JOHN MAGEE

Status:  Ended

[UB32] - On 09/17/2004 16:50 - For 640407128904

MONTHLY VISITS

LIMITATIONS:

LIFTING: 0-30 LBS: 1-33% OF THE TIME

31+ LBS: NEVER

NO LIMITATIONS: ENCLOSED SPACES, DRAFTS/DAMP AREAS,

GRASPING/HANDLING

SOME LIMITATIONS: ALLERGENIC AGENTS, USE OF PUBLIC TRANSPORTATION,

PUSHING/PULLING/TWISTING, FINGER DEXTERITY, REPETITIVE MOVEMENTS

MODERATE LIMITATIONS: DUST/GASES/FUMES, CHEMICAL/SOLVENTS, NOISE

LEVELS, TEMPERATURE EXTREMES, ABILITY TO DRIVE, SITTING, CHANGE OF

POSITION, OPERATING TRUCK/DOLLY/SMALL VEHICLE, OPERATING HEAVY

EQUIPMENT, OPERATING ELECTRICAL EQUIPMENT

SEVERE LIMITATIONS: WALKING, STANDING, ASSUMING CRAMPED/UNUSUAL

POSITION, REACHING, CLIMBING, BALANCING, BENDING/STOOPING/SQUATTING

IS PATIENT TOTALLY DISABLED FROM OWN AND ANY OCC: CANNOT DETERMINE,

UNLIKELY TO RTW.

PROGRESS EVALUATION: RETROGRESSED

LETTER FROM AP, DAVID BELL, M.D. 8/30/04:

EE IS FOLLOWED IN THIS OFFICE FOR CHRONIC FATIGUE SYNDROME. AT THE

PRESENT TIME EE HAS HAD WORSENING OF HIS SYMPTOMS TO THE DEGREE

WHERE HE IS NOT ABLE TO RETURN TO WORK. IF THERE ARE OTHER SPECIFIC

QUESTIONS, PLEASE DO NOT HESITATE TO CALL.

CHRONIC FATIGUE F/U FORM 7/13/04:

GLOBAL IMPRESSION:

EE FEELS VERY ILL AND MY ACTIVITY IS SEVERLY RESTRICTED.

ML0007

Claim #: 640407128904      Name: JOHN MAGEE

Status: Ended

[UB32] - On 09/17/2004 16:50 - For 640407128904

MEDS: WELLBUTRIN, LEXAPRO, CLONIPIN, MIDOCRINE, COSOPT, VICODIN

DAILY ACTIVITY ( TOTAL SHOULD ADD TO 24 HRS):

TOTAL HOURS SLEEPING: 14 HRS

REST BUT NOT SLEEP: 8 HRS

LIGHT TO MODERATE ACTIVITY: 2 HRS

VIGOROUS ACTIVITY: 0 HRS

HOW MANY HOURS COULD YOU BE OUT OF THE HOUSE AT ANY ONE TIME ON

AVERAGE DURING THE PAST 2 WEEKS? 1 HOUR

SYMPTOMS SEVERITY (SCALE FROM 0 NONE TO 10 VERY SEVERE)

FATIGUE OR EXHAUSTION: 9

IMPAIRED MEMORY OR CONCENTRATION: 9

SORE THROAT: 3

TENDER LYMPH NODES: 3

MUSCLE PAIN: 9

JOINT PAIN: 9

HEADACHE: 9 1/2

UNREFRESHING SLEEP: 9

MALAISE OR EXHAUSTION AFTER EXERTION: 10

ACTIVITY ESTIMATE: ESTIMATE OVERALL ACTIVITY IN THE PAST MONTH: 10%

[UB32] - On 09/17/2004 16:51 - For 640407128904

Call-Up For: [UB32] - On 09/20/2004    Call-Up Complete: [UB32] - On 09/20/2004

REVIEW DETAILED MEDICAL WITH NC

[ACS1] - On 09/20/2004 08:07 - For 640407128904

MOVED 040907018478 FROM 680403118088 TO 640407128904 ON 09/20/2004 B
Y UB48

[UB32] - On 09/20/2004 11:01 - For 640407128904

WALK-UP NC
REVIEW OF MEDICAL FROM DR DAVID BELL 2/25/04-8/31/04. MEDICAL IS
SUPPORTIVE OF SEVERITY OF CONDITION. EE DX WITH CFS AND DEPRESSION.
EE SUFFERS FROM SEVERE WIDESPREAD MUSCULOSKELETAL PAIN AND SEVERE
DISABLING FATIGUE SLEEPING UPTO 14 HOURS A DAY. DIFFICULTY WITH
SHORT-TERM MEMORY AND CONCENTRATION. REASONABLE TO ALLOW THROUGH
12/20/04 AND F/U WITH ADDITIONAL MEDICAL INFORMATION TO INCLUDE
PROGRESS NOTES AND TEST RESULTS AND ANY REFERRALS. IS EE IN ANY KIND

ML0008

Diary Review - Report

Claim #: 640407128904    Name: JOHN MAGEE

Status: Ended

Oct 26, 2007

Page 9 of 68

**[UB32] - On 09/20/2004 11:01 - For 640407128904**

OF THERAPY WITH PSYC AND/OR THERAPIST OR TX WITH RHEUMATOLOGIST?
WOULD RECOMMEND IPC OR IME REFERRAL OR POSSIBLE FCE TO DETERMINE
FUNCTIONALITY. REVIEW OF MEDICAL SHOWS MAINLY SUBJECTIVE FINDINGS
AND EE REPORTS OF SYMPTOMS, NO CLEAR OBJECTIVE FINDINGS. CURRENT
MEDICATIONS INCLUDE: WELLBUTRIN, LEAXPRO, CLONOPIN, MIDRODRINE,
COSOPT, AND VICODIN. EXTENSIVE MEDICATIONS WOULD INDICATE A SEVERITY
OF CONDITION, HOWEVER, UNCLEAR AT PRESENT AS TO CURRENT FUNCTIONAL
STATUS. REASONABLE TO ALLOW 3 MONTHS AND F/U WITH ADDITIONAL
MEDICAL. LARA BELFIORE RN BSN/P KNOTH CMS

**[UB32] - On 09/20/2004 13:02 - For 640407128904**

ADJUSTMENTS MADE TO SYSTEM, STD MAX DATE CHANGE PER ER...
SS#  585-624-9306 HAS A CORRECTED TERMINATION DATE OF 9/24 (RATHER
THAN
9/17 AS PREVIOUSLY REPORTED).  PLEASE UPDATE YOUR RECORDS.

PLEASE ADVISE WHAT PORTION OF THE LTD PAPERWORK IS OUSTANDING, IF
ANY.

**[UB32] - On 09/20/2004 13:49 - For 640407128904**

Call-Up For: [U028] - On 09/21/2004    Call-Up Complete: [6TKL] - On 09/21/2004

USER EXCEEDED AUTHORITY

**[UB32] - On 09/20/2004 13:50 - For 640407128904**

REFERRAL TO CSS. EA STATUS DUE TO INITAL APPROVAL.

**[UB32] - On 09/20/2004 13:51 - For 640407128904**

CLAIM DECISION...INITIAL APPROVAL.

**[UB32] - On 09/20/2004 14:02 - For 640407128904**

OUTGOING CORRESPONDENCE...INITIAL APPROVAL LETTER. COPY TO EE, COPY
TO ACS.

**[UB32] - On 09/20/2004 14:05 - For 640407128904**

E-MAIL SENT TO ER...APPROVAL LETTER....
PETER R KNOTH
09/20/2004 02:08 PM

TO: LINDA.REILLY@ITT.COM
CC: LINDA.TOME@ITT.COM
SUBJECT: APPROVAL LETTER FOR JOHN MAGEE CLAIM #:
640407128904
LINDA,
    ATTACHED IS A COPY OF THE APPROVAL LETTER FOR JOHN MAGEE:

CLAIM #: 640407128904

SS #: 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

SINCERELY,
PETER KNOTH

**[UB32] - On 09/20/2004 14:07 - For 640407128904**

Call-Up For: [U322] - On 09/20/2004    Call-Up Complete: [U322] - On 09/24/2004

REFERRAL TO NURSE CONSULTANT...IPC RECOMMENDATION..

PER NC WALK-UP:

WOULD RECOMMEND IPC OR IME REFERRAL OR POSSIBLE FCE TO DETERMINE

ML0009

Claim #: 640407128904    Name: JOHN MAGEE

Status: Ended

**[UB32] - On 09/20/2004 14:07 - For 640407128904**
**Call-Up For: [U322] - On 09/20/2004    Call-Up Complete: [U322] - On 09/24/2004**

FUNCTIONALITY.

(I THINK AN IPC IS A GOOD CHOICE FOR NOW) SOME QUESTIONS THAT MAY
WANT TO BE ADDRESSED:
HAVE ALTERNATIVE DIAGNOSES BEEN INVESTIGATED?
HAVE UNPROVEN TREATMENTS RESULTED IN UNWANTED SIDE EFFECTS?
HAVE TREATMENT METHODS REINFORCED COUNTERPRODUCTIVE BEHAVIORS?
WERE COGNITIVE AND BEHAVIORAL INTERVENTIONS EMPLOYED?
WERE PSYCHOSOCIAL FACTORS SUCH AS FAMILY AND WORKPLACE DYNAMICS
CONSIDERED?

**[UB32] - On 09/20/2004 14:16 - For 640407128904**

OUTGOING CALL TO EE...

CM STATED THAT EE HAS BEEN APPROVED FOR LTD BENEFITS.

CM ALSO STATED THAT EE HAS AN ESTIMATE FOR PRIMARY AND FAMILY SSDI
BENEFITS AS AN OFFSET TO HIS CLAIM. CM EXPLAINED THE ESTIMATE CAN BE
REMOVED IF THERE IS A SIGNED RA AND PROOF OF APPLICATION ON FILE. CM
ALSO EXPLAINED O/P AND O/P ISSUES . EE UNDERSTOOD.

**[8B10] - On 09/22/2004 00:37 - For 640407128904**

EFT PAYMENTS HAVE STARTED FOR THIS CLAIM
PAYMENTS WILL BE MADE VIA EFT UNTIL FURTHER NOTICE

**[ACS1] - On 09/22/2004 18:01 - For 640407128904**

OGC INDEX DCN 040922015648

**[UB32] - On 09/23/2004 15:13 - For 640407128904**
**Call-Up For: [UTEA] - On 09/24/2004    Call-Up Complete: [6TKL] - On 09/23/2004**

USER EXCEEDED AUTHORITY

**[UB32] - On 09/23/2004 15:17 - For 640407128904**

E-MAIL RECEIVED FROM ER....
JOAN.POWELL@KODAK.COM
09/23/2004 02:38 PM

TO: PKNOTH@METLIFE.COM
CC:
SUBJECT: RE: SICK BENEFIT EXPIRATION DATE
ADJUSTMENT - MAGEE

URGENT...CORRECT SICK BENEFIT EXPIRATION DATE WAS 9/17/04. PLEASE
UPDATE
YOURRECORDS.

*****************************

CONFIDENTIALITY STATEMENT: THE INFORMATION CONTAINED IN THIS E-MAIL
(INCLUDING ANY ATTACHMENTS) IS PRIVILEGED AND/OR CONFIDENTIAL.  IT
IS
INTENDED ONLY FOR THE USE OF THE NAMED RECIPIENTS(S).  IF YOU HAVE
RECEIVED
THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY INFORM THE SENDER AND
DELETE THIS
MESSAGE.  IF THE READER OF THIS MESSAGE IS NOT AN INTENDED
RECIPIENT, YOUR
ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING
OF THIS
COMMUNICATION, OR THE TAKING OF ANY ACTION BASED ON IT, IS STRICTLY
PROHIBITED.

THIS TRANSMISSION CONTAINS MEDICAL DATA THAT IS CONFIDENTIAL.  IF

ML0010

Claim #: 640407128904    Name: JOHN MAGEE

Status:  Ended

**[UB32] - On 09/23/2004 15:17 - For 640407128904**

THE

READER IS THE INTENDED RECIPIENT, YOU ARE OBLIGATED TO MAINTAIN THIS DATA

IN A SAFE, SECURE AND CONFIDENTIAL MANNER AS REQUIRED BY APPLICABLE LAW, OR

IF APPLICABLE, PURSUANT TO YOUR BUSINESS' WRITTEN AGREEMENT WITH THE SENDER.  RE-DISCLOSURE WITHOUT THE SENDER'S CONSENT OR AS PERMITTED BY LAW

IS PROHIBITED.  UNAUTHORIZED RE-DISCLOSURE OR FAILURE TO MAINTAIN CONFIDENTIALITY COULD SUBJECT YOU TO PENALTIES DESCRIBED IN FEDERAL AND

STATE LAW.

**[UB32] - On 09/23/2004 15:20 - For 640407128904**

E-MAIL SENT TO ER...

PETER R KNOTH

09/23/2004 03:21 PM

TO: JOAN.POWELL@KODAK.COM

CC:

SUBJECT: RE: SICK BENEFIT EXPIRATION DATE ADJUSTMENT - MAGEE

JOAN,

  I HAVE UPDATED THE CLAIM FOR MR. MAGEE. HE WILL RECEIVE A CHECK FOR $466.25 FOR 9/20/04 TO 9/26/04.

PETER

**[UB32] - On 09/24/2004 09:56 - For 640407128904**

**Call-Up For: [U322] - On 09/24/2004    Call-Up Complete: [U322] - On 09/24/2004**

OUTGOING CALL TO EE....

PER NC REQUEST, CM FOUND OUT EE IS SEEING A SOCIAL WORKER (THERAPIST), PSYCHIATRIST (ALICE TARIOT), AND EE ONCE SAW A RHEUMATOLOGIST 4 OR 5 YRS AGO, BUT THEY LEFT THE AREA AND HE TRIED TO GET IN WITH ANOTHER RHEUMATOLOGIST BUT THEY WERE NOT SEEING ANY NEW PATIENTS.

**[U322] - On 09/24/2004 10:23 - For 640407128904**

**Call-Up For: [UB32] - On 09/24/2004    Call-Up Complete: [UB32] - On 09/27/2004**

FOLLOW UP

CMS VERIFY WITH EE IF HE IS UNDER CARE OF A MENTAL HEALTH PROVIDER AND A RHEUMATOLOGIST. IF HE IS REQUEST MEDICAL DOCUMENTATION FROM THEM. NC WILL REFER FILE FOR IPC REVIEW AND RECOMMENATIONS. KSNELL RN

**[U322] - On 09/24/2004 10:24 - For 640407128904**

**Call-Up For: [U322] - On 09/25/2004    Call-Up Complete: [U322] - On 10/04/2004**

FOLLOW UP NC TO REFER FILE FOR IPC REVIEW WITH RHEMATOLOGIST. KSNELL RN

**[ACS1] - On 09/24/2004 15:30 - For 640407128904**

**Call-Up For: [UB32] - On 09/24/2004    Call-Up Complete: [UB32] - On 09/27/2004**

FINANCIAL INDEX DCN 040924F06752

**[UB32] - On 09/27/2004 08:40 - For 640407128904**

SUMMARY OF FINANCIAL INDEX DCN 040924F06752...PROOF OF APPLICATION FOR SSDI BENEFITS.

**[UB32] - On 09/27/2004 08:42 - For 640407128904**

ADJUSTMENTS MADE TO SYSTEM...REMOVAL OF SSDI ESTIMATE FOR FAMILY AND PRIMARY. SIGNED RA AGREEMENT ON FILE (FINANCIAL 8/16/04). EE

ML0011

Claim #: 640407128904    Name: JOHN MAGEE

Status:  Ended

[UB32] - On 09/27/2004 08:42 - For 640407128904

UNDERSTANDS O/P ISSUES PER PHONE CALL 9/20/04.

[UB32] - On 09/27/2004 08:42 - For 640407128904
Call-Up For: [UTEA] - On 09/28/2004    Call-Up Complete: [6TKL] - On 09/27/2004
USER EXCEEDED AUTHORITY

[UB32] - On 09/27/2004 08:43 - For 640407128904

REFERRAL FOR EA STATUS....DUE TO REMOVAL OF ESTIMATED PRIMARY AND
FAMILY SSDI BENEFITS.

[C498] - On 09/27/2004 17:01 - For 640407128904
Call-Up For: [UB32] - On 09/28/2004    Call-Up Complete: [UB32] - On 09/28/2004
CASE MANAGEMENT NOTES REFERRAL TO SSS NEEDED

[UB32] - On 09/28/2004 14:40 - For 640407128904
Call-Up For: [X095] - On 09/28/2004    Call-Up Complete: [X095] - On 09/29/2004
REFERRAL TO SOC SEC SPECIALIST...REMOVAL OF ESTIMATE FOR SSDI PROOF
OF APPLICATION LETTER RECEIVED.

[X095] - On 09/29/2004 09:50 - For 640407128904
Call-Up For: [UB32] - On 11/14/2004    Call-Up Complete: [U080] - On 11/22/2004
FOLLOW UP SS FILED 7/14/04 WITH EE

[X095] - On 09/29/2004 09:50 - For 640407128904

SOC SEC INFO FROM EE,JY6768 SIGNED 7/26/04

[U322] - On 10/04/2004 14:51 - For 640407128904
Call-Up For: [U086] - On 10/04/2004    Call-Up Complete: [UB50] - On 10/05/2004
ACTION PLAN REQUEST COPY OF MEDICAL DOCUMENTATION TO SEND FOR IPC
REVIEW. KSNELL RN

[U322] - On 10/04/2004 14:53 - For 640407128904
Call-Up For: [U322] - On 10/04/2004    Call-Up Complete: [U322] - On 10/07/2004
FOLLOW UP FOR COPIES OF MEDICAL DOCUMENTATION AND WHEN RECEIVED SEND
TO RHEUMATOLOGIST FOR IPC REVIEW. KSNELL RN

[U322] - On 10/07/2004 09:16 - For 640407128904
Call-Up For: [UB32] - On 10/07/2004    Call-Up Complete: [UB32] - On 10/19/2004
NC REFERRAL TO IPC DR HOPKINS FOR FILE REVIEW.

[U322] - On 10/07/2004 09:22 - For 640407128904

OUTGOING CALL TO EE
REACHED HIS WIFE WHO STATED EE WAS AT THE DRS OFFICE FOR A GLAUCOMA
CHECK AND WILL BE HOME LATER. WILL CALL ME BACK, GAVE HER MY NAME
AND NUMBER. KSNELL RN

[U322] - On 10/07/2004 09:23 - For 640407128904
Call-Up For: [U322] - On 10/07/2004    Call-Up Complete: [U322] - On 10/09/2004
FOLLOW UP FOR PSYCHIATRIST/COUNSELORS NAME. KSNELL RN

[CC05] - On 10/08/2004 13:45 - For 640407128904
Call-Up For: [U322] - On 10/08/2004    Call-Up Complete: [U322] - On 10/08/2004
IPC REFERRAL /MEDICAL RCVD 10/8 TO DR. HOPKINS

[U322] - On 10/09/2004 13:12 - For 640407128904

EE'S PSCYHIATRIST/COUNSELORS NAMES/ADDRESSES
PSCHIATRIST DR ALICE TARIOT PH NUMBER 585-586-1600 AND IS AT LYNDON
OAKS BUT DOSEN'T KNOW ADDRESSS.
COUNSELOR IS CAROLYN CERAME, PH # IS 585-423-9460, VM IS

ML0012

Claim #: 640407128904    Name: JOHN MAGEE

Status: Ended

**[U322] - On 10/09/2004 13:12 - For 640407128904**

595-251-7489. ADDRESS IS 253 ALEXANDER STS, NORMANDY CARRIAGE HOUSE
ROCHESTER, NY, 14607. KSNELL RN

**[U322] - On 10/09/2004 13:13 - For 640407128904**

NC CALL TO DR TARIOTS OFFICE TO VERIFY FAX NUMBER, ADDRESS AND
UPDATE ON EE'S STATUS WITH DX, TX PLAN. KSNELL RN

**[U322] - On 10/09/2004 13:14 - For 640407128904**

Call-Up For: [U322] - On 10/11/2004    Call-Up Complete: [U322] - On 10/14/2004

ACTION PLAN WHEN FAX NUMBER/ADDRES OF PSYCHIATRSIT DR TARIOT IS
OBTAINED WILL REQUEST MEDICAL DOCUMENATION FOR HER AND EE'S
COUNSELOR ALSO. ONCE THAT IS OBTAINED WILL REFER FOR IPC REVIEW WITH
PSYCHIATRIST. KSNELL RN

**[U322] - On 10/14/2004 12:04 - For 640407128904**

OUTGOING CORRESPONDENCE TO PSYCHIATRSIT DR TARIOT
RE: JOHN MAGEE
DEAR DR. TARIOT,
I AM A RN REVIEWING JOHN MAGEE'S ELIGIBILITY FOR SHORT-TERM
DISABILITY BENEFITS AND I AM REQUESTING YOUR ASSISTANCE IN
DETERMINING THE NATURE OF HIS CONDITION AND RETURN TO WORK
RESTRICTIONS. PLEASE ADDRESS THE FOLLOWING TO ASSIST IN MY EFFORTS
IN EVALUATING THE NATURE OF MR. MAGEE'S IMPAIRMENT AND HIS RETURN TO
WORK ABILITY.   I WILL REQUIRE A RESPONSE BY OCTOBER 28, 2004 AND
APPRECIATE YOUR TIME AND ASSISTANCE IN THIS MATTER.
PRESENT DIAGNOSIS AFFECTING WORK CAPACITY:
FIRST DATE OF TREATMENT FOR PRESENT CONDITION OR FIRST DATE PATIENT
UNABLE TO WORK. PLEASE INCLUDE ANY HOSPITALIZATION DATES:
PLEASE DESCRIBE ABNORMAL PHYSICAL EXAM FINDINGS, COGNITIVE FINDINGS,
SYMPTOMS, PERTINENT COMORBIDITIES, AND MENTAL STATUS EXAM TESTING
RESULTS DENOTING WORK INCAPACITY- PLEASE BE AS DETAILED AS POSSIBLE
AS THIS INFORMATION WILL ASSIST IN OUR DETERMINATION FOR BENEFIT
ELIGIBILITY:
PLEASE PROVIDE A RETURN TO WORK DATE, ANY RESTRICTIONS AND
LIMITATIONS AS THE EMPLOYER CAN ACCOMMODATE.
FULL TIME
PART TIME
RECOMMENDED WORK RESTRICTIONS, DURATION OF SUCH. AND EARLIEST RETURN
TO WORK DATE WITH RESTRICTIONS.
WHAT IS HIS CURRENT TREATMENT PLAN INCLUDING MEDICATION AND HIS
PROGRESS WITH HIS TREATMENT?
PLEASE FORWARD RELEVANT PROGRESS NOTES, TESTING RESULTS, AND
CONSULTATION REPORTS IN REGARDS TO MR. MCGEE.   THIS INFORMATION IS
REQUIRED FOR DETERMINATION FOR BENEFIT ELIGIBILITY.
DATE OF NEXT EVALUATION/OFFICE VISIT:
I APPRECIATE YOUR TIME AND ASSISTANCE IN MY EFFORTS TO ASCERTAIN
YOUR PATIENT'S MEDICAL STATUS AND WORK ABILITY. PROVIDE CURRENT
MEDICAL DOCUMENTATION INCLUDING OFFICE NOTES, MENTAL STATUS EXAM
INCLUDING GLOBAL IMPAIRMENT PLEASE CONTACT ME WITH ANY QUESTIONS OR
CONCERNS AT 315-792-2348
KSNELL RN

**[U322] - On 10/14/2004 12:13 - For 640407128904**

OUTGOING CORRESPONDENCE FAXED REQUESTE TO COUNSELOR CAROLYN CEROME
FAXED REQUEST FOR UPDATE ON EE'S STATUS, OFFICE NOTES ETC TO FAX
NUMBE 585-251-7586
KSNELL RN

**[U322] - On 10/14/2004 12:14 - For 640407128904**

OUTGOING CORRESPONDENCE RECEIVED CONFIRMATION THAT THE FAX TO DR
TARIOT WAS SUBMITTED SUCCESSFULLY TO THE DRS OFFICE. KSNELL RN

ML0013

[U322] - On 10/14/2004 12:15 - For 640407128904

Call-Up For: [U322] - On 10/29/2004    Call-Up Complete:  [U322] - On 11/05/2004

FOLLOW UP FOR RESPONSE FOR MEDICAL REQUEST FOR DR TARIOT AND
COUNSELOR CAROLYN CEROME. WILL REVIEW WHEN RECIEVED FOR POSSIBLE
REFERRAL TO IPC IF APPROPRIATE. KSNELL R N

