Financial Index for #6404712890-
041220C17589

## FEE AGREEMENT

The Claimant, _____John C. Magee_____, hereby appoints Occudata, Inc. (Representative) and its undersigned representatives to serve as his representative for his claim(s) for Social Security disability benefits and Supplemental Security Income benefits. Claimant and Representative understand that for a fee to be payable, the Social Security Administration (SSA) must approve any fee Representative charges or collects from Claimant for services Representative provides in proceedings before SSA in connection with Claimant's claim(s) for benefits.

The parties agree that if SSA favorably decides the claim(s), Claimant will pay Representative a fee equal to the lesser of 25 percent of the past-due benefits resulting from Claimant's claim(s) or $5,300.00. In no event will a fee be charged if Representative is not able to obtain a successful result for the Claimant.

The parties hereto understand that Social Security past-due benefits are the total amount of money to which Claimant [and any auxiliary beneficiary(ies)] becomes entitled through the month before the month SSA effectuates a favorable administrative determination or decision on the Social Security claim and that Supplemental Security Income (SSI) past-due benefits are the total amount of money for which Claimant becomes eligible through the month SSA effectuates a favorable administrative determination or decision on the SSI claim. The parties further understand that the fee for both claim(s) may not exceed the lesser of 25 percent of the combined past-due benefits or $5,300.00.

ML0374

041220C17589

This agreement covers services by Representative to Claimant through the Appeals Council level of adjudication. If it becomes necessary to appeal this case to the Federal District Court system, a new fee agreement will be executed at that time.

The parties have executed duplicate originals of this agreement and each of the parties has retained one of said originals.

Dated this X _Q_ day of X _December_ , 2004.

CLAIMANT

X _____

John C. Magee
SSN: 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

REPRESENTATIVE

OCCUDATA, INC.

by: _____
Jean C. Owen, Esq.

_____
Representative

_____
Representative

_____
Representative

- 2 -

ML0375

041126018779

Metropolitan Life Insurance Company

**MetLife**®

MetLife Disability
PO Box 14590
Lexington, KY 40511

November 22, 2004

JOHN MAGEE
71 ONTARIO ST
HONEOYE FALLS, NY 14472-1123

Re: Long Term Disability
Claim No.: 640407128904
Group No: 303299

Dear Mr. Magee,

This letter is in reference to your claim for Long Term Disability benefits.

If you have filed for Social Security Disability Income (SSDI) benefits, please submit a copy of your completed denial or award letter for our records.

Thank you for your cooperation in this matter.

Sincerely,

Peter Knoth
Case Management Specialist
Met DisAbility
1-800-300-4296

041118F07377

---

# FOR YOUR INFORMATION

---

**To:**              **MetLife**
Fax number:          +1 (800) 2309531


**From:**            **John C. Magee**
Fax number:
Home phone:          (585) 624-9306
Business phone:


Date & Time:         1/24/2000 6:49:21 PM
Pages sent:          5
Re:                  SSA Denial

---

Metlife Claim # 640407128904

---

71 Ontario St
Honeoye Falls, NY  14472

ML0377

11/24/2008 01:43 PM   FROM: Fax   TO: 18603438717   PAGE: 002 OF 005

041 118F 073?7

**Met Life Claim #: 640407128904**

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Disapproved Claim

JOHN C MAGEE JR

71 ONTARIO ST

HONEOYE FALLS, NY 14472

Date:  NOV 12 2004

Claim Number: 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

We are writing about your claim for Social Security disability benefits. Based on a review of your health problems you do not qualify for benefits on this claim. This is because you are not disabled under our rules.

**The Decision on your Case**

We've enclosed a page that gives you more details on how we made the decision on your claim.

**About the Decision**

The trained staff who decided this case work for the State but used our rules.

Please remember that there are many types of disability programs, both government and private, which use different rules. A person may be receiving benefits under another program and still not be entitled under our rules. This may be true in your case.

**The Disability Rules**

You must meet certain rules to qualify for disabled worker's Social Security benefits. You must have the required work credits and your health problems must:

- keep you from doing any kind of substantial work (described below), and

- last, or be expected to last, for at least 12 months in a row, or result in death.

**Information About Substantial Work**

Generally, substantial work is physical or mental work a person is paid to do. Work can be substantial even if it is part-time. To decide if a person's work is substantial, we consider the nature of the job duties, the skills and experience needed to do the job, and how much the person actually earns.

Usually, we find that work is substantial if gross earnings average over $810 per month after we deduct allowable amounts. This monthly amount is higher for Social Security disability benefits due to blindness.

See Next Page

2881 Z153 03103302

SSA-L443(DIB-pro)

ML0378

1/24/2000 6:49 PM   FROM: Fax   1+1(800)   TO:(501)   PAGE: 003 OF 005

041118F07377

A person's work may be different than before his/her health problems began. It may not be as hard to do and the pay may be less. However, we may still find that the work is substantial under our rules.

If a person is self-employed, we consider the kind and value of his/her work, including his/her part in the management of the business, as well as income, to decide if the work is substantial.

## Other Benefits

Based on the applications you filed you are not entitled to any other benefits besides those you may already be getting. In the future, if you think you may be entitled to benefits, you will need to file again.

## If You Disagree With The Decision

If you disagree with this decision, you have the right to request a hearing. A person who has not seen your case before will look at it.

- You have 60 days to ask for a hearing.

- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for a hearing.

- You have to ask for a hearing in writing. We will ask you to sign a form HA-SO 1-US, called "Request for Hearing". Contact one of our offices if you want help.

## How The Hearing Process Works

After we send your case for a hearing, an Administrative Law Judge (AU) will mail you a letter at least 20 days before the hearing to tell you its date, time and place. The letter will explain the law in your case and tell you what has to be decided. Since the AU will review all the facts in your case, it is important that you give us any new facts as soon as you can.

The hearing is your chance to tell the AU why you disagree with the decision in your case. You can give the AU new evidence and bring people to testify for you. The AU also can require people to bring important papers to your hearing and give facts about your case. You can question these people at your hearing.

Please read the enclosed information, "Your Right to Question the Decision Made on Your Claim". It has more information about the hearing.

## It Is Important To Go To The Hearing

It is very important that you go to the hearing. If for any reason you can't go, contact the AU as soon as possible before the hearing and explain why. The AU will reschedule the hearing if you have a good reason. If you don't go to the hearing and don't have a good reason for not going, the AU may dismiss your request for a hearing.

See Next Page

2881 Z153 03103302                    SSA-L443(DIB-
                                                    pro)

ML0379

**New Application**

You have the right to file a new application at any time, but filing a new application is not the same as appealing a decision. If you disagree with this decision and you file a new application instead of appealing:

- you might lose some benefits, or not qualify for any benefits, and
- we could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should ask for an appeal within 60 days.

**If You Want Help With Your Appeal**

You can have a friend, lawyer, or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due Social Security benefits to pay toward the fee.

**Family Benefits**

If you have a spouse or child we cannot pay them benefits unless you are entitled to Social Security benefits.

**If You Have Any Questions**

If you have any questions, call us toll-free at 1-800-772-1213 or call your local Social Security office at (585)232-3890. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

> DISTRICT OFFICE 108
> 100 STATE ST
> ROCHESTER, NY 14614

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

> Beatrice M. Disman
> Regional Commissioner
> Social Security Administration

Enclosure:
Explanation of Determination
Your Right To Question the Decision Made on Your Claim

2881 Z153 03103302        SSA-L443(DIB-pro)

ML0380

Social Security Administration

## EXPLANATION OF DETERMINATION

| Name of Claimant Claim | NH's Name (if CDB or DWB Claim | SSN | Type of |
|---|---|---|---|
| JOHN C MAGEE JR | | 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 | II |

The determination on your claim was made by a State agency based on Social Security law and regulation. It was NOT made by your own doctor or by other people or agencies providing reports about your condition. Any reports given us, however, were used in making this decision.

The State agency that decided your claim had the following: DAVID BELL MD, report of 08/13/04, CAROLINE CERAME CSW, report of 08/12/04, ALICE TARIOT MD for the period of 02/05/04-04/19/04, STRONG MEMORIAL HOSPITAL for the period of 01/30/03-04/15/03 and INDUSTRIAL MEDICINE ASSOC, PC, examination report of 10/22/04.

The opinion provided by your treating source has been considered in this decision.

We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information, your age, education, training, and work experience in determining how your condition affects your ability to work.

You said you were disabled because of fatigue ; orthostatic intolerance ; depression. The medical evidence shows that you have had pain and stiffness with some restriction of your activities. The reports did not show any other conditions of a nature that would prevent you from working. We realize that at present you are unable to perform certain kinds of work. But based on your age of 44 years, education of 16 years, and your experience, you can perform light work (for example, you could lift a maximum of 20 lbs., with frequent lifting or carrying of objects weighing up to 10 lbs., or walk or stand for much of the working day), a job in which you would not have to drive or operate machinery, and would not be exposed to dangerous conditions and a job in which you would have simple tasks.

If your condition gets worse and keeps you from working, write, call or visit any Social Security office about filing another application.

2881 Z153 03103302                    11/10/2004

FORM SSA-4268-C4

ML0381

041116027853

Metropolitan Life Insurance Company
PO Box 14590, Lexington, KY 40511-4590
Tel 800 243-8788   Fax 800 230-9531

# MetLife®

11/15/04



JOHN  MAGEE
71 ONTARIO ST
HONEOYE FALLS, NY 14472
        Claim #: 640407128904
        Employer: ITT INDUSTRIES
        Phone: 5856249306

Dear JOHN MAGEE

Our records indicate that you are **not receiving** Social Security Disability Insurance benefits. You may be eligible for these benefits since you have been out of work due to medical reasons. Failing to apply for Social Security benefits can cause your long-term disability benefits to be reduced, or withdrawn, if your plan requires that you apply for them.

**There are also several advantages for you if you are approved for Social Security Disability Insurance benefits:**
- ❖ If you return to work after being approved for Social Security Disability Insurance benefits, **your benefits can continue up to 12 months** during a trial work period.
- ❖ Your Social Security Disability Insurance benefits **will increase** to reflect rises in the cost of living.
- ❖ Regardless of your age, **you will become eligible for Medicare coverage** 24 consecutive months after your Social Security Disability Insurance benefits begin.
- ❖ Your **Social Security Retirement benefits are protected from being reduced** if you are approved for Social Security Disability Insurance benefits.

## How to Apply for Social Security Disability Insurance Benefits

### Your Obligation to Appeal Denials
Your plan may state that a participant who is eligible to apply for Social Security Disability Insurance benefits **must** do so. If your claim for Social Security Disability Insurance benefits is denied, this means you continue the process and appeal the denial all the way through the Administrative Law Judge hearing level.

### Your Right to Legal Representation
It is also your right to be represented by a qualified person familiar with the process of working with the Social Security Administration. Statistics show that 62% of claims are denied at the initial level. However, statistics provided by the Social Security Administration show that upon appeal, 64% of the people represented by an attorney at the hearing level received favorable decisions.

**Since it is an advantage to you to receive Social Security Disability Insurance benefits, we strongly recommend that you contact the firm of Occudata Inc. at 1-800-444-8185.**

This firm specializes in obtaining Social Security Disability Insurance benefits for claimants and can discuss with you how they can help. Please tell the attorney you currently have a disability benefit claim being handled by MetLife. **There is no charge for this consultation.** This firm will be working only for you in obtaining Social Security Disability Insurance benefits and is **not** retained or employed by MetLife.

Please contact us once you have contacted the firm, or if you are already represented or will be represented by another attorney, regarding your Social Security Disability Insurance benefits claim.

ML0382

041116027853

### Filing for Your Social Security Benefits Directly

Your decision to use an attorney representative is optional. If you decide not to use an attorney representative at this time, you can contact Social Security at 1-800-772-1213, between the hours of 7 a.m. and 7 p.m. to make an appointment to file your application. You must provide us with a copy of all documents received from Social Security regarding your application. You must include the notice or receipt from Social Security that your application was received and notices of its approval or denial decisions. A copy of your application receipt should be received in our office by 12/15/04 **if you have not sent it in already**.

**As a service to our customers, we will assist you with your Social Security filing. In a separate mailing, we sent you an "Authorization To Refer Me To A Law Firm For Assistance In Pursuing Social Security Disability Insurance Benefits" form for you to complete and return to MetLife. Our records show that MetLife has received this form from you. Occudata Inc. will be contacting you soon.**

## What Are Social Security Benefits and How Much Will I Receive?

**Retroactive Awards and Overpayments**
Under the ITT INDUSTRIES plan, Social Security Disability Insurance benefits are considered "other income" and are an offset to your long-term disability benefit.[1]

Your long-term disability benefit will be reduced by the amount of primary (and dependent, if applicable) Social Security Disability Insurance benefits you receive. If your claim for Social Security Disability Insurance benefits is approved, it may result in an **overpayment** due to the receipt of a **retroactive award**. The retroactive award is an initial lump sum payment equal to all of the past due benefits. The lump sum payment you may receive should be used to reimburse the company plan in the amount of the overpayment. Retroactive and future Social Security benefits are likely to be considered taxable income. We suggest you contact your tax advisor to discuss the tax implications when you are awarded Social Security Benefits.

The overpayment is a result of your Social Security Disability Insurance benefits being awarded retroactively. The Social Security approved attorney's fee, which is limited by Social Security law, will be deducted from the lump sum Social Security Disability Insurance benefits award and will not be used to further reduce your long-term disability benefit.[2] The attorney fee credit will be applied upon receipt of notification concerning the Social Security approved attorney.

**It is important that you understand that if you fail to apply for Social Security Disability Insurance benefits, or fail to pursue all appeals as noted, your long-term disability benefit may be reduced or withdrawn.** The reduction of benefits would be an estimate of the amount of Social Security Disability Insurance benefits that would be owed to you, if your plan requires you to apply for Social Security Disability Insurance benefits.

If you have questions, please call **Occudata Inc.** at **1-800-444-8185**.

Sincerely,

Ed Herrin
Social Security Specialist
1-800-300-4296 x2351

cc: Occudata Inc.

---

[1] Cost of living adjustments to Social Security Disability Insurance benefits are not an offset to your long term disability benefit unless indicated otherwise by your plan.
[2] The attorney fee credit is limited to the lesser of the overpayment amount or the authorized attorney's fee.

2

ML0383

041110025945

Physician Consultant Review

| | | | |
|---|---|---|---|
| Reviewer: | Amy Hopkins, MD, MPH, PhD | Date: | 11/5/04 |

Claim #:        640407128904            DOB:  12/7/59
Name:          John Magee                DDC:  11/27/03
Ref. Source:   Kathryn Snell             Own Occ/Any Occ: any
Occupation:    program assurance mgr     Work Level: n/a

Diagnosis:     chronic fatigue syndrome (CFS), depression
Issue(s):      impairment

History

Dr. Bell (pediatrics) evaluated EE on 9/18/00 for possible CFS.  EE reported the onset of restless legs, lower extremity achiness, paresthesias, and fatigue in 4/95, w/ gradual worsening.  EE reported depression which started six months after his sx which he felt was separate from his sx.  The dx of CFS was made within the past year.  EE reported that his depression had resolved.  EE was able to work, but had almost no activity outside of work. EE reported bad days about 4 times per month.  EE's worst sx were headaches, fatigue, and body pain.  EE was on Celebrex and Celexa.  EE had glaucoma.  EE had several back surgeries.  EE reported recurrent sore throats at least three times per month.  EE reported eye pain and light sensitivity which his eye physician said was not due to the glaucoma.  EE reported nausea and light-headedness with certain odors.  EE reported abdominal discomfort and nausea.  EE reported very severe muscle pain, along w/ weakness, stiffness, and recurrent backache.  EE had a muscle biopsy.  EE reported joint pain, morning stiffness, and daily headaches.  EE reported prominent cognitive sx.  EE reported balance disturbance.  EE reported unrefreshing sleep.  EE reported night sweats.  EE had several consultations by neurologists without specific diagnosis.  An MRI of the spine was said to be WNL.  Labwork was unremarkable.  On exam, EE was in no acute distress, had no cognitive dysfunction, and did not appear depression.  EE was obese.  There was no adenopathy. Muscle strength was WNL.  Romberg was WNL.  EE had difficulty w/ tandem stance, but was able to perform it.  His impression was restless leg syndrome, glaucoma s/p back surgery, shellfish allergy, and chronic fatigue syndrome.  His OVN of 5/1/03 stated that EE reported worsening, feeling very sore, and being unable to work.  On exam, EE appeared depressed.  The exam was otherwise WNL.  He started EE on Percocet and nortriptyline. His OVN of 5/22/03 stated that EE's insomnia was better.  EE was using about three Percocet per week.  On exam, EE "looks OK".  He increased the nortriptyline.  His OVN of 6/18/03 stated that EE reported feeling very ill.  EE was hospitalized for a suicide attempt. He stated that EE had "orthostatic hypotension by rheumatologist".  The exam was WNL. He stopped the nortriptyline.  His impression was chronic pain/CFS secondary to depression.  He wrote a letter 6/23/03 which stated that the worsening of activity restriction and pain related to chronic fatigue was one of the things which was clearly worsening his depression, though this had been debated.  EE had not had any response to medications. He mentioned a "circulating blood volume test" and that he was going to treat EE w/ "volume expansion".  He felt that EE was unable to work.  His OVN of 7/7/03 stated that EE had abnormal orthostatic testing.  He stated that an echocardiogram showed borderline left ventricular hypertrophy.  His OVN of 8/11/03 stated that EE's activity had improved slightly

*Magee,John.doc*
*Page 1 of 3*           *Independent Physician Consultant Review for MetLife Disability*

ML0384

041110025945

after intravenous fluids and return to work. Another OVN dated 8/11/03 stated that EE had a psychotherapist who felt that EE needed increased pain medications because his pain was "clearly out of control". Dr. Kates, EE's PCP, felt that this was "entirely a psychosomatic problem", that EE should not have any pain medication, and that EE needed to confront his problems. EE continued to report severe pain. EE was still extremely depressed. He started EE on clonazepam. A telephone note stated that EE had developed phlebitis, which appears to have been related to his PICC line in place to deliver IV saline. His OVN of 10/24/03 stated that EE reported worse pain. The exam was WNL. The OVN of 12/12/03 stated that EE had severe depression. The OVN of 1/26/04 stated that EE had not worked since the last visit. EE reported that he was unable to get out of bed. EE was depressed and was observed to walk w/ difficulty. He wrote a letter 2/2/04 which stated that EE reported being confined to bed for many days at a time. He felt that EE's depression was secondary to his medical condition. His OVN of 2/25/04 stated that EE was overall about the same. EE was fired from work. His PICC line was out. The exam was WNL. He wrote a letter 3/1/04 which stated that EE reported problems w/ cognitive function. EE reported marked activity limitation, severe fatigue, exhaustion, post-exertional malaise, muscle pain, joint pain, unrefreshing sleep, and headache. EE continued to be depressed, which he felt was secondary to his "biologic illness". He felt that EE was TD w/ a poor prognosis for recovery. He wrote a letter 3/12/04 which stated that EE had no primary psychiatric disturbance and no hint of malingering, hypochondriasis, or falsification of data. His OVN of 5/18/04 stated that EE had poor activity and post-exertional malaise. EE had no significant benefit on IV fluids. His OVN of 7/13/04 stated that EE's depression was about the same. EE was taking Vicodin daily. The exam was WNL. His OVN of 8/31/04 stated that EE was taking "transfer factor" for one month. The exam was WNL. He filled out an APS 9/1/04 which gave a list of physical restrictions. He checked off that he could not determine if EE was disabled from his own or any occupation.

