Date of Visit: 11-13-03   NAME: Magee, John

Age:

Med. Allergies:

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY 14098
716-765-2060

Meds:

PMH: CAD/HTN/COPD/CVA/DM/Epilepsy/RA/
Osteoarthritis/None
Other:

CC: Per Dr Bell advised Mary B ē PHI that pt could

HPI: continue IV saline 0.9% 1 liter qd x 3 mo. Please

Looks Well:        Mildly Ill:        Toxic:

PSH: CABG/Appendectomy/GB/Hysterectomy/Hernia Repair/
Tubal Ligation/None
Other:

ROS: ☐ Old chart reviewed.   ☐ ROS unobtainable.

Constitutional—Fever/Chills/Weakness

GU—Dysuria/Frequency/Urgency

HEENT—Visual Changes/Earache/Sore Throat

Neuro—Altered level of Consciousness/Seizure/
Dizziness/LOC/Focal Weakness

Respiratory—Cough/Production/Wheezing/SOB

Skin—Rash/Ulcer

CVS—Chest Pain/Edema/Palpations

Musculoskeletal—Myalgias/Arthralgias/
Neck Pain/Back Pain

SH: Alcohol Abuse/Tobacco Abuse/Substance Abuse/None

GI—Abdominal Pain/Nausea/Vomiting/
Diarrhea/Constipation

Psychiatric—Anxiety/Depression/Suicidal Ideation
Homicidal Ideation

Other:

Other:

| PE: | |
|---|---|
| General– | Normal |
| Head– | Normal |
| Eyes/Ears– | Normal |
| Nose/Throat– | Normal |
| Neck– | Normal |
| CVS– | Normal |
| Lung/Chest– | Normal |
| Abdominal/Rectal– | Normal |
| Extremities– | Normal |
| Neuro– | Normal |
| Skin– | Normal |

WT:        HT:        R:

T:        P:        BP:

FH: CAD/COPD/DM/HTN/CVA/None
Other:

Td:        UTD/Noncurrent/N/A

LMP:        Postmenopausal/ N/A

LAB/ XRAY / EKG

Assessment and Plan/Re-Assessment/Procedures

RETURN

Discussion Held  (Time)

ML0441

Date of Visit: 10/24/03    NAME: Magee, John

Age: 43

Med. Allergies: Codeine, Iodine

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY 14098
716-765-2060

Meds: See Symptom Rating Form

PMH: CAD/HTN/COPD/CVA/DM/Epilepsy/RA/
Osteoarthritis/None
Other:

CC: CFS rev

HPI: Pain worse but getting through. Getting IV saline daily

Looks Well:    Mildly Ill:    Toxic:

PSH: CABG/Appendectomy/GB/Hysterectomy/Hernia Repair/
Tubal Ligation/None
Other:

ROS: ☐ Old chart reviewed. ☐ ROS unobtainable.

Constitutional—Fever/Chills/Weakness

GU—Dysuria/Frequency/Urgency

HEENT—Visual Changes/Earache/Sore Throat

Neuro—Altered level of Consciousness/Seizure/
Dizziness/LOC/Focal Weakness

Respiratory—Cough/Production/Wheezing/SOB

Skin—Rash/Ulcer

CVS—Chest Pain/Edema/Palpations    SRF    Musculoskeletal—Myalgias/Arthralgias/
Neck Pain/Back Pain

GI—Abdominal Pain/Nausea/Vomiting/
Diarrhea/Constipation    Psychiatric—Anxiety/Depression/Suicidal Ideation
Homicidal Ideation

Other:

SH: Alcohol Abuse/Tobacco Abuse/Substance Abuse/None
Other:

| PE: | | |
|---|---|---|
| General- ✓ | | Normal |
| Head- ✓ | | Normal |
| Eyes/Ears- ✓ | | Normal |
| Nose/Throat- | | Normal |
| Neck- ✓ | Picc line site | Normal |
| CVS- ✓ | good | Normal |
| Lung/Chest- ✓ | | Normal |
| Abdominal/Rectal- ✓ | | Normal |
| Extremities- | | Normal |
| Neuro- | | Normal |
| Skin- | | Normal |

WT: 252 lbs    HT:    R: 16

T: 96.4    P: 116    BP: 138/80

FH: CAD/COPD/DM/HTN/CVA/None
Other:

Td:    UTD/Noncurrent/N/A

LMP:    Postmenopausal/ N/A

LAB / XRAY / EKG

Assessment and Plan/Re-Assessment/Procedures

CFS
orthostatic hypotension

Vicodin 7.5/500 TID prn #90
Klonopin 0.5 bid prn
(K 0752606)

RETURN
Discussion Held (Time)

11-12-03 pt phoned in, pt in severe pain, trying to work, only minimal relief c Vicodin 7.5/500 TID + Celebrex, requesting oxycontin for brief time frame so pt may keep working. Per Dr Bell advised pt would probably

ML0442

Date of Visit: 9-5-03    NAME: Magee, John

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY 14098
716-765-2060

Age:

Med. Allergies:

Meds:

**PMH:** CAD/HTN/COPD/CVA/DM/Epilepsy/RA/
Osteoarthritis/None
Other:

**CC:** Pt's wife phoned in stating pt was doing fine,

**HPI:** going to work, work is very very hard.
also Renee stated pt had "phlebitis" and was
last seen 9-3-03 by pharm health nurse
Called Sue Hanson @ pharm health —
she stated pt had been advised to rest arm, take it
easy, apply warm wet soaks to "teny area of
redness", Pt had stated he had to work.
Requested Sue to have a nurse check
his pic line this weekend PRN sh

| Looks Well: | Mildly Ill: | Toxic: | **PSH:** CABG/Appendectomy/GBI/Hysterectomy/Hernia Repair/ Tubal Ligation/None |

**ROS:** ☐ Old chart reviewed.   ☐ ROS unobtainable.

Other:

| Constitutional–Fever/Chills/Weakness | GU–Dysuria/Frequency/Urgency |
| HEENT–Visual Changes/Earache/Sore Throat | Neuro–Altered level of Consciousness/Seizure/ Dizziness/LOC/Focal Weakness |
| Respiratory–Cough/Production/Wheezing/SOB | Skin–Rash/Ulcer |
| CVS–Chest Pain/Edema/Palpations | Musculoskeletal–Myalgias/Arthralgias/ Neck Pain/Back Pain |
| GI–Abdominal Pain/Nausea/Vomiting/ Diarrhea/Constipation | Psychiatric–Anxiety/Depression/Suicidal Ideation Homicidal Ideation |
| Other: | |

**SH:** Alcohol Abuse/Tobacco Abuse/Substance Abuse/None

Other:

9-15-03 Klonopin 0.5mg ⅓ Po M #5 called to Rite Aid —
Meneye Fills — Script mailed

**PE:**

**General–** Normal

**WT:** # K.07528 **HR:** R:

T:       P:       BP:

**Head–** Normal

**Eyes/Ears–** Normal

**FH:** CAD/COPD/DM/HTN/CVA/None

Other:

**Nose/Throat–** Normal

**Neck–** Normal

**CVS–** Normal

**Lung/Chest–** Normal

**Td:** UTD/Noncurrent/N/A

**Abdominal/Rectal–** Normal

**LMP:** Postmenopausal/N/A

**Extremities–** Normal

**LAB/ XRAY / EKG**

**Neuro–** Normal

**Skin–** Normal

**Assessment and Plan/Re-Assessment/Procedures**

RETURN
Discussion Held (Time)

ML0443

**David S. Bell, M.D.**
77 South Main Street
Lyndonville, New York 14098
Telephone: (585) 765-2060

Patient: **John McGee**                          Date: 8-11-03

John McGee presented for follow up visit on 08/11/03. I had talked with his psychotherapist, Dr. Carolyn Serami, and also talked with his primary care physician, Dr. Kates. Dr. Serami feels that he needs increased pain medication because his pain is clearly out of control. Discussion with Dr. Kates reveals that he feels that this is entirely a psychosomatic problem and that he should not have any pain medication because he needs to confront his problems. Since the last visit he has had a slight increase in activity with the intravenous fluids but certainly not to the degree that is making his life comfortable. He continues to have severe pain, eight and nine on the muscle and joint pain schedules. He is currently not taking any narcotic medication as that was not seeming to help. He is taking Ritalin 20 mg in an attempt to improve his overall activity. This, so far, has not been helpful.

Discussion was held today about his depression. He has contracted with his therapist not to commit suicide although he is still extremely depressed. He sees a coming crisis in his requirement to go back to work in a few week's time. Physical examination was not done on this visit.

Impression:

1.     Severe chronic fatigue syndrome.
2.     Orthostatic intolerance.
3.     Idiopathic hypovolemia.

Treatment:

Discussion was held about pain management and we decided to add clonazepam in order to try to initiate sleep with greater ease and also as a peripheral adjunct for pain management. He will take 0.5 mg h.s. I will see him again in two week's time. We will continue the intravenous saline at the present time without changes.

David S. Bell, M.D.

DSB:ds

ML0444

040907 016478

**David S. Bell, M.D.**
77 South Main Street
Lyndonville, New York 14098
Telephone: (585) 765-2060

**Patient: John McGee**                              **Date: 08/11/03**

   Detailed discussion was held with John today concerning his intravenous fluids, which really does appear to have improved his activity slightly, and his return to work. He is quite focused on the need to return to work and seems to be perceiving that he will be able to be successful at work if he can put mind over matter. While I have not discouraged his return to work, I cautioned him concerning this as I would be concerned should he meet with failure on this. Nonetheless, he will return to work in the near future and try to restrict his activities for everything else. I plan to see him again in two to three weeks.

                              David S. Bell, M.D.

DSB:ds
Dictated, not read.

ML0445

Date of Visit: 8/11/03    NAME: Magee, John

Age: 43

Med. Allergies: Codeine

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY 14098
716-765-2060

Meds: see symptom rating form

PMH: CAD/HTN/COPD/CVA/DM/Epilepsy/RA/ Osteoarthritis/None
Other:

CC: CFS rev

HPI:

activity increased somewhat. Depression very
severe + concerned about job deadline.

See dictation

Looks Well:        Mildly Ill:        Toxic:

PSH: CABG/Appendectomy/GB/Hysterectomy/Hernia Repair/ Tubal Ligation/None
Other:

ROS: ☐ Old chart reviewed.  ☐ ROS unobtainable.

| Constitutional–Fever/Chills/Weakness | GU–Dysuria/Frequency/Urgency |
| HEENT–Visual Changes/Earache/Sore Throat | Neuro–Altered level of Consciousness/Seizure/ Dizziness/LOC/Focal Weakness |
| Respiratory–Cough/Production/Wheezing/SOB | Skin–Rash/Ulcer |
| CVS–Chest Pain/Edema/Palpations | Musculoskeletal– Myalgias/Arthralgias/ Neck Pain/Back Pain |
| GI–Abdominal Pain/Nausea/Vomiting/ Diarrhea/Constipation | Psychiatric–Anxiety/Depression/Suicidal Ideation Homicidal Ideation |
| Other: | |

SH: Alcohol Abuse/Tobacco Abuse/Substance Abuse/None
Other:

PE:

| General– | Normal |
| Head– | Normal |
| Eyes/Ears– | Normal |
| Nose/Throat– | Normal |
| Neck– | Normal |
| CVS– | Normal |
| Lung/Chest– | Normal |
| Abdominal/Rectal– | Normal |
| Extremities– | Normal |
| Neuro– | Normal |
| Skin– | Normal |

WT: 249 1/4 lbs   HT:        R: 20

T: 97.0   P: 84   BP: 120/72

FH: CAD/COPD/DM/HTN/CVA/None
Other:

Td:        UTD/Noncurrent/N/A

LMP:        Postmenopausal/ N/A

LAB/ XRAY / EKG

**Assessment and Plan/Re-Assessment/Procedures**

CFS – Severe
depression – severe

Klonopin 0.5mg 1 po hs  #30 # K075284

See dictation

RETURN
Discussion Held  (Time) _____ extended @
reset

ML0446

Date of Visit: 8-13-03     NAME: Magee, John

Age:

Med. Allergies:

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY 14098
716-765-2060

| Meds: | PMH: | CAD/HTN/COPD/CVA/DM/Epilepsy/RA/ Osteoarthritis/None |
|---|---|---|
| | | Other: |

**CC:** Pt's wife phoned in — lost Klonopin script

**HPI:** Per Dr. Bell another script mailed to pt,
the original if they find it.

dated 8-11-03 —

Pt's wife will send us
klonopin 0.5mg. 1 PO hr #30

# K 0752847

Klonopin

| Looks Well:        Mildly Ill:        Toxic: | PSH: | CABG/Appendectomy/GB/Hysterectomy/Hernia Repair/ Tubal Ligation/None |
|---|---|---|
| | | Other: |

**ROS:** ☐ Old chart reviewed.  ☐ ROS unobtainable.

| Constitutional–Fever/Chills/Weakness | GU–Dysuria/Frequency/Urgency |
|---|---|
| HEENT–Visual Changes/Earache/Sore Throat | Neuro–Altered level of Consciousness/Seizure/ Dizziness/LOC/Focal Weakness |
| Respiratory–Cough/Production/Wheezing/SOB | Skin–Rash/Ulcer |
| CVS–Chest Pain/Edema/Palpations | Musculoskeletal– Myalgias/Arthralgias/ Neck Pain/Back Pain |
| GI–Abdominal Pain/Nausea/Vomiting/ Diarrhea/Constipation | Psychiatric–Anxiety/Depression/Suicidal Ideation Homicidal Ideation |
| Other: | |

| SH: | Alcohol Abuse/Tobacco Abuse/Substance Abuse/None |
|---|---|
| | Other: |

| PE: | | WT: | | HT: | R: |
|---|---|---|---|---|---|
| General– | Normal | T: | P: | BP: | |
| Head– | Normal | | | | |
| Eyes/Ears– | Normal | FH: | CAD/COPD/DM/HTN/CVA/None | | |
| Nose/Throat– | Normal | Other: | | | |
| Neck– | Normal | | | | |
| CVS– | Normal | | | | |
| Lung/Chest– | Normal | Td: | UTD/Noncurrent/N/A | | |
| Abdominal/Rectal– | Normal | LMP: | Postmenopausal/ N/A | | |
| Extremities– | Normal | LAB/ XRAY / EKG | | | |
| Neuro– | Normal | | | | |
| Skin– | Normal | | | | |

**Assessment and Plan/Re-Assessment/Procedures**

RETURN

Discussion Held (Time)

ML0447

David S. Bell, M.D.
77 South Main Street
Lyndonville, New York 14098
Telephone: (585) 765-2060

**Patient:** John MaGee

**Date:** 07/07/03

John was seen following his intravenous saline infusion and orthostatic testing. The orthostatic testing was clearly abnormal with a drop in blood pressure down to 78/64 immediately upon standing. This represents the diagnosis of systolic orthostatic hypotension, as well as orthostatic narrowing of the pulse pressure. He had a steady rise of his pulse up to 104 which does not quite meet the criteria for postural orthostatic tachycardia, however, these abnormalities are consistent with his idiopathic hypovolemia.

