UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

| | |
|---|---|
| JOHN MAGEE, | : |
| Plaintiff, | : 07 CV 8816 (WHP) |
| | : |
| - against - | : ECF |
| | : |
| METROPOLITAN LIFE INSURANCE: | : **NOTICE OF MOTION** |
| COMPANY, | : |
| Defendant. | : |

-------------------------------------------------------------

PLEASE TAKE NOTICE that, upon the annexed declaration of Jason Newfield, Esq., and the exhibits thereto, Plaintiff, John Magee's Memorandum of Law and his Local 56.1 Statement of Facts and Statement of Material Facts, will move this Court before the Honorable William Pauley, at the United States Courthouse, for the Southern District of New York on October __ 2008, for an Order, pursuant to Federal Rule of Civil Procedure 56 seeking judgment against Defendant Met Life on its Complaint and for such other and further relief as this Court deems just and proper.

Dated: Garden City, New York
September 2, 2008

Respectfully submitted,

_____
Jason Newfield (JN5529)
FRANKEL & NEWFIELD, P.C.
585 Stewart Avenue, Suite 312
Garden City, New York 11530

TO:   Allan Marcus, Esq.
      Lester Schwab Katz & Dwyer, LLP
      120 Broadway
      New York, New York 10271