IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
JOHN MAGEE,                                                    :   07 CV 8816 (WHP)
                                                               :
                    Plaintiff,                                 :
                                                               :
         - vs. -                                               :   **DECLARATION OF**
                                                               :   **JASON NEWFIELD**
METROPOLITAN LIFE INS. CO.                                     :
                                                               :
                    Defendants.                                :
---------------------------------------------------------------x

Pursuant to 28 U.S.C. § 1746, Jason Newfield states as follows:

1. I am a Partner with Frankel & Newfield, P.C. and I am counsel of record for the Plaintiff, John Magee, in this matter.

2. Annexed hereto as Exhibit "A" is a copy of responses served by Met Life to a Request for Admissions in the Asuncion v. Met Life action, 06-CV-13144 (SAS).

3. Annexed hereto as Exhibit "B" is a true and accurate copy of a Contract between Dr. Amy Hopkins and Met Life.

4. Annexed hereto as Exhibit "C" is a copy of discovery responses in an action entitled Cosgrove v. Raytheon Co., 06-CV-2107, N.D. Ala. Dist. Court, and executed on May 24, 2007.

5. Annexed hereto as Exhibit "D" is a copy of a Reply Brief filed by Met Life in Booth v. AT&T Long Term Disability Plan.

6. Annexed hereto as Exhibit "E" is a copy of a redacted report that Dr. Hopkins generated for Prudential for a Chronic Fatigue Syndrome patient. .

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 2, 2008

_____
Jason Newfield