[C172] - On 10/21/2004 10:40 - For 640407128904

Call-Up For: [U322] - On 10/21/2004    Call-Up Complete: [U322] - On 10/21/2004

IPC REFERRAL/MEDICAL RCVD FROM UTICA OFFICE
PER CM LEAVE REFERRAL WITH SELECTED IPC

[ACS1] - On 11/01/2004 12:15 - For 640407128904

Call-Up For: [UB32] - On 11/01/2004    Call-Up Complete: [U322] - On 11/05/2004

MED/VOC INDEX DCN 041101F05900

[U322] - On 11/05/2004 18:00 - For 640407128904

FOLLOW UP REVIEW OF DR HOPKINS(IM AND OCC MED) PFR REPORT DATED
11-5-04
IPC REVIEWED ALL THE MEDICAL DOCUMENTATION IN FILE.
STATED EE IS OOW D/T 'CHRONIC FATIGUE SYNDROME:, A COLLECTION OF
SYMPTOMS WITH NO KNOWN PATHOPHYSIOLOGICAL BASIS. STATES ALL PHYSICAL
EXAMS HAVE BEEN WITHIN NORMAL LIMITS OTHER THEN OBESITY AND
ORHTOSTATIC HYOPTENSION WHICH HE HAD ON ONE OCCASION. DR BELL DID
NOT DOCUMENT ANY INDICATION THAT EE'S MEDICATIONS MAY HAVE CAUSED
THE ORTHOSTATIC HYPOTENSION A COMMON SIDE EFFECT. NO ORTHOSTATIC
HYPOTENSION WAS DOCUMENTED PAST 7-10-03, SO NO ONGOING IMPAIRMENT
DUE TO THIS WAS DOCUMENTED.  DR BELL FEELS THAT EE IS DISABLED D/T
HIS SELF REPORTED FATUGUE, BUT DID NOT PROVIDE ANY OBJECTIVE BASIS
FOR HIS OPINION. EE'S PCP APPARENTLY FELT THAT EE'S CONDITION WAS
PSYCHOSOMATIC, SO THIS POSSIBILTY WAS RAISED. EE HAS SEVERE
DEPRESSION AND ATTEMPTED SUICIDE, BUT DR BELL FEELS THIS IS
SECONDARY TO EE'S BIOLOGIC ILLNESS EVEN THOUGH NO ACTUAL PHYSICALLY
BASED DISEASE PROCESS WAS IDENTIFIED. IT HAS BEEN WELL DOCUMENTED IN
THE LITERATURE THAT MANY PEOPLE WITH DEPRESSION ARE UNAWARE OF THEIR
DEPRESSIOIN OR DENY IT, SO EE'S DENYING HE WAS DEPRESSED PRIOR TO
THE ONSET OF HIS PHYSICAL SYMPTOMS DOES NOT NECESSARILY MEAN THAT HE
WAS NOT ACTUALLY DEPRESSE, ONE OF THE MOST COMMONCAUSES OF CHRONIC
FATIGUE SYNDROME. EE ALSO IDENTIFIED SLEEP DISTURBANCES. LACK OF
SLEEP CAN CERTAINLY CAUSE MOST OF ALL OF EE'S SX'S YET THERE IS
LITTLE EVIDENCE IN THIS FILE THAT HE HAS EVER BEEN REFERRED FOR A
SLEEP EVALUATION INCLUDING POLYSOMNOGRAM WHICH MIGHT IDENTIFY A
TREATABLE CAUSE OF EE'S FATIGUE. DR BELL TREATED EE WITH IV FLUID
FOR ALLEGED VOLUME DEPLETION BUT THIS IS NOT A WIDELY ACCEPTED
DIAGNOSIS NOR TREATMEN. NO BARRIER TO EE'S ABILITY TO TAKE IN FLUIDS
BY MOUTH WAS DOCUMENTED SO HE COULD HAVE ACCOMPLISHED THE SAME
THINGBY DRINKING MORE WATER AS BY HAVING IV FLUIDS GIVEN WHICH
OPENED HIM UP TO POTENTIAL COMPLICATIONS SUCH AS THE PHELBITIS HE
REPORTEDLY HAD. ALSO THE ADMINISTRATION OF IV FLUIDSX WILL ALSO JUST
GENERALLY RESULT IN HIGHER URINARY OUTPUT UNLESS A PERSON IS RAPIDLY
LOSING FLUIDS TO THE POINT WHERE THEY CANNOT BE REPLACED BY MOUTH
SUCH AS IN HEMORRHAGING, SEVERE VOMITING OR SEVERE DIARRHEA. EE
REPORTS SEVERE PAIN, BUT THERE WAS NO PHYSIOLOGICAL BASIS FOR HIS
PAIN INDENTIFIED. DESPITE THE LACK OF ANY OBJECTIVE SOURCES FOR EE'S
PAIN BY EXAM AND DIAGNOSTIC TESTING HE WS STARTED ON NARCOTICS AND
NOT TAKES THEM CHRONICALLY WHICH MAY LEAD TO IATROGENIC DISEASES. EE
REPORTS COGNITIVE PROBLEMS BUT NO COGNITIVE DYSFUNCTION WAS
OBJECITVELY DOCUMENTED IN THIS FILE. IN SUMMARY EE IS OOW D/T A
VARAIETY OF SELF REPORTED SYMPTOMS WITH NO OBJECTIVE SUPPORT BY
EXAMINATIONS OR DIAGNOSTIC TEST RESULTS. THIS FILE DOES NOT
OBJECTIVLEY SUPPORT THE PRESENCE OF ANY CONDITION OF A NATURE OR
SEVERITY TO PREVENT EE FROM PERFORMING FUCNTIONAL ACTIVITY WITHOUT
R/L. I CANNOT COMMENT ON WHETHER OR NOT THERE IS ANY SIGNIFICANT
PSYCHIATARIC IMPAIRMENT. DR HOPKINS RECOMMENDATIONS STATED THAT NO
PHYICAL IMPAIRMENT WAS OBJECTIVELY DOCUMENTED WHICH PRECLUDE
FUNCTIONAL ACITIVTY NO R/L. KSNELL RN

[U322] - On 11/05/2004 18:18 - For 640407128904

OUTGOING CORRESPONDENCE FAXED DR HOPKINS IPC REPORT TO AP DR BELL AT

ML0014

Claim #: 640407128904    Name: JOHN MAGEE

Status: Ended

[U322] - On 11/05/2004 18:18 - For 640407128904

FAX NUMBER 716-765-2056
REPORT WAS FAXED DR BELLS OFFICE AND CONFIRMATION OBTAINED THAT IT
WAS SUCCESSFULLY SUBMITTED TO THE AP'S OFFICE. KSNELL RN

[U322] - On 11/05/2004 18:19 - For 640407128904

OUTGOING CALL TO EE AT (585) 624-9306
REACHED HIS VM AT WHICH TIME I LEFT MESSAGE THAT I FAXED A REPORT TO
DR BELL AND REQUESTED HE F/U WITH DR BELL TO REVIEW REPORT AND
RESPOND TO METLIFE BY 11-19-04 IF NOT IN AGREEMENT WITH THE REPORT.
KSNELL RN

[U322] - On 11/05/2004 19:00 - For 640407128904

CORRECT FAX NUMBER IS 585-765-2067 KSNELL RN

[U322] - On 11/05/2004 19:44 - For 640407128904

FOLLOW UP REVIEW OF MED/VOC INDEX DCN 041101F05900
DR TARIOT RETURNED QUESTIONAIRE FORM I SENT TO HIM FOR COMPLETION.
UNDER EACH QUESTIONS HE WROTE SEE ATTACHED. ON MENTAL STATUS EXAM
EXAMINATION FORM DR WROTE ICD-9 CODE OF 296.30 (MAJOR DEPRESSION
DISORDER RECURRENT) AND CHRONIC FATIGUE DISORDER. APPEARANCE NORMAL,
HAS PSYCHOMOTOR RETARDATION, CAUTIOUS. MOOD DOWN, AFFECT DOWN,
APPROPRIOATION NORMAL, SPEECH NORMAL, NO PERCEPTUAL DISTURBANCES.
THOUGHT NORMAL. HAS NORMAL ALERTNESS, LEVEL OF CONSCIOUSNESS AND
ORIENTATION. HAS NORMAL MEMORY, SHORT TERM AND LONG TERM MEMORY.
STATED NOT SURE OF CONCENTRATION, ATTENTION AND CAPACITY TO
READ/WRITE. ABSTRACT THINKING NORMAL. FUND OF INFORMATION AND
INTELLIGENCE NORMAL. HAS GOOD INPULSE CONTROL, JUDGEMENT, INSIGHT
AND RELIABILITY. DID NOT PROVIDE INFORMATION OF EE'S FUNCTIONAL
DEFICIT(ON FORM) SUCH AS ADL'S, SOCIAL FUNCTION, EVIDENCE OF
DECOMPENSATION IN THE WORK PLACE AND NO RTW DATE. OFFICE NOTES DATED
4-19, 04, 8-2-04, 8-25-04 10-27-04. 4-19 EE TAKING LEXAPRO 20 MG
QAM, WELLBUTRIN XL 300 MG QAM. EE STATES NO LONGER CRYING EASILY BUT
CONTINUES TO FEEL THAT HIS FUTURE IS DISMAL. STATES OCCASIONAL
THOUGHTS OF SUICIDE BUT NO PLAN OR INTENT. FEELS HIS KIDS DON'T NEED
HIM EXCEPT FINANCIALLY AND THAT NOW HE IS A POOR FINANCIAL SUPPORT.
HOWEVER AT THE SAME TIME HE SAYS HE WOULD TRY TO HURT HIMSELF
BECAUSE OF WHAT OTHERS HAVE TOLD HIM IT WOULD DO TO HIS FAMILY.
STATES HE HAD A RECENT DIFFIULT TIME AND WAS FIRED, THEN REHIRED BY
KODAK. HE FEELS BETRAYED BY THOSE HE WORKED WITH. AP STATES ON
MENTAL STATUS EXAM HE IS NEGATIVE, PESSIMISTIC. APPEARS SOMEWHAT
LESS DEPRESSED WITH LESS WEEPING ON WELLBUTRIN. CONT PG 2

[U322] - On 11/05/2004 19:45 - For 640407128904

FOLLOW UP REVIEW PG 2
HIS NEAGATIVISM UNDOUBTEDLY RELATED TO HIS SERIOUS ILLNESS AND LOSS
OF FUNCTION. EE HAVING A HART TIME REDEFINING HIMSELF AS USEFUL IN
ANY WAY. RISK FACTORS FOR SUICIDE ARE SERIOUSMEDICAL ILLNESS,
IDEATION AND NEGATAIVE SELF VIEW. THERE ARE NO FIREARMS. PROTECTIVE
FACTORS ARE GOOD RELATIONSHIP WITH HIS WIFE WISHES NOT TO HURT HIS
FAMILY. AP FEEL THERE IS A BENEFIT FORM WELLBUTRIN AND WILL BE
CONTINUED. WORKING WITH MS CERAME ABOUT SELF IMAGE. HAS F/U IN 3
MONTHS
8-2-04 OVN STATES PHONE CONTACT WITH EE'S WIFE AND MS CEROME PT
STOPPED HIS LEXAPRO ABRUPTLY SEVERAL WEEKS AGO AND THEN HIS
WELLBUTRIN SEVERAL DAYS AGO FOR UNCLEAR REASONS. WAS SO DEPRESSED HE
CAN'T GET OUT OF BED. HASN'T EXPRESSED SUICIDAL IDEATIONS AND WIFE
FEELS ABLE TO MOITOR HIS SAFETY. BOTH MEDS WERE RESTARTED AND ASKED
TO SCHEDULE AN APPT.
8-25-04 OFFICE NOTE STATES EE ON LEXAPRO 20 MG AND WELLBUTRIN 300 MG
DAILY. EE STATES ON DAY WIFE CALLED AP HE WAS UPSET ABOUT ALOT OF
THINGS ESP FINANCIAL ISSUES AND SOMETHING HIS ON DID THAT ANGERED
HIM. FELT DESPONDENT AND HOPELESS. BY NEXT DAY WAS FEELING BETTER.
HIS WIFE FEELS TAHT HE WAS DOING GREAT BEFORE HE WENT OFF THE
MEDICATION WHICH IS PART OF REASON HE WENT OFF(THOUGHT HE COULD DO

Claim #: 640407128904    Name: JOHN MAGEE                                    Oct 26, 2007

Status:  Ended                                                              Page 16 of 68

[U322] - On 11/05/2004 19:45 - For 640407128904

WITHOUT THE MEDS). WORRIED ABOUT THE COST. WIFE THINKS EE IS LOWER
AND MORE IRRITABLE WHEN OFF MEDS. ON MSE HE WAS SULLEN, LOW. EE
THINKDS OF HIMSELF AS APPROPRIATELY DEPRESSED IN RESPONSE TO HIS
MEDICAL SITUATION, DOSNE'T UNDERSTAND WHY HE IS TAKING  MEDS. CONT
PG 3

[U322] - On 11/05/2004 19:45 - For 640407128904

FOLLOW UP REVIEW PG 3
AP REVIEWED MANY FACTORS THAT CONTRIBUTE TO DEPRESSION, THE NEED TO
TAKE MEDSCONSISTENLY AND NOT MAKE CHANGES. WITHOUT TALKING WITH DR
AS WELL AS NEEDS FOR REGULAR APPTS. EE IS SEE MS CEROME EVERY OTHER
WEEK. HE WILL STAY ON MEDS FOR NOW WITH POSSIBILTIY OF TRIAL OFF
MEDS AT SOME POINT IF HE WANTS BUT EE FEELS HE WAS DOING POORLY
PRIOR TO GOING ON MEDS. FOR COST REASON HE WAS SWITCHED TO
WELLBUTRIN 200 MG BID. THE DOSE WAS INCREASED AS HE NOTED THINGS
WERE GOING TO BE STRESSFULT HE NEXT MONTH. HAS F/U APPT IN 3 MONTHS.
EE REMAINS DEPRESSED WITH FREQUENT CRYING NOT SUICIDAL ALTHOUGH HE
HAS THOUGHTS HE'D BE BETTER OFF DEAD. SON ANGRY AT HIM AND FEELS HE
IS NOT A GOOD MODEL FOR SON. HE WANTS TO TRY SOMETHING ELSE. WAS ON
CELEXA 20 MG IN PAST DID WELL IN PAST. AP TO DECREASE LEXAPRO 10 MG
FOR 1 WK THEN STOP. CONCURRENTLY CELEXA 20 MG QAM FOR 1 WEEK THEN 40
MG QAM . F/ APPT 4-6 WEEKS. 2-5-04 LETTER FROM DR TARIOT TO CAROLYN
CERAME CSW. THANKED HER FOR REFERRING EE FOR PSYCH EVAL AND MED
MANAGEMENT FOR DEPRESSION. DISCUSSED HE HAS BEEN INTERMITTANLY OFF
WORK FOR ILLNESS CHARACTERIZED BY BEING OVER SORE AND TIRED AT
TIMES. DX WITH CFS 5 YRS AGO WHICH WORSENED 1 YEAR AGO. MAY 2003 HE
TOOK OVERDOSE OF 20 PERCOCET, WAS INPT FOR 4 WEEKS. STATES HE WANTS
TO STOP THE PAIN BUT THEN SAYS HE WANTS TO BE DEAD SO HES  NOT IN
PAIN. SYMPTOMS OF SADNESS, DEPRESSED, HAS REASON TO BE SAD AND
DIDN'T KNOW IF MEDS WOULD HELP. MARRIED WITH 4 KIDS. PLEASANT,
DIFFICULT TO ASSESS HIS MOOD AS HE WAS IN DENIAL OF DEPRESSION.
USING PRIMARILY INTELLECTUALIZATION AND RATIONALIZATION TO DEAL WITH
HIS FEELINGS ABOUT NOT BEING VALUABLE TO FAMILY. WILL F/U WITH EE,
MEDS AND PSYCHOTHERAPY. KSNELL RN

[U322] - On 11/05/2004 19:46 - For 640407128904
Call-Up For: [U322] - On 11/09/2004    Call-Up Complete: [U322] - On 11/10/2004
ACTION PLAN DISCUSS MENTAL NERVOUS DOCUMENTAION WITH PCS. SKNELL RN

[U322] - On 11/05/2004 19:46 - For 640407128904
Call-Up For: [U322] - On 11/19/2004    Call-Up Complete: [U322] - On 11/24/2004
FOLLOW UP FOR DR BELLS RESPONSE TO DR HOPKINS IPC REPORT. KSNELL RN

[C172] - On 11/08/2004 12:32 - For 640407128904
Call-Up For: [U322] - On 11/08/2004    Call-Up Complete: [U322] - On 11/08/2004
FINAL IPC REPORT FORWARDED TO ACS

[U753] - On 11/08/2004 13:23 - For 640407128904

CRC: MEDICAL INQUIRY**BY EE**

EE CLD IN REF TO MSG LFT BY NC. ADV EE THAT NC SENT REPORT TO DR
BELL AND EE NEEDED TO F/U BY 11/19/04

[ACS1] - On 11/10/2004 19:11 - For 640407128904
Call-Up For: [U322] - On 11/10/2004    Call-Up Complete: [U322] - On 11/17/2004
MED/VOC INDEX DCN 041110F06298

[ACS1] - On 11/10/2004 19:15 - For 640407128904

OGC INDEX DCN 041109029160

ML0016

Claim #: 640407128904       Name: JOHN MAGEE                                    Oct 26, 2007

Status:  Ended                                                                 Page 17 of 68

---

[ACS1] - On 11/11/2004 09:02 - For 640407128904

OGC INDEX DCN 041109029421

---

[ACS1] - On 11/11/2004 09:02 - For 640407128904

OGC INDEX DCN 041109029422

---

[ACS1] - On 11/11/2004 11:50 - For 640407128904

MED/VOC INDEX DCN 041110025945

---

[X095] - On 11/15/2004 07:15 - For 640407128904

Call-Up For:  [X095] - On 12/15/2004 | Call-Up Complete:  [X095] - On 11/19/2004

FOLLOW UP ON 11/15/04 REFERAL   / OCCUDATA INC. JY6768 IN FILE
1-800-444-8185
JEAN OWENS ESQ
5700 BROADMOOR SUITE 310
MISSION, KS 66202
LETTER OF INTRODUCTION WAS SENT TO
THE CLAIMANT  AND OCCUDATA INC.

---

[ACS1] - On 11/17/2004 11:26 - For 640407128904

OGC INDEX DCN 041116027853

---

[U322] - On 11/17/2004 18:44 - For 640407128904

FOLLOW UP REVIEW OF MED/VOC INDEX DCN 041110F06298
THIS DR BELLS 11-10-04 LETTER RESPONSE TO DR HOPKINS IPC REPORT. DR
BELL STATES THAT HE DISAGREES WITH THE REPORT THAT STATES THERE IS
NO PHYSICAL IMPAIRMENT BY EE. STATES EE DOES HAVE CHRONIC FATIGUE
SYNDROME WHICH IS FAIRLY STRIGHT FORWARD AND APPEARS TO BE
DOCUMENTED IN THE HISTORY. HE STATES THAT THE CENTER FOR DISEASE
CONTROL AND THE NATIONAL INSTITUTE OF HEALTH HAVE BOTH SAID THAT
CHRONIC FATIGUE SYNDROME IS A SERIOUS AND DEBILITATING ILLNESS AND
PART OF THE CRITERIA FOR CFS IS THAT THE DX IS NOT A PRIMARY
PSYCHIATRIC DISTURBANCE.STATES EE FITS THIS CRITERIA. DR BELL STATES
THAT THE FACT WE CANNOT PROVE AN ORGANIC BASIS FOR CFS DOES NOT
IMPLY THAT THERE IS NO PHYSICAL IMPAIRMENT. DR BELLS MAINTAINS THAT
AT THE PRESENT TIME EE IS IMPAIRED D/T CFS. ALSO HE HAS A SECONDARY
DX OF DEPRESSION WHICH AT TIMES IS SERIOUS AND THAT HE IS NOT ABLE
TO WORK BECAUSE OF HIS MEDICAL DIABILTIY. DR BELL SUGGESTS FURTHER
EVALUATION, THAT HE HAVE A COMPREHENSIVE WORK AND FUNCTION EVAL TO
BE DONE AT ROCHESTER GENERAL HOSPITAL WHICH MAY GENERALLY CLARIFY
THIS ISSUE. IN ADDITION HE COULD HAVE EXERCISE PSYIOLOGY TEST DONE
WHICH IF DONE ON 2 CONSECUTIVE DAYS IS LIKELY TO SHOW A MARKED
IMPAIRMENT OF AEROBIC CAPACITY AND MAY LIKELY DOCUMENTAT HIS
DISABILITY. KSNELL RN

---

[U322] - On 11/17/2004 18:48 - For 640407128904

Call-Up For:  [U086] - On 11/17/2004 | Call-Up Complete:  [UB50] - On 11/18/2004

REQUEST COPY OF MEDICAL DOCUMENTATION TO SEND FOR A PSYCH IPC.
KSNELL RN -

---

[UB32] - On 11/18/2004 10:58 - For 640407128904

INCOMING CALL LEFT ON CM'S VOICE MESSAGE SYSTEM FROM ER, LINDA TOME
(ITT INDUSTRIES)...

LINDA STATED THAT THE EE'S STD MAX DATE WAS 9/17/04 AND HIS LTD
BENEFITS SHOULD START ON 9/18/04. LINDA STATES SHE SPOKE TO JOANNIE
GIBBONS(?) AT KODAK AND VERIFIED THE INFORMATION.

ML0017

Claim #: 640407128904      Name: JOHN MAGEE

Status:  Ended

**[UB32] - On 11/18/2004 11:27 - For 640407128904**

LEFT VOICE MESSAGE WITH ER, LINDA TOME...

CM STATED THAT THE CLAIM WAS SET UP CORRCTLY AND THE STD MAX DATE IS
9/17/04. THIS PARTICULAR CLAIM MODEL IS SET UP UNDER THE KODAK PLAN,
BECAUSE ITT BOUGHT A PORTION OF KODAK, AND THE BSD 9/20/04 (MONDAY).

PLAN IS A WORKING MONTH PLAN, PAID FOR MON-FRI

**[XA65] - On 11/18/2004 13:12 - For 640407128904**

Call-Up For: [URCQ] - On 11/18/200    Call-Up Complete: [UB32] - On 11/18/2004

CRC: CALL BACK REQUEST TO:UB32

PLEASE CALL EE IN REGARDS TO CLAIM ADV HIM THAT MAX DURATION
ON STD IS 9/17/04 AND LTD SHOULD BEGIN ON 9/18/04
EE ADV THAT HE REC'D DENIAL LETTER FROM SSDI-ADV HIM TO
FAX TO CM FOR REVIEW
EE PHONE# (585) 624-9306

**[UB32] - On 11/18/2004 14:19 - For 640407128904**

OUTGOING CALL TO EE...RETURNING URCQ CALL

CM STATED TO EE THAT HE WAS PAID FROM 9/20/04 BSD, BECAUSE HIS STD
MAX DATE WAS 9/17/04 WHICH IS A FRIDAY AND THE PLAN STATES A MON-FRI
PAY PERIOD. CM EXPLAINED TO EE WHEN HE RECEIVED HIS AWARD LETTER IT
WAS FROM 9/27/04 START DATE BUT AFTER THE LETTER WENT OUT AN E-MAIL
WAS RECEIVED FROM THE ER WHICH STATES THE CORRECTION. THE E-MAIL
CORRECTION IS LISTED IN THE DIARY ON 9/23/04. CM STATED THAT A CHECK
IN THE AMOUNT OF $466.25 WAS SENT OUT UNDER SEPERATE COVER WHICH
COVERED THE TIME PERIOD OF 9/20/04 THROUGH 9/26/04. EE UNDERSTOOD.

**[ACS1] - On 11/18/2004 16:28 - For 640407128904**

Call-Up For: [X095] - On 11/18/2004    Call-Up Complete: [X095] - On 11/19/2004

FINANCIAL INDEX DCN 041118F07377

**[UB32] - On 11/19/2004 11:29 - For 640407128904**

SUMMARY OF FINANCIAL INDEX DCN 041118F07377...DENIAL FOR SSDI
BENEFITS, INITIAL STAGE

**[X095] - On 11/19/2004 12:50 - For 640407128904**

Call-Up For: [X095] - On 01/19/2005    Call-Up Complete: [X095] - On 12/27/2004

E-MAIL RECEIVED FROM OCCUDATA INC,THEY SENT REP FORMS TO EE.