Orthostatic testing on 7/1/03 was positive once. Orthostatic testing on another undated sheet was negative.

Comment

The claimant went OOW due to "chronic fatigue syndrome", a collection of sx with no known pathophysiological basis. All physical exams have been WNL other than for obesity and orthostatic hypotension on one occasion. Dr. Bell did not document any indication that EE's medications might have caused the orthostatic hypotension, a common side-effect. EE did not document any ongoing sx of orthostatic hypotension. No orthostatic hypotension was documented past 7/1/03, so no ongoing impairment due to this was documented. Dr. Bell feels that EE is disabled due to his self-reported fatigue, but did not provide any objective basis for his opinion. EE's PCP apparently felt that EE's condition was psychosomatic, so this possibility was raised. EE has severe depression and attempted suicide, but Dr. Bell feels that this is secondary to EE's "biologic illness", even though no actual physically-based disease process was identified. It has been well-documented in the literature that many people with depression are unaware of their depression or deny it, so EE's denying he was depressed prior to the onset of his physical sx does not necessarily mean that he was not actually depressed, one of the most common causes of "chronic fatigue syndrome". EE also identified sleep disturbances. Lack of sleep can certainly cause most or all of EE's sx, yet there was no evidence in this file that he had ever been referred for a sleep evaluation,

ML0385

041110025945

including polysomnogram, which might have identified a treatable cause for EE's fatigue. Dr. Bell treated EE w/ IV fluid for alleged volume depletion, but this is not a widely accepted diagnosis nor treatment. No barrier to EE's ability to take in fluids by mouth was documented, so he could have accomplished the same thing by drinking more water as by having IV fluids administered, which opened him up to potential complications, such as the phlebitis he reportedly had. The administration of IV fluids will also just generally result in higher urinary output unless an individual is rapidly losing fluids to the point where they cannot be replaced by mouth, such as in hemorrhaging, severe vomiting, or severe diarrhea. EE reports severe pain, but there was no physiological basis for his pain identified. Despite the lack of any objective sources for EE's pain by examinations and diagnostic testing, he was started on narcotics and now takes them chronically, which may lead to iatrogenic disease. EE reports cognitive problems, but no cognitive dysfunction was objectively documented in this file.

In summary, EE is OOW due to a variety of self-reported sx with no objective support by examinations or diagnostic test results. This file does not objectively support the presence of any condition of a nature or severity to prevent EE from performing the material duties of his own or any occupation on a full-time basis, without restrictions or limitations. I cannot comment on whether or not there is any significant psychiatric impairment.

Recommendations

No physical impairment was objectively documented which would preclude EE from RTW, FT, own or any occupation, no restrictions or limitations.

Amy Hopkins, MD, MPH, PhD
Board Certified in Internal Medicine
Board Certified in Occupational Medicine
Fellow of the American College of Occupational & Environmental Medicine

*Magee,John.doc*
*Page 3 of 3*          *Independent Physician Consultant Review for MetLife Disability*

ML0386

041109029422

Metropolitan Life Insurance Company

**MetLife**®

MetLife Disability
PO Box 14590
Lexington, KY 40511-4590

November 5, 2004

Dr David S Bell,
77 South Main Street,
Lyndonville, NY 14098

RE: Long Term Disability
Claim #: 640407128904
Group #: 303299
Regarding: John Magee

Dear Dr Bell

This is in reference to John Magee's claim for Long Term Disability Benefits.

Enclosed you will find Independent a Physician File Review report completed by Dr Amy Hopkins,
Board Certified Internal Medicine, Board Certified in Occupational Medicine who has reviewed the
medical documentation in Mr. Magee's long term disability file.

Please review the report from DR. Amy Hopkins and indicate if you agree with the conclusions that
were made. If you do not agree with the conclusions that were made, please respond with your
opinion and explain why you do not agree. Also please provide objective medical documentation to
support your opinion of any functional limitations that would preclude Mr. Magee from performing
any/all job duties at this time.

Please be advised that if we do not receive a response by November19, 2004, we can only assume you
agree with the report conclusions made and we will make a determination on your patient's claim
based on the medical documentation in the file. If you have any questions please feel free to contact
our office.

Your cooperation and early reply will be greatly appreciated.

Yours truly,

Kathryn Snell RN,
MetLife Disability
1-800-300-4296 ext. 2348
Fax #: 1-800-230-9531

ML0387

Physician Consultant Review

Reviewer:     Amy Hopkins, MD, MPH, PhD      Date:  11/5/04

Claim #:      640407128904          DOB:  12/7/59
Name:         John Magee             DDC:  11/27/03
Ref. Source:  Kathryn Snell          Own Occ/Any Occ: any
Occupation:   program assurance mgr  Work Level: n/a

Diagnosis:    chronic fatigue syndrome (CFS), depression
Issue(s):     impairment

History

Dr. Bell (pediatrics) evaluated EE on 9/18/00 for possible CFS.  EE reported the onset of
restless legs, lower extremity achiness, paresthesias, and fatigue in 4/95, w/ gradual
worsening.  EE reported depression which started six months after his sx which he felt was
separate from his sx.  The dx of CFS was made within the past year.  EE reported that his
depression had resolved.  EE was able to work, but had almost no activity outside of work.
EE reported bad days about 4 times per month.  EE's worst sx were headaches, fatigue,
and body pain.  EE was on Celebrex and Celexa.  EE had glaucoma.  EE had several back
surgeries.  EE reported recurrent sore throats at least three times per month.  EE reported
eye pain and light sensitivity which his eye physician said was not due to the glaucoma.  EE
reported nausea and light-headedness with certain odors.  EE reported abdominal
discomfort and nausea.  EE reported very severe muscle pain, along w/ weakness, stiffness,
and recurrent backache.  EE had a muscle biopsy.  EE reported joint pain, morning
stiffness, and daily headaches.  EE reported prominent cognitive sx.  EE reported balance
disturbance.  EE reported unrefreshing sleep.  EE reported night sweats.  EE had several
consultations by neurologists without specific diagnosis.  An MRI of the spine was said to be
WNL.  Labwork was unremarkable.  On exam, EE was in no acute distress, had no cognitive
dysfunction, and did not appear depression.  EE was obese.  There was no adenopathy.
Muscle strength was WNL.  Romberg was WNL.  EE had difficulty w/ tandem stance, but
was able to maintain it.  His impression was restless leg syndrome, glaucoma s/p back
surgery, shellfish allergy, and chronic fatigue syndrome.  His OVN of 5/1/03 stated that EE
reported worsening, feeling very sore, and being unable to work.  On exam, EE appeared
depressed.  The exam was otherwise WNL.  He started EE on Percocet and nortriptyline.
His OVN of 5/22/03 stated that EE's insomnia was better.  EE was using about three
Percocet per week.  On exam, EE "looks OK".  He increased the nortriptyline.  His OVN of
6/18/03 stated that EE reported feeling very ill.  EE was hospitalized for a suicide attempt.
He stated that EE had "orthostatic hypotension by rheumatologist".  The exam was WNL.
He stopped the nortriptyline.  His impression was chronic pain/CFS secondary to
depression.  He wrote a letter 6/23/03 which stated that the worsening of activity restriction
and pain related to chronic fatigue was one of the things which was clearly worsening his
depression, though this had been debated.  EE had not had any response to medications.
He mentioned a "circulating blood volume test" and that he was going to treat EE w/ "volume
expansion".  He felt that EE was unable to work.  His OVN of 7/7/03 stated that EE had
abnormal orthostatic testing.  He stated that an echocardiogram showed borderline left
ventricular hypertrophy.  His OVN of 8/11/03 stated that EE's activity had improved slightly

~0197042
Page 1 of 3        *Independent Physician Consultant Review for MetLife Disability*

ML0388

041109029421

after intravenous fluids and return to work. Another OVN dated 8/11/03 stated that EE had a psychotherapist who felt that EE needed increased pain medications because his pain was "clearly out of control". Dr. Kates, EE's PCP, felt that this was "entirely a psychosomatic problem", that EE should not have any pain medication, and that EE needed to confront his problems. EE continued to report severe pain. EE was still extremely depressed. He started EE on clonazepam. A telephone note stated that EE had developed phlebitis, which appears to have been related to his PICC line in place to deliver IV saline. His OVN of 10/24/03 stated that EE reported worse pain. The exam was WNL. The OVN of 12/12/03 stated that EE had severe depression. The OVN of 1/26/04 stated that EE had not worked since the last visit. EE reported that he was unable to get out of bed. EE was depressed and was observed to walk w/ difficulty. He wrote a letter 2/2/04 which stated that EE reported being confined to bed for many days at a time. He felt that EE's depression was secondary to his medical condition. His OVN of 2/25/04 stated that EE was overall about the same. EE was fired from work. His PICC line was out. The exam was WNL. He wrote a letter 3/1/04 which stated that EE reported problems w/ cognitive function. EE reported marked activity limitation, severe fatigue, exhaustion, post-exertional malaise, muscle pain, joint pain, unrefreshing sleep, and headache. EE continued to be depressed, which he felt was secondary to his "biologic illness". He felt that EE was TD w/ a poor prognosis for recovery. He wrote a letter 3/12/04 which stated that EE had no primary psychiatric disturbance and no hint of malingering, hypochondriasis, or falsification of data. His OVN of 5/18/04 stated that EE had poor activity and post-exertional malaise. EE had no significant benefit on IV fluids. His OVN of 7/13/04 stated that EE's depression was about the same. EE was taking Vicodin daily. The exam was WNL. His OVN of 8/31/04 stated that EE was taking "transfer factor" for one month. The exam was WNL. He filled out an APS 9/1/04 which gave a list of physical restrictions. He checked off that he could not determine if EE was disabled from his own or any occupation.

Orthostatic testing on 7/1/03 was positive once. Orthostatic testing on another undated sheet was negative.

Comment

The claimant went OOW due to "chronic fatigue syndrome", a collection of sx with no known pathophysiological basis. All physical exams have been WNL other than for obesity and orthostatic hypotension on one occasion. Dr. Bell did not document any indication that EE's medications might have caused the orthostatic hypotension, a common side-effect. EE did not document any ongoing sx of orthostatic hypotension. No orthostatic hypotension was documented past 7/1/03, so no ongoing impairment due to this was documented. Dr. Bell feels that EE is disabled due to his self-reported fatigue, but did not provide any objective basis for his opinion. EE's PCP apparently felt that EE's condition was psychosomatic, so this possibility was raised. EE has severe depression and attempted suicide, but Dr. Bell feels that this is secondary to EE's "biologic illness", even though no actual physically-based disease process was identified. It has been well-documented in the literature that many people with depression are unaware of their depression or deny it, so EE's denying he was depressed prior to the onset of his physical sx does not necessarily mean that he was not actually depressed, one of the most common causes of "chronic fatigue syndrome". EE also identified sleep disturbances. Lack of sleep can certainly cause most or all of EE's sx, yet there was no evidence in this file that he had ever been referred for a sleep evaluation,

~0197042
*Independent Physician Consultant Review for MetLife Disability*

ML0389

041109029421

including polysomnogram, which might have identified a treatable cause for EE's fatigue. Dr. Bell treated EE w/ IV fluid for alleged volume depletion, but this is not a widely accepted diagnosis nor treatment. No barrier to EE's ability to take in fluids by mouth was documented, so he could have accomplished the same thing by drinking more water as by having IV fluids administered, which opened him up to potential complications, such as the phlebitis he reportedly had. The administration of IV fluids will also just generally result in higher urinary output unless an individual is rapidly losing fluids to the point where they cannot be replaced by mouth, such as in hemorrhaging, severe vomiting, or severe diarrhea. EE reports severe pain, but there was no physiological basis for his pain identified. Despite the lack of any objective sources for EE's pain by examinations and diagnostic testing, he was started on narcotics and now takes them chronically, which may lead to iatrogenic disease. EE reports cognitive problems, but no cognitive dysfunction was objectively documented in this file.

In summary, EE is OOW due to a variety of self-reported sx with no objective support by examinations or diagnostic test results. This file does not objectively support the presence of any condition of a nature or severity to prevent EE from performing the material duties of his own or any occupation on a full-time basis, without restrictions or limitations. I cannot comment on whether or not there is any significant psychiatric impairment.

Recommendations

No physical impairment was objectively documented which would preclude EE from RTW, FT, own or any occupation, no restrictions or limitations.

*Amy Hopkins, MD, MPH, PhD*

Amy Hopkins, MD, MPH, PhD
Board Certified in Internal Medicine
Board Certified in Occupational Medicine
Fellow of the American College of Occupational & Environmental Medicine

ML0390

```
*************** -COMM. JOURNAL- *************** DATE NOV-05 2004 **** TIME 19:09 *******
                                                            0411093029160

        MODE = MEMORY TRANSMISSION              START=NOV-05 19:06      END=NOV-05 19:09

           FILE NO.=883

    STN    COMM.   ONE-TOUCH/    STATION NAME/TEL NO.                    PAGES       DURATION
    NO.            ABBR NO.

    001    OK      ☎             915857652067                           004/004     00:02:04


                                                      -?METLIFE

********************************** -3151740       - ***** -              - ********
```

Metropolitan Life Insurance Company

MetLife Disability
PO Box 14590                                          **MetLife®**
Lexington, KY 40511-4590

November 5, 2004

Dr David S Bell,
77 South Main Street,
Lyndonville, NY 14098

RE: Long Term Disability
Claim #: 640407128904
Group #: 303299
Regarding: John Magee

Dear Dr Bell

This is in reference to John Magee's claim for Long Term Disability Benefits.

Enclosed you will find Independent a Physician File Review report completed by Dr Amy Hopkins, Board Certified Internal Medicine, Board Certified in Occupational Medicine who has reviewed the medical documentation in Mr. Magee's long term disability file.

Please review the report from DR. Amy Hopkins and indicate if you agree with the conclusions that were made. If you do not agree with the conclusions that were made, please respond with your opinion and explain why you do not agree. Also please provide objective medical documentation to support your opinion of any functional limitations that would preclude Mr. Magee from performing any/all job duties at this time.

Please be advised that if we do not receive a response by November 19, 2004, we can only assume you agree with the report conclusions made and we will make a determination on your patient's claim based on the medical documentation in the file. If you have any questions please feel free to contact our office.

Your cooperation and early reply will be greatly appreciated.

Yours truly,


Kathryn Snell RN,
MetLife Disability
1-800-300-4296 ext. 2348
Fax #: 1-800-230-9531

ML0391

041109029160

Metropolitan Life Insurance Company

**MetLife®**

MetLife Disability
PO Box 14590
Lexington, KY 40511-4590

November 5, 2004

Dr David S Bell,
77 South Main Street,
Lyndonville, NY 14098

RE: Long Term Disability
Claim #: 640407128904
Group #: 303299
Regarding: John Magee

Dear Dr Bell

This is in reference to John Magee's claim for Long Term Disability Benefits.