Detailed discussion was held today about his echocardiogram which showed borderline left ventricular hypertrophy. Because of his low circulating blood volume I do not feel that the saline would represent a risk to him and it may be that the increased work load of his heart would be reduced with improving his circulating blood volume. Discussion was held about the risks of infection and the unknown risks as this is a treatment that has not yet received thorough testing. Informed consent was signed and it was decided that we would begin one month of normal saline, one liter intravenously on a daily basis and then reassess. He was given my home phone number and was told to call if he has any concerns or symptoms that are different from the usual. He is going to be seeing his psychiatrist this evening and, in my personal feeling, I feel that he is fully able to make informed consent on these matters, and while he has had significant depression based upon his not being able to continue with work, I do not feel that he is depressed to the degree that would interfere with his being able to make an adequate judgement in this matter. They will call me with any questions and recheck in two weeks time otherwise.

David S. Bell, M.D.

DSB:ds

8/8/03  Verbal permission given by pt. for DSB to speak
with Carolyn Cerame - psychotherapist  DO

ML0448

Date of Visit: 7/7/03    NAME: _Magee, John_

Age: 43

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY 14098
716-765-2060

Med. Allergies: Codeine, Iodine

Meds: see symptom rating form

**PMH:** CAD/HTN/COPD/CVA/DM/Epilepsy/RA/
Osteoarthritis/None
Other:

**CC:** CFS w/ hypovolemia

**HPI:**

IV of limited value. Endocrin TID c Cerave
psychol. Psychiatrist — Dr. Claudeii

dictated

| Looks Well: | Mildly Ill: | Toxic: |
| --- | --- | --- |

**PSH:** CABG/Appendectomy/GB/Hysterectomy/Hernia Repair/
Tubal Ligation/None
Other:

**ROS:** ☐ Old chart reviewed.  ☐ ROS unobtainable.

| | |
| --- | --- |
| Constitutional—Fever/Chills/Weakness | GU–Dysuria/Frequency/Urgency |
| HEENT—Visual Changes/Earache/Sore Throat | Neuro–Altered level of Consciousness/Seizure/ Dizziness/LOC/Focal Weakness |
| Respiratory—Cough/Production/Wheezing/SOB | Skin–Rash/Ulcer |
| CVS—Chest Pain/Edema/Palpations | Musculoskeletal–Myalgias/Arthralgias/ Neck Pain/Back Pain |
| GI—Abdominal Pain/Nausea/Vomiting/ Diarrhea/Constipation | Psychiatric—Anxiety/Depression/Suicidal Ideation Homicidal Ideation |
| Other: | |

**SH:** Alcohol Abuse/Tobacco Abuse/Substance Abuse/None
Other:

| PE: | |
| --- | --- |
| General– | Normal |
| Head– | Normal |
| Eyes/Ears– | Normal |
| Nose/Throat– | Normal |
| Neck– | Normal |
| CVS– | Normal |
| Lung/Chest– | Normal |
| Abdominal/Rectal– | Normal |
| Extremities– | Normal |
| Neuro– | Normal |
| Skin– | Normal |

WT: 246 lbs  HT:    R: 20

T: 96.1  P: 84  BP: 120/72

**FH:** CAD/COPD/DM/HTN/CVA/None
Other:

**Td:** UTD/Noncurrent/N/A

**LMP:** Postmenopausal/N/A

LAB/ XRAY / EKG

**Assessment and Plan/Re-Assessment/Procedures**

**RETURN**
Discussion Held (Time)

7-10-03 - Spoke c Sue Keenan @ pharm health requesting  1000cc 0. 9% Normal Saline qd via

ML0449

Date of Visit: 7/1/03     NAME: MAGEE, John

Age: 43

Med. Allergies: Codeine, Iodine

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY 14098
716-765-2060

| Meds: | PMH: CAD/HTN/COPD/CVA/DM/Epilepsy/RA/ Osteoarthritis/None |
|---|---|
| | Other: |

CC: O.T. + I.V.

HPI: IV started per D-Bell just below (R)
Antecubital site c #21 Butterfly —
infusing 0.9% normal saline

12:05 IV d/d 1000cc 0.9% Normal Saline
absorbed

10:45AM     BP 96/60  P-80
11:25       BP 96/56  P-72
11:55       BP 100/58 P-72

| Looks Well:        Mildly Ill:        Toxic: | PSH: CABG/Appendectomy/GB/Hysterectomy/Hernia Repair/ Tubal Ligation/None |
|---|---|
| | Other: |

ROS: □ Old chart reviewed.  □ ROS unobtainable.

| Constitutional—Fever/Chills/Weakness | GU–Dysuria/Frequency/Urgency |
|---|---|
| HEENT—Visual Changes/Earache/Sore Throat | Neuro–Altered level of Consciousness/Seizure/ Dizziness/LOC/Focal Weakness |
| Respiratory–Cough/Production/Wheezing/SOB | Skin–Rash/Ulcer |
| CVS–Chest Pain/Edema/Palpations | Musculoskeletal— Myalgias/Arthralgias/ Neck Pain/Back Pain |
| GI–Abdominal Pain/Nausea/Vomiting/ Diarrhea/Constipation | Psychiatric–Anxiety/Depression/Suicidal Ideation Homicidal Ideation |
| Other: | |

| | SH: Alcohol Abuse/Tobacco Abuse/Substance Abuse/None |
|---|---|
| | Other: |

| PE: | |
|---|---|
| General- | Normal |
| Head- | Normal |
| Eyes/Ears- | Normal |
| Nose/Throat- | Normal |
| Neck- | Normal |
| CVS- | Normal |
| Lung/Chest- | Normal |
| Abdominal/Rectal- | Normal |
| Extremities- | Normal |
| Neuro- | Normal |
| Skin- | Normal |

↓ 6'1/2 1bs
WT: 247 1/2 1b   HT:        R:
T: 94.6   P:        BP: 96/60  See Orthostatic Testing
FH: CAD/COPD/DM/HTN/CVA/None
Other:

Td: UTD/Noncurrent/N/A
LMP: Postmenopausal/N/A

LAB/ XRAY / EKG

Assessment and Plan/Re-Assessment/Procedures

RETURN   7-7-03 — To see Dr Bell       P. Corser

Discussion Held (Time)

040907018478

**David S. Bell, M.D.**
**77 South Main Street**
**Lyndonville, New York 14098**

**Telephone: (585) 765-2060**

June 23, 2003

Dr. Melanie Kates
800 Ayrault Road, Suite 230
Fairport, New York 14450

Dear Dr. Kates:

This is just a letter to keep you up to date on the recent visits with **John McGee**. As you know, his chronic fatigue has become clearly worsened and he has had a worsening of depression, resulting in brief hospitalization recently. I think that it is most likely that the worsening of his activity restriction and the pain related to the chronic fatigue is one of the things that is clearly worsening his depression although, as you know, this has been a nation-wide debate over the past several years. He has not had any response to the medications that we have been attempting to reduce his pain and, specifically, he has not responded to Neurontin, bupropion, tricyclics, specifically nortriptyline. He takes the narcotic Percocet 5/325 roughly three days a week and is reluctant to take more because it may worsen his depression and because of the concern of addiction. He has an appointment at pain modification clinic for the near future.

Mr. McGee had a circulating blood volume test done by the chromium-51 method in October of 2000. That test showed a striking degree of idiopathic hypovolemia with a red blood cell mass of 15.3 mL/Kg and a decreased plasma volume leading to a total blood volume of 38.2 mL/Kg, which is roughly 54 percent of normal. The mechanism whereby this occurs in patients with chronic fatigue syndrome has never been elucidated. There are current studies underway in Miami trying to look at some of this mechanism. He has been diagnosed as having orthostatic hypotension in the past by a rheumatologist. He will have that test repeated in this office next week. It is our thought at the present time that we might treat him with volume expansion, specifically 1 liter of normal saline on a daily basis for one month's time. In some patients with this degree of hypovolemia along with orthostatic intolerance and severe pain and other symptoms suggestive of chronic fatigue syndrome, that this treatment has had a symptomatic benefit. We have scheduled a cardiac echo in preparation for this and he will have orthostatic testing done next week.

ML0451

Dr. Kates
June 23, 2003
Page 2


     Please do not hesitate to give me a call if you have questions concerning Mr. McGee. I feel that he has clearly been worsening over the past several years and he has arrived at the point where he is disabled and unable to go to work. It is my hope that with this treatment he will have an improvement of his symptoms to the degree that he will be able to resume full-time work, which is extremely important for him.

Very truly yours,

David S. Bell, M.D.


DSB:ds
Dictated, not read.

04090701847B

Date of Visit: 6/11/03 *revised* 6/18/03
Age: 43   NAME: MAGEE, JOHN

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY 14098
PRN 716-765-2060

Med. Allergies: Codeine   Iodine                    *Darvocet   Percocet*

Meds: Celebrex 200mg qd    Lipitor 20mg qd
Wellbutrin 300mg bid    Effexor sa 225 & 1 nopd
Nortriptyline 50mg bid    Cosopt & gtt ea eye BID

PMH: CAD/HTN/COPD/CVA/DM/Epilepsy/RA/
Osteoarthritis/None
Other:

CC: CFS rev

HPI:

no changes. Feels very ill. Must
return to work Aug 26th or loose
job
hospitalized because of    Blood
B pain — suicide attempt.    Brain clinic soon

| Looks Well: | Mildly Ill: | Toxic: | PSH: CABG/Appendectomy/GB/Hysterectomy/Hernia Repair/ Tubal Ligation/None |
|---|---|---|---|

ROS: ☐ Old chart reviewed.   ☐ ROS unobtainable.

Other:

| Constitutional—Fever/Chills/Weakness | GU–Dysuria/Frequency/Urgency |
|---|---|
| HEENT—Visual Changes/Earache/Sore Throat | Neuro–Altered level of Consciousness/Seizure/ Dizziness/LOC/Focal Weakness |
| Respiratory—Cough/Production/Wheezing/SOB | Skin—Rash/Ulcer |
| CVS—Chest Pain/Edema/Palpations | Musculoskeletal–Myalgias/Arthralgias/ Neck Pain/Back Pain |
| GI—Abdominal Pain/Nausea/Vomiting/ Diarrhea/Constipation | Psychiatric—Anxiety/Depression/Suicidal Ideation Homicidal Ideation |
| Other: | |

orthostatic hypotension
by hematology ⊗

SH: Alcohol Abuse/Tobacco Abuse/Substance Abuse/None
Other:

| PE: | | WT: 256 lbs   HT:    R: 20 |
|---|---|---|
| General– | ✓ Normal | |
| Head– | ✓ Normal | T: 95.6  P: 104   BP: 122/78 |
| Eyes/Ears– | ✓ Normal | FH: CAD/COPD/DM/HTN/CVA/None |
| Nose/Throat– | ✓ Normal | Other: |
| Neck– | ✓ Normal | Discussion of IV |
| CVS– | ✓ Normal | fluids |
| Lung/Chest– | ✓ Normal | Td:    UTD/Noncurrent/N/A |
| Abdominal/Rectal– | ✓ Normal | LMP:    Postmenopausal/N/A |
| Extremities– | Normal | LAB / XRAY / EKG |
| Neuro– | Normal | lengthy discussion |
| Skin– | Normal | of suicide |

Assessment and Plan/Re-Assessment/Procedures

s/p suicide attempt. D/C nortriptyline
orthostatic hypotension Tegretol 200?
Chronic pain / CFS   pain center
2° depression   Dr. Kates — letter

RETURN
Discussion Held (Time) _____   [signature] DSBell

ML0453

Date of Visit: 5/22/03   NAME: MAGEE, JOHN

Age:

Med. Allergics:

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY 14098
716-765-2060

Meds: Percocet 1 PO 3X/wk PRN    Celebrex 200mg POqd
Nortriptyline 25mg #5 POhs    Wellbutrin 200mg #5 bid
Effexor SR 150mg POqd
Lipitor 40mg POqd

PMH: CAD/HTN/COPD/CVA/DM/Epilepsy/RA/
Osteoarthritis/None
Other:    Cosopt eye gtts
B,2 500mcg/po qd    igt ea
eye
BID

CC: CFS rev

HPI:  insomnia better   otherwise   no change
percocet about 3/wk

| Looks Well: | Mildly Ill: | Toxic: |
|---|---|---|

PSH: CABG/Appendectomy/GBII/Hysterectomy/Hernia Repair/
Tubal Ligation/None
Other:

ROS: ☐ Old chart reviewed.  ☐ ROS unobtainable.

| Constitutional–Fever/Chills/Weakness | GU–Dysuria/Frequency/Urgency |
|---|---|
| HEENT–Visual Changes/Earache/Sore Throat | Neuro–Altered level of Consciousness/Seizure/ Dizziness/LOC/Focal Weakness |
| Respiratory–Cough/Production/Wheezing/SOB | Skin–Rash/Ulcer |
| CVS–Chest Pain/Edema/Palpations | Musculoskeletal–Myalgias/Arthralgias/ Neck Pain/Back Pain |
| GI–Abdominal Pain/Nausea/Vomiting/ Diarrhea/Constipation | Psychiatric–Anxiety/Depression/Suicidal Ideation Homicidal Ideation |
| Other: | |

SH: Alcohol Abuse/Tobacco Abuse/Substance Abuse/None
Other:

PE:  looks OK

| General– | Normal |
|---|---|
| Head– | Normal |
| Eyes/Ears– | Normal |
| Nose/Throat– | Normal |
| Neck– | Normal |
| CVS– | Normal |
| Lung/Chest– | Normal |
| Abdominal/Rectal– | Normal |
| Extremities– | Normal |
| Neuro– | Normal |
| Skin– | Normal |

WT: 248 lbs  HT:    R: 16
T: 95.3  P: 76  BP: 114/78

FH: CAD/COPD/DM/HTN/CVA/None
Other:

Td: UTD/Noncurrent/N/A

LMP: Postmenopausal/N/A

LAB/ XRAY / EKG

Assessment and Plan/Re-Assessment/Procedures

CFS    increase nortriptyline to
50 hs  25 in am

RETURN

Discussion Held (Time)

ML0454

Date of Visit: 5/1/03    NAME: Mague, John

Age: 43

Med. Allergies: Codeine, Iodine

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY 14098
716-765-2060

Meds: See Symp Rating Form

**PMH:** CAD/HTN/COPD/CVA/DM/Epilepsy/RA/
Osteoarthritis/None
Other:

**CC:** CFS rev ✓

**HPI:** overall worsening. Very sore — unable to get to work. Stopped work 1½ wk ago — could not function. — 35 min — Dr. Kates. Pain clinic at strong — trigger point inj.