**[U080] - On 11/22/2004 16:49 - For 640407128904**

OUTGOING CORRESPONDENCE TO EE FOR SSDI--
SENT LETTER TO EE ASKING IF HE HAS FILED FOR SSDI, TO PLEASE SEND US
A COPY OF HIS DENIAL OR AWARD LETTER FOR OUR RECORDS.  S PLANTY

**[U080] - On 11/22/2004 16:50 - For 640407128904**

Call-Up For: [UB32] - On 02/20/2005    Call-Up Complete: [UB32] - On 12/23/2004

FOLLOW UP SSDI STATUS.

**[U322] - On 11/24/2004 16:24 - For 640407128904**

Call-Up For: [U322] - On 11/25/2004    Call-Up Complete: [U322] - On 11/30/2004

ACTION PLAN SEND DR BELLS RESPONSE TO IPC FOR REVIEW TO SEES IF HIS
RESPONSE TO IPC REPORT WILL SUPPORT AN ONGOING FUNCTIONAL IMPAIRMENT
KSNELL RN

**[ACS1] - On 11/29/2004 11:10 - For 640407128904**

OGC INDEX DCN 041126018779

Diary Review - Report

Claim #: 640407128904   Name: JOHN MAGEE

Status: Ended

**[U322] - On 11/30/2004 10:35 - For 640407128904**

NC REFERRAL TO IPC DR HOPKINS IN GLB
REFERRED DR BELLS RESPONSE TO DR HOPKINS INITIAL IPC REPORT FOR HER
REVIEW AND OPINION IF THIS WOULD CHANGE HER INITIAL ASSESSMENT.
NC WILL REVIEW WHEN COMPLETED. KSNELL RN

**[U322] - On 11/30/2004 10:36 - For 640407128904**

Call-Up For: [U322] - On 12/08/2004    Call-Up Complete: [U322] - On 11/30/2004

FOLLOW UP IPC DR HOPKINS REVIEW OF DR BELLS RESPONSE TO HER INITIAL
IPC REPORT. ALSO WILL SEND FILE FOR IPC PSYCH REVIEW. KSNELL RN

**[U322] - On 11/30/2004 14:03 - For 640407128904**

Call-Up For: [U322] - On 12/17/2004    Call-Up Complete: [U322] - On 12/18/2004

NC REFERRAL TO IPC PSYCHIATRIST DR GOSELINE
REFERRED FILE TO IPC PSYCHATRIST TO REVIEW FILE FOR DEPRESSION
DIAGNOSIS AND PROVIDE HIS OPINION IF MEDICAL DOCUMENTATION WOULD
SUPPORT A SEVERITY OF IMPAIRMENT FOR DEPRESSION DX. NC WILL
REVIEW WHEN FILE IS COMPLETED. KSNELL RN

**[C172] - On 12/01/2004 11:24 - For 640407128904**

Call-Up For: [U322] - On 12/01/2004    Call-Up Complete: [U322] - On 12/01/2004

IPC REFERRAL/MEDICAL RCVD FROM UTICA OFFICE

**[UB32] - On 12/09/2004 13:40 - For 640407128904**

OUTGOING CALL TO ER (LINDA THOM)  (585) 726-1732....

CM RETURNING CALL BACK TO ER. CM LEFT 800 # AND EXT FOR C/B.

**[UB32] - On 12/10/2004 15:56 - For 640407128904**

OUTGOING CALL TO ER, LINDA TOME (ITT)  (585) 726-1732....

CM CALLED AND LEFT VOICE MESSAGE WITH ER REGARDING THE VOICE MESSAGE
ER LEFT. CM LEFT 800 # PLUS EXT FOR C/B.

**[U231] - On 12/15/2004 08:18 - For 640407128904**

Call-Up For: [U322] - On 12/15/2004    Call-Up Complete: [U322] - On 12/18/2004

IPC RECD

**[UB32] - On 12/16/2004 13:20 - For 640407128904**

OUTGOING CALL TO LINDA TOME (ER)..

LINDA WANTED TO KNOW THE STATUS OF THE EE'S CLAIM. CM STATED THE
CLAIM IS APPROVED UNTIL 12/31/04 UPON REVIEW OF THE IPC THAT WAS
REQUESTED AND RECEIVED 12/15/04.

**[UB32] - On 12/16/2004 13:21 - For 640407128904**

E-MAIL RECORD FOR LINDA TOME: LINDA.TOME@ITT.COM

**[U322] - On 12/18/2004 12:41 - For 640407128904**

FOLLOW UP REVIEW OF DR GOSELINES IPC REPORT
IPC REPORT DATED 12-13-04 COMPLETED BY DR GOSELINE STATES THAT THE
INFORMATION PROVIDED FROM THE RECORDS DOES INDICATE THAT THIS IS A
DOCUMENTATED CHRONIC FATIGUE SYNDROME ESTABLISHED BY DOCUMENTATION
RECEIVED BY DS BELL(REVIEWED BY IPC DR HOPKINS). DR GOSELINE STATES
THAT HIS OPINION IS THAT THE OBJECTIVE CLINICAL FINDINGS DO SUPPORT
A SEVERITY OF IMPAIRMENT THAT WOULD PREVENT THE EE FROM PERFORMING
FUNCTIONAL ACTIVITIES.  THIS IS EVIDENCED BY SYMPTOMS OF DEPRESSION,
SUICIDAL IDEATIONS ANGRY OUTBURSTS TOWARDS FAMILY MEMBERS
PARTICULARLY A SON AND SUICIDAL IDEATONS RELATED TO HIS FEELINGS
THAT HE IS NOT A PRODUCTIVE MEMBER OF SOICIETY AND ACCORDINGLY NOT A
WORTHWHILE PERSON. SYMPTOMS INCLUDE WEEPING, GUILT, AS WELL AS SELF

ML0019

Diary Review Report

Claim #: 640407128904      Name: JOHN MAGEE

Status: Ended

**[U322] - On 12/18/2004 12:41 - For 640407128904**

REPORT INOFO RELATED TO HIS CFS. DR GOSELINE (IPC) STATES THAT THERE
IS COMPELLING EVIDENCE THAT THERE IS A DSM-IV DX OF MAJOR DEPRESSIVE
DISORDER RELATED TO CFS. THE PRESENT INFOMRATION DOES SUBSTANIATE AN
ONGOING CONDITION LIMITING HIS FUNCTIONAL ABILITY AT THIS TIME. IPC
STATES THAT THE CONDITION NEEDS ONGOING REVEIW POSSIBLY ON A YEARLY
OR HALF YEAR BASIS. KSNELL RN

**[U322] - On 12/18/2004 12:49 - For 640407128904**

Call-Up For: [UB32] - On 12/20/2004    Call-Up Complete: [UB32] - On 12/23/2004

DECISION SUMMARY
EE IS A 46 YR OLD MALE, PROGRAM ASSURANCE MANAGER AT ITT WITH A DX
OF CHRONIC FATIGUE SYNDROME(CFS) AND MAJOR DERPESSIVE DISORDER.
BASED ON REVIEW OF THE IPC REPORT THE OBJECTIVE FINDINGS WOULD
SUPPORT A SEVERITY OF IMPARMENT BASED ON FINDINGS FOR THE MAJOR
DEPRESSION DISORDER. THE OBJECTIVE CLINICAL FINDINGS SUPPORT EE'S
FUNCTIONAL LIMIATIONS AS EVIDENCED BY SUICIDAL IDEATIONS, ANGRY
OUTBURST TOWARDS FAMILY MEMBERS, WEEPING, GUILT, AND SELF REPORTED
SYMPTOMS RELATED TO CFS. EE IS UNDER ACTIVE TX WITH A PSYCHIATRTIST
CURRENTLY, ACTIVITY IS RESTRICTED D/T SYMPTOMS, TAKING WELLBUTRIN,
LEXAPRO, KLONOPIN AND MEDS FOR PAIN. DOCUMENATION IS LIMITED FOR THE
CHRONIC FATIGUE SYNDROME BUT EE IS FUNCTIONAL IMPAIRED D/T
DEPRESSION AT THIS TIME. RECOMMEND PER IPC REVIEW F/U WITH HIS DRS
IN 6 MONTHS FOR UDPATE ON HIS SYMPTOMS, SEVERITY OF TX, ANY
COMPLICATIONS, RTW PROGNOSIS. DISCUSS WITH NC IF ANY QUESTIONS
KSNELL RN

**[U322] - On 12/18/2004 12:50 - For 640407128904**

ACTION PLAN NC CLOSURE FOR COMANAGEMENT.
MEDICAL IS TOO SEVERE FOR DX OF MAJOR DEPRESSION. NC WILL NOT FOLLOW
FOR COMANAGEMENT AT THIS TIME D/T SEVERITY. KSNELL RN

**[ACS1] - On 12/21/2004 13:20 - For 640407128904**

Call-Up For: [X095] - On 12/21/2004    Call-Up Complete: [X095] - On 12/27/2004

FINANCIAL INDEX DCN 041220017589

**[ACS1] - On 12/21/2004 17:32 - For 640407128904**

MED/VOC INDEX DCN 041221010016

**[ACS1] - On 12/22/2004 11:00 - For 640407128904**

MED/VOC INDEX DCN 041221014593

**[U764] - On 12/22/2004 16:40 - For 640407128904**

Call-Up For: [URCQ] - On 12/22/200    Call-Up Complete: [UB32] - On 12/23/2004

CRC: CALL BACK REQUEST TO:UB32

EE ASKED IF THE FAX WAS RECIEVED I ADVISED THAT WE DID ON 12/21, A 3
PAGE FAX OF AN AP LETTER ALSO ON 12/22 A COPY OF THE SAME FAX.

EE ALSO ASKED TO SPEAK TO CM, PLEASE CALL EE @ (585) 624-9306.

**[UB32] - On 12/23/2004 09:07 - For 640407128904**

OUTGOING CALL TO EE...RETURNING URCQ CALL...

EE WANTED TO KNOW IF HIS BENEFITS WERE GOING TO BE EXTENDED PAST
12/31/2004. CM STATED THEY WILL BE BASED UPON THE IPC REPORT, WHICH
STATES EE'S SEVERITY OF HIS DISABILITY. EE ASKED FOR A COPY OF THE
REPORT. CM SAID HE WILL MAIL HIM A COPY OF THE IPC. CM STATED THAT
WE WILL FOLLOW-UP IN 6 MONTHS, PER THE DECISION SUMMARY ON FILE FROM
12/18/04. EE SAID THAT IS FINE. EE WANTED TO KNOW IF WE EVER
RECEIVED THE DENIAL LETTER FOR SSDI. CM STATED WE DO HAVE THAT
LETTER ON FILE ON WE HAVE THE LETTER WHICH STATES THE EE IS SEEKING

Claim #: 640407128904      Name: JOHN MAGEE

Status:  Ended

[UB32] - On 12/23/2004 09:07 - For 640407128904

A LAWYER FROM OCCUDATA.

[UB32] - On 12/23/2004 09:08 - For 640407128904

SUMMARY OF FINANCIAL INDEX DCN 041220017589...LETTER FROM OCCUDATA
THAT THEY WILL REPRESENT THE EE WITH HIS SSDI APPEAL.

[UB32] - On 12/23/2004 09:08 - For 640407128904
Call-Up For: [UTEA] - On 12/24/2004    Call-Up Complete: [6TKL] - On 12/27/2004
USER EXCEEDED AUTHORITY

[UB32] - On 12/23/2004 09:10 - For 640407128904
Call-Up For: [UB32] - On 06/22/2005    Call-Up Complete: [UE01] - On 06/24/2005
ACTION PLAN PER DECISION SUMMARY 12/18/04, REQUEST DETAILED
MEDICAL..

RECOMMEND PER IPC REVIEW F/U WITH HIS DRS IN 6 MONTHS FOR UPDATE ON
HIS SYMPTOMS, SEVERITY OF TX, ANY COMPLICATIONS, RTW PROGNOSIS.
DISCUSS WITH NC IF ANY QUESTIONS

[UB32] - On 12/23/2004 09:11 - For 640407128904
Call-Up For: [UB32] - On 03/20/2005    Call-Up Complete: [X095] - On 12/27/2004
FOLLOW UP FOR SSDI STATUS

[UB32] - On 12/23/2004 09:12 - For 640407128904

EA STATUS DUE TO EXTENDING BENEFITS, PER DECISION SUMMARY.

[UB32] - On 12/23/2004 09:21 - For 640407128904

OUTGOING CORRESPONDENCE, COPY OF THE IPC REVIEW THE EE REQUESTED.
COPY TO EE, COPY TO ACS.

[X095] - On 12/27/2004 09:45 - For 640407128904
Call-Up For: [U231] - On 12/27/2004    Call-Up Complete: [U231] - On 01/03/2005
SOC SEC INFO SS1696, MED RELEASE AND FEE CONTRACT RECEIVED. PLEASE
COPY ALL FILE MEDICAL, VOC, REHAB AND SS INFO FOR AGENCY

[X095] - On 12/27/2004 09:45 - For 640407128904
Call-Up For: [X095] - On 11/19/2005    Call-Up Complete: [X095] - On 11/22/2005
FOLLOW UP SS FILED 11/19/04 WITH OCCUDATA INC.

[X095] - On 12/27/2004 09:48 - For 640407128904
Call-Up For: [X095] - On 01/20/2005    Call-Up Complete: [X095] - On 01/20/2005
UPDATE SSCODE TO ALJ PENDING, CLAIM WAS IN 'EA' STATUS.

[ACS1] - On 12/28/2004 13:35 - For 640407128904

OGC INDEX DCN 041227013400

[U231] - On 01/03/2005 11:23 - For 640407128904

MEDICAL, FINANCIAL AND SS INFO SENT TO OCCUDATA

[ACS1] - On 01/05/2005 08:01 - For 640407128904

OGC INDEX DCN 050104005627

[UE01] - On 06/24/2005 14:15 - For 640407128904

OUTGOING CORRESPONDENCE REQUESTED DETAILED MEDICAL COPY TO EE AND

Claim #: 640407128904     Name: JOHN MAGEE

Status:  Ended

[UE01] - On 06/24/2005 14:15 - For 640407128904

ACS. JFIORE

[UE01] - On 06/24/2005 14:16 - For 640407128904
Call-Up For: [UB32] - On 07/21/2005     Call-Up Complete: [UB32] - On 07/21/2005

FOLLOW UP FOR DETAILED MEDICAL IF NOT REC'D SEND 2ND REQUEST. IF
REC'D REVIEW WITH NC. JFIORE

[ACS1] - On 06/28/2005 16:52 - For 640407128904

OGC INDEX DCN 050628047448

[ACS1] - On 07/18/2005 17:44 - For 640407128904
Call-Up For: [UB32] - On 07/18/2005     Call-Up Complete: [UB32] - On 07/21/2005

MED/VOC INDEX DCN 050718041654

[ACS1] - On 07/18/2005 17:44 - For 640407128904
Call-Up For: [UB32] - On 07/18/2005     Call-Up Complete: [UB32] - On 07/21/2005

OTHER INDEX DCN 050718041654

[UB32] - On 07/21/2005 14:53 - For 640407128904

MEDICAL INFO FROM DR. DAVID BELL, MD, FAAP....MED/VOC INDEX DCN
050718041654....

JUNE 6, 2005 LETTER FROM AP:
EE WAS SEEN JUNE 1, 2005 IN RECHECK FOR HIS CHRONIC FATIGUE
SYNDROME. OVERALL, SYMPTOMS CONTINUE TO BE VERY SEVERE. KRUPP
FATIGUE SCORE IS 56, WHICH IS IN DISABILITY RANGE. MODIFIED
KARNOFSKY SCORE IS 25 PERCENT ALSO IN DISABILITY RANGE. THE PATTERN
OF SYMPTOMS CONTINUES TO BE CONSISTENT FOR CHRONIC FATIGUE SYNDROME.

SF-36 WAS ADMINISTERED AND THE SUBSCORES WERE AS FOLLOWED:
1) PF 35
2) RP 0
3) BP 32
4) GH 30
5) VT 20
6) SF 25
7) RE 100
8) MH 72

INTERPRETATION: THE SF-36 IS AN EXTREMELY WELL VALIDATED INDICATOR
OF OVERALL DISABILITY. AP STATES EE'S SCORES SHOW MARKED DISABILITY,
SPECIFICALLY IN THE 6 DIFFERENT DOMAINS OF PHYSICAL FUNCTIONING HE
IS DISABLED BEYOND WHAT IS USUALLY SEEN IN END-STAGE CARDIAC OR
PULMONARY DISEASE. OF INTEREST, THE 2 DOMAINS LOOKING AT EMOTIONAL
FUNCTIONING, THE RE AND THE MH ARE ABOVE NORMAL. THIS WOULD IMPLY
THAT HE HAS A PHYSICAL ILLNESS WHICH IS CAUSING HIM SEVERE DEBILITY
AND HE HAS NO EMOTIONAL COMPONENT TO HIS DISABILITY.

PHYSICAL LIMITATIONS:
LIFT/CARRY: LESS THAN 10 LBS OCCASSIONALLY

SIT: 2 HRS
STAND/WALK: 1 HR

ALTERNATE SITTING AND WALKING: YES

USE OF HANDS:
OCCASSIONALLY: SIMPLE GRASPING, PUSH/PULL, REACHING, HANDLING,
FINGERING, FEELING

POSTURAL LIMITATIONS:
NEVER: BEND, CLIMB, BALANCE, STOOP, KNEEL, CROUCH, CRAWL

OCCASSIONALLY: REACH OVERHEAD, EXTEND ARMS, SQUAT

ENVIRONMENTAL LIMITATIONS:

ML0022

Claim #: 640407128904    Name: JOHN MAGEE

Status:  Ended

**[UB32] - On 07/21/2005 14:53 - For 640407128904**

AVOID CONCENTRATED EXPOSURE: EXTREME COLD, EXTREME HEAT, WETNESS,
HUMIDITY, NOISE, VIBRATION, FUMES,ODORS, DUST, GASES, POOR
VENTILATION, ETC., UNPROTECTED HEIGHTS, MOVING MACHINERY

SUBJECTIVE SYMPTOMS:
CONTINUALLY: FATIGUE, PAIN, VERTIGO, OTHER
FREQUENTLY: SHORTNESS OF BREATH

6/1/05 CLINICAL STUDY GROUP QUESTIONNAIRE.

**[UB32] - On 07/21/2005 14:59 - For 640407128904**

LETTER FROM EE...COPY OF THE MEDICAL REQUEST LETTER THAT THE CM HAD
ORIGINALLY SENT TO THE EE...OTHER INDEX DCN 050718041654

**[UC71] - On 07/29/2005 10:51 - For 640407128904**
**Call-Up For: [UB32] - On 07/29/2005    Call-Up Complete: [UB32] - On 08/01/2005**

WALK-UP NC...REASON FOR WALK-UP-  REVIEW OF MEDICAL

DEFINITION OF DISABILITY- ANY AND ALL THROUGHOUT

CONFIRM DIAGNOSIS AND ICD9 CODE. : 7807: CHRONIC FATIGUE SYNDROME
SECONDARY: 2963: MAJOR DEPRESSIVE DISORDER, RECURRENT EPISODE
NC VERIFIED

SUMMARY OF MEDICAL- EE IS IN TREATMENT FOR CHRONIC FATIGUE SYNDROME
AND MAJOR DEPRESSIVE DISORDER. AP TREATING FOR CFS DIFFERS IN
OPINION WITH AP TREATING FOR DEPRESSIVE DISORDER. BOTH AGREE CLIENT
IS DISABLED FROM ANY AND ALL OCC BUT DISAGREE ON WHETHER THE
DEPRESSIVE DISORDER ID THE CAUSE OF THE DISABILITY OR SYMPTOM OF IT.

JOB TITLE/ DUTIES: PROGRAM ASSURANCE MANAGER (LIGHT). PROVIDING
DAILY TASKS OF QUALITY ENGINEER.

CONSIDERATION OF DURATION- MEDICAL DOCUMENTATION SUPPORTS SEVERITY
OF IMPAIRMENT AND CONTINUATION OF BENEFITS TO 1/30/06.

FUNCTIONAL CLARITY-DISABILITY QUESTIONAIR COMPLETED BY DR. BELL
INDICATES EE CAN ONLY STAND OR WALK 1-2 HRS PER DAY AND MUST LIE
DOWN INBETWEEN. LIFTING IS RESTRICTED TO LESS THAN 10 LBS
OCCASIONALLY.

ACTION PLAN/RTW PROGNOSIS: RTW PROGNOSIS IS POOR. ACTION PLAN: CMS
WILL REQUEST MOST RECENT PSYCHIATRIC NOTES AND MEDICAL NOTES WITH A
REQUEST FROM BOTH TREATING AP'S TO SPECIFICALLY DOCUMENT WHICH
ILLNESS IS PRIMARY IN EE'S DISABILITY. CMS WILL THEN REVIEW AND
REASSESS WHICH IS THE PRIMARY CAUSE OF CONTINUED DISABILITY ON A GO
FORWARD BASIS.

REFERRALS

P.ALDI,RN/CS/P.KNOTH CMS.

**[UB32] - On 08/01/2005 11:29 - For 640407128904**
**Call-Up For: [UB32] - On 01/06/2006    Call-Up Complete: [UB32] - On 01/11/2006**

ACTION PLAN...PER NC WALK-UP REQUEST DETAILED MEDICAL
INFORMATION....

ACTION PLAN/RTW PROGNOSIS: RTW PROGNOSIS IS POOR. ACTION PLAN: CMS
WILL REQUEST MOST RECENT PSYCHIATRIC NOTES AND MEDICAL NOTES WITH A
REQUEST FROM BOTH TREATING AP'S TO SPECIFICALLY DOCUMENT WHICH
ILLNESS IS PRIMARY IN EE'S DISABILITY. CMS WILL THEN REVIEW AND
REASSESS WHICH IS THE PRIMARY CAUSE OF CONTINUED DISABILITY ON A GO
FORWARD BASIS.

ML0023

Claim #: 640407128904    Name: JOHN MAGEE

Status:  Ended

[UB32] - On 08/01/2005 11:29 - For 640407128904

Call-Up For: [UB32] - On 01/06/2006    Call-Up Complete: [UB32] - On 01/11/2006

---

[X095] - On 11/22/2005 14:30 - For 640407128904

CLAIM COMMENT
PER OCCUDATA INC WEB REPORT ALJ WAS FILED 11/19/04 NOT THE INITIAL
EHERRIN SS SPEC

---

[X095] - On 11/22/2005 14:33 - For 640407128904

Call-Up For: [X095] - On 01/19/2006    Call-Up Complete: [X095] - On 01/20/2006

SOCIAL SECURITY ACTION NEEDED
ALJ FILED 11/19/04 WITH OCCUDATA INC

---

[ACS1] - On 11/25/2005 14:20 - For 640407128904

Call-Up For: [UB32] - On 11/25/2005    Call-Up Complete: [UC77] - On 12/01/2005

MED/VOC INDEX DCN 051125003233

---

[UC77] - On 12/01/2005 14:52 - For 640407128904

INCOMING MAIL - MED VOC
MED/VOC INDEX DCN 051125003233:  STATEMENT WITH EMPLOYERS WITH
EMPLOYEE SS NO., EMPLOYEE BIRTDATE, EMPLOYEE LAST NAME, EMPLOYEE
FIRST NAME,

POA:  SENT E-MAIL TO EMPLOYER WITH SOCIAL SECURITY INFORMATION.

---

[UB32] - On 01/11/2006 13:00 - For 640407128904

OUTGOING CORRESPONDENCE
FOR DETAILED MEDICAL FROM DR. BELL AND TREATING PSYCHIATRISTS AND
PSYCHOLOGISTS. COPY TO EE. COPY TO ACS. ENCLOSED IN COPY TO EE AND
ACS IS METLIFE PSYCH QUESTIONNAIRE AND CHRONIC FATIGUE
QUESTIONNAIRE.