Enclosed you will find Independent a Physician File Review report completed by Dr Amy Hopkins, Board Certified Internal Medicine, Board Certified in Occupational Medicine who has reviewed the medical documentation in Mr. Magee's long term disability file.

Please review the report from DR. Amy Hopkins and indicate if you agree with the conclusions that were made. If you do not agree with the conclusions that were made, please respond with your opinion and explain why you do not agree. Also please provide objective medical documentation to support your opinion of any functional limitations that would preclude Mr. Magee from performing any/all job duties at this time.

Please be advised that if we do not receive a response by November 19, 2004, we can only assume you agree with the report conclusions made and we will make a determination on your patient's claim based on the medical documentation in the file. If you have any questions please feel free to contact our office.

Your cooperation and early reply will be greatly appreciated.

Yours truly,

*Kathryn Snell*

Kathryn Snell RN,
MetLife Disability
1-800-300-4296 ext. 2348
Fax #: 1-800-230-9531

ML0392

Physician Consultant Review

Reviewer:     Amy Hopkins, MD, MPH, PhD      Date:   11/5/04

Claim #:        640407128904              DOB:  12/7/59
Name:          John Magee                  DDC:  11/27/03
Ref. Source:   Kathryn Snell               Own Occ/Any Occ: any
Occupation:    program assurance mgr       Work Level: n/a

Diagnosis:     chronic fatigue syndrome (CFS), depression
Issue(s):      impairment

History

Dr. Bell (pediatrics) evaluated EE on 9/18/00 for possible CFS.  EE reported the onset of
restless legs, lower extremity achiness, paresthesias, and fatigue in 4/95, w/ gradual
worsening.  EE reported depression which started six months after his sx which he felt was
separate from his sx.  The dx of CFS was made within the past year.  EE reported that his
depression had resolved.  EE was able to work, but had almost no activity outside of work.
EE reported bad days about 4 times per month.  EE's worst sx were headaches, fatigue,
and body pain.  EE was on Celebrex and Celexa.  EE had glaucoma.  EE had several back
surgeries.  EE reported recurrent sore throats at least three times per month.  EE reported
eye pain and light sensitivity which his eye physician said was not due to the glaucoma.  EE
reported nausea and light-headedness with certain odors.  EE reported abdominal
discomfort and nausea.  EE reported very severe muscle pain, along w/ weakness, stiffness,
and recurrent backache.  EE had a muscle biopsy.  EE reported joint pain, morning
stiffness, and daily headaches.  EE reported prominent cognitive sx.  EE reported balance
disturbance.  EE reported unrefreshing sleep.  EE reported night sweats.  EE had several
consultations by neurologists without specific diagnosis.  An MRI of the spine was said to be
WNL.  Labwork was unremarkable.  On exam, EE was in no acute distress, had no cognitive
dysfunction, and did not appear depression.  EE was obese.  There was no adenopathy.
Muscle strength was WNL.  Romberg was WNL.  EE had difficulty w/ tandem stance, but
was able to maintain it.  His impression was restless leg syndrome, glaucoma s/p back
surgery, shellfish allergy, and chronic fatigue syndrome.  His OVN of 5/1/03 stated that EE
reported worsening, feeling very sore, and being unable to work.  On exam, EE appeared
depressed.  The exam was otherwise WNL.  He started EE on Percocet and nortriptyline.
His OVN of 5/22/03 stated that EE's insomnia was better.  EE was using about three
Percocet per week.  On exam, EE "looks OK".  He increased the nortriptyline.  His OVN of
6/18/03 stated that EE reported feeling very ill.  EE was hospitalized for a suicide attempt.
He stated that EE had "orthostatic hypotension by rheumatologist".  The exam was WNL.
He stopped the nortriptyline.  His impression was chronic pain/CFS secondary to
depression.  He wrote a letter 6/23/03 which stated that the worsening of activity restriction
and pain related to chronic fatigue was one of the things which was clearly worsening his
depression, though this had been debated.  EE had not had any response to medications.
He mentioned a "circulating blood volume test" and that he was going to treat EE w/ "volume
expansion".  He felt that EE was unable to work.  His OVN of 7/7/03 stated that EE had
abnormal orthostatic testing.  He stated that an echocardiogram showed borderline left
ventricular hypertrophy.  His OVN of 8/11/03 stated that EE's activity had improved slightly

~0197042
Page 1 of 3          Independent Physician Consultant Review for MetLife Disability

ML0393

041109029160

after intravenous fluids and return to work. Another OVN dated 8/11/03 stated that EE had a psychotherapist who felt that EE needed increased pain medications because his pain was "clearly out of control". Dr. Kates, EE's PCP, felt that this was "entirely a psychosomatic problem", that EE should not have any pain medication, and that EE needed to confront his problems. EE continued to report severe pain. EE was still extremely depressed. He started EE on clonazepam. A telephone note stated that EE had developed phlebitis, which appears to have been related to his PICC line in place to deliver IV saline. His OVN of 10/24/03 stated that EE reported worse pain. The exam was WNL. The OVN of 12/12/03 stated that EE had severe depression. The OVN of 1/26/04 stated that EE had not worked since the last visit. EE reported that he was unable to get out of bed. EE was depressed and was observed to walk w/ difficulty. He wrote a letter 2/2/04 which stated that EE reported being confined to bed for many days at a time. He felt that EE's depression was secondary to his medical condition. His OVN of 2/25/04 stated that EE was overall about the same. EE was fired from work. His PICC line was out. The exam was WNL. He wrote a letter 3/1/04 which stated that EE reported problems w/ cognitive function. EE reported marked activity limitation, severe fatigue, exhaustion, post-exertional malaise, muscle pain, joint pain, unrefreshing sleep, and headache. EE continued to be depressed, which he felt was secondary to his "biologic illness". He felt that EE was TD w/ a poor prognosis for recovery. He wrote a letter 3/12/04 which stated that EE had no primary psychiatric disturbance and no hint of malingering, hypochondriasis, or falsification of data. His OVN of 5/18/04 stated that EE had poor activity and post-exertional malaise. EE had no significant benefit on IV fluids. His OVN of 7/13/04 stated that EE's depression was about the same. EE was taking Vicodin daily. The exam was WNL. His OVN of 8/31/04 stated that EE was taking "transfer factor" for one month. The exam was WNL. He filled out an APS 9/1/04 which gave a list of physical restrictions. He checked off that he could not determine if EE was disabled from his own or any occupation.

Orthostatic testing on 7/1/03 was positive once. Orthostatic testing on another undated sheet was negative.


Comment

The claimant went OOW due to "chronic fatigue syndrome", a collection of sx with no known pathophysiological basis. All physical exams have been WNL other than for obesity and orthostatic hypotension on one occasion. Dr. Bell did not document any indication that EE's medications might have caused the orthostatic hypotension, a common side-effect. EE did not document any ongoing sx of orthostatic hypotension. No orthostatic hypotension was documented past 7/1/03, so no ongoing impairment due to this was documented. Dr. Bell feels that EE is disabled due to his self-reported fatigue, but did not provide any objective basis for his opinion. EE's PCP apparently felt that EE's condition was psychosomatic, so this possibility was raised. EE has severe depression and attempted suicide, but Dr. Bell feels that this is secondary to EE's "biologic illness", even though no actual physically-based disease process was identified. It has been well-documented in the literature that many people with depression are unaware of their depression or deny it, so EE's denying he was depressed prior to the onset of his physical sx does not necessarily mean that he was not actually depressed, one of the most common causes of "chronic fatigue syndrome". EE also identified sleep disturbances. Lack of sleep can certainly cause most or all of EE's sx, yet there was no evidence in this file that he had ever been referred for a sleep evaluation,

~0197042
Page 2 of 3          *Independent Physician Consultant Review for MetLife Disability*

ML0394

041109029160

including polysomnogram, which might have identified a treatable cause for EE's fatigue. Dr. Bell treated EE w/ IV fluid for alleged volume depletion, but this is not a widely accepted diagnosis nor treatment. No barrier to EE's ability to take in fluids by mouth was documented, so he could have accomplished the same thing by drinking more water as by having IV fluids administered, which opened him up to potential complications, such as the phlebitis he reportedly had. The administration of IV fluids will also just generally result in higher urinary output unless an individual is rapidly losing fluids to the point where they cannot be replaced by mouth, such as in hemorrhaging, severe vomiting, or severe diarrhea. EE reports severe pain, but there was no physiological basis for his pain identified. Despite the lack of any objective sources for EE's pain by examinations and diagnostic testing, he was started on narcotics and now takes them chronically, which may lead to iatrogenic disease. EE reports cognitive problems, but no cognitive dysfunction was objectively documented in this file.

In summary, EE is OOW due to a variety of self-reported sx with no objective support by examinations or diagnostic test results. This file does not objectively support the presence of any condition of a nature or severity to prevent EE from performing the material duties of his own or any occupation on a full-time basis, without restrictions or limitations. I cannot comment on whether or not there is any significant psychiatric impairment.


Recommendations

No physical impairment was objectively documented which would preclude EE from RTW, FT, own or any occupation, no restrictions or limitations.

*Amy Hopkins, MD, MPH, PhD*

Amy Hopkins, MD, MPH, PhD
Board Certified in Internal Medicine
Board Certified in Occupational Medicine
Fellow of the American College of Occupational & Environmental Medicine

ML0395

FACSIMILE COVER LETTER FROM:

**David S. Bell, MD**
Nancy A. Bell, FNP/C
PO Box 495
77 South Main Street
Lyndonville, New York 14098
585-765-2060   fax 585-765-2067

THIS MESSAGE is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is Strictly Prohibited. If you receive this message by error, please notify the sender immediately to arrange for return or destruction of these documents.

Date: 11/10/04

To: KATHRYN SNELL RN

Fax Number: 800-230-9531

Re: John Magee   CLM # 640407128904

Number of Pages, including cover letter: 2

Confidentiality Notice: Confidential Health Information Enclosed

Protected Health Information (PHI) is personal and sensitive information related to a person's health care. It is being faxed to you after appropriate authorization from the patient or under circumstances that did not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

ML0396

David S. Bell, M.D.
Nancy A. Bell, FNP/C
77 South Main Street   P.O. Box 495
Lyndonville, New York 14098
585-765-2060   fax 585-765-2067

November 10, 2004

Kathryn Snell, RN
Met Life Disability
Metropolitan Life Insurance Company
Fax #800-230-9531

Dear Ms. Snell,

I am in receipt of the report from Amy Hopkins, MD who is a physician consultant review concerning John Magee, Claim #640407128904. I would disagree with the implication in this letter that there is no physical impairment by claimant. John Magee has Chronic Fatigue Sydrome, which is fairly straight forward and appears to be documented in the history. The Center for Disease Control and the National Institute of Health have both said that Chronic Fatigue Syndrome is a serious and debilitating illness and part of the criteria for Chronic Fatigue Syndrome is that the disability is not a primary psychiatric disturbance. Mr. Magee fulfills these criteria. The fact that we cannot prove the organic basis for Chronic Fatigue Syndrome does not imply that there is no physical impairment. I would maintain that at the present time Mr. Magee is impaired due to Chronic Fatigue Syndrome. He does have secondary depression which at times is serious and that he is not able to work because of his medical disability.

I would suggest for further evaluation that he have a comprehensive work and function evaluation done at Rochester General Hospital which may better clarify the issue. In addition, he could have exercise physiology test which, if done on two consecutive days, is likely to show a marked impairment of aerobic capacity and this may help to document his disability.

Very truly yours,

David S. Bell, MD

DSB/ds

ML0397

Alice M. Tariot, M.D.
100 Linden Oaks
Suite 200
Rochester, NY 14625-2831
(585) 586-1600
(585) 586-7951 Fax

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** Kathryn Snell | | **Fax:** 1-866-690-1264 | |
| **From:** Alice M. Tariot, M.D. | | **Date:** November 1, 2004 | |
| **Re:** Claim# 640407128904 | | **Pages:** 9- not including cover | |
| **CC:** | | | |

☐ Urgent    X For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycl

**Notes:**

## PRIVILEGE AND CONFIDENTIALITY NOTICE

The information in this facsimile is intended for the named recipient only. It contains privilege confidential medical information protected by law. If you have received this in error, please notify us IMMEDIATELY by calling 585-586-1600, and return the original to the sender by mail. Do not disclose the contents to anyone. We will reimburse you for you expenses.

CONFIDENTIAL

ML0398

041101-F05900

Metropolitan Life Insurance Company

MetLife Disability, PO Box 14590, Lexington KY 40511-4590
Phone: 800 300 4296 ext 2347

**FAX**

Fax: 1-866-690-1264

| | | | |
|---|---|---|---|
| **To:** | Dr Tariot | **From:** | Kathryn Snell RN |
| **Fax:** | 585-586-7951 | **Pages:** | 3 |
| **Phone:** | 585-586-7951 | | |
| **Date:** | October 14, 2004 | **Claim #:** | 640407128904 |
| | | **DOB:** | 12/07/1959 |

**Re: John Magee**

**Dear Dr. Tariot,**

I am a RN reviewing John Magee's eligibility for short-term disability benefits and I am requesting your assistance in determining the nature of his condition and return to work restrictions. Please address the following to assist in my efforts in evaluating the nature of Mr. Magee's impairment and his return to work ability. I will require a response by October 28, 2004 and appreciate your time and assistance in this matter.

Present diagnosis affecting work capacity: *See attached*

First date of treatment for present condition or first date patient unable to work. Please include any hospitalization dates:

*See attached*

Please describe abnormal physical exam findings, cognitive findings, symptoms, pertinent comorbidities, and Mental Status exam testing results denoting work incapacity, please be as detailed as possible as this information will assist in our determination for benefit eligibility.

*See attached*

Please provide a return to work date, any restrictions and limitations as the employer can accommodate

Full time

Part time

ML0399

Nov 01 04 11:07a MHEN office 3158 95 p.3
Case 1:04-cv-08816-LMH-N Document 12-8 Filed 09/02/2008 Page 27 of 67
10/14/04 12:00 FAX 347 MetLife
041101F05900

Recommended work restrictions, duration of such, and earliest return to work date with restrictions

*See att*

What is his current treatment plan including medication and his progress with his treatment?

*See att*

Please forward relevant progress notes, testing results, and consultation reports in regards to Mr. McGee. This information is required for determination for benefit eligibility.

Date of next evaluation/office visit.

I appreciate your time and assistance in my efforts to ascertain your patient's medical status and work ability. Provide current medical documentation including office notes, mental status exam including global impairment. Please contact me with any questions or concerns at 315 792-2348

Kathryn Snell RN, CCM

MetLife Disability

THIS COVER SHEET SHOULD BE RETURNED WITH ANY CORRESPONDENCE PROVIDED TO MetLife.
FAILURE TO PROVIDE THE CLAIM NUMBER, SOCIAL SECURITY NUMBER AND DATE OF BIRTH WILL CAUSE A DELAY IN THE HANDLING OF THE INFORMATION PROVIDED TO MetLife. The information contained in the following pages is confidential and intended only for the individual named above. ANY OTHER USE, DISSEMINATION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED AND IS A TORTUOUS INTERFERENCE WITH OUR CONFIDENTIAL BUSINESS RELATIONSHIPS. If this document was erroneously sent to you, Please notify us immediately at the number listed above and then destroy this document.

# MENTAL STATUS EXAMINATION

AXIS 1 - 5

1. 296.30
2.
3. Chronic fatigue
4.
5.

I. *General description*

    *A. Appearance*  nl

    *C. Behavior and psychomotor activity*  psychomotor retardation

    *C. Attitude toward examiner*  cautious

II. *Mood and affect*

    *A. Mood*  down

    *B. Affect*  down

    *C. Appropriateness*  nl

III. *Speech*  nl

IV. *Perceptual Disturbances*  no

V. *Thought*  Nl

    *A. Process or form of thought*

    *B. Content of thought*

ML0401

041101F05900

## C. MENTAL STATUS EXAMINATION

*VI. Sensorium and cognition*

    A. *Alertness and level of consciousness*  Nl

    B. *Orientation*  NL

    C. *Memory*
       *Short Term*
       *Long Term*  NL

    D. *Concentration and attention*  Not Surp

    E. *Capacity to read and write*  Nl

    F. *Abstract thinking*  Nl

    G. *Fund of information and intelligence*  Nl

*VII. Impulse control*  Good

*VIII. Judgment and insight*  Good

*IX. Reliability:*  Good

**Functional Deficits**
    *Provide description of:*

      *Activities of Daily Living*

      *Social Function*

      *Evidence of Decompensation in the work place*

**Estimated Return to work date**

## MENTAL STATUS EXAMINATION

ML0402

041T01F05900

## PROGRESS NOTES                                                    1

PATIENT:     Magee, John
DOB:         12-7-59
DATE:        April 19, 2004
LENGTH:      20 Minutes, Psychotherapy/med. management

Patient is taking Lexapro 20 mg qam and Wellbutrin XL 300 mg qam. He reports he is no longer crying easily, but continues to feel that his future is dismal. He occasionally has thoughts of suicide but no plan or intent. He continues to think that his children don't need him except financially, and that now he is a poor financial support. However at the same time he says that he wouldn't try to hurt himself because of what others have told him it would do to his family. He has had a recent difficult time and was fired and then rehired by Kodak. He feels betrayed by those he worked with. He sees Ms. Cerame regularly. On MSE he is negative and pessimistic. He appears to be somewhat less depressed with less weeping on Wellbutrin. His negativism is undoubtedly related to his serious illness and loss of function. He is having a hard time redefining himself as useful in any way. Risk factors for suicide are serious medical illness, ideation and negative self-view. There are no firearms. Protective factors are good relationship with wife, wishes to not hurt his family. I do think there has been a benefit from Wellbutrin and it will be continued. He is to continue working with Ms. Cerame about his self-image, especially around being a father. A followup appointment was scheduled for 3 months.