Looks Well:        Mildly Ill:        Toxic:

**PSH:** CABG/Appendectomy/GB/Hysterectomy/Hernia Repair/
Tubal Ligation/None
Other:

**ROS:** ☐ Old chart reviewed.  ☐ ROS unobtainable.

| Constitutional—Fever/Chills/Weakness | GU-Dysuria/Frequency/Urgency |
| HEENT—Visual Changes/Earache/Sore Throat | Neuro–Altered level of Consciousness/Seizure/Dizziness/LOC/Focal Weakness |
| Respiratory-Cough/Production/Wheezing/SOB | Skin—Rash/Ulcer |
| CVS—Chest Pain/Edema/Palpations | Musculoskeletal- Myalgias/Arthralgias/Neck Pain/Back Pain |
| GI—Abdominal Pain/Nausea/Vomiting/Diarrhea/Constipation | Psychiatric-Anxiety/Depression/Suicidal Ideation Homicidal Ideation |
| Other: | |

(SRF)

**SH:** Alcohol Abuse/Tobacco Abuse/Substance Abuse/None
Other:

**PE:** appears depressed

| General- | Normal |
| Head- | Normal |
| Eyes/Ears- | Normal |
| Nose/Throat- | Normal |
| Neck- | Normal |
| CVS- | Normal |
| Lung/Chest- | Normal |
| Abdominal/Rectal- | Normal |
| Extremities- | Normal |
| Neuro- | Normal |
| Skin- | Normal |

**WT:** 242 lbs   **HT:**    **R:** 16

**T:** 95.1  **P:** 84   **BP:** 114/78

**FH:** CAD/COPD/DM/HTN/CVA/None
Other:

**Td:** UTD/Noncurrent/N/A

**LMP:** Postmenopausal/ N/A

**LAB/ XRAY / EKG** aid House Falls
#632 IIIl   failed to RTC PRN pain
#155 PO TID   script #90 x po TID PRN pain + 2 Failed to Pt
#632 IIIl   failed to Pt Dr Bell

**Assessment and Plan/Re-Assessment/Procedures**

Depression
Pain

Percocet (oxycodone) 5/325
one TID x prn
Nortriptylene 25 hs to
50 hs

RETURN
Discussion Held (Time) _____ _____ _____

[signature]

ML0455

Date of Visit: ~~8/26/06~~ 5/31/02    NAME: Magee, John

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY 14098
716-765-2060

Age: 42

Med. Allergies: Codeine Iodine

Meds: See Symptom Rating Form

**PMH:** CAD/HTN/COPD/CVA/DM/Epilepsy/RA/
Osteoarthritis/None
Other:

**CC:** CFS b/v

**HPI:** Over all worse, swelling all over, increased pain.

Looks Well:        Mildly Ill:        Toxic:

**PSH:** CABG/Appendectomy/GB/Hysterectomy/Hernia Repair/
Tubal Ligation/None

**ROS:** ☐ Old chart reviewed.  ☐ ROS unobtainable.

| | |
|---|---|
| Constitutional–Fever/Chills/Weakness | GU–Dysuria/Frequency/Urgency |
| HEENT–Visual Changes/Earache/Sore Throat | Neuro–Altered level of Consciousness/Seizure/ Dizziness/LOC/Focal Weakness |
| Respiratory–Cough/Production/Wheezing/SOB | Skin–Rash/Ulcer |
| CVS–Chest Pain/Edema/Palpations | Musculoskeletal–Myalgias/Arthralgias/ Neck Pain/Back Pain |
| GI–Abdominal Pain/Nausea/Vomiting/ Diarrhea/Constipation  Other: | Psychiatric–Anxiety/Depression/Suicidal Ideation Homicidal Ideation |

lexa 40
discussed darvocet

**SH:** Alcohol Abuse/Tobacco Abuse/Substance Abuse/None
Other:

**PE:** no changes

| | |
|---|---|
| General– | Normal |
| Head– | Normal |
| Eyes/Ears– ✓ | Normal |
| Nose/Throat– ✓ | Normal |
| Neck– ✓ | Normal |
| CVS– ✓ | Normal |
| Lung/Chest– ✓ | Normal |
| Abdominal/Rectal– ✓ | Normal |
| Extremities– ✓ | Normal |
| Neuro– | Normal |
| Skin– | Normal |

**WT:** 250 lbs   **HT:**    **R:**

**T:** 95.4  **P:** 68   **BP:** 110/68

**FH:** CAD/COPD/DM/HTN/CVA/None
Other:

**Td:**                  HTD/Noncurrent/N/A

**LMP:**              Postmenopausal/N/A

**LAB/ XRAY / EKG** Slips given for-
CBC, ESR, CMP, RF, ANA, Cortisol

**Assessment and Plan/Re-Assessment/Procedures**

CFS

Amantadine 100mg 1/2 - 1 tab BID

Darvocet N 100  # 90 ÷ PO TID PRN

**RETURN**
**Discussion Held  (Time)**

ML0456

040907018478

Date of Visit: 10/26/01    NAME: _John Magee_

Age:

Med. Allergies:

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY 14098
716-765-2060

Meds: _Celebrex 200 BID_
_Celexa 40 qd_

PMH: CAD/HTN/COPD/CVA/DM/Epilepsy/RA/ Osteoarthritis/None
Other:

CC: _CFS_

HPI: _increased pain in joints_
_back to Celebrex. Arms_
_able to work. heavy sleep, everything refreshing_
_for aches + pains_

_Changed to Vioxx_
_falling asleep._

Looks Well:        Mildly Ill:        Toxic:

PSH: CABG/Appendectomy/GB/Hysterectomy/Hernia Repair/ Tubal Ligation/None
Other:

ROS: ☐ Old chart reviewed.    ☐ ROS unobtainable.

| | |
|---|---|
| Constitutional–Fever/Chills/Weakness | GU-Cysuria/Frequency/Urgency |
| HEENT–Visual Changes/Earache/Sore Throat | Neuro-Altered level of Consciousness/Seizure/ Dizziness/LOC/Focal Weakness |
| Respiratory–Cough/Production/Wheezing/SOB | Skin–Rash/Ulcer |
| CVS–Chest Pain/Edema/Palpations | Musculoskeletal- Myalgias/Arthralgias/ Neck Pain/Back Pain |
| GI–Abdominal Pain/Nausea/Vomiting/ Diarrhea/Constipation | Psychiatric–Anxiety/Depression/Suicidal Ideation Homicidal Ideation |
| Other: | |

SH: Alcohol Abuse/Tobacco Abuse/Substance Abuse/None
Other:

PE:

| | | |
|---|---|---|
| General- | ✓ | Normal |
| Head- | | Normal |
| Eyes/Ears- | ✓ | Normal |
| Nose/Throat- | ✓ | Normal |
| Neck- | ✓ | Normal |
| CVS- | ✓ | Normal |
| Lung/Chest- | ✓ | Normal |
| Abdominal/Rectal- | ✓ | Normal |
| Extremities- | ✓ | Normal |
| Neuro- | | Normal |
| Skin- | | Normal |

WT:        HT:        R:

T:        P:        BP:

FH: CAD/COPD/DM/HTN/CVA/None
Other:

Td:        UTD/Noncurrent/N/A

LMP:        Postmenopausal/ N/A

LAB / XRAY / EKG

Assessment and Plan/Re-Assessment/Procedures

_CFS_        _Darvon N-100 TID prn_

RETURN
Discussion Held (Time)

ML0457

Date of Visit: 4-20-01    NAME: *Magee, John*

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY 14098
716-765-2060

Age: *41*

Med. Allergies: *CODEINE  IODINE*

Meds: *CELEBREX 200mg qd*
*CELEXA 40 qd*

**PMH:** CAD/HTN/COPD/CVA/DM/Epilepsy/RA/
Osteoarthritis/None
Other:

**CC:** *CFS recheck*

**HPI:** *No response to modafinil*
*200*

*activity — crash after 2 days —*
*starting to take more —*
*fuse off. Sick very early —*
*muscle + joint pain*
*Celexa hlps. Headache*

*Vicodin — has 10*
*tablets for 2 yrs*
*pain worse*
*Work tough —*
*has to stand*
*works Kodak*
*memory loss*

**Looks Well:**    **Mildly Ill:**    **Toxic:**

**PSH:** CABG/Appendectomy/GB/Hysterectomy/Hernia Repair/
Tubal Ligation/None
Other:

**ROS:** ☐ Old chart reviewed.  ☐ ROS unobtainable.

*Oltram not helpful*

Constitutional–Fever/Chills/Weakness    GU–Dysuria/Frequency/Urgency

HEENT–Visual Changes/Earache/Sore Throat    Neuro–Altered level of Consciousness/Seizure/
Dizziness/LOC/Focal Weakness

Respiratory–Cough/Production/Wheezing/SOB    Skin–Rash/Ulcer

CVS–Chest Pain/Edema/Palpations    Musculoskeletal– Myalgias/Arthralgias/
Neck Pain/Back Pain

**SH:** Alcohol Abuse/Tobacco Abuse/Substance Abuse/None
Other:

GI–Abdominal Pain/Nausea/Vomiting/
Diarrhea/Constipation
Other:    Psychiatric–Anxiety/Depression/Suicidal Ideation
Homicidal Ideation

**PE:**

| | | |
|---|---|---|
| General– ✓ | Normal | |
| Head– ✓ | Normal | |
| Eyes/Ears– ✓ | Normal | |
| Nose/Throat– ✓ | Normal | |
| Neck– ✓ | Normal | |
| CVS– ✓ | Normal | |
| Lung/Chest– ✓ | Normal | |
| Abdominal/Rectal– ✓ | Normal | |
| Extremities– ✓ | Normal | |
| Neuro– ✓ | Normal | |
| Skin– ✓ | Normal | |

WT: *252½*    HT:    R: *16*

T: *96.7*    P: *64*    BP: *116/68*

**FH:** CAD/COPD/DM/HTN/CVA/None
Other:

**Td:**    UTD/Noncurrent/N/A

**LMP:**    Postmenopausal/ N/A

LAB/ XRAY / EKG

**Assessment and Plan/Re-Assessment/Procedures**

*CFS*

*Celexa 40 qd*
*Modafinil 400 qd*
*Baclofen 5 prn treat*
*Vicodin #500*

**RETURN**
**Discussion Held  (Time)** _____ _____ _____

ML0458

Date of Visit: 10/31/00    NAME: John Magee
Age:    Redid 11/9/00

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY 14098
716-765-2060

Med. Allergies:

**Meds:**

**PMH:** CAD/HTN/COPD/CVA/DM/Epilepsy/RA/
Osteoarthritis/None
Other:

**CC:** re CFS

**HPI:**

No Changes
celexa 40 qd, celebrex 200 qd
amantadine 4 TS qd —
no response. Ultram prn

Headache, activity, 12 hrs.

entire did not
help migraines

Looks Well:    Mildly Ill:    Toxic:

**PSH:** CABG/Appendectomy/GB/Hysterectomy/Hernia Repair/
Tubal Ligation/None
Other:

**ROS:** ☐ Old chart reviewed.  ☐ ROS unobtainable.

Constitutional–Fever/Chills/Weakness

GU–Dysuria/Frequency/Urgency

HEENT–Visual Changes/Earache/Sore Throat

Neuro–Altered level of Consciousness/Seizure/
Dizziness/LOC/Focal Weakness

Respiratory–Cough/Production/Wheezing/SOB

Skin–Rash/Ulcer

CVS–Chest Pain/Edema/Palpations

Musculoskeletal– Myalgias/Arthralgias/
Neck Pain/Back Pain

**SH:** Alcohol Abuse/Tobacco Abuser/Substance Abuse/None

GI–Abdominal Pain/Nausea/Vomiting/
Diarrhea/Constipation
Other:

Psychiatric–Anxiety/Depression/Suicidal Ideation
Homicidal Ideation

Other:

See S/K

**PE:**

**WT:**    **HT:**    **R:**

General–    Normal

**T:**    **P:**    **BP:**

Head–    Normal

Eyes/Ears–    Normal

**FH:** CAD/COPD/DM/HTN/CVA/None

Nose/Throat–    Normal

Other:

Neck–    Normal

CVS–    Normal

Lung/Chest–    Normal

**Td:**    UTD/Noncurrent/N/A

Abdominal/Rectal–    Normal

**LMP:**    Postmenopausal/N/A

Extremities–    Normal

**LAB/ XRAY / EKG**

Neuro–    Normal

Skin–    Normal

**Assessment and Plan/Re-Assessment/Procedures**

Mild CFS

① D/C amantadine
② Modafinil 100 qd → 200
③ call at home
④ feonval

**RETURN**    35
**Discussion Held (Time)**

11/27/00    DC    Modafinil feels worse.    —

Date of Visit: 10/9/00    NAME: John Magee

Age: 40

Med. Allergies: Codeine  Iodine

David S. Bell, M.D.
77 South Main Street
Lyndonville, NY 14098
716-765-2060

| Meds: | PMH: CAD/HTN/COPD/CVA/DM/Epilepsy/RA/ Osteoarthritis/None |
| | Other: |

CC: CFS ~

HPI:

Treatment in past Co Q₁₀ ⊕
antidepressants ⊖ Celexa - not

See SR7

Looks Well:    Mildly Ill:    Toxic:

PSH: CABG/Appendectomy/GB/Hysterectomy/Hernia Repair/ Tubal Ligation/None
Other:

ROS: ⊙ Old chart reviewed.  ⊔ ROS unobtainable.

| Constitutional–Fever/Chills/Weakness | GU–Dysuria/Frequency/Urgency |
| HEENT–Visual Changes/Earache/Sore Throat | Neuro–Altered level of Consciousness/Seizure/ Dizziness/LOC/Focal Weakness |
| Respiratory–Cough/Production/Wheezing/SOB | Skin–Rash/Ulcer |
| CVS–Chest Pain/Edema/Palpations | Musculoskeletal– Myalgias/Arthralgias/ Neck Pain/Back Pain |
| GI–Abdominal Pain/Nausea/Vomiting/ Diarrhea/Constipation | Psychiatric–Anxiety/Depression/Suicidal Ideation Homicidal Ideation |
| Other: | |

SH: Alcohol Abuse/Tobacco Abuse/Substance Abuse/None
Other:

PE:

| General– | Normal |
| Head– | Normal |
| Eyes/Ears– | Normal |
| Nose/Throat– | Normal |
| Neck– | Normal |
| CVS– | Normal |
| Lung/Chest– | Normal |
| Abdominal/Rectal– | Normal |
| Extremities– | Normal |
| Neuro– | Normal |
| Skin– | Normal |

not examined

WT: 250 lbs    HT:    R:
T: 96.4    P: 84    BP: 122/66

FH: CAD/COPD/DM/HTN/CVA/None
Other:

Td:    U1D/Noncurrent/N/A
LMP:    Postmenopausal/ N/A

LAB/ XRAY / EKG

Assessment and Plan/Re-Assessment/Procedures

trial of modafinil, wellbutrin, amantadine

RETURN
Discussion Held  (Time)    1 hour visit

ML0460

040907 018478

Date of Visit: 9/18/00    NAME: John Magee                David S. Bell, M.D.
Age: 40                                                   77 South Main Street
Meds:                        Med. Allergies:              Lyndonville, NY 14098
                                                          716-765-2060

Chief Complaint: CFS Evn.