MEDICAL TO INCLUDE:

IN ACCORDANCE WITH THE TERMS OF YOUR GROUP PLAN, WE ARE ASKING YOU
TO PLEASE HAVE DR. DAVID BELL PROVIDE US WITH YOUR MEDICAL RECORDS.
THE MEDICAL RECORDS SHOULD INCLUDE:

 DETAILED OFFICE VISIT NOTES FROM DR. DAVID BELL FROM AUGUST 1,
2005 TO PRESENT.
 DIAGNOSTIC TEST PROCEDURES PERFORMED AND THE RESULTS FROM AUGUST
1, 2005 TO PRESENT.
 LIST OF MEDICATIONS AND DOSAGES.
 SPECIFIC RESTRICTIONS AND LIMITATIONS PREVENTING YOU FROM
RETURNING TO WORK.
 PRESENT AND FUTURE COURSE OF TREATMENT.
 ESTIMATED RETURN TO WORK DATE.
 A COMPLETED METLIFE CHRONIC FATIGUE SYNDROME INITIAL FUNCTIONAL
ASSESSMENT FORM FROM YOUR MOST RECENT OFFICE VISIT WITH DR. BELL

WE ARE ALSO ASKING YOU TO PLEASE HAVE YOUR TREATING PSYCHIATRIST AND
PSYCHOLOGIST PROVIDE US WITH YOUR MEDICAL RECORDS.  THE MEDICAL
RECORDS SHOULD INCLUDE:

 DETAILED OFFICE NOTES AND THERAPY SESSION NOTES FROM YOUR
PSYCHIATRIST AND PSYCHOLOGIST FROM AUGUST 1, 2005 TO PRESENT.
 LIST OF ALL MEDICATIONS AND DOSAGES YOU ARE TAKING.
 PRESENT AND FUTURE COURSE OF TREATMENT.
 COMPLETED METLIFE PSYCHIATRIC QUESTIONNAIRE FORMS FROM YOUR MOST
RECENT OFFICE VISIT WITH YOUR PSYCHIATRIST.

WE ARE ALSO ASKING YOU TO HAVE YOUR PSYCHIATRIST ANSWER A FEW
QUESTIONS:

Claim #: 640407128904    Name: JOHN MAGEE                    Oct 26, 2007

Status: Ended                                                Page 25 of 68

[UB32] - On 01/11/2006 13:00 - For 640407128904

ASK YOUR TREATING PSYCHIATRIST WHAT YOUR PROGNOSIS WILL BE IN THE
NEXT SIX- (6) MONTHS.
WHAT IS YOUR OVERALL PROGRESS IN TREATMENT? IF YOUR PROGRESS HAS
BEEN LIMITED, WHAT ALTERNATIVE TREATMENT MODALITIES ARE BEING
CONSIDERED OR UTILIZED? IF THE PROGRESS HAS BEEN POSITIVE, PLEASE
PROVIDE AN ESTIMATE RETURN TO WORK DATE.
HAVE THERE BEEN ANY REFERRALS?
DO YOU REQUIRE A HIGHER LEVEL OF CARE?
ARE YOU CONSIDERED TO BE SERIOUSLY AND PERSISTENTLY MENTALLY ILL?
ARE YOU CAPABLE OF CONDUCTING ANY WORK-RELATED ACTIVITIES, IN ANY
OCCUPATION, AT THIS TIME?

[UB32] - On 01/11/2006 13:01 - For 640407128904

Call-Up For: [UB32] - On 02/03/2006    Call-Up Complete: [UB32] - On 02/09/2006

CLAIM SUPPORT ACTION NEEDED
FOLLOW UP DETAILED MEDICAL FROM DR. BELL AND TREATING PSYCHIATRISTS
AND PSYCHOLOGISTS INCLUDING THE METLIFE PSYCH QUESTIONNAIRE AND
CHRONIC FATIGUE QUESTIONNAIRE. IF NOT RECEVIED SEND 10 DAY LETTER.

MEDICAL TO INCLUDE:

IN ACCORDANCE WITH THE TERMS OF YOUR GROUP PLAN, WE ARE ASKING YOU
TO PLEASE HAVE DR. DAVID BELL PROVIDE US WITH YOUR MEDICAL RECORDS.
THE MEDICAL RECORDS SHOULD INCLUDE:

DETAILED OFFICE VISIT NOTES FROM DR. DAVID BELL FROM AUGUST 1,
2005 TO PRESENT.
DIAGNOSTIC TEST PROCEDURES PERFORMED AND THE RESULTS FROM AUGUST
1, 2005 TO PRESENT.
LIST OF MEDICATIONS AND DOSAGES.
SPECIFIC RESTRICTIONS AND LIMITATIONS PREVENTING YOU FROM
RETURNING TO WORK.
PRESENT AND FUTURE COURSE OF TREATMENT.
ESTIMATED RETURN TO WORK DATE.
A COMPLETED METLIFE CHRONIC FATIGUE SYNDROME INITIAL FUNCTIONAL
ASSESSMENT FORM FROM YOUR MOST RECENT OFFICE VISIT WITH DR. BELL

WE ARE ALSO ASKING YOU TO PLEASE HAVE YOUR TREATING PSYCHIATRIST AND
PSYCHOLOGIST PROVIDE US WITH YOUR MEDICAL RECORDS.  THE MEDICAL
RECORDS SHOULD INCLUDE:

DETAILED OFFICE NOTES AND THERAPY SESSION NOTES FROM YOUR
PSYCHIATRIST AND PSYCHOLOGIST FROM AUGUST 1, 2005 TO PRESENT.
LIST OF ALL MEDICATIONS AND DOSAGES YOU ARE TAKING.
PRESENT AND FUTURE COURSE OF TREATMENT.
COMPLETED METLIFE PSYCHIATRIC QUESTIONNAIRE FORMS FROM YOUR MOST
RECENT OFFICE VISIT WITH YOUR PSYCHIATRIST.

WE ARE ALSO ASKING YOU TO HAVE YOUR PSYCHIATRIST ANSWER A FEW
QUESTIONS:

ASK YOUR TREATING PSYCHIATRIST WHAT YOUR PROGNOSIS WILL BE IN THE
NEXT SIX- (6) MONTHS.
WHAT IS YOUR OVERALL PROGRESS IN TREATMENT? IF YOUR PROGRESS HAS
BEEN LIMITED, WHAT ALTERNATIVE TREATMENT MODALITIES ARE BEING
CONSIDERED OR UTILIZED? IF THE PROGRESS HAS BEEN POSITIVE, PLEASE
PROVIDE AN ESTIMATE RETURN TO WORK DATE.
HAVE THERE BEEN ANY REFERRALS?
DO YOU REQUIRE A HIGHER LEVEL OF CARE?
ARE YOU CONSIDERED TO BE SERIOUSLY AND PERSISTENTLY MENTALLY ILL?
ARE YOU CAPABLE OF CONDUCTING ANY WORK-RELATED ACTIVITIES, IN ANY
OCCUPATION, AT THIS TIME?

ML0025

Claim #: 640407128904      Name: JOHN MAGEE

Status: Ended

[ACS1] - On 01/12/2006 14:58 - For 640407128904

OGC INDEX DCN 060112002297

[X095] - On 01/20/2006 13:46 - For 640407128904

Call-Up For: [X095] - On 04/19/2006    Call-Up Complete: [X165] - On 04/03/2006

SOCIAL SECURITY ACTION NEEDED
ALJ FILED 11/19/04 WITH OCCUDATA INC

[X095] - On 01/20/2006 13:46 - For 640407128904

CLAIM COMMENT
PER OCCUDATA INC WEB REPORT NO HEARING SET YET

[UW16] - On 01/30/2006 11:18 - For 640407128904

Call-Up For: [UB32] - On 01/30/2006    Call-Up Complete: [UB32] - On 02/02/2006

INFO RECEIVED FOR CASE MANAGEMENT
EE ADVD HAS PROVIDED PSYCHIATRIST & PSYCHOLOGIST W/ NEEDED INFO

EE ADVD HAS NOT HAD TIME TO PROVIDE COPY OF REQUEST TO DR BELL YET
DUE TO HE HAS BEEN SICK...HE WILL BE HOPEFULLY GOING TO SEE DR BELL
THIS WEEK & WILL PROVIDE HIM W/ A COPY OF THE REQUEST FOR NEEDED
INFO...HE WANTED TO LET CM KNOW THAT HE IS WORKING ON IT

[ACS1] - On 02/07/2006 09:44 - For 640407128904

Call-Up For: [UB32] - On 02/07/2006    Call-Up Complete: [UB32] - On 02/09/2006

MED/VOC INDEX DCN 060206F07031

[UB32] - On 02/09/2006 09:14 - For 640407128904

OUTGOING CALL TO CLAIMANT
REGARDING MEDICAL FROM DR. BELL...CM ASKED EE IF HE IS STILL SEEING
DR. BELL. EE STATED HE IS AND HE DROPPED OF THE MEDICAL REQUEST TO
THE AP ON MONDAY FEB 6, 2006. CM STATED THAT WE RECEIVED A LETTER
FROM CAROLYN CERAME. CM STATED THAT HE WILL EXTEND CLAIM FOR A FEW
MORE DAY TO RECEVIE MEDICAL FROM DR. BELL AND IF NOT RECEIVED IN 1
WEEK, CM WILL SEND EE A 10 DAY LETTER. EE SAID THAT IS FINE.

[UB32] - On 02/09/2006 09:15 - For 640407128904

Call-Up For: [UB32] - On 02/13/2006    Call-Up Complete: [UB32] - On 02/20/2006

CLAIM COMMENT
FOLLOW UP DETAILED MEDICAL FROM DR. BELL AND TREATING PSYCHIATRISTS
AND PSYCHOLOGISTS INCLUDING THE METLIFE PSYCH QUESTIONNAIRE AND
CHRONIC FATIGUE QUESTIONNAIRE. IF NOT RECEIVED SEND 10 DAY LETTER.
MEDICAL TO INCLUDE:
IN ACCORDANCE WITH THE TERMS OF YOUR GROUP PLAN, WE ARE ASKING YOU
TO PLEASE HAVE DR. DAVID BELL PROVIDE US WITH YOUR MEDICAL RECORDS.
THE MEDICAL RECORDS SHOULD INCLUDE:
DETAILED OFFICE VISIT NOTES FROM DR. DAVID BELL FROM AUGUST 1,
2005 TO PRESENT.
DIAGNOSTIC TEST PROCEDURES PERFORMED AND THE RESULTS FROM AUGUST
1, 2005 TO PRESENT.
LIST OF MEDICATIONS AND DOSAGES.
SPECIFIC RESTRICTIONS AND LIMITATIONS PREVENTING YOU FROM
RETURNING TO WORK.
PRESENT AND FUTURE COURSE OF TREATMENT.
ESTIMATED RETURN TO WORK DATE.
A COMPLETED METLIFE CHRONIC FATIGUE SYNDROME INITIAL FUNCTIONAL
ASSESSMENT FORM FROM YOUR MOST RECENT OFFICE VISIT WITH DR. BELL
WE ARE ALSO ASKING YOU TO PLEASE HAVE YOUR TREATING PSYCHIATRIST AND
PSYCHOLOGIST PROVIDE US WITH YOUR MEDICAL RECORDS.  THE MEDICAL
RECORDS SHOULD INCLUDE:
DETAILED OFFICE NOTES AND THERAPY SESSION NOTES FROM YOUR
PSYCHIATRIST AND PSYCHOLOGIST FROM AUGUST 1, 2005 TO PRESENT.
LIST OF ALL MEDICATIONS AND DOSAGES YOU ARE TAKING.
PRESENT AND FUTURE COURSE OF TREATMENT.
COMPLETED METLIFE PSYCHIATRIC QUESTIONNAIRE FORMS FROM YOUR MOST
RECENT OFFICE VISIT WITH YOUR PSYCHIATRIST.

ML0026

Claim #: 640407128904     Name: JOHN MAGEE

Status:  Ended

[UB32] - On 02/09/2006 09:15 - For 640407128904

Call-Up For: [UB32] - On 02/13/2006   Call-Up Complete: [UB32] - On 02/20/2006

WE ARE ALSO ASKING YOU TO HAVE YOUR PSYCHIATRIST ANSWER A FEW
QUESTIONS:
 ASK YOUR TREATING PSYCHIATRIST WHAT YOUR PROGNOSIS WILL BE IN THE
NEXT SIX- (6) MONTHS.
 WHAT IS YOUR OVERALL PROGRESS IN TREATMENT? IF YOUR PROGRESS HAS
BEEN LIMITED, WHAT ALTERNATIVE TREATMENT MODALITIES ARE BEING
CONSIDERED OR UTILIZED? IF THE PROGRESS HAS BEEN POSITIVE, PLEASE
PROVIDE AN ESTIMATE RETURN TO WORK DATE.
 HAVE THERE BEEN ANY REFERRALS?
 DO YOU REQUIRE A HIGHER LEVEL OF CARE?
 ARE YOU CONSIDERED TO BE SERIOUSLY AND PERSISTENTLY MENTALLY ILL?
 ARE YOU CAPABLE OF CONDUCTING ANY WORK-RELATED ACTIVITIES, IN ANY
OCCUPATION, AT THIS TIME?

[UB32] - On 02/09/2006 09:22 - For 640407128904

INCOMING MAIL - MED VOC
LETTER FROM CAROLYN CERAME, CSW, ACSW...MED/VOC INDEX DCN
060206F07031...

2/6/06: EE HAS ONLY BEEN ABLE TO COME IN ONE TIME (8/5/05) SINCE
JULY 2005. EE HAD TO CANCEL A NUMBER OF TIMES DUE TO ONGOING
STRUGGLE WITH EXTREME EXHAUSTION AND PAIN. EE IS ON AN ARRAY OF MEDS
TO HELP STABILIZE HIS DEPRESSION AND PAIN. EE SPENDS MOST OF THE
TIME ON THE COUCH. CAROLYN STATES, 'I HAVE BEEN PRACTICING FOR 20
YEARS, AND I HAVE NEVER HAD A CLIENT WHO MADE A MORE HEROIC EFFORT.
HE STRUGGLES EVERY DAY. HE IS AN EXCELLENT FATHER AND HUSBAND. HIS
PAIN IS EXCRUCIATING. IT WOULD BE HELPFUL IF HE COULD MAKE IT TO
THERAPY MORE OFTEN, BUT HE CANNOT MANAGE THAT AT THIS TIME.'

[ACS1] - On 02/14/2006 10:00 - For 640407128904

Call-Up For: [UB32] - On 02/14/2006   Call-Up Complete: [UB32] - On 02/20/2006

MED/VOC INDEX DCN 060213003165

[UB32] - On 02/20/2006 11:15 - For 640407128904

INCOMING MAIL - MED VOC
METLIFE CHRONIC FATIGUE SYNDROME QUESTIONNAIRE, OVN'S AND GROUP
QUESTIONNAIRE...MED/VOC INDEX DCN 060213003165...

METLIFE CHRONIC FATIGUE SYNDROME INITIAL FUNCTIONAL ASSESSMENT:

PRIMARY CONDITION: CHRONIC FATIGUE SYNDROME, ORTHOSTATIC HYPOTENSION

FIRST DIAGNOSED: APRIL 1995 BY DR. ROSS

CDC CRITERIA MET: YES

SECONDARY CONDITION: ORTHOSTATIC INTOLERANCE
FIRST DIAGNOSED 9/18/2000
OTHER MEDICAL CONDITIONS: ORTHOSTATIC HYPOTENSION/HYPOVOLEMIA

MEDS: WELLBUTIRN, VICODIN, CELEYA

MOST RECENT LABS: 6/29/05

RTW GOALS:
SPECIFIC SYMPTOMS PROHIBITING RTW: UNABLE TO SUSTAIN ACTIVITY,
EXTREME FATIGUE, COGNITIVE DIFFICULTIES

CURRENT TX PLAN: UNLIKELY TO IMPROVE
PROGNOSIS AND EST RTW: MARKED DISABILITY
REASONABLE ACCOMMODATIONS: WOULD NEED PROLONGED REST
CURRENTLY PERFORM SAME JOB: NO, UNABLE TO SUSTAIN ACTIVITY
PERFORM SAME JOB AT DIFFERENT COMPANY: NO UNABLE TO SUSTAIN ACTIVITY
OTHER HEALTHCARE PROFESSIONALS: CAROLYN CERAME
EVALUATED PATIENT'S JOB: YES
ENERY/FATIGUE JOURNAL: NO

ML0027

Claim #: 640407128904    Name: JOHN MAGEE    Oct 26, 2007

Status: Ended    Page 28 of 68

[UB32] - On 02/20/2006 11:15 - For 640407128904

0-4: 0 MINIMAL TO 4: SEVERE
0: MOOD SWINGS, ANXIETY, PANIC ATTACKS, ALCOHOL USE, DRUG ABUSE,
SEXUAL DYSFUNCTION, DRY EYES (USES EYE DROPS), SKIN IRRITATIONS

1: SORE THROAT, DEPRESSION

2: DRY MOUTH, CHANGE WITH WEATHER

3: PAIN WHEN DRIVING (DOES NOT DRIVE MUCH), CHEMICAL SENSITIVITY

4: FATIGUE, MUSCULAR PAIN, MULTIPLE JOINT PAIN, TENDER LYMPH NODES,
UNREFRESHED SLEEP, POST-EXERTIONAL MALAISE, ENERGY LOSS, PAIN ON
BENDING, PAIN WHEN USING UPPER BODY, PAIN WHEN USING LOWER BODY,
HEADACHES/LOCATION, PHOTOPHOBIA, POOR CONCENTRATION, MEMORY LAPSE

2/6/06: OVN:
ASSESSMENT: CHRONIC FATIGUE SYNDROME

2/6/06: CFS CLINICAL STUDY GROUP QUESTIONNAIRE

[UB32] - On 02/20/2006 11:21 - For 640407128904

Call-Up For: [LTCU] - On 02/20/2006    Call-Up Complete: [UE20] - On 02/21/2006

CLINICAL CONSULT REQUEST
D.BASCIOTTA'S TEAM, P.KNOTH CMS, EXT 2590...PLEASE REVIEW CURRENT
MEDICAL FOR CLAIM DIRECTION AND POSSIBLE SHU REFERRAL. THANK YOU.

MED/VOC INDEX DCN 060213003165

[UB32] - On 02/20/2006 11:22 - For 640407128904

Call-Up For: [UB32] - On 03/03/2006    Call-Up Complete: [UB32] - On 02/28/2006

CASE MANAGEMENT ACTION NEEDED
FOLLOW UP FOR NC REVIEW FOR CLAIM DIRECTION AND POSSIBLE SHU
REFERRAL.

[UE20] - On 02/21/2006 15:47 - For 640407128904

Call-Up For: [UB32] - On 02/21/2006    Call-Up Complete: [UB32] - On 02/28/2006

RESPONSE TO CASE MANAGER


INCOMING MAIL - MED VOC
METLIFE CHRONIC FATIGUE SYNDROME QUESTIONNAIRE, OVN'S AND GROUP
QUESTIONNAIRE...MED/VOC INDEX DCN 060213003165...
METLIFE CHRONIC FATIGUE SYNDROME INITIAL FUNCTIONAL ASSESSMENT:
PRIMARY CONDITION: CHRONIC FATIGUE SYNDROME, ORTHOSTATIC HYPOTENSION
FIRST DIAGNOSED: APRIL 1995 BY DR. ROSS
CDC CRITERIA MET: YES
SECONDARY CONDITION: ORTHOSTATIC INTOLERANCE
FIRST DIAGNOSED 9/18/2000
OTHER MEDICAL CONDITIONS: ORTHOSTATIC HYPOTENSION/HYPOVOLEMIA
MEDS: WELLBUTIRN, VICODIN, CELEYA
MOST RECENT LABS: 6/29/05
RTW GOALS:
SPECIFIC SYMPTOMS PROHIBITING RTW: UNABLE TO SUSTAIN ACTIVITY,
EXTREME FATIGUE, COGNITIVE DIFFICULTIES
CURRENT TX PLAN: UNLIKELY TO IMPROVE
PROGNOSIS AND EST RTW: MARKED DISABILITY
REASONABLE ACCOMMODATIONS: WOULD NEED PROLONGED REST
CURRENTLY PERFORM SAME JOB: NO, UNABLE TO SUSTAIN ACTIVITY
PERFORM SAME JOB AT DIFFERENT COMPANY: NO UNABLE TO SUSTAIN ACTIVITY
OTHER HEALTHCARE PROFESSIONALS: CAROLYN CERAME
EVALUATED PATIENT'S JOB: YES
ENERY/FATIGUE JOURNAL: NO
0-4: 0 MINIMAL TO 4: SEVERE
0: MOOD SWINGS, ANXIETY, PANIC ATTACKS, ALCOHOL USE, DRUG ABUSE,
SEXUAL DYSFUNCTION, DRY EYES (USES EYE DROPS), SKIN IRRITATIONS
1: SORE THROAT, DEPRESSION
2: DRY MOUTH, CHANGE WITH WEATHER

ML0028

[UE20] - On 02/21/2006 15:47 - For 640407128904

Call-Up For: [UB32] - On 02/21/2006   Call-Up Complete: [UB32] - On 02/28/2006

3: PAIN WHEN DRIVING (DOES NOT DRIVE MUCH), CHEMICAL SENSITIVITY
4: FATIGUE, MUSCULAR PAIN, MULTIPLE JOINT PAIN, TENDER LYMPH NODES,
UNREFRESHED SLEEP, POST-EXERTIONAL MALAISE, ENERGY LOSS, PAIN ON
BENDING, PAIN WHEN USING UPPER BODY, PAIN WHEN USING LOWER BODY,
HEADACHES/LOCATION, PHOTOPHOBIA, POOR CONCENTRATION, MEMORY LAPSE
2/6/06: OVN:
ASSESSMENT: CHRONIC FATIGUE SYNDROME
2/6/06: CFS CLINICAL STUDY GROUP QUESTIONNAIRE

RECOMMENDATION:NC UNABLE TO MAKE A DECISION AT THIS TIME.

POA:CM TO MANAGE. CM TO SEE IF EE HAS HAD ANY NEUROPSYCH/COGNITIVE
TESTING DONE TO EVALUATE EES LIMITATIONS. ALSO OBTAIN MORE
INFORMATION REGARDING PSYCH NOTES. ONCE INFORMATION IS OBTAINED, F/U
WITH CLINICAL CONSULT AT THAT TIME.

LGRAY NC

[UB32] - On 02/28/2006 10:32 - For 640407128904

ACTION PLAN
PER NC DECISION SUMMARY 2/21/06, CM TO REQUEST PSYCH NOTES FROM DR.
TARIOT (PSYCHIATRIST).

RECOMMENDATION:NC UNABLE TO MAKE A DECISION AT THIS TIME.
POA:CM TO MANAGE. CM TO SEE IF EE HAS HAD ANY NEUROPSYCH/COGNITIVE
TESTING DONE TO EVALUATE EES LIMITATIONS. ALSO OBTAIN MORE
INFORMATION REGARDING PSYCH NOTES. ONCE INFORMATION IS OBTAINED, F/U
WITH CLINICAL CONSULT AT THAT TIME.

[UB32] - On 02/28/2006 10:35 - For 640407128904

OUTGOING CALL TO CLAIMANT
REGARDING ANY NEUROPSYCH/COGNITIVE TESTING DONE. EE STATES THAT HE
HAD A NEUROPSYCH TEST DONE AT THE UNIVERSITY OF NEW JERSEY AS PART
OF A STUDY. EE STATES HE NEVER RECEIVED THE RESULTS, NOR DID HIS AP,
DR. BELL. EE STATES HE IS SEEING DR. TARIOT (PSYCHIATRIST) EVERY 4
MONTHS AND LAST SEEN JAN 2006. NOV IN 3 MONTHS (MAY 2006).

[UB32] - On 02/28/2006 11:03 - For 640407128904

OUTGOING CORRESPONDENCE
FOR DETAILED MEDICAL FROM DR. TARIOT AND PSYCH QUESTIONNAIRE. COPY
TO EE, COPY TO ACS.

MEDICAL TO INCLUDE:

 DETAILED OFFICE NOTES AND THERAPY SESSION NOTES FROM DR. TARIOT
FROM MAY 1, 2005 TO PRESENT.
 LIST OF ALL MEDICATIONS AND DOSAGES YOU ARE TAKING.
 PRESENT AND FUTURE COURSE OF TREATMENT.
 COMPLETED METLIFE PSYCHIATRIC QUESTIONNAIRE FORMS FROM YOUR MOST
RECENT OFFICE VISIT WITH DR. TARIOT.