                              Alice M. Tariot, M.D.

Cc:    Ms. Cerame


DATE:        August 2, 2004
SERVICE:     phone contact with wife on July 31, 2004 and Ms. Cerame

Patient stopped his Lexapro abruptly several weeks ago and then his Wellbutrin several days ago for unclear reasons. He is now so depressed he can't get out of bed. He hasn't expressed any suicidal ideation and wife feels able to monitor his safety. Both medications were restarted and she was asked to call the office to schedule an appointment.

                              Alice M. Tariot M.D.

DATE:        August 25, 2004
LENGTH:      30 Minutes, Psychotherapy/Meds Management

Patient was seen with his wife. He is taking Lexapro 20 mg qam and Wellbutrin XL 300 mg qam. He reports that on the day his wife called me, he was upset about lots of things, especially financial issues and something his son did that angered him. He felt despondent and hopeless. By the next day he was feeling significant better. However his wife feels that he was "doing great" before he went off medication, which is part of why he went off (he thought he could do without them) He is also worried about the cost. She thinks he is lower and more irritable when he was off. On MSE he presents as sullen and low. He continues to see himself as appropriately depressed in response to his situation medically and doesn't understand why he is taking medication. We reviewed the many factors that contribute to depression, the need to take medication consistently and not make any changes without talking with me and the need for regular appts. He is seeing Ms. Cerame every other week. We decided that he should stay on medication for now with the possibility of a trial off at some point if he wants, although he also pointed out that before he went on Lexapro and was on Wellbutrin and Effexor XR he was doing poorly. For cost reasons he was switched to Wellbutrin SR 200 mg bid. The dose was increased because he noted that things are going to be very stressful the next month and thought a little more would help. A followup appointment was scheduled for 3 months.

                              Alice M. Tariot M.D.

Cc:    Ms. Cerame


DATE:        October 27, 2004
LENGTH:      20 Minutes, Psychotherapy/Meds Management

ML0403

041101F05900

<u>PROGRESS NOTES</u>                                                                    2

PATIENT:     Magee, John
DOB:             12-7-59

Patient is taking Lexapro 20 mg qam and Wellbutrin SR 200 mg bid. He remains depressed with frequent crying. He is not suicidal although he has thoughts he would be better off dead. His son is angry at him and he feels he isn't a good role model for him. He would like to try something else. He did well on Celexa 20 mg qam in the past. We decided to decrease Lexapro to 10 mg qam x 1 week then stop. Concurrently, Celexa 20 mg qam x 1 week then 40 mg qam was started. A followup appointment was scheduled for 4-6 weeks.

                                                            Alice M. Tariot M.D.

ML0404

041101F05900

February 5, 2004

Carolyn Cerome, CSW
253 Alexander Street
Rochester, NY 14607

RE:     JOHN MAGEE
        DOB: 12-07-59

Dear Carolyn:

Thank you for referring John for the psychiatric evaluation and medication management of depression. He is currently taking Effexor XR 225 mg qam and Lexapro 20 mg qam. He has been previously diagnosed with chronic fatigue syndrome.

As you know, the patient is a 44 year old, white, married father of four children. He has been intermittently on disability from his job at Kodak as a quality engineer for the last year. Patient reports that eight to nine years ago he developed an illness characterized by being sore and tired all the time. Five years ago, he was diagnosed with chronic fatigue syndrome. A year ago, symptoms became so much worse that he became unable to walk and was in constant pain. He started to see you at that time for psychotherapy. In May 2003, he took an overdose of 20 Percocet. On the one hand, he said he wanted to stop the pain, but on the other hand he said that he really wanted to be dead so he would not be in any more pain. He was hospitalized at Strong for four weeks, which he did not find helpful. He was discharged and since then he has, "resigned myself to living because I don't want to hurt my family." He reports that his suicide attempt was devastating for his wife.

The patient reports that he is sad and depressed. However, he feels that he has every reason to be sad and depressed and does not see how medication is going to help him. He has been on many medications for depression and pain with no benefit. These include Prozac, Xanax, Provigil, Amantadine, Ritalin, Wellbutrin, Neurontin and tricyclic antidepressants. Vicodin sometimes helps his pain. He reports that for four years prior to this year he took Celexa 20 mg qam. He felt that it helped him in that his pain seemed to plateau and he was better able to cope with his illness, but then it did not seem to be beneficial anymore and was stopped about a year ago. Effexor XR was prescribed at that time by his primary care physician, Dr. Cates, and Lexapro was prescribed more recently by Dr. Chaudhri. He does not feel any benefit from either.

The patient receives most of his medical treatment from Dr. Bell in Lyndonville, NY who is an expert on chronic fatigue syndrome. He currently has saline infusions every night. He has had other treatments with no benefit.

ML0405

041101F05900

The patient lives in Honeoye Falls with his wife, Renee, and his five children, ages 2, 9, 12, 14 and 16. There is no known family history of mental health problems, although he reports that his father "lives in a shack and races motorcycles." The patient reports that when he was younger he was always very energetic, never needed much sleep and was always highly productive. He enjoyed physical labor and liked to push his body. He described himself as being "a knight in shining armor to his wife and family, loved that role and no longer feels valuable to his family."

The patient reports that he has glaucoma. He is allergic to codeine. He takes Klonopin 0.5 mg qhs for muscle pain and sleep, Lipitor 40 mg a day and eye drops for his glaucoma.

On mental status exam, the patient presents as a pleasant man who appears his stated age. It was really difficult to assess his mood because of his denial about depression, even though others have told him he is depressed. What was most striking is that he seems to be using primarily intellectualization and rationalization to deal with some of his feelings about no longer feeling valuable to his family. To the extent that he does this, some of his judgment is really off. For example, he has been trying to convince himself that if he were to kill himself, this would have no impact on his family over the long run and that they would not really miss him, but just the idea of having a father or a husband. When I pointed out that I did not think that was correct thinking, he said, "Maybe I'm being selfish, maybe I'm just trying to rationalize why I would be better off dead." At the present time, he has no active plans to kill himself or hurt himself, feeling that his wife's reaction to his suicide attempt was too extreme. He is not psychotic or delusional.

The patient certainly raises difficult issues about depression when it seems likes an appropriate response to a difficult life circumstance. However, he still may benefit from medication and certainly from psychotherapy, which I think needs to be the mainstay of his treatment. While not very hopeful about medication, he is agreeable to a trial on a combination of antidepressants. Specifically, we decided that Effexor XR would be decreased by 75 mg every five days until he is off it. In a week he will start Wellbutrin XL 150 mg qam and then after a week 300 mg qam. Risks, benefits and side effects were discussed and written information was given.

A follow-up appointment was scheduled for six weeks. I would appreciate your keeping me posted about his progress, his mood state and in particular, if suicidal thinking should escalate. Best wishes for the winter.

Sincerely,


Alice M. Tariot, M.D.

C:     Dr. Bell
       Lyndonville, NY

ML0406

9/21/2004 10:44 AM  FROM: Fax John +1(800) 2309531  PAGE: 001 OF 002

040924F06752

---

# FOR YOUR INFORMATION

---

| | |
|---|---|
| **To:** | **MetLife** |
| Fax number: | +1 (800) 2309531 |
| | |
| **From:** | **John C. Magee** |
| Fax number: | |
| Home phone: | (585) 624-9306 |
| Business phone: | |
| | |
| Date & Time: | 9/21/2004 10:44:36 AM |
| Pages sent: | 2 |
| Re: | Claim # 640407128904  SS # 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 |

---

Following please find a copy of the receipt letter from the Social Security Office saying that it has received my claim for benefits. Any questions, please call me @ (585) 624-9306. Thanks...

John Magee

71 Ontario St
Honeoye Falls, NY  14472

ML0407

9/21/2004 10:44 AM  FROM: FAX COMMUNICATIONS  PAGE 002 OF 002
February 27, 2004, 10:01
PAGE  4

NH 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                           SG-SSA-16

RECEIPT FOR YOUR CLAIM FOR SOCIAL SECURITY DISABILITY INSURANCE BENEFITS

JOHN CHARLES MAGEE JR
71 ONTARIO ST
HONEOYE FALLS NY 14472

NAME OF PERSON TO CONTACT          : UNIT: IDPACE
ABOUT YOUR CLAIM:    _____ Mrs. Tucci _____  :

THE TELEPHONE NUMBERS TO CALL IF YOU HAVE A QUESTION OR SOMETHING TO REPORT
ARE:

    BEFORE YOU RECEIVE A NOTICE OF AWARD:

    AFTER YOU RECEIVE A NOTICE OF AWARD:

SOCIAL SECURITY INFORMATION IS ALSO AVAILABLE TO INTERNET USERS AT
WWW.SOCIALSECURITY.GOV.

YOUR APPLICATION FOR SOCIAL SECURITY BENEFITS HAS BEEN RECEIVED AND WILL BE
PROCESSED AS QUICKLY AS POSSIBLE.

YOU SHOULD HEAR FROM US WITHIN      DAYS AFTER YOU HAVE GIVEN US ALL THE
INFORMATION WE REQUESTED. SOME CLAIMS MAY TAKE LONGER IF ADDITIONAL INFORMATION
IS NEEDED.

IN THE MEANTIME, IF YOU CHANGE YOUR ADDRESS, OR IF THERE IS SOME OTHER CHANGE
THAT MAY AFFECT YOUR CLAIM, YOU - OR SOMEONE FOR YOU - SHOULD REPORT THE
CHANGE.

ALWAYS GIVE US YOUR CLAIM NUMBER WHEN WRITING OR TELEPHONING ABOUT YOUR
CLAIM. IF YOU HAVE ANY QUESTIONS ABOUT YOUR CLAIM, WE WILL BE GLAD TO
HELP YOU.

WE ARE RETURNING ANY DOCUMENT(S) YOU MAY HAVE SUBMITTED WITH YOUR APPLICATION.

CLAIMANT                           SOCIAL SECURITY CLAIM NO.
JOHN C MAGEE JR                    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

040922 015648

*(OGL)* Metropolitan Life Insurance Company

# MetLife®

MetLife Disability
PO Box 14590
Lexington, KY 40511-4590

September 20, 2004

John Magee
71 Ontario St.
Honeoye Falls, NY 14472

RE: ITT Industries, Inc.
Long Term Disability Benefits
Claim No.: 640407128904
Group No.: 303299

Dear Mr. Magee:

We have approved your claim for Long Term Disability benefits effective September 27, 2004. The initial benefit check for $373.00, which represents the September 27, 2004 through September 30, 2004 payment, will be sent to you shortly under separate cover.

The September 27, 2004 through September 30, 2004 payment was computed on the basis of the monthly benefit of $5,022.50, less an Estimated Primary Social Security benefit of $1,981.00 and less and Estimated Family Social Security benefit of $990.00, for a net minimum monthly benefit of $373.00.

The October 1, 2004 through October 31, 2004 payment was computed on the basis of the monthly benefit of $5,022.50, less an Estimated Primary Social Security benefit of $1,981.00 and less and Estimated Family Social Security benefit of $990.00, for a net minimum monthly benefit of $2,051.50.

After your initial check of $373.00, you will be receiving a monthly benefit payment of $2,051.50, based of course, upon the fact that you remain totally disabled as defined in the Group Plan and furnish medical proof upon request.

We will continue to review your claim on a periodic basis. Should further reviews support any change in the status of your long-term disability benefits, we will advise you.

According to your plan, you are required to provide proof of your application for Social Security Disability (SSDI) benefits. If this is not received, we reserve the right to suspend your LTD monthly benefits.

If you have questions, please call the toll-free number.

Sincerely,

Peter Knoth
Case Management Specialist
Met DisAbility
(800) 300-4296

ML0409

040907 018478

9/2/2004 12:54 EM  FROM: Fax TO: =1 (585) 765-2047  PAGE: 001 OF 001

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **TO:** Dr. David Bell | **FROM:** John Magee |
| **RE:** LTD help! | **DATE:** 9/2/2004 |
| **FAX NUMBER:** [Click here and type fax number] | **TOTAL NO. OF PAGES INCLUDING COVER:** 1 |
| **PHONE NUMBER:** [Click here and type phone number] | |

**X** URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Sorry to ask another favor, but I seem to have a hard time keeping up with all the forms and everything... I spoke with Met-Life (Kodak's LTD insurance carrier) today, and they said that they have gotten no forms from my physician. No doubt, some of those forms that we filled out on my appointment this past Tuesday were supposed to go to Met-Life instead of SSi (which is where I thought they were suppose to go). So much for my lame excuses, the bottom line is that if I am going to get LTD from Kodak, I need to ask you if you could fax the following things to Met-Life:

- Copies of the forms that we filled out this past

- Detailed office notes including:
    - o  Supporting test results
    - o  Supporting lab results
    - o  Present medications
    - o  Reasons for my not being able to return
    - o  My Restrictions and limitations

- The fax cover page needs to have my referen
    The number is:

    . 640407178004

- The fax number for Met-Life is 1-800-230-9531

If there are any questions, or anything I can do to make this easier, please let me know. My number is 624-9306. Thanks so much!

*[handwritten]* Met-Life
PO Box 14590
Lexington, KY
40511-4590

*[handwritten]* Copied +
sent
9/2/04

ML0410

Name of Employee _John Magee_    040907018478    Social Security Number: _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_

## ATTENDING PHYSICIAN'S STATEMENT OF FUNCTIONAL CAPACITY

It is a crime to fill out this form with facts you know are false or to leave out facts you know are important. The information provided is to be used for claims evaluation and auditing purposes only. The patient is responsible for having this form completed without expense to MetLife or the Employer.

Patient's Name _John Magee_    Date of Birth _12/7/59_

**History:**

a. Date symptoms first appeared or accident occurred ___8/95+___

b. Date the patient was medically certified as unable to work ___Yes___

c. Has patient ever had same or similar condition?  ☐ Yes  ☐ No  If yes, when? ___

d. Is the patient's condition due to his/her employment?  ☐ Yes  ☐ No

e. Is the patient's condition due to an auto accident?  ☐ Yes  ☐ No

**Diagnosis:**

a. State primary diagnosis affecting work ability _Chronic Fatigue Syndrome_

b. State any secondary diagnosis affecting work ability _Depression_

c. Subjective symptoms _exhaustion Pain_

d. Objective findings (include any test results) _low Blood Volume_

e. Present and future course of treatment ___

f. If disability is due to pregnancy, what is the expected/actual delivery date? ___

What (if any) complications are/were there that would extend the patient's disability? ___

**Date of Examination or Treatment:**

a. Date of first visit _9/00_    b. Date of most recent examination _8/31/04_

c. Frequency of office visits:  ☐ Weekly  ☑ Monthly  ☐ Other (specify) ___

d. If the patient has been hospital confined, please provide the name and address of hospital, and dates of confinement ___

**Carrying and Lifting Abilities Evaluation:**

Includes both the intensity and frequency of the activity. For each weight class listed below, please indicate the reasonable top limit of frequency. Please provide an explanation below with any additional comments regarding limitations on duration, ability to handle and distance (in front of body and above floor).

| Intensity in Pounds | Frequency: Percentage of Workday | | | |
|---|---|---|---|---|
| | Never | 1% - 33% | 34% - 66% | 67% - 100% |
| 0 to 15 | | ✓ | | |
| 16 to 30 | | | | |
| 31 to 45 | ✓ | | | |
| 46 to 100 | ✓ | | | |
| Greater than 100 | ✓ | | | |

Explanation:

If patient's medical condition prohibits exposure to any of the following, please check appropriate box and explain any limitation below:

| | No Limitation | Some Limitation | Moderate Limitation | Severe Limitation | Cannot Determine |
|---|---|---|---|---|---|
| Dust/Gases/Fumes | | | ✗ | | |
| Chemical/Solvents | | | ✗ | | |
| Temperature Extremes | | | ✗ | | |
| Noise Levels | | | ✗ | | |
| Allergenic Agents | | ✗ | | | |
| Enclosed Spaces | ✗ | | | | |
| Drafts/Damp Areas | ✗ | | | | |

Explanation:

_Page 1 of 2_

ML0411

Name of Employee: _John Masai_     Social Security Number: _088 54 4213_

If due to patient's medical condition there are limitations to any of the following, please check appropriate box and explain any limitation below.

| Ability to Drive | No Limitation | Some Limitation | Moderate Limitation | Severe Limitation | Cannot Determine |
|---|---|---|---|---|---|
| Use of Public Transportation | | X | X | | |
| Walking | | | | | |
| Standing | | | | X | |
| Sitting | | | | X | |
| Change of Position (sit/stand) | | | X | | |
| Assuming Cramped/Unusual Position | | | | | |
| Reaching (forward/overhead) | | | | X | |
| Pushing/Pulling/Twisting (arm/leg controls) | | | | X | |
| Grasping/Handling | X | | | | |
| Finger Dexterity | | | | | |
| Repetitive Movements (hands/feet) | | X | | | |
| Climbing (stairs/ladders/scaffolds) | | | | | |
| Balancing (exposure to falling) | | | | X | |
| Bending/Stooping/Squatting | | | | X | |
| Operating Truck/Dolly/Small Vehicle | | | | X | |
| Operating Heavy Equipment | | | X | | |
| Operating Electrical Equipment | | | X | | |
| Concentrated Visual Attention | | | X | | |
| Other: | | | | X | |

Explanation _____

**Cardiac:** *(if applicable)*
a. Functional capacity: ☐ Class 1 (no limitation)   ☐ Class 2 ( slight limitation)   ☐ Class 3 (marked limitation)   ☐ Class 4 ( complete limitation)
b. Blood pressure (systolic/diastolic) _____ Date of reading _____

**Mental/Nervous Impairment:** *(if applicable)*
a. Please list your findings according to the DSM- Hi multiaxial classification _____

b. Please describe Axis IV findings _____

c. Please classify Axis V findings; *(check appropriate box)*
☐ Class 1: Patient is able to function under stress and engage in interpersonal relations (no limitations).
☐ Class 2: Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitation).
☐ Class 3: Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations).
☐ Class 4: Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations).
☐ Class 5: Patient has significant loss of psychological, physiological, personal and social adjustment (severe limitations).