History of Present Illness:

Interval History \ System Review:

Previous Labs:              Social History:              Family History:

Looks Well:        Mildly Ill:        Toxic:        Other:

T: 95.3 RR: 28 P: 72 BP: 122/72  Wt: 244/6  Ht: 74"  Normal ☑
                                                     Abnormal ☒
Skin:               Eyes:                            No Exam ☐

Ears:                              Throat:

Mouth:      Thyroid:        Neck:        Nodes:

Chest:                                   Heart:

Abdomen:                               Neuro:        Emotions:

Other:

IMPRESSION:              PLAN: Slip given to MMH Lab for
                         Cortisol  ADH  Angiotensin II ; Aldosteron.
1.                       1.

2.                       2.

3.                       3.

Inactive:

Discussion Held (Time)

RETURN

ML0461

Date of Visit:                NAME:                          David S. Bell, M.D.
Age:                                                          77 South Main Street
Meds:                         Med. Allergies:                Lyndonville, NY 14098
                                                             716-765-2060

Chief Complaint:

History of Present Illness:


Interval History \ System Review:


Previous Labs:                Social History:                Family History:


Looks Well:        Mildly Ill:        Toxic:        Other:

T:        RR:        P:        BP:        Wt:        Ht:        Normal    ☑

Skin:                Eyes:                                    Abnormal  ☒

Ears:                          Throat:                       No Exam   ☐

Mouth:        Thyroid:        Neck:        Nodes:

Chest:                                        Heart:

Abdomen:                              Neuro:        Emotions:

Other:

IMPRESSION:                   PLAN:

1.                            1.

2.                            2.

3.                            3.

Inactive:

Discussion Held (Time)

RETURN

ML0462

040907 018478

<u>onset</u> — parasthesia, legs achy gradual 4/95. increasing sx. Hx started few months later. Exhausted worsening 1st year then plateau. Began depression after 6 mos worst point summer of '99. No diagnoses, no improvement. No dx

Dx fibromyalgia, CFS.

<u>PMHx</u> — '88 back surgery. Had 5 surgery all together. glaucoma 10 yrs ago eye drops — 9 4 mos. ⊕ Tonsils age 6

<u>work</u> quality assurance. able to work

ML0463

ML0464

PE — Lumbar scars
            skin tags
recfol⊕ quac⊕                    Hoffmans ⊖
difficulty in                    DTR's
        tandem stance

Labs — full screening 6wks ago — lyme
            blood sugar low

Dx · Arestless legs
    ② glaucoma
    ③ shellfish allergy
    ④ back pain

                                          treof of
                                          ultfau

Rx — coping stg
    CBV, OT, Bloods
    consider  ② mod of level
              ② Provigel
              ③ stimulants — amantadin

ML0465

## LYNDONVILLE FAMILY HEALTH CENTER

Affiliated        with

### MEDINA
MEMORIAL HOSPITAL

David S. Bell, M.D.
Family Practice
Pediatrician Board Certified
Comprehensive Health Care

77 South Main Street
Lyndonville, New York 14098
Phone: (716) 765-2060
Fax: (716) 765-2067

JOHN MAGEE

EVALUATION DATE:  9/18/00

Mr. John Magee is a 40-year-old man who is being evaluated for possible Chronic Fatigue Syndrome. His primary care physician is Dr. Bergin in Rochester, NY.

He first became ill in approximately April 1995 with a gradual onset of restless legs, achiness in lower extremities, parathesiae and gradual onset of fatigue. The symptoms gradually increased in both number and severity and had persisted up until the present time. He has not been free of symptoms since 4/95. When the exhaustion became prominent, it worsened steadily throughout the first year and then hit a plateau and has remained relatively steady ever since that time. He did experience depression but the depression did not begin until after 6 months of symptoms and appeared to him quite separate from the initial symptoms that he experienced. There was a long delay in establishing a diagnosis of Chronic Fatigue Syndrome which was made within this past year. The worse point was in the summer of 1999, and at the present time, his depression has resolved quite well but he continues to have moderately severely symptoms. He is able to go to work on a daily basis; however, he says that he has almost no activity outside of going to work and participating in work. He is a quality engineer. On bad days, which occur about 4 times a month, he has essentially no upright activity and will sleep the entire day.

Worst Symptoms are: headaches, fatigue and body pain. Medications include Celebrex 200mg. daily and Celexa 40mg. daily. He has tried B-12 and numerous supplements including Q-10 which have not helped his symptoms.

PAST MEDICAL HISTORY: is positive for glaucoma which was diagnosed ten years ago, and for which he is taking eye drops daily. He is followed by an opthalmologist and his pressures have remained stable. He had his tonsils removed at age 6, and in 1988 he had back surgery because of prolapsed disc and has had that revised on several occasions. There was some indication that there was nerve root irritation in the right leg related to his discs but he has never had weakness nor loss of reflexes.

PATTERN OF SYMPTOMS: Exhaustion is the most limiting symptom present. He feels as if he has just run a marathon, but he does not feel sleepiness.   The fatigue has been present for nearly 5 years, it is clearly worsened with exertion and he will describe a crash if he over-exerts himself. It limits his activities and his day is now confined essentially to going to and from work. He does have recurrent sore throats at least 3 monthly and lasts from 2 days to 1 weeks. Lymphnode tenderness is not a significant problem. He does have eye pain and light sensitivity. His eye physician has said that it is not due to the glaucoma. He has odor sensitivity and he feels nausea and light-headedness with certain odors. Abdominal discomfort is present with nausea, and he also takes Tums but has no diarrhea or constipation. Muscle pain is very severe and he does have weakness, stiffness and recurrent backache. His legs give him more difficulty than the upper extremities. He has had

ML0466

040907 018478

JOHN MAGEE                                                                                    PAGE 2

numerous evaluations including nerve conduction velocity studies, muscle enzymes, and he did have a muscle biopsy but it is unlikely that mitochondrial studies were done on the muscle biopsies. Joint pain is present and he has morning stiffness, headache is present daily usually in the occipital area and varies in severity. Cognitive symptoms are present and are prominent. He is able to drive but notices word-finding difficulties, and has difficulty in maintaining attention. He has light-headedness and balance disturbance. His muscle stiffness is clearly better after a shower but feels very tired after a bath. Unrefreshing sleep is a prominent symptom and he sleep lightly and has frequent waking during the night. At the present time, depression is not a significant symptom. He did have depression starting six months after the onset of the other symptoms. Night sweats are very prominent on a nightly basis; he has developed some allergies including seafood. He does not have excessive thirst but does drink up to 6 cups of liquid daily including two cups of coffee. He does not have difficulty with alcohol and has never used illegal drugs. Overall, his activity is at 30% of normal. Modified Karnofsky score is 40; FISK Fatigue Impact Scale Score is 70; BECK Depression Inventory score is 5.

REVIEW OF LABORATORY DATA: Recent lab data done in New Jersey is not available for review but he was told that it was a comprehensive screening for Chronic Fatigue Syndrome, including Lyme disease testing and that it was negative. Previous laboratory data shows no alternative explanation for his symptoms. He had a normal B-12 levels, ANA was normal, several consultations by neurologists without specific diagnosis. MRI of the spine was ordered, and I did not see the films but they were said to be normal.

PHYSICAL EXAM: reveals a healthy appearing, articulate man who is in no acute distress. He had no mood or thought disorder and does not appear depressed. T: 95.3  R: 20  P: 72  WT: 244 lbs.  HT: 74"

Skin:      Numerous skin tags in the axillae, no pathologic rashes. He has scars over the lumbar area from
           previous surgeries.
Eyes:      Full ROM, pressures were not taken. Fundi normal, discs flat.
ENT:       Normal
Neck:      Supple; thyroid not enlarged nor tender
Nodes:     No adenopathy or significant tenderness in the anterior/posterior cervical, axillary or scalene areas
Chest:     Reveals full respiratory excursions, no RWR
Heart:     NSR, no pathologic murmurs, no thrills or heaves.
Abd:       Soft, nontender; no liver or spleen enlargement.
Rectal:    Normal, with normal prostate; guiac was negative.
Ext:       Normal; Muscle strength testing was grossly normal. Detailed testing was Fibromyalgia was not
           done this visit. DTR were equal and symmetrical at 1-2+. No clonus. Hoffman's sign was negative. Romberg
           was normal. He did have difficulty with tandem stance but was able to maintain it.
Mental:    Status was normal and cranial nerves were normal.

IMPRESSION:

1) Restless Leg Syndrome
2) Glaucoma
3) S/P Back Surgery
4) Shellfish Allergy
5) Chronic Fatigue Syndrome

ML0467

JOHN MAGEE                                                                    PAGE 3

## DISCUSSION

At the present time, John Magee would clearly have Chronic Fatigue Syndrome, as based upon the criteria of the Center for Disease Control. His Chronic Fatigue Syndrome is not severe to the degree where it has prevented him from working; however, his activity is clearly restricted so that essentially he has only work and then rests the rest of the day. The pattern of other symptoms, including disturbed sleep, muscle and joint pain, recurrent headaches, sore throat and cognitive difficulties is characteristic for CFS. He has had depression in he past but I do not feel that depression is causing any of the pattern of symptoms which he is experiencing. He has done well with Celexa and essentially is symptoms now are independent of the depression which he experienced several years ago. I do not see any evidence for primary gain or any evidence of other psychiatric or emotional problems. His communication was good throughout the evaluation, and he was very open and forthright.

Discussion was held about the nature of Chronic Fatigue Syndrome including some of the recent research and the likelihood of his prognosis over the next several years. It is my feeling that based upon his having a gradual onset of symptoms and his having a steady level of fatigue that he is unlikely to change from his current activity level for the next several years. However, in my experience, patients with this particular level of symptoms are likely to improve their activity 2-3 hours daily with certain medications and this was discussed briefly. It is unlikely that other medical tests will change the diagnosis or to establish some otherwise undetermined illness which is causing the basic pattern of activity restriction. The question of mitochondrial myopathies is complex and may, at some point, shed light on the nature of this illness. However, I do not feel that a repeat muscle biopsy for mitochondrial dystrophy would be appropriate at the present time. Discussion was also held about Arnold Chiari Malformation Type I and I would advise not proceeding with further diagnostic theraputic steps regarding this issue at the present time.

Discussion was held about circulating blood volume, orthostatic testing and blood testing for some of the adrenal hormones which appear to be involved in maintaining circulating blood volume; and it was decided that we would go ahead with this testing. Following the testing, I think that it is likely that he would have benefit for a theraputic trial of either Modafinil, Provigil, or stimulants such as Amantadine. And further discussion will be held based upon his orthostatic testing and circulating blood volume. He will return following this testing for further theraputic discussions.

David S. Bell, M.D.

DSB:jp

ML0468

David S. Bell MD, FAAP
77 South Main Street,
Lyndonville, NY 14098
585-765-2060

**ADH / blood volume worksheet**

Name: John Magee                    Age: 44          Wt:

RBC Mass: 15.3          PV: 22.9          TBV: 38.2

ADH: 3.6

Osmolality: 311                    urine osmolality

orthostatic hypotension — Neg
Diastolic hypertension — Neg
orthostatic tachycardea — Neg
orthostatic Narrowing PP — Neg

ML0469

Rochester General Hospital Laboratory
Theodor K. Mayer, MD PhD                                    25 Portland Ave.          MAIL
                                                           Rochester, NY 14621

CLINICAL LABORATORIES
Client Services
(585) 922-4451

| COLLECTION DATE & TIME | REPORT DATE | ACCESSION NUMBER | LOCATION |
|---|---|---|---|
| 12/23/2003 10:30 | 12/24/2003 04:01 | 12233705 | RHF |

**PHYSICIAN**
BELL, DAVID S
77 SOUTH MAIN STREET
BOX 495
LYNDONVILLE NY 14098
                Courier: MAIL

**PATIENT INFORMATION**
MAGEE, JOHN
MR#   :R0000821034   SEX: M
DOB   :12/07/1959   AGE: 44
CHART:              ADM: 12/23/03

| TEST | FLAG | RESULTS | REFERENCE RANGE |
|---|---|---|---|

Copies to: KATES, MELANIE;  BELL, DAVID S   AHMED, AITEZAZ

Ordered Tests: HEPATIC FUNCTION PANEL, LIPID PANEL, CK
**CHEMISTRY**

   **GENERAL CHEMISTRY**

| Test | Result | Units | Reference Range |
|---|---|---|---|
| * TOTAL PROTEIN | 7.4 | g/dL | 6.4-8.2 |
| * ALBUMIN | 4.5 | g/dL | 3.2-5.0 |
| * GLOBULIN | 2.9 | g/dL | 2.7-4.3 |
| * ALK PHOS | 95 | U/L | 30-135 |
| * AST | 26 | U/L | 7-37 |
| * ALT | 55 | U/L | 20-65 |
| * BILI, TOTAL | 0.6 | mg/dL | 0.0-1.0 |
| * BILI, DIRECT | 0.1 | mg/dL | 0.0-0.3 |
| * BILI, INDIRECT | 0.5 | mg/dL | 0.1-1.0 |
| * CHOLESTEROL | 172 | mg/dL | 100-200 |
| * TRIGLYCERIDES | 143 | mg/dL | 30-190 |
| * HDL CHOLESTEROL | 50 | mg/dL | 35-130 |
| * LDL (calc) | 93 | mg/dL | 65-130 |
| * CHOL/HDL RATIO | 3.4 | | |

|  CHD | CHOL/HDL RATIO | |
|---|---|---|
| Risk Group | Men | Women |
| Lowest | <3.8 | <2.9 |
| Low | 3.8-4.7 | 2.9-3.6 |
| Moderate | 4.8-5.9 | 3.7-4.6 |
| High | >5.9 | >4.6 |