WE ARE ALSO ASKING YOU TO PLEASE HAVE DR. TARIOT ANSWER A FEW
QUESTIONS:

 WHAT WILL YOUR PROGNOSIS BE IN THE NEXT SIX-(6) MONTHS?
 WHAT IS YOUR OVERALL PROGRESS IN TREATMENT? IF YOUR PROGRESS HAS
BEEN LIMITED, WHAT ALTERNATIVE TREATMENT MODALITIES ARE BEING
CONSIDERED OR UTILIZED? IF THE PROGRESS HAS BEEN POSITIVE, PLEASE
PROVIDE AN ESTIMATE RETURN TO WORK DATE.
 HAVE THERE BEEN ANY REFERRALS?
 DO YOU REQUIRE A HIGHER LEVEL OF CARE?
 ARE YOU CONSIDERED TO BE SERIOUSLY AND PERSISTENTLY MENTALLY ILL?

ML0029

Claim #: 640407128904    Name: JOHN MAGEE

Status: Ended

**[UB32]** - On 02/28/2006 11:03 - For 640407128904

ARE YOU CAPABLE OF CONDUCTING ANY WORK-RELATED ACTIVITIES, IN ANY
OCCUPATION, AT THIS TIME?

**[UB32]** - On 02/28/2006 11:04 - For 640407128904

Call-Up For: [UB32] - On 03/21/2006    Call-Up Complete: [UB32] - On 03/28/2006

CASE MANAGEMENT ACTION NEEDED
FOLLOW UP FOR DETAILED MEDICAL FROM DR. TARIOT AND PSYCH
QUESTIONNAIRE. IF NOT RECEIVED SEND 10 DAY NOTICE.

MEDICAL TO INCLUDE:

DETAILED OFFICE NOTES AND THERAPY SESSION NOTES FROM DR. TARIOT
FROM MAY 1, 2005 TO PRESENT.
LIST OF ALL MEDICATIONS AND DOSAGES YOU ARE TAKING.
PRESENT AND FUTURE COURSE OF TREATMENT.
COMPLETED METLIFE PSYCHIATRIC QUESTIONNAIRE FORMS FROM YOUR MOST
RECENT OFFICE VISIT WITH DR. TARIOT.

WE ARE ALSO ASKING YOU TO PLEASE HAVE DR. TARIOT ANSWER A FEW
QUESTIONS:

WHAT WILL YOUR PROGNOSIS BE IN THE NEXT SIX-(6) MONTHS?
WHAT IS YOUR OVERALL PROGRESS IN TREATMENT? IF YOUR PROGRESS HAS
BEEN LIMITED, WHAT ALTERNATIVE TREATMENT MODALITIES ARE BEING
CONSIDERED OR UTILIZED? IF THE PROGRESS HAS BEEN POSITIVE, PLEASE
PROVIDE AN ESTIMATE RETURN TO WORK DATE.
HAVE THERE BEEN ANY REFERRALS?
DO YOU REQUIRE A HIGHER LEVEL OF CARE?
ARE YOU CONSIDERED TO BE SERIOUSLY AND PERSISTENTLY MENTALLY ILL?
ARE YOU CAPABLE OF CONDUCTING ANY WORK-RELATED ACTIVITIES, IN ANY
OCCUPATION, AT THIS TIME?

**[ACS1]** - On 03/03/2006 07:27 - For 640407128904

OGC INDEX DCN 060301035355

**[UW18]** - On 03/27/2006 10:23 - For 640407128904

Call-Up For: [UB32] - On 03/27/2006    Call-Up Complete: [UB32] - On 03/28/2006

INFO RECEIVED FOR CASE MANAGEMENT
EE STATED HAS BEEN APPROVED FOR SSDIB , LETTER DID NOT STATE HOW
MUCH OR WHEN BENEFITS BEGIN,, ADVISED TO SUBMIT LETTER TO ADDRESS,
EE IS ASKING IF THE MEDICAL FROM DR TARIOT STILL  NEEDS TO BE FILLED
OUT ,, HCP IS CHARGING $100.00,, ADVISED EE CM HAS A NOTE TO F/U ON
THIS INFORMATION,,

**[ACS1]** - On 03/27/2006 14:09 - For 640407128904

Call-Up For: [UB32] - On 03/27/2006    Call-Up Complete: [UB32] - On 03/28/2006

FINANCIAL INDEX DCN 060327001542

**[UB32]** - On 03/28/2006 11:00 - For 640407128904

INCOMING MAIL - FINANCIAL
FULLY FAVORABLE DECISION FROM SSDI....FINANCIAL INDEX DCN
060327001542.....

**[UB32]** - On 03/28/2006 11:00 - For 640407128904

Call-Up For: [X095] - On 03/28/2006    Call-Up Complete: [X165] - On 04/03/2006

REFERRAL TO SOCIAL SECURITY
FULLY FAVORABLE DECISION FROM SSDI....FINANCIAL INDEX DCN
060327001542

**[UB32]** - On 03/28/2006 11:11 - For 640407128904

OUTGOING CORRESPONDENCE
FOR DETAILED MEDICAL INFORMATION. COPY TO EE, COPY TO ACS. ENCLOSED
IN THE COPY TO THE EE IS THE APPEALS FORM AND THE ORIGINAL LETTER

ML0030

Diary Review - Report

Claim #: 640407128904    Name: JOHN MAGEE

Status: Ended

**[UB32] - On 03/28/2006 11:11 - For 640407128904**

SENT TO THE EE ON FEB 28, 2006. ENCLOSED IN THE COPY TO ACS IS THE
APPEALS FORM.

**[UB32] - On 03/28/2006 11:12 - For 640407128904**

**Call-Up For: [UB32] - On 04/18/2006    Call-Up Complete: [UB32] - On 04/19/2006**

CASE MANAGEMENT ACTION NEEDED
FOLLOW UP DETAILED MEDICAL INFORMATION FROM DR. TARIOT AND PSYCH
QUESTIONNAIRE. IF NOT RECEIVED REVIEW FOR FTS.

MEDICAL TO INCLUDE:
DETAILED OFFICE NOTES AND THERAPY SESSION NOTES FROM DR. TARIOT
FROM MAY 1, 2005 TO PRESENT.
LIST OF ALL MEDICATIONS AND DOSAGES YOU ARE TAKING.
PRESENT AND FUTURE COURSE OF TREATMENT.
COMPLETED METLIFE PSYCHIATRIC QUESTIONNAIRE FORMS FROM YOUR MOST
RECENT OFFICE VISIT WITH DR. TARIOT.
WE ARE ALSO ASKING YOU TO PLEASE HAVE DR. TARIOT ANSWER A FEW
QUESTIONS:
WHAT WILL YOUR PROGNOSIS BE IN THE NEXT SIX-(6) MONTHS?
WHAT IS YOUR OVERALL PROGRESS IN TREATMENT? IF YOUR PROGRESS HAS
BEEN LIMITED, WHAT ALTERNATIVE TREATMENT MODALITIES ARE BEING
CONSIDERED OR UTILIZED? IF THE PROGRESS HAS BEEN POSITIVE, PLEASE
PROVIDE AN ESTIMATE RETURN TO WORK DATE.
HAVE THERE BEEN ANY REFERRALS?
DO YOU REQUIRE A HIGHER LEVEL OF CARE?
ARE YOU CONSIDERED TO BE SERIOUSLY AND PERSISTENTLY MENTALLY ILL?
ARE YOU CAPABLE OF CONDUCTING ANY WORK-RELATED ACTIVITIES, IN ANY
OCCUPATION, AT THIS TIME?

**[ACS1] - On 03/29/2006 17:49 - For 640407128904**

OGC INDEX DCN 060329004349

**[XD12] - On 03/30/2006 10:55 - For 640407128904**

**Call-Up For: [UB32] - On 03/30/2006    Call-Up Complete: [UB32] - On 04/06/2006**

INFO RECEIVED FOR CASE MANAGEMENT
EE HAS BEEN APPROVED FOR SSD

GAVE FAX NUMBER & CLAIM NUMBER

EE IS WORKING ON GETTIN. PAPERWORK FROM DR. TARIORT. THE HCP IS
TRYING TO GET THE EE TO PAY FOR FILLING IT OUT, HE TOLD HER HE
WOULD, THEN SHE TOLD HIM THE INSURANCE COMPANY DENIED IT. HE WILL
GET IT STRAIGHTENED OUT WITH HER.

ADV'D EE LAST MED REC'D WAS FROM DR. BELL.

GAVE MED REV TIMEFRAME.

**[X165] - On 04/03/2006 10:59 - For 640407128904**

CLAIM COMMENT
ALJ FULLY FAVORABLE DECISION DATED 03/15/06 DCN 060327001542

B DAVIS/SSS

**[X165] - On 04/03/2006 10:59 - For 640407128904**

**Call-Up For: [X095] - On 05/15/2006    Call-Up Complete: [X095] - On 04/26/2006**

SOCIAL SECURITY ACTION NEEDED
OBTAIN ALJ AWARD LETTER FROM OCCUDATA 800/444-8185

B DAVIS/SSS

**[UH44] - On 04/06/2006 13:28 - For 640407128904**

**Call-Up For: [RCCW] - On 04/06/200    Call-Up Complete: [UB32] - On 04/06/2006**

CALL BACK REQUEST TO CASE MANAGER

ML0031

Status:  Ended

[UH44] - On 04/06/2006 13:28 - For 640407128904
Call-Up For: [RCCW] - On 04/06/200    Call-Up Complete: [UB32] - On 04/06/2006

UB32 EE CALLED AND WOULD LIKE CM TO CALL HIM REGARDING MED INFO THAT
IS NEEDED

EE PH: 585.624.9306

[UB32] - On 04/06/2006 13:46 - For 640407128904

OUTGOING CALL TO CLAIMANT
RETURNING RCCW CALL....EE STATED THAT HE SPOKE TO DR. TARIOT AND SHE
REQUESTED $100.00 TO RELEASE THE MEDICAL INFORMATION. EE STATED HE
PAID THE $100.00 AND THE AP WILL RELEASE THE INFORMATION NEXT WEEK.
CM STATED HE WILL F/U FOR DETAILED MEDICAL INFORMATION 4/18/06. EE
SAID THANKS.

[ACS1] - On 04/12/2006 10:31 - For 640407128904
Call-Up For: [UB32] - On 04/12/2006    Call-Up Complete: [UB32] - On 04/19/2006
MED/VOC INDEX DCN 060411F07182

[UB32] - On 04/19/2006 14:05 - For 640407128904

INCOMING MAIL - MED VOC
1ST PAGE OF PSYCH QUESTIONNAIRE AND OVN'S.....MED/VOC INDEX DCN
060411F07182...

PSYCH QUESTIONNAIRE
AXIS I: MAJOR DEPRESSION, RECURRENT 296.30
AXIS II:
AXIS III: CHRONIC FATIGUE SYNDROME
AXIS IV: SEVERE
AXIS V: CURRENT: 60 HIGHEST 60

MEDS: BUPROPRION, CITALDPRAM

PATIENT IS EXHAUSTED ALL THE TIME AND FREQUENTLY HAS TO REST. HE IS
OFTEN IN PAIN.

OBJECTIVE MEASURES: PATIENT REPORT

PRIMARY WORK RESPONSIBILITIES: QUALITY ENGINEER AT KODAK

DEFICITS OR FUNCTIONAL IMPAIRMENTS: FATIGUE, PAIN, LOW MOOD,
INTERMITENT SUICIDAL THOUGHTS.

OBJECTIVE MEASURES: PATIENT REPORT. SUICIDAL ATTEMPT 5/03

12/15/05 OVN:
30 MIN PSYCHOTHERAPY/MEDS MANAGEMENT
PATIENT IS TAKING CELEXA AND BUPROPRION. EE INADVERTENTLY LOWERED
HIS BUPROPRION DOSE. EE FEELS HIS MOOD IS STABLE AND HE ISN'T IN .
'THAT DEEP DARK PLACE ANYMORE'. ON MSE HE SEEMS LESS ANGRY AND SAID
HE IS COPING BETTER WITH HIS ILLNESS.

IMPRESSION: STABLE EVEN WITH LOWER DOSE OF BUPROPRION.

PLAN: NO CHANGE

F/U IN 6 MONTHS OR SOONER IF NEEDED.

[UB32] - On 04/19/2006 14:06 - For 640407128904
Call-Up For: [UH76] - On 04/19/2006    Call-Up Complete: [UH76] - On 04/21/2006
CLINICAL CONSULT REQUEST - PSYCH
D.BASCIOTTA'S TEAM, P.KNOTH CMS EXT 2590...PLEASE REVIEW CURRENT
MEDICAL INFORMATION FOR CLAIM DIRECTION. THANK YOU.

[UB32] - On 04/19/2006 14:08 - For 640407128904
Call-Up For: [UB32] - On 05/05/2006    Call-Up Complete: [UB32] - On 04/26/2006
CASE MANAGEMENT ACTION NEEDED

ML0032

Claim #: 640407128904    Name: JOHN MAGEE

Status:  Ended

[UB32] - On 04/19/2006 14:08 - For 640407128904
Call-Up For: [UB32] - On 05/05/2006    Call-Up Complete: [UB32] - On 04/26/2006
FOLLOW UP PSYCH REVIEW FOR CLAIM DIRECTION.

[ACS1] - On 04/21/2006 12:32 - For 640407128904
Call-Up For: [UB32] - On 04/21/2006    Call-Up Complete: [UB32] - On 04/21/2006
FINANCIAL INDEX DCN 060421000666

[UH76] - On 04/21/2006 14:05 - For 640407128904
Call-Up For: [UH76] - On 04/24/2006    Call-Up Complete: [UH76] - On 04/24/2006
CLINICAL ACTION NEEDED - PSYCH
PCS TO F/U WITH CM AND NC REGARDING CLAIM DIRECTION AND MOST RECENT
PSYCH MEDICAL RECEIVED THAT IS INCOMPLETE AND OUT DATED.
JKWALICK/PCS

[UE20] - On 04/21/2006 15:06 - For 640407128904
Call-Up For: [UB32] - On 04/21/2006    Call-Up Complete: [UB32] - On 04/26/2006
RESPONSE TO CASE MANAGER
NC WILL SET UP FOR PFR/IPC


FOR FURTHER CLARIFICATION TO SEE IF MEDICAL SUPPORTS EES CHRONIC
FATIGUE DIAGNOSIS.


LGRAY NC

[UE20] - On 04/21/2006 15:07 - For 640407128904
Call-Up For: [UE20] - On 04/24/2006    Call-Up Complete: [UE20] - On 04/24/2006
CLINICAL ACTION NEEDED
SET UP FOR PFR/IPC REVIEW

SEE PREVIOUS DIARY FOR DETAILS

LGRAY NC

[UB32] - On 04/21/2006 15:07 - For 640407128904

INCOMING MAIL - FINANCIAL
SSDI AWARD LETTER....FINANCIAL INDEX DCN 060421000666

[UB32] - On 04/21/2006 15:08 - For 640407128904
Call-Up For: [X095] - On 04/21/2006    Call-Up Complete: [X095] - On 04/26/2006
REFERRAL TO SOCIAL SECURITY
SSDI AWARD LETTER....FINANCIAL INDEX DCN 060421000666

[UB32] - On 04/21/2006 15:08 - For 640407128904
Call-Up For: [UB32] - On 04/27/2006    Call-Up Complete: [UB32] - On 04/26/2006
CASE MANAGEMENT ACTION NEEDED
FOLLOW UP SS REVIEW OF SSDI AWARD LETTER

[UH76] - On 04/24/2006 09:02 - For 640407128904
Call-Up For: [UB32] - On 04/24/2006    Call-Up Complete: [UB32] - On 04/26/2006
RESPONSE TO CASE MANAGER
DECISION SUMMARY/EXTENSION
MEDICAL DOES NOT SUPPORT GLOBAL IMPAIRMENT OF FUNCTIONING BASED ON
EE'S PSYCHIATRIC CONDITION.
CM TO MANAGE

DX: 2963 MAJOR DEPRESSION, RECURRENT
COMORBID DX: CHRONIC FATIGUE SYNDROME, ORTHOSTATIC HYPOTENSION
DLW: 11/26/03
DOD: 11/27/03
BSD: 09/20/04
TRANSITION DATE: N/A
DEFINITION OF DISABILITY: ANY AND ALL
EMPLOYER: ITT INDUSTRIES
JOB TITLE/CLASS: PROGRAM ASSURANCE MANAGER

ML0033

**[UH76] - On 04/24/2006 09:02 - For 640407128904**

**Call-Up For: [UB32] - On 04/24/2006    Call-Up Complete: [UB32] - On 04/26/2006**

INFORMATION REVIEWED BY CLINICAL SPECIALIST FOR CLAIM DIRECTION:
1. DCN 060411F07182 SUBMITTED BY DR. ALICE TARIOT INCLUDING PAGE ONE
OF TWO PAGE METLIFE PSYCH FORM. DATE UNKNOWN DUE TO SECOND PAGE NOT
BEING SUBMITTED AND OVN DATED 04/19/04 - 12/15/05.

SUMMARY:
PSYCHIATRIST PROVIDED DIAGNOSIS AS NOTED ABOVE. GAF WAS NOTED AS 60
CURRENTLY AND AS THE HIGHEST OVER THE PAST YEAR. EE'S MEDICATIONS
INCLUDE BUPROPRION SR 200 MG PO BID AND CITALOPRAM 60 MG PO QAM. HCP
NOTED THAT EE'S PRIMARY SYMPTOMS ARE PHYSICAL IN NATURE INCLUDING
EXHAUSTION ALL THE TIME RESULTING IN THE NEED FOR FREQUENT REST AND
CONSISTENT PAIN. PSYCHIATRIC SYMPTOMS INCLUDE A HISTORY OF A LOW
MOOD, POOR CONCENTRATION AND INTERMITTENT SUICIDAL THOUGHTS. THE
MOST RECENT OVN SUBMITTED 12/15/05 NOTES THAT EE'S MOOD IS STABLE
AND HE ISN'T IN 'THAT DEEP DARK PLACE ANYMORE'.  MSE DEMONSTRATED A
DECREASE IN ANGER AND NOTED HE IS COPING BETTER WITH HIS ILLNESS.
HCP'S OVERALL  IMPRESSION IS THAT EE IS STABLE. F/U IN 6 MONTHS OR
SOONER IF NEEDED.

RECOMMENDATIONS:
1. MEDICAL DOES NOT SUPPORT A GLOBAL SEVERITY OF AT THIS TIME BASED
ON EE'S SECONDARY DIAGNOSIS OF MAJOR DEPRESSION.
2. CM TO MANAGE AND F/U FOR UPDATED MEDICAL REGARDING EE'S PRIMARY
DISABLING DIAGNOSIS OF CHRONIC FATIGUE SYNDROME.
3. F/U WITH PCS FOR DENIAL LETTER LANGUAGE IF INDICATED.

JKWALICK/PCS   X6628

**[UE20] - On 04/24/2006 09:08 - For 640407128904**

**Call-Up For: [UE20] - On 04/24/2006    Call-Up Complete: [UE20] - On 04/24/2006**

CLINICAL ACTION NEEDED
F/U WITH SHEDULER TO SEE IF FILE TO BE SENT FOR PFR/IPC AND OBTAIN
COPIES OF MEDICAL FILE-

FILE SENT TO SCHEDULER ON 4/24/2006

LGRAY NC

**[UE20] - On 04/24/2006 13:44 - For 640407128904**

**Call-Up For: [UG49] - On 04/24/2006    Call-Up Complete: [U158] - On 04/24/2006**

REFERRAL TO CLERICAL
REQUEST COPIES OF ALL MEDICAL FOR PFR REVIEW

LGRAY NC

**[UE20] - On 04/24/2006 13:45 - For 640407128904**

**Call-Up For: [UE20] - On 04/25/2006    Call-Up Complete: [UE20] - On 04/25/2006**

CLINICAL ACTION NEEDED
F/U WITH REQUESTED COPIES OF MEDICAL FOR PFR REVIEW-

ONCE RECEIVED SEND FOR PFR FOR REVIEW

LGRAY NC

**[U158] - On 04/25/2006 08:49 - For 640407128904**

CLAIM COMMENT
PRINT COMPLETE

**[UE20] - On 04/25/2006 11:54 - For 640407128904**

**Call-Up For: [UE20] - On 05/03/2006    Call-Up Complete: [UE20] - On 05/04/2006**

CLINICAL ACTION NEEDED
F/U WITH PFR RESULTS SENT TO SCHEDULER ON 4/25/2006

ML0034

Claim #: 640407128904    Name: JOHN MAGEE

Status: Ended

[UE20] - On 04/25/2006 11:54 - For 640407128904

Call-Up For: [UE20] - On 05/03/2006    Call-Up Complete: [UE20] - On 05/04/2006

LGRAY NC

[X095] - On 04/26/2006 08:04 - For 640407128904

Call-Up For: [UB32] - On 04/26/2006    Call-Up Complete: [UB32] - On 04/26/2006

```
REVIEW CLAIM - SSDIB AWARD RECEIVED
DCN 060421000666
DATE OF AWARD CERT - 4/8/2006
DATE OF FIRST BENEFIT - 6/1/2004
ATTY FEE CREDIT  -$5,300.00

SS/PENSION/TAX SCREEN:
SS STATUS: DISABILITY ---ALJ APPLICATION --- APPROVED
AWARD DATE: 4/8/2006    SS RETRO START DATE: 6/1/2004
SS  REASON  =  ATTORNEY HANDLING SSDIB DEVELOPMENT
ATTORNEY FEE/EXPENSES  =$5,300.00
ATTORNEY FEE CODE = 01
-------------------------------------------------
BENEFIT ADJUSTMENTS SCREEN:
INITIAL BENEFIT AMOUNT = 6/1/2004 $1868.00
CREDIT FOR ADDITIONAL EARNINGS = N/A
DP INFORMATION = PENDING
-------------------------------------------------
MISCELLANEOUS:
EFFECTIVE DATE OF ONSET = 12/12/2003
DECISION FULLY FAVORABLE
RETRO$=42,224.00
MEDICARE ELIGIBLE =6/1/2006
EHERRIN SS SPEC
```

[X095] - On 04/26/2006 08:05 - For 640407128904

Call-Up For: [X095] - On 06/08/2006    Call-Up Complete: [X095] - On 06/12/2006

```
SOCIAL SECURITY ACTION NEEDED
OBTAIN SS DEPENDENT AWARD INFO FROM OCCUDATA INC
```

[U003] - On 04/26/2006 12:15 - For 640407128904

```
CLAIM COMMENT
PFR SENT TO NMR
```

[U003] - On 04/26/2006 2:15 - For 640407128904

Call-Up For: [U003] - On 04/28/2006    Call-Up Complete: [U003] - On 04/27/2006

```
CLERICAL ACTION NEEDED
F/U DTE NMR
```

[UB32] - On 04/26/2006 13:04 - For 640407128904

```
CLAIM COMMENT
ADJUSTMENT MADE TO SYSTEM...CM APPLIED PRIMARY SSDI AWARD PER SS
SPECIALIST AND CM APPLIED ESTIMATE FOR FAMILY SSDI....

REVIEW CLAIM - SSDIB AWARD RECEIVED
DCN 060421000666
DATE OF AWARD CERT - 4/8/2006
DATE OF FIRST BENEFIT - 6/1/2004
ATTY FEE CREDIT  -$5,300.00
SS/PENSION/TAX SCREEN:
SS STATUS: DISABILITY ---ALJ APPLICATION --- APPROVED
AWARD DATE: 4/8/2006    SS RETRO START DATE: 6/1/2004
SS  REASON  =  ATTORNEY HANDLING SSDIB DEVELOPMENT
ATTORNEY FEE/EXPENSES  =$5,300.00
ATTORNEY FEE CODE = 01
-------------------------------------------------
BENEFIT ADJUSTMENTS SCREEN:
INITIAL BENEFIT AMOUNT = 6/1/2004 $1868.00
CREDIT FOR ADDITIONAL EARNINGS = N/A
DP INFORMATION = PENDING
```

ML0035

Claim #: 640407128904    Name: JOHN MAGEE

Status: Ended

**[UB32] - On 04/26/2006 13:04 - For 640407128904**

```
MISCELLANEOUS:
EFFECTIVE DATE OF ONSET = 12/12/2003
DECISION FULLY FAVORABLE
RETRO$=42,224.00
MEDICARE ELIGIBLE =6/1/2006
EHERRIN SS SPEC
```