**Disability Evaluation:** We are seeking your medical opinion. It will be our responsibility to assess it against vocational data.
The following questions take into account whether the patient can perform the important duties of his/her job or any other job with reasonable continuity.
When answering, please consider his/her age, physical and mental capacities, education, training and experience. It may be helpful to review the patient's job description and other information shown in the Employee and Employer portions of this claim form.

Is patient now totally disabled (unable to perform work with or     for his/her own occupation?   ☐ Yes   ☐ No   ☑ Cannot determine
without reasonable accommodation):     for any occupation?   ☐ Yes   ☐ No   ☑ Cannot determine

If no, when was patient able to resume work activities: _____     for his/her own occupation?
     for any occupation?

If yes, when do you think patient will be able to resume work activities: _____     for his/her own occupation?   _indefinitely_
     for any occupation?

If yes, is patient a suitable candidate for _____     vocation rehabilitation?   ☐ Yes   ☑ No
     therapeutic rehabilitation?   ☐ Yes   ☑ No

**Progress Evaluation:** *(please check box which applies)*
☐ Recovered     ☐ Improved     ☐ Unimproved     ☑ Retrogressed

In your opinion, is patient competent to endorse checks and direct the use of their proceeds?   ☐ Yes   ☐ No

Name of Physician (please print) _Dr. D. Bell_     Board Certified Specialty _____
Street Address _77 S. Main St. P.O. Box 495_   City _Lyndonville_   State _NY_   Zip Code _14098_
Telephone No _(585) 765-2060_   Date _9/1/04_   Physician's Signature _H M Bell_

003020300000000034-C

_page 2 of 2_

ML0412

040907018478

David S. Bell, M.D.
77 South Main Street
Lyndonville, New York 14098

Telephone: (585) 765-2060

August 30, 2004

To Whom It May Concern:

John Magee is followed in this office because of chronic fatigue syndrome.  At the present time he has had worsening of his symptoms to the degree where he is not able to return to work.  If there are other specific questions, please do not hesitate to call.

Very truly yours,

David S. Bell, M.D.

DSB:ds
Dictated, not read.

ML0413

04090701847B

Date of Visit: 8/31/04    NAME: Magee John

Age: 44

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY 14098
716-765-2060

Med. Allergies: Codeine, Iodine

Meds:

cc: CFS rev, disability forms

HPI:

Transfer factor for 1 month, was
achy taking TID so far

PMH: CAD/HTN/COPD/CVA/OM/Epilepsy/RA/
Osteoarthritis/None
Other:

Looks Well:    Mildly Ill:    Toxic:

ROS: ☑ Old chart reviewed.  ☐ ROS unobtainable.

Constitutional–Fever/Chills/Weakness

GU–Dysuria/Frequency/Urgency

HEENT–Visual Changes/Earache/Sore Throat

Neuro–Altered level of Consciousness/Seizure/
Dizziness/LOC/Focal Weakness

Respiratory–Cough/Production/Wheezing/SOB

Skin–Rash/Ulcer

CVS–Chest Pain/Edema/Palpations    SRF    Musculoskeletal–Myalgias/Arthralgias/
Neck Pain/Back Pain

GI–Abdominal Pain/Nausea/Vomiting/
Diarrhea/Constipation

Psychiatric–Anxiety/Depression/Suicidal Ideation
Homicidal Ideation

Other:

PSH: CABG/Appendectomy/GB/Hysterectomy/Hernia Repair/
Tubal Ligation/None
Other:

SH:  Alcohol Abuse/Tobacco Abuse/Substance Abuse/None

Other:

| PE: | |
|---|---|
| General– | Normal |
| Head– | Normal |
| Eyes/Ears– | Normal |
| Nose/Throat– | Normal |
| Neck– | Normal |
| CVS– | Normal |
| Lung/Chest– | Normal |
| Abdominal/Rectal– | Normal |
| Extremities– | Normal |
| Neuro– | Normal |
| Skin– | Normal |

WT: 245 lbs  HT:    R: 16

T: 96.6  P: 108  BP: 126/82

FH: CAD/COPD/DM/HTN/CVA/None

Other:

Td:    UTD/Noncurrent/N/A

LMP:    Postmenopausal/N/A

LAB / XRAY / EKG

Assessment and Plan/Re-Assessment/Procedures

CFS

RETURN

Discussion Held  (Time)

ML0414

Date of Visit: 6/28/04  NAME: Maga, John
no show 7/13/04
Age:
Med. Allergies:

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY 14098
716-765-2060

Meds:

CC: CFS w/

HPI:

No change. 2 hrs a day activity.
able to do 1 load laundry and is
well in kitchen. Sleeps at
night. Vicodin 1½ pills/day. Depression
about the same. On short term
felt little good with Ampligen 5 years ago

Looks Well:        Mildly Ill:        Toxic:

ROS: ☐ Old chart reviewed.  ☐ ROS unobtainable.

Constitutional—Fever/Chills/Weakness

HEENT—Visual Changes/Earache/Sore Throat

Respiratory—Cough/Production/Wheezing/SOB

CVS—Chest Pain/Edema/Palpation

GI—Abdominal Pain/Nausea/Vomiting/
Diarrhea/Constipation

Other:

GU—Dysuria/Frequency/Urgency

Neuro—Altered level of Consciousness/Seizure/
Dizziness/LOC/Focal Weakness

Skin—Rash/Ulcer

Musculoskeletal—Myalgias/Arthralgias/
Neck Pain/Back Pain

Psychiatric—Anxiety/Depression/Suicidal Ideation
Homicidal Ideation

PMH: CAD/HTN/COPD/CVA/DM/Epilepsy/R/V
Osteoarthritis/None
Other:

PSH: CABG/Appendectomy/GBA/Hysterectomy/Hernia Repair/
Tubal Ligation/None
Other:

SH: Alcohol Abuse/Tobacco Abuse/Substance Abuse/None
Other:

PE:
| | |
|---|---|
| General— | Normal |
| Head— | Normal |
| Eyes/Ears— | Normal |
| Nose/Throat— | Normal |
| Neck— | Normal |
| CVS— | Normal |
| Lung/Chest— | Normal |
| Abdominal/Rectal— | Normal |
| Extremities— | Normal |
| Neuro— | Normal |
| Skin— | Normal |

WT:        HT:        R:

T:        P:        BP:

FH: CAD/COPD/DM/HTR/CVA/None
Other:

Td:        UTD/Noncurrent/N/A

LMP:        Postmenopausal/N/A

LAB/ XRAY / EKG

Assessment and Plan/Re-Assessment/Procedures

CFS
OI

Transfer factor
Vicodin 10mg/500mg 1 BID-TID
PRN #90 RFX2

RETURN
Discussion Held (Time)   45 min
dose TF

Date of Visit: 5/18/04    NAME: Magee, John
Age: 44

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY 14098
716-765-2060

Med. Allergies: Codeine, Iodine

Meds: See Symp Rating forms

**PMH:** CAD/HTN/COPD/CVA/DM/Epilepsy/RA/
Osteoarthritis/None
Other:

**CC:** CFS rev

**HPI:**

Activity — poor 2 hrs/day. Post exertional
malaise. Changed typing test (4 hrs) — relapse
for 2 wks — in bed.
IV fluids — no significant benefit. On
disability. Emotions better.

**Looks Well:    Mildly Ill:    Toxic:**

**PSH:** CABG/Appendectomy/GB/Hysterectomy/Hernia Repair/
Tubal Ligation/None
Other:

**ROS:** ☐ Old chart reviewed.   ☐ ROS unobtainable.

| | |
|---|---|
| Constitutional–Fever/Chills/Weakness | GU–Dysuria/Frequency/Urgency |
| HEENT–Visual Changes/Earache/Sore Throat | Neuro–Altered level of Consciousness/Seizure/Dizziness/LOC/Focal Weakness |
| Respiratory–Cough/Production/Wheezing/SOB | Skin–Rash/Ulcer |
| CVS–Chest Pain/Edema/Palpitations | Musculoskeletal–Myalgias/Arthralgias/Neck Pain/Back Pain |
| GI–Abdominal Pain/Nausea/Vomiting/Diarrhea/Constipation | Psychiatric–Anxiety/Depression/Suicidal Ideation/Homicidal Ideation |
| Other: | |

(circled) SPF

**SH:** Alcohol Abuse/Tobacco Abuse/Substance Abuse/None
Other:

**PE:**

| | |
|---|---|
| General– ✓ | Normal |
| Head– ✓ | Normal |
| Eyes/Ears– ✓ | Normal |
| Nose/Throat– ✓ | Normal |
| Neck– ✓ | Normal |
| CVS– | Normal |
| Lung/Chest– ✓ | Normal |
| Abdominal/Rectal– | Normal |
| Extremities– | Normal |
| Neuro– | Normal |
| Skin– | Normal |

WT: 245 lbs    HT:    R: 16
T: 94.8    P: 68    BP: 122/77

**FH:** CAD/COPD/DM/HTN/CVA/None
Other:

**Td:** UTD/Noncurrent/N/A

**LMP:** Postmenopausal/N/A

**LAB/ XRAY / EKG**

**Assessment and Plan/Re-Assessment/Procedures**

CFS                    Midodrine 2.5 mg PO TID Nu dividen #90 0RF
orthostatic hypotension Vicodin 10/500 TID prn #90 0RF

**RETURN**
**Discussion Held (Time)**

ML0416

te of Visit: 5/10/04   NAME: Mague, John

Resch.

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY  14098
716-765-2060

d. Allergies:

cds:

C: CPS w

IPI:

PMH: CAD/HTN/COPD/CVA/DM/Epilepsy/RA/
Osteoarthritis/None
Other:

5-7-04   Per Dr. Bell Emergency 5 day prescription called
to Rite Aid in Honeoye Falls. Hydrocodone 10mg/500mg
tab TID prn for cur-e pain #15, Script mailed

**Looks Well:          Mildly Ill:          Toxic:**

PSH: CABG/Appendectomy/GB/Hysterectomy/Hernia Repair/
Tubal Ligation/None
Other:

ROS:  ☐ Old chart reviewed.  ☐ ROS unobtainable.

| | |
|---|---|
| Constitutional–Fever/Chills/Weakness | GU–Dysuria/Frequency/Urgency |
| HEENT–Visual Changes/Earache/Sore Throat | Neuro–Altered level of Consciousness/Seizure/Dizziness/LOC/Focal Weakness |
| Respiratory–Cough/Production/Wheezing/SOB | Skin–Rash/Ulcer |
| CVS–Chest Pain/Edema/Palpations | Musculoskeletal–Myalgias/Arthralgias/Neck Pain/Back Pain |
| GI–Abdominal Pain/Nausea/Vomiting/Diarrhea/Constipation | Psychiatric–Anxiety/Depression/Suicidal Ideation Homicidal Ideation |
| Other: | |

SH: Alcohol Abuse/Tobacco Abuse/Substance Abuse/None
Other:

**PE:**

| | |
|---|---|
| General– | Normal |
| Head– | Normal |
| Eyes/Ears– | Normal |
| Nose/Throat– | Normal |
| Neck– | Normal |
| CVS– | Normal |
| Lung/Chest– | Normal |
| Abdominal/Rectal– | Normal |
| Extremities– | Normal |
| Neuro– | Normal |
| Skin– | Normal |

WT:          HT:          R:

T:          P:          BP:

FH: CAD/COPD/DM/HTN/CVA/None
Other:

Td: UTI/Noncurrent/N/A
LMP: Postmenopausal/N/A

LAB/ XRAY / EKG

**Assessment and Plan/Re-Assessment/Procedures**

**RETURN**
Discussion Held  (Time)

ML0417

040907018478

**David S. Bell, M.D.**
77 South Main Street
Lyndonville, New York 14098
Telephone: (585) 765-2060

March 12, 2004

To Whom It May Concern:

John Magee is followed in this office because of his severe, disabling pain and fatigue. This letter is for testimony for a Peer Panel at Kodak, appealing his recent termination of employment and benefits.

I am enclosing for the panel a copy of my curriculum vitae which describes my research efforts in studying chronic fatigue syndrome for the past 20 years. I have written numerous articles that have been published in professional publications. I was formerly the Vice President of the American Association for Chronic Fatigue Syndrome, and I am currently the Chairman of the Congressional Advisory Panel on Chronic Fatigue Syndrome.

Chronic fatigue syndrome is an illness that has been poorly understood in the past. It is characterized by severe, widespread musculoskeletal pain and severe, disabling fatigue, more accurately called orthostatic intolerance. The term orthostatic intolerance means the difficulty in maintaining the upright position because of difficulties in cerebral blood flow. Prominent symptoms in this illness include severe fatigue, severe pain in the muscles and joints, difficulty with short-term memory, difficulty with concentration and word-finding ability, episodes of confusion and difficulty in focusing on tasks. Other symptoms include malaise after exertion, sleep disorder, tender lymph nodes and sore throat, and headache. Criteria for the diagnosis of chronic fatigue syndrome have been published by the Centers for Disease Control. The National Institutes of Health and the Centers for Disease Control have both recognized chronic fatigue syndrome as a disabling illness. Mr. Magee fulfills the criteria as published by the Centers for Disease Control. An additional complication for Mr. Magee is that because of the severity of his symptoms and his personality structure he has become quite depressed as a result of his illness. I would emphasize that the depression is secondary to the physical illness that he has rather than his difficulties being caused by emotional illness. He was first evaluated in this office on September 18, 2000, and at that time he mentioned that he first became ill in April of 1995 although there has been a gradual worsening of his symptoms. Because of the gradual worsening it is not possible to date a specific day when he became unable to work, however, it was clear to me that he was having a steady progression of his illness and he first went on disability in April of 2003. It was at his insistence that he return back to work in August of 2003. He has always been very eager to return to full-time employment and occupation, and this has been part of the difficulty that he has been experiencing as he is just not able to do it. In December of 2003 he had become more depressed and was not successful at his work and was returned to disability. In the second week of January of 2004, Mr. Magee had to drop off medical certification paperwork to this office. That had to be rescheduled due to poor weather as the

ML0418

040907 018478

RE: Mr. John Magee
March 12, 2004
Page 2

roads were not possible to be travelled on for many days at around this time. In January he was rescheduled again because he was too ill to travel, which is a complication that occurs with some patients who do have chronic fatigue syndrome. He did return to the office on January 26th and I dictated a letter regarding his disability on that day. That letter was not transcribed until February 2nd of 2004 and he did not receive it for two or three days after that. The normal turn-around for dictations in my office is two to three weeks and it should be understood that complex dictation such as this cannot be done instantaneously. It is my understanding that he was terminated from his employment because the paperwork was several days late which, to me, seems unrealistic and inappropriate.

In summary, Mr. Magee is a hard-working, sincere gentleman who has no primary psychiatric disturbance and who has no hints of malingering, hypochondriasis or falsification of data. He has been very ill with chronic fatigue syndrome and orthostatic intolerance and as a result has had difficulty in getting to appointments and travelling. He has attempted to continue full-time employment despite his illness, which attests to his sincerity. There is no question in my mind but that he is not working solely because of the physical illness that he has and that if he had any choice, he would be working full time. It is also my belief that his termination from his employment was because of a clerical difficulty with returning the paperwork on time and that this is inappropriate. Certainly there must be some common sense applied to these things if patients are in the hospital or having surgery; the same would apply in this case.

I would be more than happy to testify in front of the Peer Panel on Mr. Magee's behalf. Please do not hesitate to call.

Very truly yours,

David S. Bell, M.D.

DSB:ds
Dictated, not read.