  **CARDIAC MARKERS**

| * CK | 73 | U/L | |
|---|---|---|---|



Legend: *-new results  L-Low   H-High   C-Critical   T-Toxic   X-absurd   AB-abnormal

24435 (Remlab) (rev. 9/99)

DEC 29 2003

ML0470

040907018478

**DAVID S. BELL, M.D.**
77 SOUTH MAIN STREET
LYNDONVILLE, NEW YORK 14098

**Orthostatic Testing:** 9³⁷     110/76  P-92  Date: 7-1-03          John Magere

**Recumbent (10 min)**   Time: 9³⁷     P: 84     BP: 126/82   Clinical:          Lg Cuff

**Motionless Standing**

Time: 9³⁸   P: 96    BP: 78/64   Clinical: C/o R knee pain
                                        Face felt cold

Time: 943   P: 90    BP: 125/86  Clinical: Sighing

Time: 948   P: 96    BP: 126/86  Clinical: L leg cramping

Time: 953   P: 96    BP: 120/88  Clinical: L arm falling asleep   Feet dark
                                        Feet tingling   Yawning

Time: 958   P: 94    BP: 116/86  Clinical: c/o vertigo
                                        Feeling very warm   Feet mottled

Time: 10·00  P: 104  BP: 122/86  Clinical: Both legs Cramping

Time: 10·03  P: 104  BP: 120/86  Clinical: Legs trembling        ○ SoB
                                        Vertigo continues      ○ chest pain
                                                               ○ nausea

Time: 10·08  P: 98   BP: 124/82  Clinical:

Time:_____  P:_____  BP:_____  Clinical:

Time:_____  P:_____  BP:_____  Clinical:

Time:_____  P:_____  BP:_____  Clinical:

Time:_____  P:_____  BP:_____  Clinical:

Time:_____  P:_____  BP:_____  Clinical:

Time:_____  P:_____  BP:_____  Clinical:

Normal sBP: recumbent: 100-142; Standing (4 min) : 94-141; Orthostatic change: -19 to +11
Normal dBP: recumbent: 55-90; Standing : 61-97; Orthostatic change: -9 to +22
Normal P: recumbent: 54-96; Standing : 62-108; Orthostatic change: -6 to +27

(+) Orthostatic systolic hypotension: fall in systolic blood pressure of 20 mmHg or more
Orthostatic diastolic hypotension: fall in diastolic BP of 10 mm Hg or more.
Orthostatic diastolic hypertension: rise in diastolic BP to 98 mm Hg or higher
Orthostatic narrowing of pulse pressure: fall in pulse pressure to 18 mm Hg or lower
Orthostatic postural tachycardia: increase in heart rate of 28 bpm or to greater than 110 b/min

Reference: Streeten DHP. Orthostatic disorders of the circulation. New York: Plenum, 1987.116.

**Interpretation:**

ML0471

**viaHealth**
Rochester General Hospital
Theodor Mayer, MD PHD Dir.

CLINICAL LABORATORIES
Client Services
585-922-6100

585-922-4451

Rochester, NY 14621 104/0 Rochester, NY 14607

| COLLECTION DATE & TIME | REPORT DATE | ACCESSION NUMBER | LOCATION |
|---|---|---|---|
| 05/30/03 12:10 | 06/03/03 04:21 | 0128330K | R-HF |

| PHYSICIAN | PATIENT INFORMATION |
|---|---|

DAVID S BELL MD    MD:3
77 SOUTH MAIN STREET BOX 495
LYNDONVILLE,NY 14098

MAIL4  0720

MAGEE, JOHN
MR# : R000821034
DOB:  12/07/59          SEX: M
PHONE:624-9306          AGE: 43Y
CHART:NG                ADMIT:05/30/03
REQ #:

| TEST | FLAG | RESULTS | REFERENCE RANGE |
|---|---|---|---|

A copy of this report has been sent to:
   AITEZAZ AHMED MD
   MELANIE M. KATES, MD

COMPLETE BLOOD COUNT

| TEST | FLAG | RESULTS | REFERENCE RANGE | |
|---|---|---|---|---|
| WBC | | 9.4 | 4.0-11.0 | x10^3 |
| RBC | | 5.03 | 4.40-6.20 | X10^6 |
| HGB | | 14.5 | 13.0-18.0 | g/dl |
| HCT | | 44 | 40-52 | % |
| MCV | | 87 | 80-100 | um^3 |
| MCH | | 28.9 | 26.0-34.0 | pg |
| MCHC | | 33.3 | 32.0-36.0 | g/dL |
| RDW | | 12.0 | 0.0-15.2 | |
| PLT | | 215 | 150-450 | x10^3 |
| DIFFERENTIAL | | | | |
| NEUT% | | 66.2 | 45-75 | |
| LYMPH% | | 24.9 | 15.0-45.0 | |
| MONO% | | 7.0 | 0.0-15 | |
| EOS% | | 1.7 | 0.0-5.0 | |
| BASO% | | 0.2 | 0.0-3.0 | |
| ABS# NEUT | | 6.2 | 1.8-8.0 | x10^3 |
| ABS# LYMPHS | | 2.3 | 1.0-4.8 | x10^3 |
| ABS# MONOS | | 0.7 | 0.1-1.0 | x10^3 |
| ABS# EOS | | 0.2 | 0.0-0.6 | x10^3 |
| ABS# BASO | | 0.0 | 0.0-0.2 | x10^3 |
| ESR | | 9 | 0-15 | mm |
| LIPID PROFILE W/CALC LDL | | | | |
| CHOLESTEROL | HI | 220 | 100-200 | mg/dL |
| TRIGLYCERIDE | HI | 245 | 30-190 | mg/dL |
| HDL | | 60 | 35-130 | mg/dL |
| LDL (CALC) | | 111 | 65-130 | mg/dL |
| CHOL/HDL RATIO | | 3.7 | | |

|  | CHOL/HDL RATIO | |
|---|---|---|
| CHD Risk Groups | Men | Women |
| ------------- | --------- | --------- |
| Lowest | <3.8 | <2.9 |
| Low | 3.8-4.7 | 2.9-3.6 |
| Moderate | 4.8-5.9 | 3.7-4.6 |
| High | >5.9 | >4.6 |

24435 (Remtab) (rev. 9/99)

| | | | |
|---|---|---|---|
| CK | | 64 | 35-232 | U/L |

CK

JUN 06 2003

ML0472

**viahealth**

Rochester General Hospital
Theodor Mayer, MD PHD Dir.

Rochester, NY 14621    Rochester, NY 14607

CLINICAL LABORATORIES
Client Services
585-922-6100

585-922-4451

| COLLECTION DATE & TIME | REPORT DATE | ACCESSION NUMBER | LOCATION |
|---|---|---|---|
| 05/30/03 12:10 | 06/03/03 04:21 | 0128330K | R-HF |

**PHYSICIAN**

DAVID S BELL MD    MD:3
77 SOUTH MAIN STREET BOX 495
LYNDONVILLE,NY 14098

MAIL4  0720

**PATIENT INFORMATION**

MAGEE, JOHN
MR# : R000821034        SEX: M
DOB:   12/07/59         AGE: 43Y
PHONE:624-9306          ADMIT:05/30/03
CHART:NG
REQ #:

| TEST | FLAG | RESULTS | REFERENCE RANGE | |
|---|---|---|---|---|
| TSH | | 1.94 | 0.35-5.50 | mcIU/mL |
| ANA | | | | |
| ANTI-NUCLEAR ANTIBODY | | NEG | [<1:80] | |
| Pediatric Normal <1:40 | | | | |
| RHEUMATOID FACTOR | | <20 | 0-30 | U/ml |
| CRP, HIGH SENSITIVITY | | | | |
| CRP-HS | | 2.7 | | mg/L |

CRP-HS (High Sensitivity) Reference Range:

    hs-CRP Level           Relative Risk
less than 1.0 mg/L         Low
1.0 to 3.0 mg/L            Average
greater than 3.0 mg/L      High

***Please note unit change***

Minor elevations in CRP are associated with risk of myocardial
infarction (MI) in patients with stable and unstable angina, and
are an independent risk factor for future MI and ischemic stroke
in apparently healthy individuals. The higher the CRP value, the
greater the risk, starting at about 1.0 mg/L. Values above
10.0 mg/L are indicative of an acute inflammatory response.

HEPATIC FUNCTION PANEL

| TEST | FLAG | RESULTS | REFERENCE RANGE | |
|---|---|---|---|---|
| AST/GOT | | 23 | 7-37 | U/L |
| ALT/SGPT | HI | 67 | 20-65 | U/L |
| ALK PHOS | | 115 | 30-135 | U/L |
| TOTAL BILI | | 0.9 | 0.0-1.0 | mg/dL |
| DIRECT(CONJ) | | 0.3 | 0.0-0.3 | mg/dL |
| INDIRECT(UNCONJ) | | 0.6 | 0.1-1.0 | mg/dL |
| TOTAL PROTEIN | | 7.6 | 6.4-8.2 | gm/dL |
| ALBUMIN | | 4.3 | 3.2-5.0 | gm/dL |
| GLOBULIN | | 3.3 | 2.7-4.3 | gm/dL |
| A/G RATIO | | 1.3 | 0.9-1.5 | |

24435 (Remisb) (ev. 9/99)

Report Status: FINAL        (Copy)        Page  2 of  2

ML0473

**ViaHealth**
Rochester General Hospita.
Theodor Mayer, MD PHD Dir.

Rochester, NY 14621018470 Rochester, NY 14607

**CLINICAL LABORATORIES**
Client Services
585-922-6100

585-922-4451

| COLLECTION DATE & TIME | REPORT DATE | ACCESSION NUMBER | LOCATION |
|---|---|---|---|
| 06/05/02 09:20 | 06/13/02 03:48 | 0120160 7 | R-HF |

| PHYSICIAN | PATIENT INFORMATION |
|---|---|
| DAVID S BELL MD<br>77 SOUTH MAIN STREET BOX 495<br>LYNDONVILLE, NY 14098<br><br>MAIL4  0720 | MAGEE, JOHN<br>MR# : R000821034        SEX: M<br>DOB:  12/07/59          AGE: 42Y<br>PHONE:624-9306          ADMIT:06/05/02<br>CHART:<br>REQ #: |

| TEST | FLAG | RESULTS | REFERENCE RANGE |
|---|---|---|---|
| COMPLETE BLOOD COUNT | | | |
| WBC | | 6.1 | 4.0-11.0 | x10^3 |
| RBC | | 4.93 | 4.40-6.20 | X10^6 |
| HGB | | 13.7 | 13.0-18.0 | g/dl |
| HCT | | 42 | 40-52 | % |
| MCV | | 86 | 80-100 | um^3 |
| MCH | | 27.8 | 26.0-34.0 | pg |
| MCHC | | 32.5 | 32.0-36.0 | g/dL |
| RDW | | 12.0 | 0.0-15.2 | |
| PLT | | 191 | 150-450 | x10^3 |
| ESR | | 12 | 0-15 | mm |
| COMPREHENSIVE METABOLIC | | | |
| GLUCOSE | | 101 | 65-110 | mg/dL |
| BUN | | 10 | 8-20 | mg/dL |
| CREATININE | | 1.1 | 0.7-1.4 | mg/dL |
| SODIUM | | 145 | 135-145 | mEq/L |
| POTASSIUM | | 4.1 | 3.5-5.0 | mEq/L |
| CHLORIDE | | 107 | 98-108 | mEq/L |
| CO2 | | 27 | 22-30 | mEq/L |
| ANION GAP | | 11 | 7-16 | |
| CALCIUM | | 9.7 | 8.5-10.2 | mg/dL |
| AST/GOT | | 27 | 7-37 | U/L |
| ALT/SGPT | | 56 | 20-65 | U/L |
| ALK PHOS | | 81 | 30-135 | U/L |
| TOTAL BILI | | 0.4 | 0.0-1.0 | mg/dL |
| TOTAL PROTEIN | | 7.1 | 6.4-8.2 | gm/dL |
| ALBUMIN | | 4.1 | 3.2-5.0 | gm/dL |
| GLOBULIN | | 3.0 | 2.7-4.3 | gm/dL |
| A/G RATIO | | 1.4 | 0.9-1.5 | |

Please note new normal range for Globulin (12/19/00)
Please note new normal range for A/G Ratio (01/08/01)

| | | | |
|---|---|---|---|
| ANA | | | |
| ANTI-NUCLEAR ANTIBODY | | NEG | [<1:80] |
| Pediatric Normal <1:40 | | | |
| RHEUMATOID FACTOR | | <20 | 0-30 | U/ml |
| CORTISOL AM, SERUM | | 16.5 | 5.0-23.0 | mcg/dL |

The secretion of cortisol is episodic so a single AM and PM sampling
may not demonstrate a higher AM cortisol and lower PM cortisol.