**[UB32] - On 04/26/2006 13:05 - For 640407128904**

Call-Up For: [UB32] - On 05/15/2006    Call-Up Complete: [UB32] - On 05/11/2006

```
CASE MANAGEMENT ACTION NEEDED
FOLLOW UP NC/PFR REPORT FOR CLAIM DIRECTION
```

**[ACS1] - On 04/26/2006 14:15 - For 640407128904**

```
MED/VOC INDEX DCN 060426010180
```

**[8O10] - On 04/26/2006 22:30 - For 640407128904**

Call-Up For: [OPUT] - On 04/27/2006    Call-Up Complete: [X058] - On 04/28/2006

```
UB32 NEW OVPMT CREATED
```

**[8O10] - On 04/26/2006 22:30 - For 640407128904**

Call-Up For: [UB32] - On 04/27/2006    Call-Up Complete: [UB32] - On 04/28/2006

```
UB32 NEW OVPMT CREATED
```

**[U003] - On 04/27/2006 14:59 - For 640407128904**

Call-Up For: [UE20] - On 04/28/2006    Call-Up Complete: [UE20] - On 04/27/2006

```
REFERRAL TO CASE MANAGER
EXPECTED DATE OF COMPLETION FOR PFR REPORT IS 5/3/06
```

**[U003] - On 04/27/2006 15:00 - For 640407128904**

Call-Up For: [U003] - On 05/04/2006    Call-Up Complete: [U003] - On 05/04/2006

```
CLERICAL ACTION NEEDED
F/U REPORT NMR
```

**[UF13] - On 04/28/2006 12:09 - For 640407128904**

Call-Up For: [RCCW] - On 04/28/200    Call-Up Complete: [UB32] - On 04/28/2006

```
CALL BACK REQUEST TO CASE MANAGER
UB32  EE REQUESTED CALLBACK REGARDING OVERPAYMENT.

EE RECEIVED SS BENEFITS IN THE AMOUNT OF APPROX $36,900 AND WANTED
TO KNOW HOW MUCH NEEDS TO BE SENT BACK TO METLIFE.  PLEASE CALL EE
AT 585 624 9306 (EASTERN TIME ZONE) W/ IN NEXT 2 HRS.

EE ALSO QUESTIONED IF WE RECEIVED MED INFORMATION FROM DR TARIOT,
ADVISED RECEIVED 4/12/06 DCN 060411F07182 5 PGS.
```

**[UB32] - On 04/28/2006 12:59 - For 640407128904**

```
OUTGOING CALL TO CLAIMANT
RETURNING RCCW CALL....CM STATED THAT AT THIS TIME THE EE'S CLAIM
WILL BE SENT TO THE O/P DEPT WHO WILL SEND THE EE A LETTER BREAKING
DOWN AMOUNT OWED AND THE REASON. CM ALSO STATED THAT IF THE EE HAS
ANY QUESTIONS ABOUT THE O/P TO CONTACT THE NAME AT THE BOTTTOM OF
THE O/P LETTER WHEN RECEIVES IT. EE SAID OK.
```

**[UB32] - On 04/28/2006 13:04 - For 640407128904**

```
REFERRAL TO OVERPAYMENT UNIT
VIA E-MAIL TO C. MIELNICKI, O/P SPECIALIST.
```

ML0036

Claim #: 640407128904     Name: JOHN MAGEE

Status:  Ended

[X058] - On 04/28/2006 15:12 - For 640407128904

Call-Up For: [X069] - On 04/29/2006    Call-Up Complete: [6TKL] - On 04/28/2006

USER EXCEEDED AUTHORITY

[X058] - On 04/28/2006 15:13 - For 640407128904

Call-Up For: [X058] - On 05/19/2006    Call-Up Complete: [X058] - On 05/24/2006

OVERPAYMENT ACTION NEEDED
NEW OVERPAYMENT DETAILS
CAUSE: PRIMARY SSDI AND EST FAMILY SSDI

$57,186.27   GROSS AMOUNT OVERPAID
-$5,300.00   LESS ATTORNEY FEE CREDIT:
-----------------
$51,886.27   CURRENT GROSS DUE


INITIAL LETTER 4/28/06 ASA GROUP; COTR A. FU FOR REIMBURSEMENT.
CMIELNICKI OPCM

[X058] - On 04/28/2006 15:15 - For 640407128904

Call-Up For: [X069] - On 04/28/2006    Call-Up Complete: [X069] - On 04/28/2006

REFERRAL TO DRS
EA STATUS. NEW OP AND ATTY FEE CREDIT ADDED TO CLAIM. THE NEXT BEN
IS BEING RELEASED TO EE $2220.50 ON 5/22/06. THANKS. CMIELNICKI OPCM

[X069] - On 04/28/2006 15:19 - For 640407128904

Call-Up For: [X058] - On 04/28/2006    Call-Up Complete: [X058] - On 04/28/2006

RESPONSE TO OVERPAYMENTS
CLAIM IS OUT OF 'EA' STATUS. M.FUSCO/DRS 4/28/06

[ACS1] - On 05/01/2006 10:02 - For 640407128904

OGC INDEX DCN 060428F08329

[ACS1] - On 05/03/2006 16:18 - For 640407128904

Call-Up For: [UE20] - On 05/03/2006    Call-Up Complete: [UE20] - On 05/07/2006

MED/VOC INDEX DCN 060503F07612

[UR49] - On 05/05/2006 13:51 - For 640407128904

Call-Up For: [RCCW] - On 05/05/200    Call-Up Complete: [UB32] - On 05/05/2006

CALL BACK REQUEST TO CASE MANAGER
UB32 RETURN CALL TO EE

EE STATED THE HE HAS NOT RECEIVED ALL OF SS BENEFIT,  EE STATES HE
CAN NOT PAY ALL OF THE OVERPAYMENT BACK. EE THINKS HE HAS NOT
RECEIVED THE DEPENDENT DISABILITY PORTION OF SS YET.EE WOULD LIKE TO
DISCUSS THE SITUATION WITH THE CM

PH 585 624 9306

[UB32] - On 05/05/2006 14:15 - For 640407128904

OUTGOING CALL TO CLAIMANT
RETURNING RCCW CALL....EE STATED THAT HE RECEIVED AN O/P LETTER
WHICH STATES HE HAS AN O/P BALANCE IN THE AMOUNT OF $51,000 = AND HE
ONLY RECEIVED THE RETRO CHECK FOR THE PRIMARY SSDI AND HE IS WAITING
ON THE FAMILY SSDI AWARD. CM STATED THAT SINCE FAMILY SSDI IS AN
OFFSET TO LTD BENEFITS THE ESTIMATE WAS PLACED ON THE CLAIM ONCE THE
EE WAS AWARDED AND THE AMOUNT OF THE FAMILY IS HALF THE PRIMARY
SSDI. EE STATED THERE WAS NO EXT FOR THE O/P SPECIALIST ON THE
LETTER ONLY AN E-MAIL ADDRESS. CM STATED TO EE TO E-MAIL O/P
SPECIALIST SO THEY COULD CALL EE BACK. EE SAID HE WOULD THAT.

Claim #: 640407128904        Name: JOHN MAGEE

Status:  Ended

[UB32] - On 05/05/2006 14:26 - For 640407128904

OUTGOING EMAIL - EMPLOYER
TERMINATION COVER LETTER TO LINDA STOUDT (ER)....

PETER R KNOTH
05/05/2006 02:25 PM

TO: LINDA.STOUDT@PENSKE.COM
CC:
SUBJECT: TERMINATION COVER LETTER FOR THOMAS DVORAK, CLAIM
NUMBER 600412271720
LINDA,
    ATTACHED IS A COPY OF THE TERMINATION COVER LETTER FOR THOMAS
DVORAK, CLAIM NUMBER 600412271720, SS #: 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


SINCERELY,
PETER KNOTH

[UB32] - On 05/05/2006 14:26 - For 640407128904

CLAIM COMMENT
DISREGARD PREVIOUS DIARY ENTRY, NOT FOR THIS CLAIM.

[UE20] - On 05/07/2006 17:15 - For 640407128904
Call-Up For: [UB32] - On 05/08/2006    Call-Up Complete: [UB32] - On 05/11/2006

INCOMING MAIL - MED VOC
PFR/IPC REPORT FROM DR PAYNE BOARD CERTIFIED IN INTERNAL MED/RHEUM


REVIEWED ON MAY 3, 2006-

DR PAYNE HAD A TELECONFERENCE WITH DR BELLS OFFICE ON 5/1/2006 AT
10:55 AM AND 11:30 AM EST. AFTER RECEIVING A BUSY SIGNAL, THIS
REVIEWER FAXED A REQUEST  TO HIS OFFICE TO CALL AP IN REGARDS TO THE
REVIEW ON MR MAGEE.  AFTER NOT RECEIVING A CALL BACK THIS REVIEWER
RECONTACTED HIM AT 3:05 PM EST AND WAS ABLE TO DISCUSS CASE WITH
HIM. DR BELLS CURRENT POSITION ON CASE IS MUCH THE SAME AS HE
PRESENTED IN MEDICAL RECORDS REVIEWED. HE FELT THAT MR MAGEE WAS NOT
IMALINGERING OR AMPLIFYING SYMPTOMS. HE DID REPORT THAT THERE WAS
CONSISTENCY IN EES COMPLAINTS AND THE SUBJECTIVE NATURE OF THE
PROBLEMS REPORTED,  DR BELL ALSO MENTIONED ON QUESTIONING THAT NO
OBJECTIVE FINDINGS OF JOINT OR MUSCLE DAMAGE OR ANY OBJECTIVE
MUSCOSKELETAL PROBLEM HAD BEEN IDENTIFIED.


QUESTIONS: 1) PLEASE DEFINE EES CURRENT LEVEL OF FUNCTIONALITY BASED
ON YOUR REVIEW OF ALL THE MATERIAL PROVIDED, MEDICAL DOCUMENTATION
AND OR PHYS FINDINGS ACCORDING TO DOT PHYS DEMANDS.
THE OBJECTIVE MEDICAL RECORD PRESENTLY SUPPORTS THAT EE IS CABABLE
OF PERFORMING UNRESTRICTED WORK DUTIES CONSISTENT WITH THE
CAPABILITIES OF AGE MATCHED CONTROLS, SPECIFICALLY THERE ARE NO R/L
THAT ARE SUPPORTED IN TEH AVAILABLE MEDICAL RECORD DATA.
\

2)HOW CONSISTENT WITH THE CLINICAL EVIDENCE PRESENTED IS THE STATED
DX? THE DIAGNOSIS FELT IN THE MEDICAL RECORD DATA TO BE DISABLING
PROGRAM IS CFS. DX IS BASED ENTIRELY UPON SUBJECTIVE SYMPTOMOLOGY
WITHOUT ANY OBJECTIVE FINDINGS IN EXAM, LAB TESTING, IMAGING DATA OR
OTHER SPECIFIC OBJECTIVE STUDIES TO EVALUATE CONVENTIONAL DISEASE.
AS A RESULT THE 'SYNDROME' DESIGNATION IS MADE IN THAT THIS
CONDITION IS A CONSTELLATION OF SYMPTOMS WITHOUT ANY
HISTOPATHOLOGICAL CORRELATE. WITH THAT IN MIND THERE IS CONSISTENCY
WITH CLINICAL EVIDENCE(OR LACK THERE OF) WITH THE STATED DIAGNOSIS.M

3)HOW CONSISTENT WITH THE OBJECTIVE CLINICAL FINDINGS NOTED ARE THE
SYMPTOMS REPORTED? ENTIRELY INCONSISTENT. EE PRESENTS WITH A HOST OF
MULTIPLE SOMATIC SYMPTOMS AND SUBJECTIVELY DEBILITATING FATIGUE,
WITH NO OBJECTIVE REASON BEING FOUND, NO SPECIFIC TREATMENTS HAVE
LED TO ANY SUSTAINABLE IMPROVEMENTS IN SYMPTOMS OR FUNCTION.

ML0038

Claim #: 640407128904    Name: JOHN MAGEE

Status:  Ended

[UE20] - On 05/07/2006 17:15 - For 640407128904

Call-Up For: [UB32] - On 05/08/2006    Call-Up Complete: [UB32] - On 05/11/2006

4)WHAT R/L WOULD BE APPROPRIATE BASED ON DX?NO R/L IN FUNCTION WOULD
BE APPLICABLE TO EES CASE.

5)HOW CONSISTENT IS THE TREATMENT PLAN? THE MEDICAL DATA SUPPORT
APPROPRIATE TREATMENT FOR THIS CONDITION CONSISTENT WITH THE STAND
OF CARE IN MED LITERATURE. AS NOTED ABOVE THE TREATMENT FAILURE IS
THE NORMAL COURSE IN THE PROBLEM, WITH SYMPTOM PALLIATION BEING ALL
THAT IS USUALLY ACHIEVABLE IN MOST CASES. THIS WOULD INCLUDE
ACTIVITY LIMITATION, IT DOES NOT IMPROVE THE PROBLEM.

LGRAY NC

[UE20] - On 05/07/2006 17:16 - For 640407128904

Call-Up For: [UE20] - On 05/08/2006    Call-Up Complete: [UE20] - On 05/08/2006

CLINICAL ACTION NEEDED
FAX PFR/IPC REPORT TO DR BELL FOR RESPONSE

LGRAY NC

[UE20] - On 05/08/2006 08:30 - For 640407128904

Call-Up For: [UB32] - On 05/08/2006    Call-Up Complete: [UB32] - On 05/11/2006

OUTGOING CORRESPONDENCE
FAX SENT TO DR BELL- RESPONSE TO PFR/IOC REPORT

MET DISABILITY
PO BOX 14590
LEXINGTON, KY 40511-4590
MAY 8, 2006

DR. BELL
77 SOUTH MAIN STREET
LYNDONVILLE, NY 14098

CLAIMANT NAME: JOHN MAGEE
CLAIM NUMBER: 640407128904
DATE OF BIRTH: 12/07/1959

DR. BELL,

PLEASE ASSIST US IN THE EVALUATION OF YOUR PATIENTS CLAIM FOR LONG
TERM DISABILITY BENEFITS.
METLIFE IS COMMITTED TO PARTNERING WITH YOU IN WORKING TOWARD THE
GOAL OF RETURNING YOUR PATIENT TO WORK SAFELY AND SUCCESSFULLY.

MR BELLS FILE WAS REVIEWED BY DR PAYNE JR, BOARD CERTIFIED
RHEUMATOLOGIST ON MAY 3, 2006.
THE FINAL REPORT IS ENCLOSED FOR YOUR REVIEW.

IF YOU DO NOT AGREE WITH THE FINDINGS IN THE REVIEW, PLEASE RESPOND
WITH YOUR OWN RESTRICTIONS AND LIMITATIONS.  IF NO RESPONSE IS
RECEIVED BY MAY 22, 2006, IT WILL BE ASSUMED THAT YOU ARE IN
AGREEMENT WITH THE FINDINGS AND RECOMMENDATIONS OF THE EXAM.

ANY COST ASSOCIATED WITH OBTAINING MEDICAL INFORMATION FOR THE
PURPOSE OF PROCESSING A CLAIM IS THE SOLE RESPONSIBILITY OF THE
CLAIMANT.

PLEASE FAX YOUR RESPONSE TO 1-800-230-9531. THANK YOU IN ADVANCE FOR
YOUR TIME AND IF YOU HAVE ANY QUESTIONS PLEASE DO NOT HESITATE TO
CALL.

ML0039

Diary Review Report

Claim #: 640407128904    Name: JOHN MAGEE

Status:  Ended

**[UE20] - On 05/08/2006 08:30 - For 640407128904**

Call-Up For: [UB32] - On 05/08/2006    Call-Up Complete: [UB32] - On 05/11/2006

SINCERELY,

LYNN GRAY
NURSE CONSULTANT
METLIFE DISABILITY
1-800-300-4296 EXTENSION 6826

LGRAY NC

**[UE20] - On 05/08/2006 08:31 - For 640407128904**

Call-Up For: [UE20] - On 05/24/2006    Call-Up Complete: [UE24] - On 05/25/2006

CLINICAL ACTION NEEDED
F/U WITH AP BELLS RESPONSE TO PFR/IPC

WAS FAXED ON MAY 8, 2006- IF NO RESPONSE BY 5/22/2006 ASSUMED THAT
DR BELL IN AGREEMENT WITH FINDINGS- SEE PREVIOUS DIARY FOR DETAILS

LGRAY NC

**[ACS1] - On 05/09/2006 18:17 - For 640407128904**

OGC INDEX DCN 060509001388

**[UB32] - On 05/11/2006 09:38 - For 640407128904**

Call-Up For: [UB32] - On 05/26/2006    Call-Up Complete: [UB32] - On 05/31/2006

CASE MANAGEMENT ACTION NEEDED
FOLLOW UP NC REVIEW OF IPC REPORT. REPORT SENT TO EE'S AP, DR. BELL.

**[UB32] - On 05/23/2006 10:26 - For 640407128904**

INCOMING EMAIL - EMPLOYER
REGARDING SSDIB STATUS.....

'JACKSON, JUSTINE M - SSD' <JUSTINE.JACKSON@ITT.COM>
05/18/2006 11:10 AM
TO: AESTAROWICZ@METLIFE.COM
CC: 'TOME, LINDA S - SSD' <LINDA.TOME@ITT.COM>,
PKNOTH@METLIFE.COM
SUBJECT: SOCIAL SECURITY AWARD AMOUNT

ANA,

EARLY DECEMBER OF 2005 WE RECEIVED A LIST FROM YOU REGARDING THE
STATUS OF SOCIAL SECURITY AWARD AMOUNTS FOR SOME OF OUR LTDRS.
SOME OF THE LTDS HAD SOCIAL SECURITY AWARDS PENDING. HAVE THE
FOLLOWING LTDRS RECEIVED THE AWARD? AND IF SO, WHAT DATE?

JOHN MAGEE

THANK YOU FOR YOUR TIME.

JUSTINE

JUSTINE M. JACKSON
ITT INDUSTRIES SPACE SYSTEMS DIVISION, LLC
HUMAN RESOURCES/BENEFITS ADMINISTRATION
INTERNAL ADDRESS: 6/5/HE, MC 37115
EXTERNAL ADDRESS: 1447 ST PAUL STREET (6TH FL/BLDG.5/HE)
P.O. BOX 60488
ROCHESTER, NY 14606-0488
TELEPHONE: EXT 6693 OR 585/269-6693
FAX: EXT. 5611 OR 585/269-5611

ML0040

Claim #: 640407128904    Name: JOHN MAGEE    Oct 26, 2007

Status: Ended    Page 41 of 68

---

[UB32] - On 05/23/2006 10:26 - For 640407128904

E-MAIL: JUSTINE.JACKSON@ITT.COM

*******************************
THIS E-MAIL AND ANY FILES TRANSMITTED WITH IT ARE PROPRIETARY AND
INTENDED SOLELY
FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM THEY ARE ADDRESSED.
IF YOU HAVE
RECEIVED THIS E-MAIL IN ERROR PLEASE NOTIFY THE SENDER. PLEASE NOTE
THAT ANY VIEWS
OR OPINIONS PRESENTED IN THIS E-MAIL ARE SOLELY THOSE OF THE AUTHOR
AND DO NOT
NECESSARILY REPRESENT THOSE OF ITT INDUSTRIES, INC. THE RECIPIENT
SHOULD CHECK
THIS E-MAIL AND ANY ATTACHMENTS FOR THE PRESENCE OF VIRUSES. ITT
INDUSTRIES ACCEPTS
NO LIABILITY FOR ANY DAMAGE CAUSED BY ANY VIRUS TRANSMITTED BY THIS
E-MAIL.
*******************************

---

[UB32] - On 05/23/2006 10:29 - For 640407128904

OUTGOING EMAIL - EMPLOYER
REGARDING SSDI STATUS....

PETER R KNOTH
05/23/2006 10:24 AM
TO: 'JACKSON, JUSTINE M - SSD'
<JUSTINE.JACKSON@ITT.COM>@METLIFENET
CC:
SUBJECT: RE: SOCIAL SECURITY AWARD AMOUNT
JUSTINE,

    BELOW IS THE FOLLOWING INFORMATION YOU REQUESTED:

JOHN MAGEE: AWARDED SSDIB
PRIMARY SSDIB: $1,868.00
ESTIMATED FAMILY SSDIB: $934.00

IF YOU HAVE ANY FURTHER QUESTIONS PLEASE LET ME KNOW.


SINCERELY,

PETER KNOTH
CASE MANAGEMENT SPECIALIST
METLIFE DISABILITY



'JACKSON, JUSTINE M - SSD' <JUSTINE.JACKSON@ITT.COM>
05/18/2006 11:10 AM
TO: AESTAROWICZ@METLIFE.COM
CC: 'TOME, LINDA S - SSD' <LINDA.TOME@ITT.COM>,
PKNOTH@METLIFE.COM
SUBJECT: SOCIAL SECURITY AWARD AMOUNT


ANA,

EARLY DECEMBER OF 2005 WE RECEIVED A LIST FROM YOU REGARDING THE
STATUS OF SOCIAL SECURITY AWARD AMOUNTS FOR SOME OF OUR LTDRS.
SOME OF THE LTDS HAD SOCIAL SECURITY AWARDS PENDING. HAVE THE
FOLLOWING LTDRS RECEIVED THE AWARD? AND IF SO, WHAT DATE?


JOHN MAGEE

ML0041

Claim #: 640407128904    Name: JOHN MAGEE

Status:  Ended

Oct 26,  2007

Page 42 of 68

**[UB32]** - On 05/23/2006 10:29 - For 640407128904

THANK YOU FOR YOUR TIME.

JUSTINE

JUSTINE M. JACKSON
ITT INDUSTRIES SPACE SYSTEMS DIVISION, LLC
HUMAN RESOURCES/BENEFITS ADMINISTRATION
INTERNAL ADDRESS: 6/5/HE, MC 37115
EXTERNAL ADDRESS: 1447 ST PAUL STREET (6TH FL/BLDG.5/HE)
              P.O. BOX 60488
              ROCHESTER, NY 14606-0488
TELEPHONE: EXT 6693 OR 585/269-6693
FAX:  EXT.  5611 OR 585/269-5611
E-MAIL: JUSTINE.JACKSON@ITT.COM

*****************************************
THIS E-MAIL AND ANY FILES TRANSMITTED WITH IT ARE PROPRIETARY AND
INTENDED SOLELY
FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM THEY ARE ADDRESSED.
IF YOU HAVE
RECEIVED THIS E-MAIL IN ERROR PLEASE NOTIFY THE SENDER. PLEASE NOTE
THAT ANY VIEWS
OR OPINIONS PRESENTED IN THIS E-MAIL ARE SOLELY THOSE OF THE AUTHOR
AND DO NOT
NECESSARILY REPRESENT THOSE OF ITT INDUSTRIES, INC. THE RECIPIENT
SHOULD CHECK
THIS E-MAIL AND ANY ATTACHMENTS FOR THE PRESENCE OF VIRUSES. ITT
INDUSTRIES ACCEPTS
NO LIABILITY FOR ANY DAMAGE CAUSED BY ANY VIRUS TRANSMITTED BY THIS
E-MAIL.
*****************************************

**[X058]** - On 05/24/2006 16:47 - For 640407128904

OUTGOING CALL TO CLAIMANT
LEFT MESSAGE ON MACHINE. CMIELNICKI OPCM

**[X058]** - On 05/24/2006 16:52 - For 640407128904

| Call-Up For: [X058] - On 06/24/2006 | Call-Up Complete: [X058] - On 06/13/2006 |

OVERPAYMENT ACTION NEEDED
FU LTR SENT TO EE 5/24/2006 REQUESTING FULL REIMB OF PRIMARY SSDI
AWARD OVERPAYMENT $32,744.93 ($38,044.93-$5300 AFC) FU FOR CALLBACK.
CMIELNICKI OPCM

**[UE24]** - On 05/25/2006 09:54 - For 640407128904

| Call-Up For: [UE15] - On 05/25/2006 | Call-Up Complete: [UE15] - On 05/30/2006 |

CLINICAL ACTION NEEDED
THERE CONTINUES TO BE NO RESPONSE FROM EE'S TREATING AP, NC WILL
PROCEED IN WRITING DENIAL LETTER FOR CLAIM BASED ON MEDICAL ON FILE
AND PFR REVIEW.