ML0419

04090701847B

**David S. Bell, M.D.**
77 South Main Street
Lyndonville, New York 14098

Telephone: (585) 765-2060

March 1, 2004

To Whom It May Concern:

John Magee was seen in this office on February 25, 2004, in follow of his chronic fatigue syndrome and orthostatic intolerance. He has been having difficulties with cognitive function and short-term memory and has been more forgetful, which is characteristic of this illness. He was fired from his job because our last letter did not arrive on February 3rd as was required by the company. I told him that in my opinion he was absent from work because of his illness and not because of any poor performance, laziness or other character flaws and that as such he should be entitled to whatever disability the employer offered.

At the present time his symptoms remain about the same. He continues to have marked activity limitation. He is up and around two a day. He has severe fatigue, exhaustion, post-exertional malaise, impaired memory and concentration, muscle pain, joint pain, unrefreshing sleep and headache. His pattern of symptoms was not substantially improved with his Effexor and that has been tapered off and he has now started Wellbutrin. He continues to be depressed and upset about his current difficulties and I feel that much of this depression is secondary to the biologic illness causing his activity limitation, namely the orthostatic intolerance. He left work because of this illness on December 15th, although he struggled to stay doing his job for a prolonged time prior to this. At the present time he is completely and totally disabled and his prognosis is poor for recovery to a normal functional state. If you have any specific questions, please do not hesitate to call.

Very truly yours,

David S. Bell, M.D.

DSB:ds
Dictated, not read.

ML0420

040907018478

**Rochester General Hospital Laboratory**
Theodor K. Mayer, MD PhD

1425 Portland Ave.        MAIL
Rochester, NY 14621

CLINICAL LABORATORIES
Client Services
(585)922-4451

Partial Report

| COLLECTION DATE & TIME | | ACCESSION NUMBER | LOCATION |
|---|---|---|---|
| 08/05/2004 09:35 | 08/06/2004 03:40 | 20052983 | RMDO |

PHYSICIAN

PATIENT INFORMATION

BELL, DAVID S
77 SOUTH MAIN STREET
BOX 495
LYNDONVILLE NY 14098

MAIL

MAGEE, JOHN
MR# :R0000821034   SEX: M
DOB :12/07/1959   AGE: 44
CHART:NG           ADM: 08/05/04
PHONE: (585)624-9306

| TEST | FLAG | RESULTS | | REFERENCE RANGE |
|---|---|---|---|---|

Ordering Doctor: BELL, DAVID S
Copies to:     BALAJI, KARAI

| | FLAG | RESULTS | | REFERENCE RANGE |
|---|---|---|---|---|
| VIT B12 | | | | |
| Vitamin B12 Ref. Range:..pg/mL | | 576 | pg/mL | 220-1000 |
| Normal:................>220 | | | | |
| Indeterminant:........150-220 | | | | |
| Deficient...............<150 | | | | |
| FOLATE | | | | |
| Folate Ref. Range:..ng/mL | H | >24.0 | ng/mL | 3.0-16.0 |
| Normal:............>3.0 | | | | |
| Indeterminant:....1.5-3.0 | | | | |
| Deficient:.........<1.5 | | | | |
| **ENDOCRINE CHEMISTRY** | | | | |
| TSH | | 1.74 | uIU/mL | 0.35-5.50 |
| ANTI-TPO AB | | pend | IU | |
| ANTI-THYROGLOBULIN AB | | pend | IU | |
| TESTOSTERONE | | 419 | ng/dL | 300-1000 |
| **IMMUNOLOGY** | | | | |
| ANA SCREEN | | pend | | |
| IGA | | pend | mg/dL | |
| **REFERENCE LAB** | | | | |
| GLIADIN ANTIBODY IGG      a | | pend | | |
| GLIADIN ANTIBODY IGA      a | | pend | | |
| RETICULIN AB,IGA SCREEN   a | | pend | | |
| RETICULIN AB, IGA TITER   a | | pend | | |
| TRANSGLUTAMINASE AB,IGA   a | | pend | | |

Legend: L-Low   H-High   C-Critical   T-Toxic   X-absurd   AB-abnormal
Site codes: B-Lakeside    G-Genesee    R-RGH          W-Newark Wayne    a-ARUP
            156 West Ave  224 Alexander St  1425 Portland Ave  111 Driving Park Ave  500 Chipeta Way
            Brockport,NY  Rochester, NY  Rochester,NY  Newark, NY        Salt Lake City, UT
            PRINTED 08/06/2004 03:41                                    Page: 3 of 3

31259 (rev 7/99)

AUG 0 9 2004

ML0421

040907 018478

# ViaHealth

## Rochester General Hospital Laboratory
Theodor K. Mayer, MD PhD

1425 Portland Ave.        MAIL
Rochester, NY 14621

**Partial Report**

CLINICAL LABORATORIES
Client Services
(585)922-4451

| COLLECTION DATE & | | ACCESSION NUMBER | LOCATION |
|---|---|---|---|
| 08/05/2004 09:35 | 08/06/2004 03:40 | 20052983 | RMDO |

| PHYSICIAN | PATIENT INFORMATION |
|---|---|
| BELL, DAVID S 77 SOUTH MAIN STREET BOX 495 LYNDONVILLE NY 14098          MAIL | MAGEE, JOHN MR# :R0000821034  SEX: M DOB :12/07/1959  AGE: 44 CHART:NG ADM: 08/05/04 PHONE: (585)624-9306 |

| TEST | FLAG | RESULTS | | REFERENCE RANGE |
|---|---|---|---|---|

Ordering Doctor: BELL, DAVID S
Copies to:      BALAJI, KARAI

creatinine. A GFR less than 60 may alter clinical management
decisions. A GFR within the age-adjusted reference range
does not exclude kidney disease.

| TEST | FLAG | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| SODIUM | | 138 | mEq/L | 135-145 |
| POTASSIUM | | 4.3 | mEq/L | 3.5-5.0 |
| CHLORIDE | | 102 | mEq/L | 98-108 |
| CO2 | | 26 | mEq/L | 22-30 |
| ANION GAP | | 10 | mEq/L | 7-16 |
| CALCIUM | | 9.2 | mg/dL | 8.5-10.2 |
| TOTAL PROTEIN | | 7.3 | g/dL | 6.4-8.2 |
| ALBUMIN | | 4.4 | g/dL | 3.2-5.0 |
| GLOBULIN | | 2.9 | g/dL | 2.7-4.3 |
| ALK PHOS | | 98 | U/L | 30-135 |
| AST | | 35 | U/L | 7-37 |
| ALT | H | 75 | U/L | 20-65 |
| BILI, TOTAL | | 0.6 | mg/dL | 0.0-1.0 |
| CHOLESTEROL | H | 204 | mg/dL | 100-200 |
| TRIGLYCERIDES | H | 260 | mg/dL | 30-190 |
| HDL CHOLESTEROL | | 48 | mg/dL | 35-130 |
| LDL (calc) | | 104 | mg/dL | 65-130 |
| CHOL/HDL RATIO | | 4.3 | | |

| CHD Risk Group | CHOL/HDL RATIO Men | Women |
|---|---|---|
| Lowest | <3.8 | <2.9 |
| Low | 3.8-4.7 | 2.9-3.6 |
| Moderate | 4.8-5.9 | 3.7-4.6 |
| High | >5.9 | >4.6 |

Legend: L-Low   H-High   C-Critical   T-Toxic   X-absurd   AB-abnormal

| Site codes: | B-Lakeside | G-Genesee | R-RGH | W-Newark Wayne | a-ARUP |
|---|---|---|---|---|---|
| | 156 West Ave | 224 Alexander St | 1425 Portland Ave | 111 Driving Park Ave | 500 Chipeta Way |
| | Brockport,NY | Rochester, NY | Rochester,NY | Newark, NY | Salt Lake City, UT |

PRINTED 08/06/2004 03:41                    Page: 2 of 3

31259 (rev 7/99)

ML0422

04090701847B

**Rochester General Hospital Laboratory**
Theodor K. Mayer, MD PhD

1425 Portland Ave.        **MAIL**
Rochester, NY 14621

CLINICAL LABORATORIES
Client Services
(585) 922-4451

*Partial Report*



| COLLECTION DATE & TIME | | ACCESSION NUMBER | LOCATION |
|---|---|---|---|
| 08/05/2004 09:35 | 08/06/2004 03:40 | 20052983 | RMDO |

PHYSICIAN

BELL, DAVID S
77 SOUTH MAIN STREET
BOX 495
LYNDONVILLE NY 14098
                    MAIL

PATIENT INFORMATION

MAGEE, JOHN
MR# :R0000821034  SEX: M
DOB :12/07/1959  AGE: 44
CHART:NG         ADM: 08/05/04
PHONE:(585)624-9306

| TEST | FLAG | RESULTS | | REFERENCE RANGE |
|---|---|---|---|---|

Ordering Doctor: BELL, DAVID S
Copies to:       BALAJI, KARAI

**HEMATOLOGY**
**CBC/ROUTINE HEMATOLOGY**

| Test | Flag | Result | Units | Reference Range |
|---|---|---|---|---|
| WBC | | 6.9 | 10^3/uL | 4.0-11.0 |
| RBC | | 4.91 | 10^6/uL | 4.40-6.20 |
| HGB | | 14.4 | g/dL | 13.0-18.0 |
| HCT | | 43 | % | 40-52 |
| MCV | | 88 | fL | 80-100 |
| MCH | | 29.3 | pg | 26.0-34.0 |
| MCHC | | 33.5 | g/dL | 32.0-36.0 |
| RDW | | 11.6 | % | 0.0-15.2 |
| PLATELET COUNT | | 210 | 10^3/uL | 150-450 |
| SEDIMENTATION RATE | | 14 | mm/hr | 0-15 |
| **WBC DIFFERENTIAL** | | | | |
| NEUTROPHILS | | 64 | % | 45-75 |
| LYMPHOCYTES | | 26 | % | 15-45 |
| MONOCYTES | | 7 | % | 0-15 |
| EOSINOPHILS | | 2 | % | 0-5 |
| BASOPHILS | | 1 | % | 0-3 |
| NEUTROPHIL # | | 4.4 | 10^3/uL | 1.8-8.0 |
| LYMPHOCYTE # | | 1.8 | 10^3/uL | 1.0-4.8 |
| MONOCYTE # | | 0.5 | 10^3/uL | 0.1-1.0 |
| EOSINOPHIL # | | 0.1 | 10^3/uL | 0.0-0.6 |
| BASOPHIL # | | 0.1 | 10^3/uL | 0.0-0.2 |
| **CHEMISTRY** | | | | |
| **GENERAL CHEMISTRY** | | | | |
| GLUCOSE | H | 120 | mg/dL | 65-110 |
| BUN | | 13 | mg/dL | 8-20 |
| CREATININE | | 1.1 | mg/dL | 0.7-1.4 |
| GFR CAUCASIAN | | 77 | mL/min | 63-147 |
| GFR BLACK | | 94 | mL/min | 63-147 |

For both GFR CAUCASIAN and GFR BLACK, the accuracy of the GFR
calculation is contingent on a stable level of serum

Legend: L-Low  H-High  C-Critical  T-Toxic  X-absurd  AB-abnormal

Site codes: B-Lakeside    G-Genesee      R-RGH           W-Newark Wayne      a-ARUP
            156 West Ave  224 Alexander St  1425 Portland Ave  111 Driving Park Ave  500 Chipeta Way
            Brockport,NY  Rochester, NY    Rochester,NY     Newark, NY          Salt Lake City, UT

PRINTED 08/06/2004 03:41                              Page: 1 of 3

31259 (rev 7/99)

ML0423

# viaHealth

Rochester General Hospital Laboratory
Theodor K. Mayer, MD PhD

1425 Portland Ave.        MAIL
Rochester, NY 14621

04090701847B

## Partial Report

CLINICAL LABORATORIES
Client Services 4451

| COLLECTION DATE & TIME | REPORT DATE | ACCESSION NUMBER | LOCATION |
|---|---|---|---|
| 08/05/2004 09:35 | 08/09/2004 03:40 | 20052983 | RMDO |

| PHYSICIAN | PATIENT INFORMATION |
|---|---|
| BELL, DAVID S 77 SOUTH MAIN STREET BOX 495 LYNDONVILLE NY 14098          MAIL | MAGEE, JOHN MR# :R0000821034 SEX: M DOB :12/07/1959 AGE: 44 CHART:NG              ADM: 08/05/04 PHONE:(585)624-9306 |

| Ordering Doctor: BELL, DAVID S | FLAG | RESULTS | | REFERENCE RANGE |
|---|---|---|---|---|

Copies to:      BALAJI, KARAI

| | | | | |
|---|---|---|---|---|
| **HEMATOLOGY** | | | | |
| **CBC/ROUTINE HEMATOLOGY** | | | | |
| WBC | | 6.9 | 10^3/uL | 4.0-11.0 |
| RBC | | 4.91 | 10^6/uL | 4.40-6.20 |
| HGB | | 14.4 | g/dL | 13.0-18.0 |
| HCT | | 43.7 | % | 40-52 |
| MCV | | 88 | fL | 80-100 |
| MCH | | 29.3 | pg | 26.0-34.0 |
| MCHC | | 33.5 | g/dL | 32.0-36.0 |
| RDW | | 11.6 | % | 0.0-15.2 |
| | | | | |
| PLATELET COUNT | | 210 | 10^3/uL | 150-450 |
| | | | | |
| SEDIMENTATION RATE | | 14 | mm/hr | 0-15 |
| **WBC DIFFERENTIAL** | | | | |
| NEUTROPHILS | | 64 | % | 45-75 |
| LYMPHOCYTES | | 26 | % | 15-45 |
| MONOCYTES | | 7 | % | 0-15 |
| EOSINOPHILS | | 2 | % | 0-5 |
| BASOPHILS | | 1 | % | 0-3 |
| NEUTROPHIL # | | 4.4 | 10^3/uL | 1.8-8.0 |
| LYMPHOCYTE # | | 1.8 | 10^3/uL | 1.0-4.8 |
| MONOCYTE # | | 0.5 | 10^3/uL | 0.1-1.0 |
| EOSINOPHIL # | | 0.1 | 10^3/uL | 0.0-0.6 |
| BASOPHIL # | | 0.1 | 10^3/uL | 0.0-0.2 |
| **CHEMISTRY** | | | | |
| **GENERAL CHEMISTRY** | | | | |
| GLUCOSE | H | 120 | mg/dL | 65-110 |
| BUN | | 13 | mg/dL | 8-20 |
| CREATININE | | 1.1 | mg/dL | 0.7-1.4 |
| GFR CAUCASIAN | | 77 | mL/min | 63-147 |
| GFR BLACK | | 94 | mL/min | 63-147 |

    For both GFR CAUCASIAN and GFR BLACK, the accuracy of the GFR
    calculation is contingent on a stable level of serum

Legend: L-Low   H-High   C-Critical   T-Toxic   X-absurd   AB-abnormal

| Site codes: B-Lakeside | G-Genesee | R-RGH | W-Newark Wayne | a-ARUP |
|---|---|---|---|---|
| 156 West Ave | 224 Alexander St | 1425 Portland Ave | 111 Driving Park Ave | 500 Chipeta Way |
| Brockport,NY | Rochester, NY | Rochester,NY | Newark, NY | Salt Lake City, UT |

31259 (rev 7/99)

AUG 10 2004

ML0424

**viaHealth**

Rochester General Hospital Laboratory
Theodor K. Mayer, MD PhD

1425 Portland Ave.                MAIL
Rochester, NY 14621

## Partial Report

| | COLLECTION DATE & TIME | REPORT DATE | ACCESSION NUMBER | LOCATION |
|---|---|---|---|---|
| CLINICAL LABORATORIES<br>Client Services - 4451 | 08/05/2004<br>09:35 | 08/09/2004<br>03:40 | 20052983 | RMDO |

| PHYSICIAN | PATIENT INFORMATION |
|---|---|
| BELL, DAVID S<br>77 SOUTH MAIN STREET<br>BOX 495<br>LYNDONVILLE NY 14098<br>MAIL | MAGEE, JOHN<br>MR#  :R000821034  SEX: M<br>DOB  :12/07/1959  AGE: 44<br>CHART:NG           ADM: 08/05/04<br>PHONE:(585)624-9306 |

| TEST | FLAG | RESULTS | | REFERENCE RANGE |
|---|---|---|---|---|
| Ordering Doctor: BELL, DAVID S | | | | |

Copies to:    BALAJI, KARAI

creatinine. A GFR less than 60 may alter clinical management
decisions. A GFR within the age-adjusted reference range
does not exclude kidney disease.