JUN 17 2002

Report Status  FINAL        (Original)       Page  1 of  1

ML0474

**ViaHealth**
Rochester General Hospital
Theodor Mayer, MD PHD Dir.

CLINICAL LABORATORIES
Client Services
585-922-6100

585-922-4451

| COLLECTION DATE & TIME | REPORT DATE | ACCESSION NUMBER | LOCATION |
|---|---|---|---|
| 06/05/02 09:20 | 06/07/02 04:18 | 0120167 | R-HF |

| PHYSICIAN | PATIENT INFORMATION |
|---|---|
| DAVID S BELL MD<br>77 SOUTH MAIN STREET BOX 495<br>LYNDONVILLE, NY 14098<br><br>MAIL4   0720 | MAGEE, JOHN<br>MR# : R000821034        SEX: M<br>DOB:  12/07/59           AGE: 42Y<br>PHONE:624-9306           ADMIT:06/05/02<br>CHART:<br>REQ #: |

| TEST | FLAG | RESULTS | REFERENCE RANGE | |
|---|---|---|---|---|
| COMPLETE BLOOD COUNT | | | | |
| WBC | | 6.1 | 4.0-11.0 | x10^3 |
| RBC | | 4.93 | 4.40-6.20 | X10^6 |
| HGB | | 13.7 | 13.0-18.0 | g/dl |
| HCT | | 42 | 40-52 | % |
| MCV | | 86 | 80-100 | um^3 |
| MCH | | 27.8 | 26.0-34.0 | pg |
| MCHC | | 32.5 | 32.0-36.0 | g/dL |
| RDW | | 12.0 | 0.0-15.2 | |
| PLT | | 191 | 150-450 | x10^3 |
| ESR | | 12 | 0-15 | mm |
| COMPREHENSIVE METABOLIC | | | | |
| GLUCOSE | | 101 | 65-110 | mg/dL |
| BUN | | 10 | 8-20 | mg/dL |
| CREATININE | | 1.1 | 0.7-1.4 | mg/dL |
| SODIUM | | 145 | 135-145 | mEq/L |
| POTASSIUM | | 4.1 | 3.5-5.0 | mEq/L |
| CHLORIDE | | 107 | 98-108 | mEq/L |
| CO2 | | 27 | 22-30 | mEq/L |
| ANION GAP | | 11 | 7-16 | |
| CALCIUM | | 9.7 | 8.5-10.2 | mg/dL |
| AST/GOT | | 27 | 7-37 | U/L |
| ALT/SGPT | | 56 | 20-65 | U/L |
| ALK PHOS | | 81 | 30-135 | U/L |
| TOTAL BILI | | 0.4 | 0.0-1.0 | mg/dL |
| TOTAL PROTEIN | | 7.1 | 6.4-8.2 | gm/dL |
| ALBUMIN | | 4.1 | 3.2-5.0 | gm/dL |
| GLOBULIN | | 3.0 | 2.7-4.3 | gm/dL |
| A/G RATIO | | 1.4 | 0.9-1.5 | |

Please note new normal range for Globulin (12/19/00)
Please note new normal range for A/G Ratio (01/08/01)

ANA
ANTI-NUCLEAR ANTIBODY            NEG            [<1:80]
    Pediatric Normal <1:40
RHEUMATOID FACTOR                <20            0-30        U/ml

JUN 1 0 2002

24435 (Remark) (ev. 9/99)

ML0475

**STRONG MEMORIAL HOSPITAL**
**URMC**

DEPARTMENT OF RADIOLOGY
CONSULTATION REPORT

601 ELMWOOD AVE.
ROCHESTER, N.Y. 14642
(716) 275-5434

3-Oct-2000

Patient Type: A
Location:                              MAGEE, JOHN C
                                       DOB: 7-Dec-1959  Sex: M

Clinical Info:276.5
                                       MRN:  1183494

Hx: ? POLYCYTHEMIA VERA


9/29/00 RED BLOOD CELL AND PLASMA VOLUME DETERMINATION

CLINICAL HISTORY: 40 year old female with the clinical diagnosis of
hypovolemia.

PROCEDURE:  On 9/29/00, 54 uCi of chromium 51 were administered to
assess the red cell volume.  In addition, 17 uCi of iodine 125 serum
albumin was administered to determine the plasma volume.

FINDING:  The patient's plasma volume was calculated at 2611 ml with a
normal expected volume of 3634.  The patient's red blood cell volume
is 1740 cc. with a normal expected value of 2734.

IMPRESSION:

Reduced plasma volume with decreased red blood cell volume.


  This consultation has been reviewed and approved by the attending
  radiologist after interpreting the exam with a radiologist in training

wt= 113.6 Kg          TBV= 38.2      Robert E. O'Mara, M.D.
PV= 22.98 ML/Kg                      VASEEM CHENGAZI, M.D., Ph.D
RBC = 15.3 ml/Kg      % mean 53.8%   Francisco Garcia, M.D.

Exam requested by:  BELL, DAVID S. M.D.(LYNDONV)
Report sent to:     KRASNER, MICHAEL S., MD
                    BELL, DAVID S. M.D.(LYNDONV)


   2382976   (MC)NMBL1      NM BLOOD PLASMA   29-Sep-2000 4:13 PM
   78110     071-7-8110
   2382977   NMBL2          NM RED CELL VOL   29-Sep-2000 4:13 PM
   78120     071-7-8120

SMH 524 2/96

VERBAL PRELIMINARY REPORTS AVAILABLE - CALL (716) 275-5368 FOR FURTHER INFORMATION

ML0476

avid S. Bell MD, FAAP
77 South Main Street,
Lyndonville, NY 14098
716-765-2099
fax 716-765-2067

## Orthostatic Testing Results

**Patient Name:** John MAGEE

# 860663

**Date of Testing:** 09/28/00

### Recumbent:

|         | Time | BP     | Pulse |
|---------|------|--------|-------|
| Start:  | 1230 | 133/76 | 74    |
| 5 min:  | 1235 | 126/76 | 71    |
| 10 Min: | 1240 | 125/75 | 72    |

128/76    P = 72

Recumbent Norepinephrine: 1243

SAMPLE DRAWN

SEP 28 2000

### Standing:

|        | Time | BP     | Pulse | Observations |
|--------|------|--------|-------|--------------|
| Start: | 1245 | 125/84 | 85    | feels lightheaded when he stands up. |
|        | 1248 | 130/81 | 90    |              |
|        | 1251 | 124/78 | 78    |              |
|        | 1254 | 111/77 | 85    | Bilateral "feet TINGLING" |
|        | 1257 | 126/82 | 86    | @ leg falling asleep |
|        | 1300 | 119/80 | 84    | getting "a little tired" |
|        | 1303 | 109/79 | 87    |              |
|        | 1306 | 119/75 | 85    |              |
|        | 1309 | 111/80 | 89    |              |
|        | 1312 | 119/85 | 87    | continues c̄ same symptoms. |
|        | 1315 | 120/89 | 88    |              |
|        | 1318 | 121/81 | 92    |              |
|        | 1321 | 114/80 | 92    |              |
|        | 1324 |        | —     |              |
|        | 1327 |        | —     | feeling coming back to legs. |

Recumbent Norepinephrine: 1322    Sample DRAWN

Syp — ↓19        PP — 30
dia — ↑13
P — ↑20

ML0477

040907018478

**LabCorp**®



| Specimen # | | Type | Primar | Repor | a | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

DP

DOB: 12/07/59

CD 0518.3

Patient Name: MAGEE, JOHN     Sex: M     Age (Yrs/Mos): 040/09

| Date Collected | Date Entered | Date Reported | |
| --- | --- | --- | --- |
| 09/26/00 | 09/30/00 | 10/06/00 | 5844 |

Clinical Information

Physician ID: 0511     Patient ID: 60983.3

Account

MEDINA MEMORIAL HOSPITAL          31109385
ATTN: LABORATORY                       dC
200 OHIO STREET                          BC
MEDINA          , NY  14103  .868
716-798-2000          NY2

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
| --- | --- | --- | --- | --- | --- |
| ANGIOTENSIN II | | | | | |
| Angiotensin II | 25 | | ng/L | 10 - 50 | NI |

LAB: NI QUEST DIAGNOSTICS NICHOLS          DIRECTOR:
       33608 ORTEGA HWY S JUAN CAPISTRAN, CA 92690-6130

IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 716-633-0901   LAB: 908-526-2400
                    LAST PAGE OF REPORT

*Rec'd  10-9-2000*

**REPORT**          ©2000 Laboratory Corporation of America® Holdings
All Rights Reserved

ML0478



**LabCorp®**

| Specimen # | | Type | Print | Dr. | | | |
|---|---|---|---|---|---|---|---|
| 272-311-0716-0 | | *2 | RN | FINAL | PG 1 | 03  02 | |

TIME 1322
SP
1 FROZEN PLASMA
CD- 99262

Clinical Information: 10/04/00  13:33

DOB:
12/07/59

| Physician ID | Patient ID |
|---|---|
| BELL | 860663 |

Account

| Patient Name | | | Sex | Age (Yr/Mos) |
|---|---|---|---|---|
| MAGEE, JOHN | | | M | 040/09 |

MEDINA MEMORIAL HOSPITAL          31109385
ATTN:  LABORATORY                          BC
200 OHIO STREET                             BC
MEDINA              , NY  14103-1568
716-798-2000      NYB

Patient Address

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 09/28/00 | 09/28/00 | 10/04/00 | 5737 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| ANTIDIURETIC HORMONE PROFILE | | | | | |
| ADH | 3.6 | | pg/mL | 0.0  -  8.0 | BN |

Note: ADH is an investiga-
tional assay. Clinical ap-
plication has not been
fully defined.

| | | | | | |
|---|---|---|---|---|---|
| Osmolality | 311 | HI | mOsm/kg | 275  -  295 | BN |

LAB: BN LABCORP BURLINGTON          DIRECTOR: FRANK    HANCOCK MD
     1447 YORK COURT BURLINGTON, NC 27215-2230

IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 716-633-0901   LAB: 908-526-2400
                    LAST PAGE OF REPORT

OCT - 6 2000

**REPORT**

©2000 Laboratory Corporation of America® Holdings
All Rights Reserved

ML0479

040907 018478

**LabCorp®**

| Specimen # | | Type | Prim | Di | | | | 03   02 |
|---|---|---|---|---|---|---|---|---|
| 272-911-0737-0 | | *S | RN | FINAL | PG   1 | | | |

TIME 1322
3P
PERIPHERAL VIEN/LAY DOWN          DOB:
CD- 98264                          12/07/59

| Patient Name | | Sex | Age (Yr/Mos) |
|---|---|---|---|
| MAGEE, JOHN | | M | 040/09 |

| Client Information | | 10/02/00   18:40 |
|---|---|---|
| Physician ID | | Patient ID |
| BELL | | 860663 |
| Account | | |

MEDINA MEMORIAL HOSPITAL          31109385
ATTN: LABORATORY                  BC
200 OHIO STREET                   BC
MEDINA          , NY  14103-1568
716-798-2000    NYB

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 09/28/00 | 09/28/00 | 10/02/00 | 5654 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| ortisol | 16.5 | | mcg/dL | 3.1 - 22.4 | RN |
| | | | | Male         Female | |
| | | 5 days old | 0.6 - 19.8 | 0.6 - 19.8 | |
| | | 2 mos-13 yrs. | 2.4 - 22.9 | 2.4 - 22.9 | |
| | | 14-15 yrs. | 2.5 - 22.9 | 2.4 - 28.6 | |
| | | Adult (AM) | 4.3 - 22.4 | 4.3 - 22.4 | |
| | | Adult (PM) | 3.1 - 16.7 | 3.1 - 16.7 | |
| ldosterone, Serum | 12.5 | | ng/dL | 1.0 - 16.0 | BN |
| | | | 0- 1 yr. | 5.0 - 132.0 | |
| | | | 1- 3 yrs. | 5.0 - 60.0 | |
| | | | 4- 7 yrs. | 4.0 - 76.0 | |
| | | | 8-11 yrs. | 3.0 - 28.0 | |
| | | | 12-16 yrs. | 1.0 - 18.0 | |
| | | | Adult ( Supine ) | 1.0 - 16.0 | |
| | | | Adult (Upright ) | 4.0 - 31.0 | |

--------------------------------------------------------------------
LAB: RN LABCORP RARITAN                DIRECTOR: MARLENE   DESQUITADO   MD
         69 FIRST AVE RARITAN, NJ 08869
--------------------------------------------------------------------
LAB: BN LABCORP BURLINGTON             DIRECTOR: FRANK     HANCOCK MD
         1447 YORK COURT BURLINGTON, NC 27215-2230
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 716-633-0901  LAB: 908-526-2400
                         LAST PAGE OF REPORT

OCT - 4 2000



**REPORT**

©2000 Laboratory Corporation of America® Holdings
All Rights Reserved

ML0480



040907018478

**LabCorp**®

| Specimen # | | Type | Prim | po. | | |
|---|---|---|---|---|---|---|
| 272-911-0722-0 | | R | RN | FINAL | PG | 1 |

Additional Information

TIME 1322
OP    SECOND DRAW    DOB:
2 FROZEN PLASMA    12/07/59
     CD- 98260

03    02

| Clinical Information | | 09/30/00   10:50 |
|---|---|---|

| Physician ID | | Patient ID | |
|---|---|---|---|
| | BELL | 860663 | |

Patient Name
MAGEE, JOHN

| Sex | Age (Y/Mos) |
|---|---|
| M | 040/09 |

Patient Address

Account
MEDINA MEMORIAL HOSPITAL    31109385
ATTN:  LABORATORY    BC
200 OHIO STREET    BC
MEDINA    , NY  14103-1568
716-798-2000    NYB

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 09/28/00 | 09/28/00 | 09/30/00 | 2770 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CATECHOLAMINES, PLASMA | | | | | |
| CATECHOLAMINE FRAC,P | | | | | BN |
| Epinephrine, PL | 20 | | pg/mL | <100 | BN |
| Norepinephrine, PL | 354 | | pg/mL | <400 | BN |
| Dopamine, PL | <5 | | pg/mL | <143 | BN |
| Catecholamine,Tot,Pl | | | | <643 | |

　　Unable to calculate result since non-
numeric result obtained for component
test.

----------------------------------------------

LAB: BN LABCORP BURLINGTON    DIRECTOR: FRANK    HANCOCK MD
     1447 YORK COURT BURLINGTON, NC 27215-2230

----------------------------------------------

IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 716-633-0901  LAB: 908-526-2400
         LAST PAGE OF REPORT

**REPORT**

©2000 Laboratory Corporation of America® Holdings
All Rights Reserved

ML0481



040907 016478

**LabCorp**®

| Specimen # | Type | Phlebotomist | | PG | 1 | 03   02 |
|---|---|---|---|---|---|---|
| 272-911-0720-0 | R | RN | FINAL | | | |

TIME 1243
OP   2 FROZEN PLASMA          DOB:
FIRST DRAW                   12/07/59
       CD- 98259

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| MAGEE, JOHN | M | 040/09 |

Patient Address

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 09/28/00 | 09/28/00 | 09/30/00 | 2769 |

| Clinical Information | | 09/30/00   10:50 |
|---|---|---|
| Physician ID | Patient ID | |
| BELL | 860663 | |
| Account | | |
| MEDINA MEMORIAL HOSPITAL | | 31109385 |
| ATTN:  LABORATORY | | BC |
| 200 OHIO STREET | | BC |
| MEDINA         , NY  14103-1568 | | |
| 716-798-2000        NYB | | |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CATECHOLAMINES, PLASMA | | | | | |
| CATECHOLAMINE FRAC, P | | | | | BN |
| Epinephrine, PL | 19 | | pg/mL | <100 | BN |
| Norepinephrine, PL | 147 | | pg/mL | <400 | BN |
| Dopamine, PL | <5 | | pg/mL | <143 | BN |
| Catecholamine,Tot,Pl | | | | <643 | |

    Unable to calculate result since non-
    numeric result obtained for component
    test.