EROBERTS/NC

**[UE95]** - On 05/25/2006 12:04 - For 640407128904

| Call-Up For: [RCCW] - On 05/25/200 | Call-Up Complete: [UE01] - On 05/25/2006 |

CALL BACK REQUEST TO CASE MANAGER
UB32 EE REQUESTING CALL BACK ABOUT A LETTER THAT WAS FORWARDED TO
HIM FROM HIS AP

EE CALLED IN TO CLARIFY A LETTER THAT WAS FORWARDED TO HIM
EE READ A PORTION OF THE LETTER TO ME BUT I WAS UNCLEAR ON THE INFO
IN THE LETTER

ADVISED EE OF THE TWO HR CALL BACK TIME FRAME

Claim #: 640407128904    Name: JOHN MAGEE

Status: Ended

**[UE95]** - On 05/25/2006 12:04 - For 640407128904

Call-Up For: [RCCW] - On 05/25/200    Call-Up Complete: [UE01] - On 05/25/2006

CBR FOR EE 585-624-9306

**[UE01]** - On 05/25/2006 12:34 - For 640407128904

OUTGOING CALL TO CLAIMANT
RETURNING RCCW CALL...

CM INFORMED EE THAT HIS CM WAS NOT IN THE OFFICE AND CM WAS CALLING
TO SEE IF SHE WOULD BE ABLE TO ANSWER HIS QUESTIONS.

EE SAID THAT HE RECEIVED A COPY OF A LETTER FROM HIS HCP THAT
APPARENTLY IS A RESPONSE TO A LETTER SENT TO HCP REGARDING A
PHYSICIAN CONSULT REPORT THAT WAS DEROGATORY IN NATURE.

CM SAID THAT SHE WAS NOT FAMILIAR WITH HIS CLAIM AND WAS NOT SURE
ABOUT THE LETTER WITHOUT LOOKING AT IT. CM ASKED EE IF HE HAD ACCESS
TO A FAX TO SEND IT IN AND HE SAID NO. CM SAID THAT SHE WOULD HAVE
HIS CM CALL TOMORROW

**[UE01]** - On 05/25/2006 12:35 - For 640407128904

Call-Up For: [RCCW] - On 05/26/200    Call-Up Complete: [UB32] - On 05/26/2006

CALL BACK REQUEST TO CASE MANAGER
UB32.

CM WAS NOT ABLE TO ADDRESS EE'S QUESTIONS IN THE PREVIOUS CALL BACK
ON 5/24/06 AND STATED SHE WOULD HAVE EE'S CM CALL HIM BACK.

**[ACS1]** - On 05/25/2006 13:20 - For 640407128904

OGC INDEX DCN 060524808952

**[UB32]** - On 05/26/2006 08:33 - For 640407128904

OUTGOING CALL TO CLAIMANT
RETURNING RCCW CALL....CM LEFT MESSAGE WITHA A FEMALE AT EE'S
RESIDENCE TO C/B CMS.

**[UE15]** - On 05/30/2006 10:52 - For 640407128904

Call-Up For: [UB32] - On 05/30/2006    Call-Up Complete: [UB32] - On 06/01/2006

RESPONSE TO CASE MANAGER
MEDICAL NO LONGER SUPPORTS.

** MEDICAL ON FILE NO LONGER SUPPORTS A SEVERITY OF IMPAIRMENT THAT
PRECLUDES YOU FROM PERFORMING YOUR JOB, WHICH IS PART OF YOUR
OCCUPATIONAL GROUP. YOUR FILE WAS SENT TO AN INDEPENDENT PHYSICIAN
BY METLIFE FOR REVIEW. THE INDEPENDENT PHYSICIAN STATED BASED ON THE
MEDICAL CONTAINED IN YOUR FILE THERE IS NO CLINICAL EVIDENCE TO
SUPPORT IMPAIRMENT, AND YOU ARE FULLY FUNCTIONAL AND CAPABLE OF
PERFORMING UNRESTRICTED WORK DUTIES. THE INDEPENDENT PHYSICIAN
STATES THERE ARE NO RESTRICTIONS, AND LIMITATIONS THAT ARE SUPPORTED
IN THE MEDICAL ON FILE. A COPY OF THE INDEPENDENT PHYSICIAN REPORT
WAS SENT TO DR. BELL, FAAP. IN THE LETTER DR. BELL WAS ADVISED IF HE
DID NOT RESPOND BY MAY 22ND 2006 METLIFE WOULD ASSUME HE WAS IN
AGREEMENT WITH THE REPORT. METLIFE HAS NOT RECEIVED A RESPONSE FROM
DR. BELL, THEREFORE, YOU ARE ABLE TO RETURN TO WORK WITHOUT
RESTRICTIONS. LACKING FROM YOUR FILE IS CLINICAL EVIDENCE WHICH
INCLUDES CURRENT OFFICE VISIT NOTES, ANY LAB RESULTS, OR ANY OTHER
INFORMATION TO SUPPORT AN ONGOING IMPAIRMENT.

JBROOKS NC

**[ACS1]** - On 05/30/2006 13:47 - For 640407128904

Call-Up For: [UB32] - On 05/30/2006    Call-Up Complete: [UB32] - On 06/01/2006

MED/VOC INDEX DCN 060530004335

Claim #: 640407128904        Name:  JOHN MAGEE                                   Oct 26, 2007

Status:  Ended                                                                    Page 44 of 68

**[UB32] - On 06/01/2006 12:03 - For 640407128904**

```
INCOMING MAIL - MED VOC
RESPONSE FROM AP, DR. BELL REGARDING PFR/IPC REPORT.....MED/VOC
INDEX DCN 060530004335....

DR. BELL FEELS CONSULTATION FROM DR. DENNIS PAYNE IS INACCURATE.
QUESTION 1, AP DOES NOT FEEL EE IS CAPABLE OF PERFORMING
UNRESTRICTED WORK DUTIES CONSISTENT WITH AGE-MATCH CONTROLS. CENTERS
FOR DISEASE CONTROL PUBLISHED AN ENTIRE JOURNAL ON THE GENOMICS OF
THIS ILLNESS. WHILE AP WOULD NOT BE ASSUMING THAT DR. PAYNE IS AWARE
OF THE MOST RECENT EVIDENCE OF CHRONIC FATIGUE SYNDROME, THE FACT
THAT IT IS AN ESTABLISHED DIAGNOSTIC ENTITY IS BEYOND QUEESTION.

QUESTION 4: THE ANSWER THAT THERE ARE NO RESTRICTIONS OR LIMITATIONS
IN FUNCTION IN EE'S CASE AGAIN MAKES THE ASSUMPTION THAT THERE IS NO
SUCH ENTITY AS CFS.
```

**[UB32] - On 06/01/2006 12:55 - For 640407128904**
**Call-Up For: [UE15] - On 06/01/2006    Call-Up Complete: [UE15] - On 06/01/2006**

```
CLINICAL CONSULT REQUEST
D.BASCIOTTA'S TEAM, P.KNOTH CMS EXT 2590....PENDING CLAIM.
PERFOMANCE GROUP. PLEASE RE-REVIEW FOR CLAIM DIRECTION. DR. DAVID
BELL RESPONDED TO THE IPC REPORT. THANK YOU.

MED/VOC INDEX DCN 060530004335


NC INITIAL DIARY ENTRY 5/30/06:

RESPONSE TO CASE MANAGER
MEDICAL NO LONGER SUPPORTS.
** MEDICAL ON FILE NO LONGER SUPPORTS A SEVERITY OF IMPAIRMENT THAT
PRECLUDES YOU FROM PERFORMING YOUR JOB, WHICH IS PART OF YOUR
OCCUPATIONAL GROUP. YOUR FILE WAS SENT TO AN INDEPENDENT PHYSICIAN
BY METLIFE FOR REVIEW. THE INDEPENDENT PHYSICIAN STATED BASED ON THE
MEDICAL CONTAINED IN YOUR FILE THERE IS NO CLINICAL EVIDENCE TO
SUPPORT IMPAIRMENT, AND YOU ARE FULLY FUNCTIONAL AND CAPABLE OF
PERFORMING UNRESTRICTED WORK DUTIES. THE INDEPENDENT PHYSICIAN
STATES THERE ARE NO RESTRICTIONS, AND LIMITATIONS THAT ARE SUPPORTED
IN THE MEDICAL ON FILE. A COPY OF THE INDEPENDENT PHYSICIAN REPORT
WAS SENT TO DR. BELL, FAAP. IN THE LETTER DR. BELL WAS ADVISED IF HE
DID NOT RESPOND BY MAY 22ND 2006 METLIFE WOULD ASSUME HE WAS IN
AGREEMENT WITH THE REPORT. METLIFE HAS NOT RECEIVED A RESPONSE FROM
DR. BELL, THEREFORE, YOU ARE ABLE TO RETURN TO WORK WITHOUT
RESTRICTIONS. LACKING FROM YOUR FILE IS CLINICAL EVIDENCE WHICH
INCLUDES CURRENT OFFICE VISIT NOTES, ANY LAB RESULTS, OR ANY OTHER
INFORMATION TO SUPPORT AN ONGOING IMPAIRMENT.
JBROOKS NC
```

**[UB32] - On 06/01/2006 12:55 - For 640407128904**
**Call-Up For: [UB32] - On 06/09/2006    Call-Up Complete: [UB32] - On 06/14/2006**

```
CASE MANAGEMENT ACTION NEEDED
FOLLOW UP NC REVIEW FOR CLAIM DIRECTION.
```

**[UB32] - On 06/01/2006 12:56 - For 640407128904**

```
CLAIM COMMENT
CM TO HAVE NC RE-REVIEW AP'S RESPONSE TO IPC REPORT FOR CLAIM
DIRECTION.
```

**[UE15] - On 06/01/2006 13:46 - For 640407128904**
**Call-Up For: [UE15] - On 06/01/2006    Call-Up Complete: [UE15] - On 06/05/2006**

```
ACTION PLAN
NC WILL SUBMIT DR. BELLS RESPONSE TO DR. PAYNE THE PFR TO DETERMINE
IF DR. BELLS RESPONSE CHANGES THE PFR'S REVEIW.

JBROOKS NC
```

ML0044

Claim #: 640407128904    Name: JOHN MAGEE

Status: Ended

**[UE15] - On 06/05/2006 11:25 - For 640407128904**

Call-Up For: [UE15] - On 06/15/2006    Call-Up Complete: [UE15] - On 06/16/2006

CLINICAL ACTION NEEDED
FOLLOW UP FOR PFR ADDENDUM. FILE SENT 6/5/2006. WHEN PFR ADDENDUM IS
OBTAINED NC WILL DETERMINE IF MEDICAL CONT TO SUPPORT ONGOING
DISABILITY.

JBROOKS NC

**[ACS1] - On 06/05/2006 17:30 - For 640407128904**

Call-Up For: [UB32] - On 06/05/2006    Call-Up Complete: [UB32] - On 06/08/2006

FINANCIAL INDEX DCN 060605021936

**[U003] - On 06/06/2006 11:16 - For 640407128904**

CLAIM COMMENT
ADDENDUM PFR SENT TO NMR

**[U003] - On 06/06/2006 11:16 - For 640407128904**

Call-Up For: [U003] - On 06/08/2006    Call-Up Complete: [U003] - On 06/07/2006

CLERICAL ACTION NEEDED
F/U DTE NMR

**[U003] - On 06/07/2006 13:59 - For 640407128904**

Call-Up For: [UE15] - On 06/07/2006    Call-Up Complete: [UE15] - On 06/09/2006

REFERRAL TO CASE MANAGER
EXPECTED DATE OF COMPLETION FOR PFR REPORT IS 6/13/06

**[U003] - On 06/07/2006 14:00 - For 640407128904**

Call-Up For: [U003] - On 06/15/2006    Call-Up Complete: [U003] - On 06/16/2006

CLERICAL ACTION NEEDED
F/U REPORT NMR

**[UB32] - On 06/08/2006 08:23 - For 640407128904**

INCOMING MAIL - FINANCIAL
PRIMARY AND FAMILY SSDIB AWARD LETTERS (37 PAGES)....FINANCIAL INDEX
DCN 060605021936

**[UB32] - On 06/08/2006 08:23 - For 640407128904**

Call-Up For: [X095] - On 06/08/2006    Call-Up Complete: [X095] - On 06/12/2006

R FERRAL TO SOCIAL SECURITY
PRIMARY AND FAMILY SSDIB AWARD LETTERS (37 PAGES)....FINANCIAL INDEX
DCN 060605021936

**[UB32] - On 06/08/2006 08:24 - For 640407128904**

Call-Up For: [UB32] - On 06/15/2006    Call-Up Complete: [UB32] - On 06/14/2006

CASE MANAGEMENT ACTION NEEDED
FOLLOW UP SSS REVIEW OF PRIMARY AND FAMILY SSDIB AWARD LETTERS. WHEN
RECEIVED APPLY TO CLAIM.

**[UH27] - On 06/09/2006 15:08 - For 640407128904**

Call-Up For: [X058] - On 06/13/2006    Call-Up Complete: [X058] - On 06/13/2006

REFERRAL TO OVERPAYMENT UNIT
PERS CK RECD 426160056 32744.93

**[X095] - On 06/12/2006 08:57 - For 640407128904**

Call-Up For: [UB32] - On 06/12/2006    Call-Up Complete: [UB32] - On 06/14/2006

REVIEW CLAIM - SSDIB AWARD RECEIVED
DCN 060605021936 DEPENDENT SS AWARD CERT
DATE FIRST BENEFIT - 6/2004 $930.00

**[ACS1] - On 06/13/2006 10:14 - For 640407128904**

Call-Up For: [UB32] - On 06/13/2006    Call-Up Complete: [UB32] - On 06/14/2006

FINANCIAL INDEX DCN 060612013947

ML0045

Claim #: 640407128904    Name: JOHN MAGEE

Status:  Ended

**[X058] - On 06/13/2006 13:44 - For 640407128904**

Call-Up For: [X058] - On 07/13/2006    Call-Up Complete: [X058] - On 07/18/2006

OVERPAYMENT ACTION NEEDED
CREDITED REFUND CHECK-OP BALANCE $18092.18. FOLLOW UP FOR FAMILY
SSDI OP. CHIELNICKI OPCM

**[UB32] - On 06/14/2006 07:14 - For 640407128904**

Call-Up For: [UB32] - On 06/30/2006    Call-Up Complete: [UB32] - On 06/21/2006

CASE MANAGEMENT ACTION NEEDED
FOLLOW UP NC REVIEW FOR CLAIM DIRECTION. CLAIM SENT FOR PFR.

**[UB32] - On 06/14/2006 07:19 - For 640407128904**

CLAIM COMMENT
ADJUSTMENT MADE TO SYSTEM...CM APPLIED FAMILY SSDIB PER SSS REVIEW
OF FAMILY AWARD LETTERS....

REVIEW CLAIM - SSDIB AWARD RECEIVED
DCN 060605021936 DEPENDENT SS AWARD CERT
DATE FIRST BENEFIT - 6/2004 $930.00

**[UB32] - On 06/14/2006 07:31 - For 640407128904**

Call-Up For: [XB28] - On 06/15/2006    Call-Up Complete: [6TKL] - On 06/16/2006

USER EXCEEDED AUTHORITY

**[UB32] - On 06/14/2006 07:33 - For 640407128904**

CLAIM COMMENT
EA STATUS DUE TO CM APPLYING FAMILY SSDIB PER SSS.

REVIEW CLAIM - SSDIB AWARD RECEIVED
DCN 060605021936 DEPENDENT SS AWARD CERT
DATE FIRST BENEFIT - 6/2004 $930.00

**[UB32] - On 06/14/2006 07:35 - For 640407128904**

INCOMING MAIL - FINANCIAL
PERSONAL CHECK IN THE AMOUNT OF $32,744.93....FINANCIAL INDEX DCN
060612013947

**[ACS1] - On 06/16/2006 10:45 - For 640407128904**

Call-Up For: [UE15] - On 06/16/2006    Call-Up Complete: [UE15] - On 06/16/2006

MED/VOC INDEX DCN 060615F08344

**[UE15] - On 06/16/2006 11:37 - For 640407128904**

INCOMING MAIL - MED VOC
PFR ADDENDUM FROM DR. PAYNE OBTAINED.

DR. PAYNE STATED NO ADDITIONAL INFORMATION WAS SUBMITED WITH DR.
BELL'S RESPONSE. DR. PAYNE STATES DR. BELL'S RESPONSE DOES NOT
CHANGE IS OPINION IS NOT CHANGED FROM HIS PREVIOUS REPORT OF
5/3/2006.

JBROOKS NC

**[UE15] - On 06/16/2006 12:07 - For 640407128904**

Call-Up For: [UB32] - On 06/16/2006    Call-Up Complete: [UB32] - On 06/21/2006

RESPONSE TO CASE MANAGER
REVIEW OF MEDICAL FOR CLAIM DIRECTION.

SEE SUMMARY OF PFR ADDENDUM IN PREVIOUS DIARY.

**MEDICAL NO LONGER SUPPORTS A SEVERITY OF IMPAIRMENT THAT PRECLUDES
YOU FROM PERFORMING YOUR JOB AS A PROGRAM ASSURANCE MANAGER. A PFR
(PHYSICIAN FILE REVIEW) WAS COMPLETED ON YOU CLAIM. THE PFR

ML0046

Claim #: 640407128904      Name: JOHN MAGEE

Status:  Ended

**[UE15] - On 06/16/2006 12:07 - For 640407128904**

**Call-Up For: [UB32] - On 06/16/2006   Call-Up Complete: [UB32] - On 06/21/2006**

CONCLUDED THAT THE MEDICAL ON FILE FAILS TO SUPPORT AN IMPAIRMENT
THAT PREVENTS YOU FROM WORKING. THE PFR STATED YOU ARE CAPABLE OF
PERFORMING UNRESTRICTED WORK DUTIES. A COPY OF THE PFR WAS SENT TO
DR. BELL FOR COMMENT. DR. BELL RESPONDED AND STATED HE DID NOT FEEL
THE PFR HAD AN UNDERSTANDING OF THE DIAGNOSIS OF CHRONIC FATIGUE
SYNDROME. DR. BELL'S RESPONSE WAS SENT TO THE PFR FOR REVIEW, AND TO
DETERMINE IF DR. BELLS STATEMENT CHANGED TO OPINION OF THE PFR. THE
PFR RESPONDED AND STATED THAT DR. BELL'S RESPONSE DID NOT CHANGE HIS
OPINION. THE PFR ALSO STATED DR. BELL DID NOT SUBMIT ANY ADDITIONAL
CLINICAL EVIDENCE TO SUPPORT HIS OPINION. BASED ON THE PFR AND THE
LACK OF CLINICAL EVIDENCE TO SUPPORT YOUR CLAIM MEDICAL NO LONGER
SUPPORTS. LACKING FROM YOUR FILE IS CLINICAL EVIDENCE SUCH AS OFFICE
VISIT NOTES, AND PHYSICAL EXAM FINDINGS TO SUPPORT AN ONGOING
IMPAIRMENT.

JBROOKSNC

**[XB28] - On 06/16/2006 16:14 - For 640407128904**

RESPONSE TO CASE MANAGER
BENEFIT RELEASED BBRANDES/CSS

**[UB32] - On 06/21/2006 09:55 - For 640407128904**

OUTGOING EMAIL - OTHER
TO OVERPAYMENT SPECIALIST FOR OVERPAYMENT TERMINATION LETTER
LANGUAGE....

PETER R KNOTH
06/21/2006 09:54 AM
TO: CHRISTINE MIELNICKI/INS/METLIFE/US@METLIFE
CC:
SUBJECT: OVERPAYMENT TERMINATION LANGUAGE FOR JOHN MAGEE,
CLAIM NUMBER 640407128904
CHRISTINE,
    CAN YOU PLEASE PROVIDE THE OVERPAYMENT TERMINATION LANGUAGE FOR
JOHN MAGEE, CLAIM NUMBER 640407128904.

THANK YOU,
PETER

**[UB321 - On 06/21/2006 09:56 - For 640407128904**

**Call-Up For: [UB32] - On 06/22/2006   Call-Up Complete: [UB32] - On 06/27/2006**

CASE MANAGEMENT ACTION NEEDED
FOLLOW UP O/P TERMINATION LANGUAGE. WHEN RECEIVED INSERT INTO
TERMINATION LETTER

**[UB32] - On 06/21/2006 10:10 - For 640407128904**

SUBSEQUENT CLAIM DECISION
CLAIM TERMINATED FOR MEDICAL DOES NOT SUPPORT A/O PER NC DECISION
SUMMARY 6/16/06....

RESPONSE TO CASE MANAGER
REVIEW OF MEDICAL FOR CLAIM DIRECTION.
SEE SUMMARY OF PFR ADDENDUM IN PREVIOUS DIARY.
**MEDICAL NO LONGER SUPPORTS A SEVERITY OF IMPAIRMENT THAT PRECLUDES
YOU FROM PERFORMING YOUR JOB AS A PROGRAM ASSURANCE MANAGER. A PFR
(PHYSICIAN FILE REVIEW) WAS COMPLETED ON YOU CLAIM. THE PFR
CONCLUDED THAT THE MEDICAL ON FILE FAILS TO SUPPORT AN IMPAIRMENT
THAT PREVENTS YOU FROM WORKING. THE PFR STATED YOU ARE CAPABLE OF
PERFORMING UNRESTRICTED WORK DUTIES. A COPY OF THE PFR WAS SENT TO
DR. BELL FOR COMMENT. DR. BELL RESPONDED AND STATED HE DID NOT FEEL
THE PFR HAD AN UNDERSTANDING OF THE DIAGNOSIS OF CHRONIC FATIGUE
SYNDROME. DR. BELL'S RESPONSE WAS SENT TO THE PFR FOR REVIEW, AND TO
DETERMINE IF DR. BELLS STATEMENT CHANGED TO OPINION OF THE PFR. THE
PFR RESPONDED AND STATED THAT DR. BELL'S RESPONSE DID NOT CHANGE HIS
OPINION. THE PFR ALSO STATED DR. BELL DID NOT SUBMIT ANY ADDITIONAL

ML0047

Claim #: 640407128904      Name: JOHN MAGEE

Status: Ended

**[UB32] - On 06/21/2006 10:10 - For 640407128904**

CLINICAL EVIDENCE TO SUPPORT HIS OPINION. BASED ON THE PFR AND THE
LACK OF CLINICAL EVIDENCE TO SUPPORT YOUR CLAIM MEDICAL NO LONGER
SUPPORTS. LACKING FROM YOUR FILE IS CLINICAL EVIDENCE SUCH AS OFFICE
VISIT NOTES, AND PHYSICAL EXAM FINDINGS TO SUPPORT AN ONGOING
IMPAIRMENT.
JBROOKSNC

**[UB32] - On 06/21/2006 10:11 - For 640407128904**

CLAIM COMMENT
PER PLAN EE IS ELIGIBLE TO 2 ADDITIONAL MONTHS OF BENEFITS WHEN
TERMINATED FOR MEDICAL DOES NOT SUPPORT. EE FOLLOWS KODAK PLAN
BOOKLET.

**[UB32] - On 06/27/2006 08:59 - For 640407128904**

INCOMING EMAIL - OTHER
FROM APPEALS SPECIALIST....

CONNIE KEMLER
06/27/2006 01:02 AM
TO: PETER R KNOTH/INS/METLIFE/US@METLIFE
CC:
SUBJECT: CONNIE KEMLER/INS/METLIFE/US IS OUT OF THE OFFICE.
I WILL BE OUT OF THE OFFICE STARTING  06/22/2006 AND WILL NOT RETURN
UNTIL 07/05/2006.

I WILL RESPOND TO YOUR MESSAGE WHEN I RETURN ON MONDAY AUGUST 29,
2005. IF YOU REQUIRE IMMEDIATE ASSISTANCE PLEASE CONTACT ROSEMARY
HARMON.

**[UB32] - On 06/27/2006 09:00 - For 640407128904**

CLAIM COMMENT
DISREGARD PREVIOUS DIARY ENTRY. CM REFERRED O/P TO O/P SPECIALIST.

**[UB32] - On 06/27/2006 09:02 - For 640407128904**

OUTGOING EMAIL - OTHER
TO O/P SPECIALIST....