| TEST | FLAG | RESULTS | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| SODIUM | | 138 | mEq/L | 135-145 |
| POTASSIUM | | 4.3 | mEq/L | 3.5-5.0 |
| CHLORIDE | | 102 | mEq/L | 98-108 |
| CO2 | | 26 | mEq/L | 22-30 |
| ANION GAP | | 10 | mEq/L | 7-16 |
| CALCIUM | | 9.2 | mg/dL | 8.5-10.2 |
| TOTAL PROTEIN | | 7.3 | g/dL | 6.4-8.2 |
| ALBUMIN | | 4.4 | g/dL | 3.2-5.0 |
| GLOBULIN | | 2.9 | g/dL | 2.7-4.3 |
| ALK PHOS | | 98 | U/L | 30-135 |
| AST | | 35 | U/L | 7-37 |
| ALT | H | 75 | U/L | 20-65 |
| BILI, TOTAL | | 0.6 | mg/dL | 0.0-1.0 |
| CHOLESTEROL | H | 204 | mg/dL | 100-200 |
| TRIGLYCERIDES | H | 260 | mg/dL | 30-190 |
| HDL CHOLESTEROL | | 48 | mg/dL | 35-130 |
| LDL (calc) | | 104 | mg/dL | 65-130 |
| CHOL/HDL RATIO | | 4.3 | | |

```
          CHD    CHOL/HDL RATIO
Risk Group   Men     Women
----------   ---     -----
Lowest      <3.8     <2.9
Low         3.8-4.7  2.9-3.6
Moderate    4.8-5.9  3.7-4.6
High        >5.9     >4.6
```

Legend: L-Low   H-High   C-Critical   T-Toxic   X-absurd   AB-abnormal

Site codes: B-Lakeside    G-Genesee      R-RGH       W-Newark Wayne      a-ARUP
             156 West Ave   224 Alexander St  1425 Portland Ave  111 Driving Park Ave   500 Chipeta Way
             Brockport,NY    Rochester, NY    Rochester, NY     Newark, NY           Salt Lake City, UT

PRINTED 08/09/2004 03:41                              Page: 2 of 3

31259 (rev 7/99)

ML0425

# viaHealth

**Rochester General Hospital Laboratory**
Theodor K. Mayer, MD PhD

1425 Portland Ave.          MAIL
Rochester, NY 14621

## Partial Report

CLINICAL LABORATORIES
(585) 922-4451

| COLLECTION DATE & TIME | REPORT DATE | ACCESSION NUMBER | LOCATION |
|---|---|---|---|
| 08/05/2004 09:35 | 08/09/2004 03:40 | 20052983 | RMDO |

| PHYSICIAN | PATIENT INFORMATION |
|---|---|
| BELL, DAVID S<br>77 SOUTH MAIN STREET<br>BOX 495<br>LYNDONVILLE NY 14098        MAIL | MAGEE, JOHN<br>MR#  :R0000821034  SEX: M<br>DOB  :12/07/1959  AGE: 44<br>CHART:NG            ADM: 08/05/04<br>PHONE:(585)624-9306 |

| Ordering Doctor: BELL, DAVID S   FLAG | RESULTS | | REFERENCE RANGE |
|---|---|---|---|

Copies to:    BALAJI; KARAI

| | | | | |
|---|---|---|---|---|
| VIT B12 | | 576 | pg/mL | 220-1000 |
| Vitamin B12 Ref. Range:..pg/mL | | | | |
| Normal:.................>220 | | | | |
| Indeterminant:........150-220 | | | | |
| Deficient...............<150 | | | | |
| FOLATE | H | >24.0 | ng/mL | 3.0-16.0 |
| Folate Ref. Range:..ng/mL | | | | |
| Normal:.................>3.0 | | | | |
| Indeterminant:....1.5-3.0 | | | | |
| Deficient:..........<1.5 | | | | |
| **ENDOCRINE CHEMISTRY** | | | | |
| TSH | | 1.74 | uIU/mL | 0.35-5.50 |
| ANTI-TPO AB | | pend | IU | |
| ANTI-THYROGLOBULIN AB | | pend | IU | |
| TESTOSTERONE | | 419 | ng/dL | 300-1000 |
| **IMMUNOLOGY** | | | | |
| ANA SCREEN | | NEG | | (NEGATIVE) |
| IGA | | 353 | mg/dL | 60-360 |
| **SEROLOGY** | | | | |
| MONO TEST | | ordered | | |
| **REFERENCE LAB** | | | | |
| | | | | |
| GLIADIN ANTIBODY IGG   a | | pend | | |
| GLIADIN ANTIBODY IGA   a | | pend | | |
| RETICULIN AB, IGA SCREEN a | | pend | | |
| RETICULIN AB, IGA TITER a | | pend | | |
| | | | | |
| TRANSGLUTAMINASE AB,IGA a | | pend | | |

Legend: L-Low   H-High   C-Critical   T-Toxic   X-absurd   AB-abnormal

| Site codes: B-Lakeside | G-Genesee | R-RGH | W-Newark Wayne | a-ARUP |
|---|---|---|---|---|
| 156 West Ave | 224 Alexander St | 1425 Portland Ave | 111 Driving Park Ave | 500 Chipeta Way |
| Brockport, NY | Rochester, NY | Rochester, NY | Newark, NY | Salt Lake City, UT |

PRINTED 08/09/2004 03:41                        Page: 3 of 3

31259 (rev 7/99)

ML0426

04090T-010478

77 SOUTH MAIN STREET
LYNDONVILLE, NEW YORK 14098

## Chronic Fatigue Syndrome Follow-up Form

Name: _John Magel_          Date: _July 13 '04_

1. Global Impression of Severity: Please check the level which most applies to you in the past 2 weeks.

_____ 1. I feel well and vigorous, and have normal daily activity.
_____ 2. I feel mildly ill, and have some restriction of activity due to fatigue.
_____ 3. I feel moderately ill, and my activity is restricted on a daily basis.
_____ 4. I feel quite ill much of the time, and my activity is quite restricted.
__X__ 5. I feel very ill, and my activity is severely restricted.
_____ 6. I feel extremely ill, and rarely get out of bed.

_Transfer Factor_

2. Please list all medications you are taking:

1. Wellbutrin
2. Lexapro
3. Clonipin
4. Midodrine
5. Cosopt

6. Vicodin
7.
8.
9.
10.

3. Since your last visit here, have you been diagnosed with any other illnesses? _NO_
    If yes, please describe:

4. Daily Activity:  Please list the number of hours spent in each of the following categories for an average
    day during the past week (total should add to 24 hours):

a) Total hours sleeping:                                    _14_

b) Rest, but not sleeping:
    (resting, watching TV, light reading, etc)            _8_

c) Light to moderate activity:
    (shopping, housework, meals, etc):                    _2_

d) Vigorous activity
    (exercise, heavy cleaning, sports, etc):             _0_
                                                        24 hours

e) How many hours could you be out of the house at any one time on average during the past 2 weeks?

    _1_ hours

ML0427

5. Symptom Severity: For each of the following symptoms please mark the scale that most closely correlates with the degree of the symptom over the past week.

Fatigue or exhaustion: 

Impaired memory or concentration 

Sore throat: 

Tender lymph nodes: 

Muscle pain: 

Joint pain: 

Headache: 

Unrefreshing sleep: 

Malaise or exhaustion after exertion: 

ML0428

**7. Activity Estimate:** Please estimate your overall activity in the past month as to what your activity would be if you were well.

Please circle one:   (10%)   20%   30%   40%   50%   60%   70%   80%   90%   100%

**8. Wood Mental Fatigue Inventory** (*Br J Clin Psych* 1993;32:375-9.) In the past week, how much have you been bothered by each of the following? Please circle the appropriate number.

|  | Not at all | A little | Somewhat | Quite a lot | Very much |
|---|---|---|---|---|---|
| 1. Spells of confusion | 0 | 1 | 2 | (3) | 4 |
| 2. Thoughts getting mixed up | 0 | 1 | 2 | (3) | 4 |
| 3. Poor concentration | 0 | 1 | 2 | (3) | 4 |
| 4. Can't easily make decisions | 0 | 1 | 2 | (3) | 4 |
| 5. Poor memory for recent events | 0 | 1 | 2 | (3) | 4 |
| 6. Can't take things in when speaking to people | 0 | 1 | 2 | (3) | 4 |
| 7. Thoughts are slow | 0 | 1 | 2 | (3) | 4 |
| 8. Muzzy or foggy head | 0 | 1 | 2 | (3) | 4 |
| 9. Can't find the right words | 0 | 1 | 2 | 3 | (4) |

**9. Epworth Sleepiness Scale:** (Johns MW. *Sleep* 1991;14:540-545) Over the past few weeks, how likely are you to doze or fall asleep in the following situations, in contrast to feeling just tired?

| Situation | would never doze | slight chance of dozing | moderate chance | high chance |
|---|---|---|---|---|
| Sitting and reading | (0) | 1 | 2 | 3 |
| Watching TV | (0) | 1 | 2 | 3 |
| Sitting (inactive) in public | (0) | 1 | 2 | 3 |
| As a passenger in a car for one hour without a break | (0) | 1 | 2 | 3 |
| Lying down to rest in the afternoon | 0 | (1) | 2 | 3 |
| Sitting and talking to someone | (0) | 1 | 2 | 3 |
| Sitting quietly after lunch without alcohol | (0) | 1 | 2 | 3 |
| In a car, while stopped for a few minutes in traffic | (0) | 1 | 2 | 3 |

ML0429

6. Fatigue Impact Scale. [Fisk JD and co-workers. C I D.1994;18(Suppl 1):S79-S83.] The following statements are designed to determine how much impact fatigue has had on your life in the past month. Please indicate the most appropriate response for each statement below by circling 0 for no impact, 1 for slight impact, 2 for moderate impact, 3 for a big impact; and 4 for a very severe impact or problem.

| Statement | | | | | |
|---|---|---|---|---|---|
| 1. I feel less alert. | 0 | 1 | (2) | 3 | 4 |
| 2. I am more isolated from social contact. | 0 | 1 | 2 | (3) | 4 |
| 3. I have to reduce my workload or responsibilities. | 0 | 1 | 2 | 3 | (4) |
| 4. I am more moody. | 0 | 1 | 2 | 3 | (4) |
| 5. I have difficulty paying attention for a long period. | 0 | 1 | 2 | (3) | 4 |
| 6. I feel like I cannot think clearly. | 0 | 1 | 2 | 3 | (4) |
| 7. I work less effectively (work inside or outside the home). | 0 | 1 | 2 | 3 | (4) |
| 8. I have to rely more on others to help me or do things for me. | 0 | 1 | 2 | (3) | 4 |
| 9. I have difficulties planning activities ahead of time. | 0 | 1 | 2 | (3) | 4 |
| 10. I am more clumsy and uncoordinated. | 0 | 1 | (2) | 3 | 4 |
| 11. I find that I am more forgetful. | 0 | 1 | 2 | (3) | 4 |
| 12. I am more irritable and more easily angered. | 0 | 1 | 2 | (3) | 4 |
| 13. I have to be careful about pacing my physical activities. | 0 | 1 | 2 | 3 | (4) |
| 14. I am less motivated to do anything that requires physical effort. | 0 | 1 | 2 | (3) | 4 |
| 15. I am less motivated to engage in social activities. | 0 | 1 | 2 | (3) | 4 |
| 16. My ability to travel outside my home is limited. | 0 | 1 | 2 | (3) | 4 |
| 17. I have trouble maintaining physical effort for long periods | 0 | 1 | 2 | 3 | (4) |
| 18. I find it difficult to make decisions. | 0 | 1 | 2 | (3) | 4 |
| 19. I have few social contacts outside of my own home. | 0 | 1 | 2 | (3) | 4 |
| 20. Normal day-to-day events are stressful for me. | 0 | 1 | 2 | (3) | 4 |
| 21. I am less motivated to do anything that requires thinking. | 0 | 1 | 2 | (3) | 4 |
| 22. I avoid situations that are stressful for me. | 0 | 1 | (2) | 3 | 4 |
| 23. My muscles feel much weaker than they should. | 0 | 1 | 2 | (3) | 4 |
| 24. My physical discomfort is increased. | 0 | 1 | 2 | 3 | (4) |
| 25. I have difficulty dealing with anything new. | 0 | 1 | 2 | (3) | 4 |
| 26. I am less able to finish tasks that require thinking. | 0 | 1 | 2 | (3) | 4 |
| 27. I feel unable to meet the demands that people place on me. | 0 | 1 | 2 | 3 | (4) |
| 28. I am less able to provide financial support for myself and my family. | 0 | 1 | 2 | 3 | (4) |
| 29. I engage in less sexual activity. | 0 | (1) | 2 | 3 | 4 |
| 30. I find it difficult to organize my thoughts when I am doing things. | 0 | 1 | 2 | (3) | 4 |
| 31. I am less able to complete tasks that require physical effort. | 0 | 1 | 2 | 3 | (4) |
| 32. I worry about how I look to other people. | 0 | 1 | (2) | 3 | 4 |
| 33. I am less able to deal with emotional issues. | 0 | 1 | 2 | (3) | 4 |
| 34. I feel slowed down in my thinking. | 0 | 1 | 2 | (3) | 4 |
| 35. I find it hard to concentrate. | 0 | 1 | 2 | 3 | (4) |
| 36. I have difficulty participating fully in family activities. | 0 | 1 | 2 | 3 | (4) |
| 37. I have to limit my physical activities. | 0 | 1 | 2 | 3 | (4) |
| 38. I require more frequent and longer periods of rest. | 0 | 1 | 2 | 3 | (4) |
| 39. I am not able to provide as much emotional support to my family. | 0 | 1 | 2 | 3 | (4) |
| 40. Minor difficulties seem like major difficulties. | 0 | 1 | 2 | (3) | 4 |

ML0430

77 SOUTH MAIN STREET
LYNDONVILLE, NEW YORK 14098

## Chronic Fatigue Syndrome Follow-up Form

Name: *Ann Magee*                    Date: *5/18/04*

<u>1. Global Impression of Severity:</u> Please check the level which most applies to you in the past 2 weeks.

_____ 1. I feel well and vigorous, and have normal daily activity.
_____ 2. I feel mildly ill, and have some restriction of activity due to fatigue.
_____ 3. I feel moderately ill, and my activity is restricted on a daily basis.
_____ 4. I feel quite ill much of the time, and my activity is quite restricted.
__X__ 5. I feel very ill, and my activity is severely restricted.
_____ 6. I feel extremely ill, and rarely get out of bed.

<u>2. Please list all medications you are taking:</u>

1. Klonapin                    6. Vicodin
2. Lexapro                     7.
3. Lipitor                     8.
4. Wellbutrin XR               9.
5. Cosopt                      10.

<u>3. Since your last visit here, have you been diagnosed with any other illnesses?</u>  no
    If yes, please describe:

4. <u>Daily Activity:</u>  Please list the number of hours spent in each of the following categories for an average
    day during the past week (total should add to 24 hours):

a) Total hours sleeping:                    ~~12~~ 11

b) Rest, but not sleeping:
    (resting, watching TV, light reading, etc)        11

c) Light to moderate activity:
    (shopping, housework, meals, etc):            2

d) Vigorous activity
    (exercise, heavy cleaning, sports, etc):        Ø
                                        24 hours

e) How many hours could you be out of the house <u>at any one time on average</u> during the past 2 weeks?

    ~2 hours

ML0431

**5. Symptom Severity:** For each of the following symptoms please mark the scale that most closely correlates with the degree of the symptom over the past week.

Fatigue or exhaustion:



Impaired memory or concentration



Sore throat:



Tender lymph nodes:



Muscle pain:



Joint pain:



Headache:



Unrefreshing sleep:



Malaise or exhaustion after exertion:



ML0432

**7. Activity Estimate:** Please estimate your overall activity in the past month as to what your activity would be if you were well.