LAB: BN LABCORP BURLINGTON          DIRECTOR: FRANK    HANCOCK MD
     1447 YORK COURT BURLINGTON, NC 27215-2230

 IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 716-633-0901  LAB: 888-200-5439
                 LAST PAGE OF REPORT

OCT - 3 2008

**REPORT**

©2000 Laboratory Corporation of America® Holdings
All Rights Reserved

ML0482

77 SOUTH MAIN STREET
LYNDONVILLE, NEW YORK 14098

## Chronic Fatigue Syndrome Follow-up Form

**Name** John Magee                              **Date:** 26 Feb. 2004

1. Global Impression of Severity: Please check the level which most applies to you in the past 2 weeks.

_____ 1. I feel well and vigorous, and have normal daily activity.
_____ 2. I feel mildly ill, and have some restriction of activity due to fatigue.
_____ 3. I feel moderately ill, and my activity is restricted on a daily basis.
__X__ 4. I feel quite ill much of the time, and my activity is quite restricted.
_____ 5. I feel very ill, and my activity is severely restricted.
_____ 6. I feel extremely ill, and rarely get out of bed.

2. Please list all medications you are taking:

1. Wellbutrin XL 300mg/day          6. Cosopt Idrop/aye - 2x's/day
2. Lexapro   40 mg/day              7.
3. Lipitor   20 mg/day             8.
4. Klonapin  .5 mg/day             9.
5. Vicodin PRN                      10.

3. Since your last visit here, have you been diagnosed with any other illnesses?  No
   If yes, please describe:

4. Daily Activity:  Please list the number of hours spent in each of the following categories for an average
   day during the past week (total should add to 24 hours):

a) Total hours sleeping:                    10

b) Rest, but not sleeping:                  12
   (resting, watching TV, light reading, etc)

c) Light to moderate activity:              2
   (shopping, housework, meals, etc):

d) Vigorous activity                       _____
   (exercise, heavy cleaning, sports, etc):    24 hours

e) How many hours could you be out of the house at any one time on average during the past 2 weeks?

   2 hours

ML0483

**5. Symptom Severity:** For each of the following symptoms please mark the scale that most closely correlates with the degree of the symptom over the past week.

Fatigue or exhaustion:



Impaired memory or concentration



Sore throat:



Tender lymph nodes:



Muscle pain:



Joint pain:



Headache:



Unrefreshing sleep:



Malaise or exhaustion after exertion:



ML0484

040907 018478

**7. Activity Estimate:** Please estimate your overall activity in the past month as to what your activity would be if you were well.

Please circle one:   (10%)   20%   30%   40%   50%   60%   70%   80%   90%   100%

**8. Wood Mental Fatigue Inventory** (*Br J Clin Psych* 1993; 32:375-9.) In the past week, how much have you been bothered by each of the following? Please circle the appropriate number.

| | Not at all | A little | Somewhat | Quite a lot | Very much |
|---|---|---|---|---|---|
| 1. Spells of confusion | 0 | 1 | 2 | (3) | 4 |
| 2. Thoughts getting mixed up | 0 | 1 | 2 | (3) | 4 |
| 3. Poor concentration | 0 | 1 | 2 | (3) | 4 |
| 4. Can't easily make decisions | 0 | 1 | 2 | (3) | 4 |
| 5. Poor memory for recent events | 0 | 1 | 2 | 3 | (4) |
| 6. Can't take things in when speaking to people | 0 | 1 | 2 | (3) | 4 |
| 7. Thoughts are slow | 0 | 1 | 2 | 3 | (4) |
| 8. Muzzy or foggy head | 0 | 1 | 2 | (3) | 4 |
| 9. Can't find the right words | 0 | 1 | 2 | 3 | (4) |

**9. Epworth Sleepiness Scale:** (Johns MW. *Sleep* 1991;14:540-545) Over the past few weeks, how likely are you to doze or fall asleep in the following situations, in contrast to feeling just tired?

| Situation | would never doze | slight chance of dozing | moderate chance | high chance |
|---|---|---|---|---|
| Sitting and reading | (0) | 1 | 2 | 3 |
| Watching TV | (0) | 1 | 2 | 3 |
| Sitting (inactive) in public | (0) | 1 | 2 | 3 |
| As a passenger in a car for one hour without a break | (0) | 1 | 2 | 3 |
| Lying down to rest in the afternoon | (0) | 1 | 2 | 3 |
| Sitting and talking to someone | (0) | 1 | 2 | 3 |
| Sitting quietly after lunch without alcohol | (0) | 1 | 2 | 3 |
| In a car, while stopped for a few minutes in traffic | (0) | 1 | 2 | 3 |

ML0485

**6. Fatigue Impact Scale.** [Fisk JD and co-workers. C I D.1994;18(Suppl 1):S79-S83.] The following statements are designed to determine how much impact fatigue has had on your life in the past month. Please indicate the most appropriate response for each statement below by circling 0 for no impact, 1 for slight impact, 2 for moderate impact, 3 for a big impact; and 4 for a very severe impact or problem.

| | | | | |
|---|---|---|---|---|
| 1. I feel less alert. | 0 | 1 | 2 | (3) | 4 |
| 2. I am more isolated from social contact. | 0 | 1 | 2 | 3 | (4) |
| 3. I have to reduce my workload or responsibilities. | 0 | 1 | 2 | 3 | (4) |
| 4. I am more moody. | 0 | 1 | 2 | (3) | 4 |
| 5. I have difficulty paying attention for a long period. | 0 | 1 | 2 | (3) | 4 |
| 6. I feel like I cannot think clearly. | 0 | 1 | 2 | 3 | (4) |
| 7. I work less effectively (work inside or outside the home). | 0 | 1 | 2 | 3 | (4) |
| 8. I have to rely more on others to help me or do things for me. | 0 | 1 | 2 | (3) | 4 |
| 9. I have difficulties planning activities ahead of time. | 0 | 1 | 2 | 3 | (4) |
| 10. I am more clumsy and uncoordinated. | 0 | 1 | 2 | (3) | 4 |
| 11. I find that I am more forgetful. | 0 | 1 | 2 | 3 | (4) |
| 12. I am more irritable and more easily angered. | 0 | 1 | 2 | (3) | 4 |
| 13. I have to be careful about pacing my physical activities. | 0 | 1 | 2 | 3 | (4) |
| 14. I am less motivated to do anything that requires physical effort. | 0 | 1 | 2 | 3 | (4) |
| 15. I am less motivated to engage in social activities. | 0 | 1 | 2 | 3 | (4) |
| 16. My ability to travel outside my home is limited. | 0 | 1 | 2 | (3) | 4 |
| 17. I have trouble maintaining physical effort for long periods | 0 | 1 | 2 | 3 | (4) |
| 18. I find it difficult to make decisions. | 0 | 1 | (2) | 3 | 4 |
| 19. I have few social contacts outside of my own home. | 0 | 1 | 2 | 3 | (4) |
| 20. Normal day-to-day events are stressful for me. | 0 | 1 | 2 | (3) | 4 |
| 21. I am less motivated to do anything that requires thinking. | 0 | 1 | 2 | 3 | (4) |
| 22. I avoid situations that are stressful for me. | 0 | (1) | 2 | 3 | 4 |
| 23. My muscles feel much weaker than they should. | 0 | 1 | (2) | 3 | 4 |
| 24. My physical discomfort is increased. | 0 | 1 | 2 | (3) | 4 |
| 25. I have difficulty dealing with anything new. | 0 | 1 | 2 | (3) | 4 |
| 26. I am less able to finish tasks that require thinking. | 0 | 1 | 2 | 3 | (4) |
| 27. I feel unable to meet the demands that people place on me. | 0 | 1 | 2 | (3) | 4 |
| 28. I am less able to provide financial support for myself and my family. | 0 | 1 | 2 | 3 | (4) |
| 29. I engage in less sexual activity. | 0 | (1) | 2 | 3 | 4 |
| 30. I find it difficult to organize my thoughts when I am doing things. | 0 | 1 | 2 | 3 | (4) |
| 31. I am less able to complete tasks that require physical effort. | 0 | 1 | 2 | 3 | (4) |
| 32. I worry about how I look to other people. | 0 | 1 | (2) | 3 | 4 |
| 33. I am less able to deal with emotional issues. | 0 | 1 | 2 | (3) | 4 |
| 34. I feel slowed down in my thinking. | 0 | 1 | 2 | 3 | (4) |
| 35. I find it hard to concentrate. | 0 | 1 | 2 | 3 | (4) |
| 36. I have difficulty participating fully in family activities. | 0 | 1 | (2) | 3 | 4 |
| 37. I have to limit my physical activities. | 0 | 1 | 2 | 3 | (4) |
| 38. I require more frequent and longer periods of rest. | 0 | 1 | 2 | 3 | (4) |
| 39. I am not able to provide as much emotional support to my family. | 0 | 1 | 2 | (3) | 4 |
| 40. Minor difficulties seem like major difficulties. | 0 | 1 | (2) | 3 | 4 |

ML0486

040907 018478

David S. Bell, M.D.
Nancy A. Bell, FNP/C
77 S. Main Street  PO Box 495
Lyndonville, NY 14098
phone (585) 765-2060  fax (585) 765-2067

| | IV SALINE SUMMARY | | |
|---|---|---|---|
| NAME | MAGEE JOHN | | |
| DATE STARTED | | | |
| DATE of IV PLACEMENT: | 07 / 07 / 03 | | |
| COMPLICATIONS: | | | |
| | | | |
| DATE | HRS | VAS | FISK |
| 09/18/00 | 11 | 59 | 70 |
| 10/09/00 | 9 | 59 | 80 |
| 11/09/00 | 10 | 56 | 86 |
| 05/30/02 | 2.5 | 68 | 95 |
| 01/26/03 | 1 | 65 | 117 |
| 05/01/03 | 4 | 70 | 110 |
| 07/07/03 | 1.5 | 66 | 117 |
| 08/11/03 | 3 | 63 | 122 |
| 10/24/03 | 6 | 67 | 127 |
| 12/11/03 | 4 | 69 | 128 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ML0487

040907 018478

DAVID S. BELL, M.D.
77 SOUTH MAIN STREET
LYNDONVILLE, NEW YORK 14098

## Chronic Fatigue Syndrome Follow-up Form

Name _John Magee_    Date: _7/7/03_

1. Global Impression of Severity: Please check the level which most applies to you in the past 2 weeks.

_____ 1. I feel well and vigorous, and have normal daily activity.
_____ 2. I feel mildly ill, and have some restriction of activity due to fatigue.
_____ 3. I feel moderately ill, and my activity is restricted on a daily basis.
_____ 4. I feel quite ill much of the time, and my activity is quite restricted.
__X__ 5. I feel very ill, and my activity is severely restricted.
_____ 6. I feel extremely ill, and rarely get out of bed.

_start of IV_

2. Please list all medications you are taking:

1. Celebrex - 200mg/day
2. Wellbutrin 200mg/day
3. Effexor XR - 225mg/day
4. Lipitor - 20mg/day
5. Cosopt - 1 drop/eye/2x day

6. Endocet - PRN
7.
8.
9.
10.

3. Since your last visit here, have you been diagnosed with any other illnesses?  No
    If yes, please describe:

4. Daily Activity:  Please list the number of hours spent in each of the following categories for an average day during the past week (total should add to 24 hours):

a) Total hours sleeping:                                         _10_

b) Rest, but not sleeping:
   (resting, watching TV, light reading, etc)                    _12.5_

c) Light to moderate activity:
   (shopping, housework, meals, etc):                            _1_

d) Vigorous activity
   (exercise, heavy cleaning, sports, etc):                      _.5_
                                                                 24 hours          (1.5)

e) How many hours could you be out of the house at any one time on average during the past 2 weeks?

_1-2_ hours

ML0488

5. Symptom Severity: For each of the following symptoms please mark the scale that most closely correlates with the degree of the symptom over the past week.

Fatigue or exhaustion: 

Impaired memory or concentration 

Sore throat: 

Tender lymph nodes: 

Muscle pain: 

Joint pain: 

Headache: 

Unrefreshing sleep: 

Malaise or exhaustion after exertion: 



ML0489

040907018478

**7. Activity Estimate:** Please estimate your overall activity in the past month as to what your activity would be if you were well.