PETER R KNOTH
06/27/2006 09:01 AM
TO: CHRISTINE MIELNICKI/INS/METLIFE/US@METLIFE
CC:
SUBJECT: FW: OVERPAYMENT TERMINATION LANGUAGE FOR JOHN
MAGEE, CLAIM NUMBER 640407128904
PLEASE SEE BELOW.
----- FORWARDED BY PETER R KNOTH/INS/METLIFE/US ON 06/27/2006 09:01
AM -----
PETER R KNOTH
06/21/2006 09:54 AM
TO: CHRISTINE MIELNICKI/INS/METLIFE/US@METLIFE
CC:
SUBJECT: OVERPAYMENT TERMINATION LANGUAGE FOR JOHN
MAGEE, CLAIM NUMBER 640407128904

CHRISTINE,
    CAN YOU PLEASE PROVIDE THE OVERPAYMENT TERMINATION LANGUAGE FOR
JOHN MAGEE, CLAIM NUMBER 640407128904.

THANK YOU,
PETER

**[UB32] - On 06/27/2006 09:08 - For 640407128904**

Call-Up For: [UB32] - On 07/11/2006   Call-Up Complete: [UB32] - On 06/28/2006

CASE MANAGEMENT ACTION NEEDED

Claim #: 640407128904    Name: JOHN MAGEE

Status:  Ended

**[UB32] - On 06/27/2006 09:08 - For 640407128904**

Call-Up For:  [UB32] - On 07/11/2006    Call-Up Complete:  [UB32] - On 06/28/2006

FOLLOW UP O/P TERMINATION LANGUAGE. WHEN RECEIVED INSERT INTO
TERMINATION LETTER

**[X058] - On 06/27/2006 12:37 - For 640407128904**

RESPONSE TO CASE MANAGER
EMAIL TO CM ADVISING OK TO LEAVE OUT OP TERM PARAGRAPH. CLAIM LOOKS
LIKE IT WILL END 8/31/06 AND TWO ADD'L MONTHS OF WITHHOLDING. OPCM
WILL FOLLOW FOR OP ONCE CLAIM IS TERM'D. CMIELNICKI OPCM

**[UB32] - On 06/28/2006 08:42 - For 640407128904**

INCOMING EMAIL - OTHER
O/P SPECIALIST....

CHRISTINE MIELNICKI
06/27/2006 12:36 PM
  TO: PETER R KNOTH/INS/METLIFE/US@METLIFE
  CC:
  SUBJECT: RE: FW: OVERPAYMENT TERMINATION LANGUAGE FOR JOHN
MAGEE, CLAIM NUMBER 640407128904
PETER,
THE CLAIM ISNT TERMINATING UNTIL 8/31 SO YOU CAN LEAVE OUT THE OP
INFO AND I'LL JUST FOLLOW UP FOR IT. THANKS

CHRISTINE MIELNICKI
OVERPAYMENT RECOVERY UNIT
* PHONE:(800) 300-4296

**[UB32] - On 06/28/2006 08:46 - For 640407128904**

OUTGOING EMAIL - OTHER
TO UNIT MANAGER FOR REVIEW OF ANY OCC TERMINATION LETTER....

PETER R KNOTH
06/28/2006 08:45 AM
  TO: DIANE D BASCIOTTA/INS/METLIFE/US@METLIFE
  CC:
  SUBJECT: ANY OCC TERMINATION LETTER FOR JOHN MAGEE    CLAIM
NUMBER 640407128904
DIANE,
    PLEASE REVIEW AND RETURN.


THANK YOU,
PETER


**[UB32] - On 06/28/2006 08:46 - For 640407128904**

Call-Up For:  [UB32] - On 07/12/2006    Call-Up Complete:  [UB32] - On 07/17/2006

CASE MANAGEMENT ACTION NEEDED
FOLLOW UP UNIT MANAGER REVIEW OF TERMINATION LETTER.

**[UB32] - On 07/11/2006 08:33 - For 640407128904**

CLAIM COMMENT
PER DISCUSSION WITH UNIT MANAGER, CM TO REQUEST SUMMARY OF PFR
REPORT FROM NC FOR TERMINATION LANGUAGE.

**[UB32] - On 07/11/2006 08:33 - For 640407128904**

CLAIM COMMENT
CM SPOKE TO NC REGARDING TERMINATION LANGUAGE. NC WILL REVIEW PFR

Claim #: 640407128904    Name: JOHN MAGEE    Oct 26, 2007

Status: Ended    Page 50 of 68

[UB32] - On 07/11/2006 08:33 - For 640407128904

REPORT.

[UE15] - On 07/11/2006 09:24 - For 640407128904

Call-Up For: [UB32] - On 07/12/2006 | Call-Up Complete: [UB32] - On 07/17/2006

RESPONSE TO CASE MANAGER

LETTER LANGUAGE

**MEDICAL NO LONGER SUPPORTS A SEVERITY OF IMPAIRMENT THAT PRECLUDES
YOU FROM PERFORMING YOUR JOB AS A PROGRAM ASSURANCE MANAGER. A PFR
(PHYSICIAN FILE REVIEW) WAS COMPLETED ON YOU CLAIM BY A BOARD
CERTIFIED INTERNAL MEDICINE, AND BOARD CERTIFIED RHEUMATOLOGY
PHYSICIAN. THE PFR
CONCLUDED THAT THE MEDICAL ON FILE FAILS TO SUPPORT AN IMPAIRMENT
THAT PREVENTS YOU FROM WORKING AT YOUR PREVIOUS JOB. THE PFR STATED
YOU ARE CAPABLE OF PERFORMING UNRESTRICTED WORK DUTIES. THE PFR
FOUND THERE ARE NO RESTRICTIONS OR LIMITATIONS THAT ARE SUPPORTED IN
THE AVAILABLE MEDICAL FILE. THE PFR CONCLUDED THIS DIAGNOSIS IS
BASED ENTIRELY UPON SUBJECTIVE SYMPTOMATOLOGY WITHOUT ANY OBJECTIVE
FINDINGS ON EXAMINATION, LABORATORY TESTING, IMAGING DATA, OR OTHER
SPECIFIC OBJECTIVE STUDIES USED TO EVALUATE CONVENTIONAL DISEASE.  A
COPY OF THE PFR WAS SENT TO DR. BELL M.D. (SPECIALTY UNKNOWN), FOR
COMMENT. DR. BELL RESPONDED AND STATED HE DID NOT FEEL THE PFR HAD
AN UNDERSTANDING OF THE DIAGNOSIS OF CHRONIC FATIGUE SYNDROME. DR.
BELL'S RESPONSE WAS SENT TO THE PFR FOR REVIEW, AND TO DETERMINE IF
DR. BELLS STATEMENT CHANGED THE OPINION OF THE PFR. THE PFR
RESPONDED AND STATED THAT DR. BELL'S RESPONSE DID NOT CHANGE HIS
OPINION BECAUSE DR. BELL DID NOT SUBMIT ANY ADDITIONAL
CLINICAL EVIDENCE TO SUPPORT HIS OPINION.  THE PFR STATED YOUR
CONDITION IS A SYNDROME, AS WITH A WELL-DEFINED ILLNESS OR DISEASE,
THERE MUST BE OBJECTIVE MEASURES TO SUPPORT FUNCTIONAL RESTRICTIONS
OR LIMITATIONS BEFORE LIMITATION CAN BE PLACED ON AN INDIVIDUAL.
THEREFORE THE OPINION OF THE PFR IN THIS REVIEW DOES NOT CHANGE.
BASED ON THE PFR AND THE LACK OF CLINICAL EVIDENCE TO SUPPORT AN
IMPAIRMENT.  MEDICAL NO LONGER SUPPORTS. LACKING FROM YOUR FILE IS
CLINICAL EVIDENCE SUCH AS OFFICE VISIT NOTES, AND PHYSICAL EXAM
FINDINGS TO SUPPORT AN ONGOING SEVERITY OF IMPAIRMENT.

JBROOKS NC

[UE15] - On 07/11/2006 09:25 - For 640407128904

Call-Up For: [UE15] - On 07/11/2006 | Call-Up Complete: [UE15] - On 07/11/2006

CLINICAL CONSULT REQUEST

SEE NC RESPONSE TO CM

JBROOKS NC

[UB32] - On 07/17/2006 07:38 - For 640407128904

OUTGOING EMAIL - OTHER

TO UNIT MANAGER FOR REVIEW OF REVISED TERMINATION LETTER....

PETER R KNOTH

07/17/2006 07:37 AM

TO: DIANE D BASCIOTTA/INS/METLIFE/US@METLIFE

CC:

SUBJECT: REVISION TO JOHN MAGEE'S TERMINATION LETTER

DIANE,

    PLEASE REVIEW AND RETURN.

THANK YOU,

PETER

[UB32] - On 07/17/2006 07:39 - For 640407128904

Call-Up For: [UB32] - On 07/26/2006 | Call-Up Complete: [UB32] - On 07/20/2006

CASE MANAGEMENT ACTION NEEDED

FOLLOW UP UNIT MANAGER REVIEW OF TERMINATION LETTER. IF OK TO SEND,

ML0050

Claim #: 640407128904    Name: JOHN MAGEE    Oct 26, 2007

Status: Ended    Page 51 of 68

**[UB32] - On 07/17/2006 07:39 - For 640407128904**
Call-Up For: [UB32] - On 07/26/2006    Call-Up Complete: [UB32] - On 07/20/2006

SEND A COPY TO ER, LINDA TOME

**[X058] - On 07/18/2006 14:17 - For 640407128904**
Call-Up For: [X058] - On 09/18/2006    Call-Up Complete: [X058] - On 09/22/2006

OVERPAYMENT ACTION NEEDED
FU FOR NEXT INSTALLMENT. REQ SENT 7/18/2006 FOR PAST DUE PAYMENT.
CMIELNICKI OPCM

**[ACS1] - On 07/19/2006 11:46 - For 640407128904**

OGC INDEX DCN 060718208440

**[UB32] - On 07/20/2006 10:32 - For 640407128904**

INCOMING EMAIL - OTHER
FROM UNIT MANAGER REGARDING TERMINATION LETTER....

DIANE D BASCIOTTA
07/17/2006 10:27 AM
TO: PETER R KNOTH/INS/METLIFE/US@METLIFE
CC:
SUBJECT: RE: REVISION TO JOHN MAGEE'S TERMINATION LETTER
PLEASE USE THE ITT PLAN WORDING - ALSO - IS 8/31 THE RIGHT
TERMINATION DATE?


PETER R KNOTH
07/17/2006 07:37 AM
TO: DIANE D BASCIOTTA/INS/METLIFE/US@METLIFE
CC:
SUBJECT: REVISION TO JOHN MAGEE'S TERMINATION
LETTER


DIANE,
    PLEASE REVIEW AND RETURN.


THANK YOU,
PETER

**[UB32] - On 07/20/2006 10:34 - For 640407128904**

CLAIM COMMENT
ADJUSTMENT MADE TO LETTER. PER DISCUSSION WITH UNIT MANAGER, EE IS
UNDER THE BUYOUT OF KODAK BY ITT. EE IS STILL UNDER KODAK PLAN
BOOKLET. CM SUGGESTED EE STATE THE ITT PLAN, FORMALLY EASTMAN KODAK
PLAN BOOKLET.

**[UB32] - On 07/20/2006 10:34 - For 640407128904**

OUTGOING CORRESPONDENCE
TERMINATION LETTER. COPY TO EE, COPY TO ACS. ENCLOSED IN THE COPY TO
THE EE AND ACS IS THE APPEALS FORM.

**[UB32] - On 07/20/2006 10:44 - For 640407128904**

OUTGOING EMAIL - EMPLOYER
REGARDING TERMINATION COVER LETTER....

PETER R KNOTH
07/20/2006 10:44 AM
TO: LINDA.TOME@ITT.COM
CC:
SUBJECT: TERMINATION COVER LETTER FOR JOHN MAGEE, CLAIM

ML0051

Claim #: 640407128904    Name: JOHN MAGEE                                          Oct 26, 2007

Status:  Ended                                                                     Page 52 of 68

**[UB32]** - On 07/20/2006 10:44 - For 640407128904

NUMBER 640407128904

LINDA,

    ATTACHED IS A COPY OF THE TERMINATION COVER LETTER FOR JOHN
MAGEE, CLAIM NUMBER 640407128904


SINCERELY,

PETER KNOTH

**[ACS1]** - On 07/24/2006 08:00 - For 640407128904

OGC INDEX DCN 060721036526

**[UC96]** - On 07/24/2006 12:08 - For 640407128904

Call-Up For: [RCCW] - On 07/24/200    Call-Up Complete: [UB32] - On 07/24/2006

CALL BACK REQUEST TO CASE MANAGER

UB32 XFER ER

PH# 585-269-7707

ER NEEDS TO KNOW SS INFO AND LTD CLAIM DETAILS

CALLER: LINDA TOME, BENEFITS, PH# 585-269-7707

**[UB32]** - On 07/24/2006 12:46 - For 640407128904

OUTGOING CALL TO EMPLOYER

RETURNING RCCW CALL....CM LEFT VOICE MESSAGE STATING THE EE WAS
AWARDED SSDIB PRIMARY ANF FAMILY RETRO BACK TO 6/1/04 IN THE AMOUNT
OF $1,868.00 (PRIMARY) AND $930.00 (FAMILY). CM LEFT 800 # PLUS EXT
FOR C/B.

**[UB32]** - On 07/25/2006 07:27 - For 640407128904

INCOMING EMAIL - EMPLOYER

REGARDING SSDIB AWARD LETTER....

'TOME, LINDA S - SSD' <LINDA.TOME@ITT.COM>

07/24/2006 04:03 PM

TO: PKNOTH@METLIFE.COM

CC:

SUBJECT: RE: TERMINATION COVER LETTER FOR JOHN MAGEE, CLAIM
NUMBER 640407128904

PETER -- THANKS FOR YOUR RETURNED PHONE CALL RE: MAGEE'S APPROVAL
FOR SSD BENEFITS.  WOULD YOU BE ABLE TO SEND ME A COPY OF HIS AWARD
LETTER?  WE HAD ASKED FOR IT FROM THE EMPLOYEE; HOWEVER, HAVE NEVER
RECEIVED.  IN ORDER FOR HIM TO BE ELIGIBLE TO CONTINUE TO EARN
RETIREMENT ELIGIBILITY AND BENEFIT SERVICE I NEED TO PROVIDE THIS
LETTER TO THE PENSION ADMINISTRATOR.  IF YOU COULD FAX THE LETTER,
THAT WOULD BE GREAT - 585-269-5611.  PLEASE ADVISE.

THANKS PETER!

LINDA S. TOME

ITT SPACE SYSTEMS DIVISION

585-269-7707

FAX 585-269-5611

FROM: PKNOTH@METLIFE.COM [MAILTO:PKNOTH@METLIFE.COM]

SENT: THURSDAY, JULY 20, 2006 10:44 AM

TO: TOME, LINDA S - SSD

SUBJECT: TERMINATION COVER LETTER FOR JOHN MAGEE, CLAIM NUMBER
640407128904

LINDA,

    ATTACHED IS A COPY OF THE TERMINATION COVER LETTER FOR JOHN

ML0052

Claim #: 640407128904      Name: JOHN MAGEE

Status:  Ended

[UB32] - On 07/25/2006 07:27 - For 640407128904

MAGEE. CLAIM NUMBER 640407128904

[UB32] - On 07/25/2006 07:28 - For 640407128904

OUTGOING CORRESPONDENCE
FAXED SSDIB AWARD LETTER TO ER, LINDA TOME, FAX NUMBER 585-269-5611.
COPY TO ACS.

[UB32] - On 07/25/2006 07:32 - For 640407128904

OUTGOING EMAIL - EMPLOYER
REGARDING SSDIB AWARD LETTER....

PETER R KNOTH
07/25/2006 07:31 AM
 TO: 'TOME, LINDA S - SSD' <LINDA.TOME@ITT.COM>@METLIFENET
 CC:
 SUBJECT: RE: TERMINATION COVER LETTER FOR JOHN MAGEE, CLAIM
NUMBER 640407128904
LINDA,
    I FAXED THE SSDIB AWARD LETTER THIS MORNING. PLEASE LET ME KNOW
IF YOU RECEIVED IT.


PETER


'TOME, LINDA S - SSD' <LINDA.TOME@ITT.COM>
07/24/2006 04:03 PM
 TO: PKNOTH@METLIFE.COM
 CC:
 SUBJECT: RE: TERMINATION COVER LETTER FOR JOHN
MAGEE, CLAIM NUMBER 640407128904


PETER -- THANKS FOR YOUR RETURNED PHONE CALL RE: MAGEE'S APPROVAL
FOR SSD BENEFITS.  WOULD YOU BE ABLE TO SEND ME A COPY OF HIS AWARD
LETTER?  WE HAD ASKED FOR IT FROM THE EMPLOYEE; HOWEVER, HAVE NEVER
RECEIVED.  IN ORDER FOR HIM TO BE ELIGIBLE TO CONTINUE TO EARN
RETIREMENT ELIGIBILITY AND BENEFIT SERVICE I NEED TO PROVIDE THIS
LETTER TO THE PENSION ADMINISTRATOR.   IF YOU COULD FAX THE LETTER,
THAT WOULD BE GREAT - 585-269-5611.  PLEASE ADVISE.

THANKS PETER!

LINDA S. TOME
ITT SPACE SYSTEMS DIVISION
585-269-7707
FAX 585-269-5611


FROM: PKNOTH@METLIFE.COM [MAILTO:PKNOTH@METLIFE.COM]
SENT: THURSDAY, JULY 20, 2006 10:44 AM
TO: TOME, LINDA S - SSD
SUBJECT: TERMINATION COVER LETTER FOR JOHN MAGEE, CLAIM NUMBER
640407128904


LINDA,
    ATTACHED IS A COPY OF THE TERMINATION COVER LETTER FOR JOHN
MAGEE, CLAIM NUMBER 640407128904


SINCERELY,
PETER KNOTH
THE INFORMATION CONTAINED IN THIS MESSAGE MAY BE CONFIDENTIAL AND IS

ML0053

Claim #: 640407128904    Name: JOHN MAGEE

Status: Ended

**[UB32] - On 07/25/2006 07:32 - For 640407128904**

FOR THE INTENDED ADDRESSEE ONLY. ANY UNAUTHORIZED USE, DISSEMINATION
OF THE INFORMATION, OR COPYING OF THIS MESSAGE IS PROHIBITED. IF YOU
ARE NOT THE INTENDED ADDRESSEE, PLEASE NOTIFY THE SENDER IMMEDIATELY
AND DELETE THIS MESSAGE.
********************************
THIS E-MAIL AND ANY FILES TRANSMITTED WITH IT ARE PROPRIETARY AND
INTENDED SOLELY
FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM THEY ARE ADDRESSED.
IF YOU HAVE
RECEIVED THIS E-MAIL IN ERROR PLEASE NOTIFY THE SENDER. PLEASE NOTE
THAT ANY VIEWS
OR OPINIONS PRESENTED IN THIS E-MAIL ARE SOLELY THOSE OF THE AUTHOR
AND DO NOT
NECESSARILY REPRESENT THOSE OF ITT, INC. THE RECIPIENT SHOULD CHECK
THIS E-MAIL AND ANY ATTACHMENTS FOR THE PRESENCE OF VIRUSES. ITT
ACCEPTS
NO LIABILITY FOR ANY DAMAGE CAUSED BY ANY VIRUS TRANSMITTED BY THIS
E-MAIL.
********************************

**[ACS1] - On 07/27/2006 18:32 - For 640407128904**

OGC INDEX DCN 060726020595

**[UH62] - On 07/28/2006 13:47 - For 640407128904**
**Call-Up For: [UB32] - On 07/28/2006    Call-Up Complete: [UB32] - On 08/02/2006**

INFO RECEIVED FOR CASE MANAGEMENT
EE ASK FOR MEDICAL RECORDS

ADVISED THE EE TO ALSO SEND A REQUEST IN WRITING TO THE CM.  ADVISE
THE EE THAT THE CM WILL FOLLOW UP WITH THE EE REGARDING OBTAINING
THE FILE.

EE 585.624.9306

ADVSD OF ML FAX#, APPLY CLAIM# TO ALL DOC.

**[ACS1] - On 08/07/2006 14:31 - For 640407128904**
**Call-Up For: [UB32] - On 08/07/2006    Call-Up Complete: [UB32] - On 08/10/2006**

OTHER INDEX DCN 060807005830

**[UB32] - On 08/10/2006 09:06 - For 640407128904**

INCOMING MAIL - OTHER
REQUEST FOR COPY OF ENTIRE CLAIM FILE....OTHER INDEX DCN
060807005830

**[UB32] - On 08/10/2006 09:08 - For 640407128904**
**Call-Up For: [U086] - On 08/10/2006    Call-Up Complete: [US58] - On 08/10/2006**

REFERRAL TO CLERICAL
PLEASE PRINT UP ENTIRE CLAIM FILE INCLUDING ALL DIARY ENTRIES AND
ACS. THANK YOU.

**[UB32] - On 08/10/2006 09:09 - For 640407128904**
**Call-Up For: [UB32] - On 08/11/2006    Call-Up Complete: [UB32] - On 08/15/2006**

CASE MANAGEMENT ACTION NEEDED
FOR COPY OF ENTIRE CLAIM FILE. WHEN RECEIVED SEND TO EE.

**[US58] - On 08/11/2006 10:06 - For 640407128904**
**Call-Up For: [UB32] - On 08/11/2006    Call-Up Complete: [UB32] - On 08/15/2006**

REFERRAL TO CASE MANAGER
PRINT COMPLETE

ML0054

Claim #: 640407128904    Name: JOHN MAGEE

Status: Ended

**[UB32]** - On 08/15/2006 09:49 - For 640407128904

OUTGOING CORRESPONDENCE
ENTIRE CLAIM PACKAGE SENT TO EE, COPY TO ACS.

**[UB32]** - On 08/15/2006 09:49 - For 640407128904

OUTGOING CORRESPONDENCE
ADDENDUM...ENTIRE CLAIM FILE SENT TO EE, COPY TO ACS.

**[UH46]** - On 08/15/2006 13:15 - For 640407128904

INCOMING CALL
EE ADVISED BY CSC ENTIRE FILE WAS MAILED OUT TODAY

**[ACS1]** - On 08/16/2006 15:01 - For 640407128904

OGC INDEX DCN 060816023428

**[ACS1]** - On 09/20/2006 09:35 - For 640407128904
Call-Up For: [UB32] - On 09/20/2006   Call-Up Complete: [UR62] - On 09/25/2006
FINANCIAL INDEX DCN 060919002537

**[X058]** - On 09/22/2006 15:33 - For 640407128904
Call-Up For: [X058] - On 11/22/2006   Call-Up Complete: [X058] - On 11/07/2006
OVERPAYMENT ACTION NEEDED
FU FOR CLAIM STATUS. CONT TO WITHHOLD BENEFITS IF REINSTATED.
CMIELNICKI OPCM

**[UR62]** - On 09/25/2006 12:24 - For 640407128904
Call-Up For: [X095] - On 09/25/2006   Call-Up Complete: [X095] - On 09/28/2006
INCOMING CORRESPONDENCE
FINANCIAL INDEX DCN 060919002537: LETTER TO SSS;  CLOSURE REPORT
FROM OCCUDATA INC,  DATED 9/15/2006;  WITHHELD $5250.00 HAS RECENTLY
BEEN PAID TO CLAIMANT'S DEPENDENTS.

TREVOR PRESTON CMS

**[X058]** - On 11/07/2006 12:37 - For 640407128904
Call-Up For: [X058] - On 01/07/2007   Call-Up Complete: [X058] - On 01/08/2007
OVERPAYMENT ACTION NEEDED
COLLECTION DEMAND LTR TO EE 11/7/06; FU FOR RESPONSE. CMIELNICKI
OPCM

**[ACS1]** - On 11/08/2006 13:33 - For 640407128904

OGC INDEX DCN 061107507630

**[ACS1]** - On 12/12/2006 13:00 - For 640407128904
Call-Up For: [UB32] - On 12/12/2006   Call-Up Complete: [UB32] - On 12/15/2006
MED/VOC INDEX DCN 061212000248

**[UN23]** - On 12/13/2006 13:14 - For 640407128904

INCOMING CALL (M)
EE CALLED TO SEE IF LETTER HE MAILED LAST WEEK WAS REC

ADVISED EE LETTER REC 12/12/06

ADVISED EE OF HIS CLAIM#

**[UB32]** - On 12/15/2006 11:12 - For 640407128904

DCN SUMMARY
LETTER FROM EE REGARDING HIS LTD CLAIM....MED/VOC INDEX DCN

ML0055