Please circle one:    (10%)    20%    30%    40%    50%    60%    70%    80%    90%    100%

**8. Wood Mental Fatigue Inventory** (*Br J Clin Psych* 1993; 32:375-9.)  In the past week, how much have you been bothered by each of the following? Please circle the appropriate number.

|  | Not at all | A little | Somewhat | Quite a lot | Very much |
|---|---|---|---|---|---|
| 1. Spells of confusion | 0 | 1 | 2 | (3) | 4 |
| 2. Thoughts getting mixed up | 0 | 1 | 2 | (3) | 4 |
| 3. Poor concentration | 0 | 1 | 2 | (3) | 4 |
| 4. Can't easily make decisions | 0 | 1 | 2 | (3) | 4 |
| 5. Poor memory for recent events | 0 | 1 | 2 | 3 | (4) |
| 6. Can't take things in when | | | | | |
|    speaking to people | 0 | 1 | 2 | (3) | 4 |
| 7. Thoughts are slow | 0 | 1 | 2 | (3) | 4 |
| 8. Muzzy or foggy head | 0 | 1 | 2 | (3) | 4 |
| 9. Can't find the right words | 0 | 1 | 2 | 3 | (4) |

**9. Epworth Sleepiness Scale:** (Johns MW. *Sleep* 1991;14:540-545)  Over the past few weeks, how likely are you to doze or fall asleep in the following situations, in contrast to feeling just tired?

| Situation | would never doze | slight chance of dozing | moderate chance | high chance |
|---|---|---|---|---|
| Sitting and reading | (0) | 1 | 2 | 3 |
| Watching TV | (0) | 1 | 2 | 3 |
| Sitting (inactive) in public | (0) | 1 | 2 | 3 |
| As a passenger in a car for one hour without a break | (0) | 1 | 2 | 3 |
| Lying down to rest in the afternoon | 0 | 1 | (2) | 3 |
| Sitting and talking to someone | (0) | 1 | 2 | 3 |
| Sitting quietly after lunch without alcohol | (0) | 1 | 2 | 3 |
| In a car, while stopped for a few minutes in traffic | (0) | 1 | 2 | 3 |

ML0433

**6. Fatigue Impact Scale.** [Fisk JD and co-workers. C I D.1994;18(Suppl 1):S79-S83.] The following statements are designed to determine how much impact fatigue has had on your life in the past month. Please indicate the most appropriate response for each statement below by circling 0 for no impact, 1 for slight impact, 2 for moderate impact, 3 for a big impact; and 4 for a very severe impact or problem.

| | 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| 1. I feel less alert. | 0 | 1 | (2) | 3 | 4 |
| 2. I am more isolated from social contact. | 0 | 1 | 2 | (3) | 4 |
| 3. I have to reduce my workload or responsibilities. | 0 | 1 | 2 | 3 | (4) |
| 4. I am more moody. | 0 | 1 | 2 | (3) | 4 |
| 5. I have difficulty paying attention for a long period. | 0 | 1 | 2 | (3) | 4 |
| 6. I feel like I cannot think clearly. | 0 | 1 | 2 | 3 | (4) |
| 7. I work less effectively (work inside or outside the home). | 0 | 1 | 2 | 3 | (4) |
| 8. I have to rely more on others to help me or do things for me. | 0 | 1 | 2 | 3 | (4) |
| 9. I have difficulties planning activities ahead of time. | 0 | 1 | 2 | 3 | (4) |
| 10. I am more clumsy and uncoordinated. | 0 | 1 | 2 | (3) | 4 |
| 11. I find that I am more forgetful. | 0 | 1 | 2 | 3 | (4) |
| 12. I am more irritable and more easily angered. | 0 | 1 | 2 | (3) | 4 |
| 13. I have to be careful about pacing my physical activities. | 0 | 1 | 2 | 3 | (4) |
| 14. I am less motivated to do anything that requires physical effort. | 0 | 1 | 2 | (3) | 4 |
| 15. I am less motivated to engage in social activities. | 0 | 1 | 2 | (3) | 4 |
| 16. My ability to travel outside my home is limited. | 0 | 1 | 2 | (3) | 4 |
| 17. I have trouble maintaining physical effort for long periods | 0 | 1 | 2 | 3 | (4) |
| 18. I find it difficult to make decisions. | 0 | 1 | 2 | (3) | 4 |
| 19. I have few social contacts outside of my own home. | 0 | 1 | 2 | (3) | 4 |
| 20. Normal day-to-day events are stressful for me. | 0 | (1) | 2 | 3 | 4 |
| 21. I am less motivated to do anything that requires thinking. | 0 | 1 | 2 | (3) | 4 |
| 22. I avoid situations that are stressful for me. | 0 | (1) | 2 | 3 | 4 |
| 23. My muscles feel much weaker than they should. | 0 | 1 | 2 | (3) | 4 |
| 24. My physical discomfort is increased. | 0 | 1 | 2 | 3 | (4) |
| 25. I have difficulty dealing with anything new. | 0 | (1) | 2 | 3 | 4 |
| 26. I am less able to finish tasks that require thinking. | 0 | 1 | 2 | (3) | 4 |
| 27. I feel unable to meet the demands that people place on me. | 0 | 1 | 2 | (3) | 4 |
| 28. I am less able to provide financial support for myself and my family. | 0 | 1 | 2 | 3 | (4) |
| 29. I engage in less sexual activity. | 0 | 1 | (2) | 3 | 4 |
| 30. I find it difficult to organize my thoughts when I am doing things. | 0 | 1 | 2 | (3) | 4 |
| 31. I am less able to complete tasks that require physical effort. | 0 | 1 | 2 | 3 | (4) |
| 32. I worry about how I look to other people. | 0 | (1) | 2 | 3 | 4 |
| 33. I am less able to deal with emotional issues. | 0 | (1) | 2 | 3 | 4 |
| 34. I feel slowed down in my thinking. | 0 | 1 | 2 | (3) | 4 |
| 35. I find it hard to concentrate. | 0 | 1 | 2 | (3) | 4 |
| 36. I have difficulty participating fully in family activities. | 0 | 1 | 2 | (3) | 4 |
| 37. I have to limit my physical activities. | 0 | 1 | 2 | 3 | (4) |
| 38. I require more frequent and longer periods of rest. | 0 | 1 | 2 | 3 | (4) |
| 39. I am not able to provide as much emotional support to my family. | 0 | 1 | 2 | 3 | (4) |
| 40. Minor difficulties seem like major difficulties. | 0 | (1) | 2 | 3 | 4 |

ML0434

LC of Visit: 2/25/04    NAME: Magee, John

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY 14098
716-765-2060

:C: 444

.ed. Allergies: Codeine, Iodine

Meds: See med list

**PMH:** CAD/HTN/COPD/CVA/DM/Epilepsy/RA/Osteoarthritis/None
Other:

CC: CFS up

**HPI:**

Overall about the same Emotionally - by psychist - Dr. Tasiot; Stopped eexcept for Wellbutrin

Work - fired. appeals in progress. Last paycheck tomorrow.  PICC line now out - was looking

| Looks Well: | Mildly Ill: | Toxic: | **PSH:** CABG/Appendectomy/GB/Hysterectomy/Hernia Repair/Tubal Ligation/None |
|---|---|---|---|

**ROS:** ☐ Old chart reviewed.  ☐ ROS unobtainable.

Other:

3 wks without PICC line

| Constitutional–Fever/Chills/Weakness | GU–Dysuria/Frequency/Urgency |
|---|---|
| HEENT–Visual Changes/Earache/Sore Throat | Neuro–Altered level of Consciousness/Seizure/Dizziness/LOC/Focal Weakness |
| Respiratory–Cough/Production/Wheezing/SOB | Skin–Rash/Ulcer |
| CVS–Chest Pain/Edema/Palpitations | Musculoskeletal– Myalgias/Arthralgias/Neck Pain/Back Pain |
| GI–Abdominal Pain/Nausea/Vomiting/Diarrhea/Constipation | Psychiatric–Anxiety/Depression/Suicidal Ideation/Homicidal Ideation |
| Other: | |

**SH:** Alcohol Abuse/Tobacco Abuse/Substance Abuse/None

Other:

**PE-**

| General- ✓ | Normal |
|---|---|
| Head- ✓ | Normal |
| Eyes/Ears- ✓ | Normal |
| Nose/Throat- ✓ | Normal |
| Neck- ✓ | Normal |
| CVS- ✓ | Normal |
| Lung/Chest- ✓ | Normal |
| Abdominal/Rectal- ✓ | Normal |
| Extremities- | Normal |
| Neuro- | Normal |
| Skin- | Normal |

WT: 244 lbs.    HT:    R: 20

T: 97.0    P: 84    BP: 108/68

**FH:** CAD/COPD/DM/HTN/CVA/None

Other:

**Td:** UTD/Noncurrent/N/A

**LMP:** Postmenopausal/ N/A

LAB/ XRAY / EKG

**Assessment and Plan/Re-Assessment/Procedures**

little decdated

depression
difford dace intolerance
hypovolemia

**RETURN**
Discussion Held  (Time)

ML0435

Date of Visit:
Age:
Med. Allergies:
Meds:

NAME: Magee, John

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY 14098
716-765-2060
CVA/DM/Epilepsy/RA

CC:
HPI:

Date **2-3-04**                Time 10$^{18}$   ☒AM  ☐PM
Patient **Magee, John        624-9306**
Caller    **Sue Keenan      - PHI**
Complaint          **423-9580**                Same ☐

**PICC line came out 2-3-04**

Response
**12-24-03 - 30 bags dispensed   2-3-04  24 Bags IV fluid left**
**Concern is pt infusing regularly**
Rx **Advised Dr Bell out of town until 2-9-04 —**
**Will discuss c̄ him next Monday. P Corso**

Looks W
ROS:

| Constitutional-Fever/Chills/Weakness | GU-Dysuria/Frequency/Urgency | |
| HEENT-Visual Changes/Earache/Sore Throat | Neuro-Altered level of Consciousness/Seizure/Dizziness/LOC/Focal Weakness | |
| Respiratory-Cough/Production/Wheezing/SOB | Skin-Rash/Ulcer | |
| CVS-Chest Pain/Edema/Palpations | Musculoskeletal- Myalgias/Arthralgias/Neck Pain/Back Pain | SH: Alcohol Abuse/Tobacco Abuse/Substance Abuse/None |
| GI-Abdominal Pain/Nausea/Vomiting/Diarrhea/Constipation | Psychiatric-Anxiety/Depression/Suicidal Ideation/Homicidal Ideation | Other: |
| Other: **2-9-04 - Advised pt we will discuss replacement of PICC line @ next ov @ the end of this month** | | |

PE:

| General- | Normal | WT:        HT:      R: |
| Head- | Normal | T:    P:     BP: |
| Eyes/Ears- | Normal | FH: CAU/COPD/DM/HTN/CVA/None |
| Nose/Throat- | Normal | Other: |
| Neck- | Normal | |
| CVS- | Normal | |
| Lung/Chest- | Normal | Td: OTD/Remcurrent/N/A |
| Abdominal/Rectal- | Normal | LMP: Postmenopausal/N/A |
| Extremities- | Normal | LAB/ XRAY / EKG |
| Neuro- | Normal | |
| Skin- | Normal | |

**Assessment and Plan/Re-Assessment/Procedures**

RETURN
Discussion Held (Time)

ML0436

David S. Bell, M.D.
77 South Main Street
Lyndonville, New York 14098

Telephone: (585) 765-2060

February 2, 2004

To Whom It May Concern:

Mr. John Magee was seen on January 26th of 2004 for a follow up of his chronic fatigue syndrome, idiopathic hypovolemia and orthostatic hypotension. He has been out of work now for over a month and has been confined to bed for many days at a time. His symptoms continue to show a complete disability but there is no change from the pattern that he has. I still feel that he has chronic fatigue syndrome and orthostatic intolerance and that the depression that he is experiencing is secondary to the medical condition that he has. At the present time the prognosis is uncertain. We will be evaluating this on a monthly basis. If there are any specific questions, please do not hesitate to call.

Very truly yours,

David S. Bell, M.D.

DSB:ds
Dictated, not read.

ML0437

Date of Visit: H2T 04/04/04  reviewed 1/26/04  NAME: MAGEE, John
Age:
Med. Allergies:

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY 14098
716-765-2060

Meds:

PMH: CAD/HTN/COPD/CVA/DM/Epilepsy/RA/
Osteoarthritis/None
Other:

CC: CFS rev

HPI:
Has not worked since last visit,
last wed had 3 days unable to
get out of bed. Out of Klonopin,
bad pain. Depression 1, decent day/week
1½ hr if takes a vicodin.

Looks Well:        Mildly Ill:        Toxic:

PSH: CABG/Appendectomy/GBI/Hysterectomy/Hernia Repair/
Tubal Ligation/None
Other:

ROS: ☑ Old chart reviewed.  ☐ ROS unobtainable.
Constitutional–Fever/Chills/Weakness        GU–Dysuria/Frequency/Urgency
HEENT–Visual Changes/Earache/Sore Throat    Neuro–Altered level of Consciousness/Seizure/
                                            Dizziness/LOC/Focal Weakness
Respiratory–Cough/Production/Wheeze/SOB     Skin–Rash/Ulcer
CVS–Chest Pain/Edema/Palpation  (SPF)       Musculoskeletal– Myalgias/Arthralgias/
                                            Neck Pain/Back Pain
GI–Abdominal Pain/Nausea/Vomiting/          Psychiatric–Anxiety/Depression/Suicidal Ideation
Diarrhea/Constipation                       Homicidal Ideation
Other:

SH: Alcohol Abuse/Tobacco Abuse/Substance Abuse/None
Other:

PE:  walks with difficulty
General– ✓                    Normal
Head– ✓                       Normal
Eyes/Ears– ✓                  Normal
Nose/Throat– ✓                Normal
Neck– ✓                       Normal
CVS– ✓                        Normal
Lung/Chest– ✓   PICC line     Normal
              site rev
Abdominal/Rectal– ✓           Normal
Extremities–                  Normal
Neuro–                        Normal
Skin–                         Normal

WT:          HT:        R:
T:      P:        BP:

FH: CAD/COPD/DM/HTN/CVA/None
Other:

Td:                    UTD/Noncurrent/N/A
LMP:                   Postmenopausal/N/A
LAB/ XRAY / EKG

Assessment and Plan/Re-Assessment/Procedures

CFS
Hypovolemia
Severe Pain

See Letter
Klonopin 0.5 bid #60 J6321041
Vicodin 10/500 1 PO TID #90
                              -DRF

RETURN
Discussion Held  (Time)

ML0438

Date of Visit: _____    NAME: _____

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY 14098
716-765-2060

Age: _____

Med. Allergies: _____

Meds: _____

**PMH:** CAD/HTN/COPD/CVA/DM/Epilepsy/RA/
Osteoarthritis/None
Other: _____

CC: _____

HPI: _____

_____

_____

_____

_____

_____

_____

Looks Well: _____    Mildly Ill: _____    Toxic: _____

**PSH:** CABG/Appendectomy/GBI/Hysterectomy/Hernia Repair/
Tubal Ligation/None
Other: _____

ROS: ☐ Old chart reviewed.    ☐ ROS unobtainable.

Constitutional– Fever/Chills/Weakness

GU– Dysuria/Frequency/Urgency

HEENT– Visual Changes/Earache/Sore Throat

Neuro– Altered level of Consciousness/Seizure/
Dizziness/LOC/Focal Weakness

Respiratory– Cough/Production/Wheezing/SOB

Skin– Rash/Ulcer

CVS– Chest Pain/Edema/Palpations

Musculoskeletal– Myalgias/Arthralgias/
Neck Pain/Back Pain

**SH:** Alcohol Abuse/Tobacco Abuse/Substance Abuse/None
Other: _____

GI– Abdominal Pain/Nausea/Vomiting/
Diarrhea/Constipation

Psychiatric– Anxiety/Depression/Suicidal Ideation
Homicidal Ideation

Other: _____

**PE:** _____

**WT:** _____    **HT:** _____    **R:** _____

General– _____ Normal

**T:** _____    **P:** _____    **BP:** _____

Head– _____ Normal

**FH:** CAD/COPD/DM/HTN/CVA/None
Other: _____

Eyes/Ears– _____ Normal

Nose/Throat– _____ Normal

Neck– _____ Normal

CVS– _____ Normal

Lung/Chest– _____ Normal

**Td:** _____    UTD/Noncurrent/N/A

Abdominal/Rectal– _____ Normal

**LMP:** _____    Postmenopausal/ N/A

Extremities– _____ Normal

LAB/ XRAY / EKG _____

Neuro– _____ Normal

Skin– _____ Normal

**Assessment and Plan/Re-Assessment/Procedures**

_____

_____

_____

_____

_____

RETURN _____

Discussion Held (Time) _____

ML0439

Date of Visit: 12/12/03     NAME: MAGEE, JOHN

Age: 44

Med. Allergies: Codeine     Iodine

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY 14098
716-765-2060

Meds: See Symp Rating Form

CC: CFS ✓

PMH: CAD/HTN/COPD/CVA/DM/Epilepsy/RA/
Osteoarthritis/None
Other:

HPI:

Was a little better with fluids. Last week was very active, could not work last week. Up + dressed usually by 11³⁰ off 5³⁰-6 Doe pages. Overdoes it — denied

Looks Well:     Mildly Ill:     Toxic:

PSH: CABG/Appendectomy/GB/Hysterectomy/Hernia Repair/
Tubal Ligation/None
Other:

ROS: ☐ Old chart reviewed.  ☐ ROS unobtainable.

No urgent suicide ideation

Constitutional—Fever/Chills/Weakness

GU—Dysuria/Frequency/Urgency

HEENT—Visual Changes/Earache/Sore Throat

Neuro—Altered level of Consciousness/Seizure/
Dizziness/LOC/Focal Weakness

Respiratory—Cough/Production/Wheezing/SOB

Skin—Rash/Ulcer

CVS—Chest Pain/Edema/Palpitations     SPF

Musculoskeletal— Myalgias/Arthralgias/
Neck Pain/Back Pain

SH: Alcohol Abuse/Tobacco Abuse/Substance Abuse/None
Other:

GI—Abdominal Pain/Nausea/Vomiting/
Diarrhea/Constipation

Psychiatric—Anxiety/Depression/Suicidal Ideation
Homicidal Ideation

Other:

PE: severe depression

General—

Head—     Normal

Eyes/Ears— ✓     Normal

Nose/Throat— ✓     Normal

Neck—     Normal

CVS—     Normal

Lung/Chest—     Normal

Abdominal/Rectal—     Normal

Extremities—     Normal

Neuro—     Normal

Skin—     Normal

WT: 254 lbs     HT:     R: 20

T: 95.7   P: 88     BP: 124/78

FH: CAD/COPD/DM/HTN/CVA/None
Other:

Td:     UTD/Noncurrent/N/A

LMP:     Postmenopausal/ N/A

LAB/ XRAY / EKG

Assessment and Plan/Re-Assessment/Procedures

CFS
severe depression
Different dc ✓

depression discussion in
detail
continue IV fluids

RETURN
Discussion Held (Time)     45 min

ML0440