Please circle one:  (<10%)  20%  30%  40%  50%  60%  70%  80%  90%  100%

**8. Wood Mental Fatigue Inventory** (*Br J Clin Psych* 1993; 32:375-9.) In the past week, how much have you been bothered by each of the following? Please circle the appropriate number.

|  | Not at all | A little | Somewhat | Quite a lot | Very much |
|---|---|---|---|---|---|
| 1. Spells of confusion | 0 | 1 | (2) | 3 | 4 |
| 2. Thoughts getting mixed up | 0 | 1 | (2) | 3 | 4 |
| 3. Poor concentration | 0 | 1 | (2) | 3 | 4 |
| 4. Can't easily make decisions | 0 | 1 | (2) | 3 | 4 |
| 5. Poor memory for recent events | 0 | 1 | 2 | 3 | (4) |
| 6. Can't take things in when speaking to people | 0 | 1 | 2 | (3) | 4 |
| 7. Thoughts are slow | 0 | 1 | 2 | (3) | 4 |
| 8. Muzzy or foggy head | 0 | 1 | 2 | (3) | 4 |
| 9. Can't find the right words | 0 | 1 | 2 | 3 | (4) |

**9. Epworth Sleepiness Scale:** (Johns MW. *Sleep* 1991;14:540-545) Over the past few weeks, how likely are you to doze or fall asleep in the following situations, in contrast to feeling just tired?

| Situation | would never doze | slight chance of dozing | moderate chance | high chance |
|---|---|---|---|---|
| Sitting and reading | 0 | 1 | (2) | 3 |
| Watching TV | 0 | (1) | 2 | 3 |
| Sitting (inactive) in public | 0 | 1 | (2) | 3 |
| As a passenger in a car for one hour without a break | 0 | 1 | (2) | 3 |
| Lying down to rest in the afternoon | 0 | 1 | 2 | (3) |
| Sitting and talking to someone | 0 | (1) | 2 | 3 |
| Sitting quietly after lunch without alcohol | 0 | 1 | (2) | 3 |
| In a car, while stopped for a few minutes in traffic | (0) | 1 | 2 | 3 |

ML0490

### 6. Fatigue Impact Scale. [Fisk JD and co-workers. C I D.1994;18(Suppl 1):S79-S83.] The following statements are designed to determine how much impact fatigue has had on your life in the past month. Please indicate the most appropriate response for each statement below by circling 0 for no impact, 1 for slight impact, 2 for moderate impact, 3 for a big impact; and 4 for a very severe impact or problem.

| | | | | | |
|---|---|---|---|---|---|
| 1. I feel less alert. | 0 | 1 | 2 | (3) | 4 |
| 2. I am more isolated from social contact. | 0 | 1 | (2) | 3 | 4 |
| 3. I have to reduce my workload or responsibilities. | 0 | 1 | 2 | 3 | (4) |
| 4. I am more moody. | 0 | 1 | 2 | (3) | 4 |
| 5. I have difficulty paying attention for a long period. | 0 | 1 | 2 | (3) | 4 |
| 6. I feel like I cannot think clearly. | 0 | 1 | 2 | (3) | 4 |
| 7. I work less effectively (work inside or outside the home). | 0 | 1 | 2 | 3 | (4) |
| 8. I have to rely more on others to help me or do things for me. | 0 | 1 | 2 | 3 | (4) |
| 9. I have difficulties planning activities ahead of time. | 0 | 1 | 2 | (3) | 4 |
| 10. I am more clumsy and uncoordinated. | 0 | 1 | (2) | 3 | 4 |
| 11. I find that I am more forgetful. | 0 | 1 | 2 | (3) | 4 |
| 12. I am more irritable and more easily angered. | 0 | 1 | 2 | (3) | 4 |
| 13. I have to be careful about pacing my physical activities. | 0 | 1 | 2 | 3 | (4) |
| 14. I am less motivated to do anything that requires physical effort. | 0 | 1 | 2 | 3 | (4) |
| 15. I am less motivated to engage in social activities. | 0 | 1 | 2 | (3) | 4 |
| 16. My ability to travel outside my home is limited. | 0 | 1 | 2 | (3) | 4 |
| 17. I have trouble maintaining physical effort for long periods. | 0 | 1 | 2 | 3 | (4) |
| 18. I find it difficult to make decisions. | 0 | 1 | (2) | 3 | 4 |
| 19. I have few social contacts outside of my own home. | 0 | 1 | (2) | 3 | 4 |
| 20. Normal day-to-day events are stressful for me. | 0 | 1 | (2) | 3 | 4 |
| 21. I am less motivated to do anything that requires thinking. | 0 | 1 | 2 | (3) | 4 |
| 22. I avoid situations that are stressful for me. | 0 | 1 | (2) | 3 | 4 |
| 23. My muscles feel much weaker than they should. | 0 | 1 | (2) | 3 | 4 |
| 24. My physical discomfort is increased. | 0 | 1 | 2 | (3) | 4 |
| 25. I have difficulty dealing with anything new. | 0 | 1 | (2) | 3 | 4 |
| 26. I am less able to finish tasks that require thinking. | 0 | 1 | (2) | 3 | 4 |
| 27. I feel unable to meet the demands that people place on me. | 0 | 1 | (2) | 3 | 4 |
| 28. I am less able to provide financial support for myself and my family. | 0 | 1 | 2 | 3 | (4) |
| 29. I engage in less sexual activity. | 0 | 1 | (2) | 3 | 4 |
| 30. I find it difficult to organize my thoughts when I am doing things. | 0 | 1 | (2) | 3 | 4 |
| 31. I am less able to complete tasks that require physical effort. | 0 | 1 | 2 | 3 | (4) |
| 32. I worry about how I look to other people. | 0 | 1 | (2) | 3 | 4 |
| 33. I am less able to deal with emotional issues. | 0 | 1 | (2) | 3 | 4 |
| 34. I feel slowed down in my thinking. | 0 | 1 | 2 | (3) | 4 |
| 35. I find it hard to concentrate. | 0 | 1 | 2 | (3) | 4 |
| 36. I have difficulty participating fully in family activities. | 0 | 1 | 2 | (3) | 4 |
| 37. I have to limit my physical activities. | 0 | 1 | 2 | 3 | (4) |
| 38. I require more frequent and longer periods of rest. | 0 | 1 | 2 | 3 | (4) |
| 39. I am not able to provide as much emotional support to my family. | 0 | 1 | 2 | 3 | (4) |
| 40. Minor difficulties seem like major difficulties. | 0 | 1 | 2 | (3) | 4 |

040907018478    77 SOUTH MAIN STREET
LYNDONVILLE, NEW YORK 14098

**Chronic Fatigue Syndrome Follow-up Form**

Name_____John Mage_____    Date:___1/26/03___

1. Global Impression of Severity: Please check the level which most applies to you in the past 2 weeks.

_____ 1. I feel well and vigorous, and have normal daily activity.
_____ 2. I feel mildly ill, and have some restriction of activity due to fatigue.
_____ 3. I feel moderately ill, and my activity is restricted on a daily basis.
__✓__ 4. I feel quite ill much of the time, and my activity is quite restricted.
_____ 5. I feel very ill, and my activity is severely restricted.
_____ 6. I feel extremely ill, and rarely get out of bed.

2. Please list all medications you are taking:

1. Lexapro
2. Effexor XR
3.
4. Lipitor
5. Clonapin (sp?)

6. Vicodin   PRN
7.
8.
9.
10.

3. Since your last visit here, have you been diagnosed with any other illnesses?
    If yes, please describe:
                    no

4. Daily Activity: Please list the number of hours spent in each of the following categories for an average
    day during the past week (total should add to 24 hours):

a) Total hours sleeping:                          11

b) Rest, but not sleeping:                        12
    (resting, watching TV, light reading, etc)

c) Light to moderate activity:                    1
    (shopping, housework, meals, etc):

d) Vigorous activity                              0
    (exercise, heavy cleaning, sports, etc):    ───────
                                                24 hours

e) How many hours could you be out of the house at any one time on average during the past 2 weeks?

    2___ hours

ML0492

<u>5. Symptom Severity</u>: For each of the following symptoms please mark the scale that most closely correlates with the degree of the symptom over the past week.

Fatigue or exhaustion:



Impaired memory or concentration



Sore throat:



Tender lymph nodes:



Muscle pain:



Joint pain:



Headache:



Unrefreshing sleep:



Malaise or exhaustion after exertion:



ML0493

040907 018478

**7. Activity Estimate:** Please estimate your overall activity in the past month as to what your activity would be if you were well.

Please circle one:    (10%)    20%    30%    40%    50%    60%    70%    80%    90%    100%

**8. Wood Mental Fatigue Inventory** (*Br J Clin Psych* 1993; 32:375-9.)  In the past week, how much have you been bothered by each of the following? Please circle the appropriate number.

|  | Not at all | A little | Somewhat | Quite a lot | Very much |
|---|---|---|---|---|---|
| 1. Spells of confusion | 0 | 1 | (2) | 3 | 4 |
| 2. Thoughts getting mixed up | 0 | 1 | (2) | 3 | 4 |
| 3. Poor concentration | 0 | 1 | (2) | 3 | 4 |
| 4. Can't easily make decisions | 0 | 1 | (2) | 3 | 4 |
| 5. Poor memory for recent events | 0 | 1 | (2) | (3) | 4 |
| 6. Can't take things in when speaking to people | 0 | 1 | (2) | 3 | 4 |
| 7. Thoughts are slow | 0 | 1 | 2 | (3) | 4 |
| 8. Muzzy or foggy head | 0 | 1 | 2 | (3) | 4 |
| 9. Can't find the right words | 0 | 1 | 2 | (3) | 4 |

**9. Epworth Sleepiness Scale:** (Johns MW. *Sleep* 1991;14:540-545)  Over the past few weeks, how likely are you to doze or fall asleep in trhe following situations, in contrast to feeling just tired?

| Situation | would never doze | slight chance of dozing | moderate chance | high chance |
|---|---|---|---|---|
| Sitting and reading | (0) | 1 | 2 | 3 |
| Watching TV | (0) | 1 | 2 | 3 |
| Sitting (inactive) in public | (0) | 1 | 2 | 3 |
| As a passenger in a car for one hour without a break | (0) | 1 | 2 | 3 |
| Lying down to rest in the afternoon | (0) | 1 | 2 | 3 |
| Sitting and talking to someone | (0) | 1 | 2 | 3 |
| Sitting quietly after lunch without alcohol | (0) | 1 | 2 | 3 |
| In a car, while stopped for a few minutes in traffic | (0) | 1 | 2 | 3 |

ML0494

**6. Fatigue Impact Scale.** [Fisk JD and co-workers. C l D.1994;18(Suppl 1):S79-S83.]  The following statements are designed to determine how much impact fatigue has had on your life in the past month. Please indicate the most appropriate response for each statement below by circling 0 for no impact, 1 for slight impact, 2 for moderate impact, 3 for a big impact; and 4 for a very severe impact or problem.

| | | | | |
|---|---|---|---|---|
| 1. I feel less alert. | 0 | 1 | 2 | (3) 4 |
| 2. I am more isolated from social contact. | 0 | 1 | 2 | 3 (4) |
| 3. I have to reduce my workload or responsibilities. | 0 | 1 | 2 | 3 (4) |
| 4. I am more moody. | 0 | 1 | 2 | 3 (4) |
| 5. I have difficulty paying attention for a long period. | 0 | 1 | (2) | 3 4 |
| 6. I feel like I cannot think clearly. | 0 | 1 | 2 | (3) 4 |
| 7. I work less effectively (work inside or outside the home). | 0 | 1 | 2 | (3) 4 |
| 8. I have to rely more on others to help me or do things for me. | 0 | 1 | 2 | (3) 4 |
| 9. I have difficulties planning activities ahead of time. | 0 | 1 | 2 | 3 (4) |
| 10. I am more clumsy and uncoordinated. | 0 | 1 | (2) | 3 4 |
| 11. I find that I am more forgetful. | 0 | 1 | 2 | (3) 4 |
| 12. I am more irritable and more easily angered. | 0 | 1 | 2 | (3) 4 |
| 13. I have to be careful about pacing my physical activities. | 0 | 1 | 2 | (3) 4 |
| 14. I am less motivated to do anything that requires physical effort. | 0 | 1 | 2 | (3) 4 |
| 15. I am less motivated to engage in social activities. | 0 | 1 | 2 | 3 (4) |
| 16. My ability to travel outside my home is limited. | 0 | 1 | 2 | 3 (4) |
| 17. I have trouble maintaining physical effort for long periods. | 0 | 1 | 2 | 3 (4) |
| 18. I find it difficult to make decisions. | 0 | 1 | 2 | (3) 4 |
| 19. I have few social contacts outside of my own home. | 0 | 1 | 2 | 3 (4) |
| 20. Normal day-to-day events are stressful for me. | 0 | (1) | 2 | 3 4 |
| 21. I am less motivated to do anything that requires thinking. | 0 | 1 | (2) | 3 4 |
| 22. I avoid situations that are stressful for me. | 0 | 1 | (2) | 3 4 |
| 23. My muscles feel much weaker than they should. | 0 | 1 | 2 | 3 (4) |
| 24. My physical discomfort is increased. | 0 | 1 | 2 | 3 (4) |
| 25. I have difficulty dealing with anything new. | 0 | (1) | 2 | 3 4 |
| 26. I am less able to finish tasks that require thinking. | 0 | 1 | 2 | (3) 4 |
| 27. I feel unable to meet the demands that people place on me. | 0 | 1 | 2 | (3) 4 |
| 28. I am less able to provide financial support for myself and my family. | 0 | 1 | 2 | 0 (4) |
| 29. I engage in less sexual activity. | 0 | (1) | 2 | 3 4 |
| 30. I find it difficult to organize my thoughts when I am doing things. | 0 | 1 | (2) | 3 4 |
| 31. I am less able to complete tasks that require physical effort. | 0 | 1 | 2 | (3) 4 |
| 32. I worry about how I look to other people. | (0) | 1 | 2 | 3 4 |
| 33. I am less able to deal with emotional issues. | 0 | 1 | 2 | (3) 4 |
| 34. I feel slowed down in my thinking. | 0 | 1 | 2 | (3) 4 |
| 35. I find it hard to concentrate. | 0 | 1 | 2 | (3) 4 |
| 36. I have difficulty participating fully in family activities. | 0 | 1 | 2 | (3) 4 |
| 37. I have to limit my physical activities. | 0 | 1 | 2 | 3 (4) |
| 38. I require more frequent and longer periods of rest. | 0 | 1 | 2 | 3 (4) |
| 39. I am not able to provide as much emotional support to my family. | 0 | 1 | (2) | 3 4 |
| 40. Minor difficulties seem like major difficulties. | 0 | 1 | (2) | 3 4 |

(117)

ML0495

040907 018478

77 SOUTH MAIN STREET
LYNDONVILLE, NEW YORK 14098

## Chronic Fatigue Syndrome Follow-up Form

Name: _John Mayer_          Date: _12/11/03_

1. Global Impression of Severity: Please check the level which most applies to you in the past 2 weeks.

____ 1. I feel well and vigorous, and have normal daily activity.
____ 2. I feel mildly ill, and have some restriction of activity due to fatigue.
____ 3. I feel moderately ill, and my activity is restricted on a daily basis.
____ 4. I feel quite ill much of the time, and my activity is quite restricted.
__X__ 5. I feel very ill, and my activity is severely restricted.
____ 6. I feel extremely ill, and rarely get out of bed.

2. Please list all medications you are taking:

1. Celebrex 200mg
2. Effexor 225mg
3. Klonipin 1mg X 2 day
4.
5. Lexapro 20mg

6. lipitor 20mg
7. cosopt 2drops/eye/day
8. Vicodin PRN
9.
10.

3. Since your last visit here, have you been diagnosed with any other illnesses?  no
   If yes, please describe:

4. Daily Activity: Please list the number of hours spent in each of the following categories for an average
   day during the past week (total should add to 24 hours):

a) Total hours sleeping:                                10

b) Rest, but not sleeping:
   (resting, watching TV, light reading, etc)           10

c) Light to moderate activity:
   (shopping, housework, meals, etc):                   4

d) Vigorous activity
   (exercise, heavy cleaning, sports, etc):        _____
                                                    24 hours                    (4)

e) How many hours could you be out of the house at any one time on average during the past 2 weeks?
   ____ hours

ML0496